**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Lawrence Sinclair,
*600 W Superior St. #604*
*Duluth MN 55802*

Case No.:

Plaintiff,

**COMPLAINT**

vs.

**JURY TRIAL REQUESTED**

TubeSockTedD,
*(Real name and address unknown)*

mzmolly.
*(Real name and address unknown)*

OWNINGLIARS,
*(Real name and address unknown)*

Defendants.
_______________________________________/

Plaintiff Lawrence Sinclair, sues Defendants TubeSockTedD, mzmolly and OWNINGLIARS and alleges:

**JURISDICTION AND VENUE**

1. This is an action for damages in excess of $75,000.00 exclusive of interest and costs sounding in defamation and reckless misrepresentation by Defendants of Plaintiff.

2. Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. §1332(a)(1) as Plaintiff is a resident of Minnesota and, after a reasonable opportunity for further investigation or discovery, Plaintiff will establish that Defendants are residents of states other than Minnesota.

3. Venue in this district is proper pursuant to the provisions of 28 U.S.C. §1391(a) as, after a reasonable opportunity for further investigation or discovery, Plaintiff will establish that (i)

a substantial part of the events giving rise to the claims occurred and/or (ii) one of the defendants is subject to personal jurisdiction at the time the action is commenced in the District of Columbia.

## PARTIES

4. Plaintiff, Lawrence Sinclair is a natural person and a resident of Minnesota.

. 5. Defendant, TubeSockTedD is a natural person maintaining an account with YouTube.com which contains his/her real identity.

6. Defendant, mzmolly is a natural person maintaining an account with Demoncraticunderground.com which contains his/her real identity.

7. Defendant OWNINGLIARS, is a natural person maintaining an account with Digg.com which contains his/her real identity.

## GENERAL ALLEGATIONS

8. In or about January 2008, Plaintiff posted on YouTube.com a video in which in sum and substance he alleged that:

a. In November 1999, Plaintiff was visiting Chicago, Illinois at which time he hired a limousine from Five Star Limousines Incorporated. A copy of Plaintiff's hotel invoice is attached hereto as Exhibit "A".

b. On the evening of November 6, 1999, Plaintiff's limousine driver telephoned then-Illinois State Senator Barrack Obama to set up a introduction of Plaintiff to Mr. Obama.

c. Later that evening at a bar which Plaintiff believes was called Alibis, Plaintiff met Mr. Obama. Mr. Obama offered to purchasing cocaine for Plaintiff. Mr. Obama made a telephone call from his cellphone to a presently unknown individual during which Mr. Obama arranged the cocaine purchase.

    d.    Mr. Obama and Plaintiff then departed the bar in Plaintiff's limousine and proceeded to an unknown location where Mr. Obama exited the limousine with two hundred fifty dollars ($250) tendered by Plaintiff and returned a short while later with an "eightball" of cocaine and gave it to Plaintiff. Plaintiff and Mr. Obama then ingested cocaine.

    e.    Shortly thereafter Plaintiff performed fellatio on Mr. Obama in the limousine after which Plaintiff returned to his hotel, The Comfort Suits, Gurnee, Illinois.

    f.    The following day, November 7, 1999, Mr. Obama appeared at Plaintiff's hotel room where they both again ingested cocaine and Plaintiff again performed fellatio on Mr. Obama.

9.    On February 18, 2008, Defendant TubeSockTedD uploaded a video to YouTube.com which stated "Larry Sinclair is Spreading Lies about Obama". A copy of that Webpage is attached hereto as Exhibit "B".

10.    On or about February 25, 2008, Defendant mzmolly posted a comment on Demoncraticunderground.com that "Larry Sinclair is a mental patient who was institutionalized in 1999 on the date he claims to have had the "encounter" with Obama." A copy of that Webpage is attached hereto as Exhibit "C".

11.    On or about February 19, 2008, Defendant OWNINGLIARS posted a comment on Digg.com stating: "Larry Sinclair is a LIAR...Game Over, Larry. watch! youtube.com — For those of you who may have fallen for Mr. Sinclair's little "practical joke" about Senator Obama, you are forgiven. It's unfortunate that lonely people feel they have to lie to make friends, but there it is. It turns out that Larry was in a mental hospital at the time he says he met Barack Obama. Sorry, Larry. Game over." A copy of that Webpage is attached hereto as Exhibit "D".

**FIRST CLAIM FOR DAMAGES**
**DEFAMATION**
**DEFENDANT TUBESOCKTEDD**

12. Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

13. Defendant TubeSockTedD published a false statement about Plaintiff, to wit, in sum and substance that Plaintiff was "spreading lies about Obama".

