**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

FILED
APR 04 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lawrence Sinclair,

    Plaintiff,

vs.

TubeSockTedD, mzmolly and OWNINGLIARS,

    Defendants.
_____/

Case No.: 08 0434

ORDER ON *EX PARTE* MOTION FOR LEAVE TO ENGAGE IN *EX PARTE* LIMITED DISCOVERY

Upon consideration of Plaintiff's *Ex Parte* Motion for Leave to Engage in *Ex Parte* Limited Discovery, it is:

ORDERED that the motion is granted. Plaintiff may issue Subpoenas *Duces Tecum* Without Deposition on YouTube.com, Demoncraticunderground.com and Digg.com for the account information of the Defendants TubeSockTedD, mzmolly and OWNINGLIARS. Plaintiff shall provide copies of all information received pursuant to the subpoenas on Defendants once they make an appearance in this matter.

DATED: April 1, 2008

_____
Henry Kennedy, Jr.
United States District Judge