UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,            )
                                      )
               Plaintiff,      )
                                      )
              v.            )      No. 1:08-cv-00434-HHK
                                      )
TubeSockTedD, mzmolly and OWLINGLIARS,  )
                                      )
           Defendants.    )

**ENTRY OF APPEARANCE SUBJECT TO JURISDICTIONAL CHALLENGES**

Subject to intended challenges to the Court's subject matter jurisdiction over this case, and to the Court's personal jurisdiction over defendant mzmolly, I enter my appearance for mzmolly and for subpoena recipient DemocraticUnderground.com.

Respectfully submitted,

  /s/ Paul Alan Levy
Paul Alan Levy
Greg Beck

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Attorney for mzmolly and
DemocraticUnderground.com

April 21, 2008