14. Such false statement was published to third parties over the internet on YouTube.com.

15. The falsity of the statements by Defendant TubeSockTedD caused injury to Plaintiff by in his community and/or lowered him in the estimation of the community to which he belongs.

WHEREFORE, Plaintiff demands damages against Defendant TubeSockTedD of One Million Dollars ($1,000,000) and costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**SECOND CLAIM FOR DAMAGES**
**RECKLESS MISREPRESENTATION**
**DEFENDANT TUBESOCKTEDD**

16. Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

17. Defendant TubeSockTedD asserted a fact as of his own knowledge, to wit, that Plaintiff was "spreading lies about Obama", without knowing whether it was true or false.

18. In fact, Plaintiff was not spreading lies about Obama, but the truth of his allegations concerning Mr. Obama which, after a reasonable opportunity for further investigation or discovery, Plaintiff will establish can be demonstrated from existing documentary cellphone and credited card evidence.

19. As a result, Plaintiff had been damaged by Defendant TubeSockTedD's aforesaid

reckless misrepresentation.

WHEREFORE, Plaintiff demands damages against Defendant TubeSockTedD of One Million Dollars ($1,000,000) and costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**THIRD CLAIM FOR DAMAGES**
**DEFAMATION**
**DEFENDANT MZMOLLY**

20. Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

21. Defendant mzmolly published a false statement about Plaintiff, to wit,"Larry Sinclair is a mental patient who was institutionalized in 1999 on the date he claims to have had the "encounter" with Obama."

22. Such false statement was published to third parties over the internet on Demoncraticunderground.com.

23. The falsity of the statement by Defendant mzmolly caused injury to Plaintiff in his community and/or lowered him in the estimation of the community to which he belongs.

WHEREFORE, Plaintiff demands damages against Defendant mzmolly of One Million Dollars ($1,000,000) and costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**FOURTH CLAIM FOR DAMAGES**
**RECKLESS MISREPRESENTATION**
**DEFENDANT MZMOLLY**

24. Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

25. Defendant mzmolly asserted a fact as of his or her own knowledge, to wit, that Plaintiff "Larry Sinclair is a mental patient who was institutionalized in 1999 on the date he claims

to have had the "encounter" with Obama" without knowing whether it was true or false.

26. In fact, Plaintiff was not "a mental patient who was institutionalized in 1999 on the date he claims to have had the "encounter" with Obama."

27. As a result, Plaintiff had been damaged by Defendant mzmolly's aforesaid reckless misrepresentation.

WHEREFORE, Plaintiff demands damages against Defendant mzmolly of One Million Dollars ($1,000,000) and costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**FIFTH CLAIM FOR DAMAGES**
**DEFAMATION**
**DEFENDANT** OWNINGLIARS

28. Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

29. Defendant OWNINGLIARS published a false statement about Plaintiff, to wit, "Larry Sinclair is a LIAR...Game Over, Larry. watch! youtube.com — For those of you who may have fallen for Mr. Sinclair's little "practical joke" about Senator Obama, you are forgiven. It's unfortunate that lonely people feel they have to lie to make friends, but there it is. It turns out that Larry was in a mental hospital at the time he says he met Barack Obama. Sorry, Larry. Game over."

30. Such false statement was published to third parties over the internet on Digg.com.

31. The falsity of the statement by Defendant OWNINGLIARS caused injury to Plaintiff in his community and/or lowered him in the estimation of the community to which he belongs.

WHEREFORE, Plaintiff demands damages against Defendant OWNINGLIARS of One Million Dollars ($1,000,000) and costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**FOURTH CLAIM FOR DAMAGES**
**RECKLESS MISREPRESENTATION**
**DEFENDANT** OWNINGLIARS

32. Plaintiff repeats and re-alleges paragraphs 1 through 11 as if fully set forth herein.

33. Defendant OWNINGLIARS asserted a fact as of his or her own knowledge, to wit, that Plaintiff "Larry Sinclair is a LIAR...Game Over, Larry. watch! youtube.com — For those of you who may have fallen for Mr. Sinclair's little "practical joke" about Senator Obama, you are forgiven. It's unfortunate that lonely people feel they have to lie to make friends, but there it is. It turns out that Larry was in a mental hospital at the time he says he met Barack Obama. Sorry, Larry. Game over" without knowing whether it was true or false.

34. In fact, Plaintiff was not a liar and was not "in a mental hospital at the time he says he met Barack Obama."

35. As a result, Plaintiff had been damaged by Defendant OWNINGLIARS's aforesaid reckless misrepresentation.

WHEREFORE, Plaintiff demands damages against Defendant OWNINGLIARS of One Million Dollars ($1,000,000) and costs and such other relief as the Court deems appropriate and just.

Plaintiff demands a Jury Trial on all issues so triable.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Plaintiff
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By:____________________________
Montgomery Blair Sibley
D.C. Bar #464488

MR LARRY SINCLAIR
600 W SUPERIOR ST
APT 604
DULUTH MN 55802

E-Mail Address: jotoloco13@hotmail.com

Member Number: GP-LWS0926
Member Since: 07/16/99

If any of the above information is incorrect, please contact the Choice Service Center at 888-770-6800

*Account Summary*

**Activity Dates** 10/01/99 through 12/31/99

| | | | |
|---|---|---|---|
| BEGINNING BALANCE | 2,720 | POINTS EXPIRING 12/31/01 | 9,420 |
| POINTS EARNED | 6,700 | | 0 |
| POINTS REDEEMED | 0 | | |
| POINTS ADJUSTED | 0 | | |
| CURRENT BALANCE | 9,420 | | |

*Account Activity*

Please allow 72 hours from date of check-out for stays to be posted. Stays earning airline miles are not listed on this statement. Please contact the Choice Service Center if you need additional information about stays on which you elected to earn airline miles.

| Activity Dates | Description | Points |
|---|---|---|
| | **Points Earned** | |
| 11/01/99-11/02/99 | CO020; COMFORT INN; ALAMOSA, CO | 390 |
| 08/28/99-08/29/99 | TN068; COMFORT SUITES; COOKEVILLE, TN | 590 |
| 09/23/99-09/28/99 | SC126; COMFORT INN Ft. Jackson; COLUMBIA, SC | 3,500 |
| 11/03/99-11/06/99 | IL142; COMFORT SUITES; GURNEE, IL | 2,220 |

Exhibit "A"

## Lies about OBAMA'S LIMO SEX & DRUG PARTY

This is a video response to Obama Ruined? Allegations of Homosexuality, Drug Abuse

Share Favorite Add to Playlists Flag

**Rate:** 39 ratings **Views: 2,826**

**Comments:** 3 **Favorited:** 7 times **Honors:** 0 **Links:** 5

### Comments & Responses

**Video Responses** (view all 1 responses)

TubeSock...

### Text Comments (3)

**TubeSockTedD** (3 days ago) | Spam

Comments have now been disabled. please see the larry_sinclair myspace. Link in sidebar, to find the most current information about this sad situation.

**glenpuff** (6 days ago) | Spam

thank you hillary clinton for all your negative campaigning!

**tenzingyatso** (1 week ago) | Spam

Just amazing what evil people will do to defame this good man. Anyone with any intelligence can tell this is a load of horse shit! Obama must be doing well if they are so scared to go to these lengths of cheapness. Obama id just what America needs now!!

**mweezy** (2 weeks ago) | Spam

Thanks for posting this video and telling the truth about this nutjob.

**TubeSockTedD** (2 weeks ago) | Spam

LARRY SINCLAIR FAILED HIS POLYGRAPH TEST!!!

**From:** TubeSockTedD
**Joined:** 7 months ago
**Videos:** 22
**Subscribe**

### About This Video

http://www.myspace.com/larr...
For REAL PROOF RE... (more)

**Added:** February 18, 2008

**Embed** customize

<object width="425" height="355"><param name="movie" value="http://www.

### More From: TubeSockTedD

### Related Videos

**Display:**

**Obama Ruined? Allegations of Homosexuality, Drug Abuse**
06:14 **From:** FrnnkEducation
**Views:** 17,954

**OBAMA'S LIMO SEX & DRUG PARTY**
01:42 **From:** larrysinclair0926
**Views:** 676,349

**LIES about OBAMA'S LIMO SEX & DRUG PARTY**
02:12 **From:** OKKK4Obama
**Views:** 3,931

**a clue the larry sinclair story is about to go mainstream**
00:53 **From:** wesawthat
**Views:** 13,360

**Stunning Obama Gay Sex and Drug Reverse Speech**
04:04 **From:** redwolfe33

### Promoted Videos

Linkin Park - Giv... 03:12 linkinparktv

The ISS, Swayze, ... 07:59 boh3m3

The Price Is Righ... 02:03 CBS

GPS Wiseguy 02:59 Zanzibar19

Exhibit "B"



Larry Sinclair - Lies about Obama - Documented - Democratic Underground http://www.democraticunderground.com/discuss/duboard.php?az=view_...

Latest Greatest Lobby Journals Options Help Login

# Larry Sinclair - Lies about Obama - Documented

Printer-friendly format
Email this thread to a friend
Bookmark this thread
Previous thread | Next thread

Home » Discuss » Political Videos DONATE

George Bush
Read The Latest Stories & Opinions About Today's Politcal Landscape
Portfolio.com

DC Furnished Office
Executive Suites w/ VIP Service Move Today. Impress Tomorrow
VornadoFurnishedOffices.com

Lake Sinclair Waterfront
Find waterfront homes on Lake Sinclair
www.LakeSinclairWaterfront.com

**mzmolly** (1000+ posts) Mon Feb-25-08 03:15 PM
Original message

**Larry Sinclair - Lies about Obama - Documented**

Edited on Mon Feb-25-08 03:21 PM by mzmolly

Run time: 02:12
http://www.youtube.com/watch?v=Iq9QMOcD_w8

Posted on YouTube: February 18, 2008
By YouTube Member: FirehouseGallery
Views on YouTube: 14455

Posted on DU: February 25, 2008
By DU Member: mzmolly
Views on DU: 49

Additionally, I found a Larry Sinclair from Texas who contributed to the Bush Campaign and the Republican Party in 1989.

1. Larry Sinclair is a Ron Paul supporter DIGG.COM

2. Larry Sinclair is a mental patient who was institutionalized in 1999 on the date he claims to have had the "encounter" with Obama.

I know that no one here believes this nonsense, but I wanted to share regardless.

SHARE/BOOKMARK

From health care to the war on terror, the simple explanation of how the government budget really works.
AS SEEN ON NPR AND PBS

Refresh | 0 Recommendations Printer Friendly | Permalink | Reply | Top

Ads by Google Democratic Bush Interview Techniques Obama Political Party Bush Biography

Replies to this thread

| | | | |
|---|---|---|---|
| Google is our friend. | NOLALady | Feb-25-08 04:20 PM | #1 |
| Indeed. | mzmolly | Feb-25-08 06:09 PM | #2 |

**NOLALady** (1000+ posts) Mon Feb-25-08 04:20 PM
Response to Original message

Exhibit "C"

Join Digg | About | Login  Search Videos...

All News Videos Images Podcasts | Customize  Popular  Upcoming

Technology World & Business Science Gaming Lifestyle Entertainment Sports Offbeat

All » Offbeat » People

5
diggs

digg it

## PROOF that "Larry Sinclair" is a LIAR...Game Over, Larry.

youtube.com — For those of you who may have fallen for Mr. Sinclair's little "practical joke" about Senator Obama, you are forgiven. It's unfortunate that lonely people feel they have to lie to make friends, but there it is. It turns out that Larry was in a mental hospital at the time he says he met Barack Obama. Sorry, Larry. Game over.

**Submitted:** 22 days ago

**Submitter:** OWNINGLIARS

**Share:** Share

**Bury It:** Bury

**Favorite:** Favorite?

**Comments (4)** **Who Dugg or Blogged It?** **Blog It** **Email It**

Global Settings | Expand Full Tree | Hide Profanity | sort by date (-4 or higher)

by **ZombieKilla** on 02/20/2008 **0 diggs**

This guy is a toothless, coke smoking, slanderous, kook!!
His so called lawsuit will surely be dismissed. He is serving as his own lawyer!!
I'm sure you've heard the saying "a man serving as his own attorney has a fool for a lawyer"
You can see the documents on smokingun(dot)com
Thousands of frivolous lawsuits are filed every year and are dismissed.
Filing a lawsuit means nothing....NOTHING!!!!
LARRY=COKE SMOKING, TOOTHLESS, LIAR

By the way, he is currently living in a home for the disabled and mentally ill......

by **tubesocktedd** on 02/23/2008 **0 diggs**

Exhibit "D"

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Lawrence Sinclair

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Duluth MN
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**DEFENDANTS**

TubeSockTedD, mzmolly and OWNINGLIARS,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT unknown
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Montgomery Blair Sibley
1629 K Street, Suite 300
Washington, N.Y. 20006

ATTORNEYS (IF KNOWN)

unknown

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ◉ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ◉ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**◉ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Diversity of Citizenship, 28 U.S.C. §1332(a)(1) claims for defamation and reckless misrepresentation within the monetary jurisdiction of the Court.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 **DEMAND $** 75,000+ Check YES only if demanded in complaint **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) **YES** ☐ **NO** ☒ If yes, please complete related case form.

**DATE** 3/13/2008 **SIGNATURE OF ATTORNEY OF RECORD** ____________________

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.