UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

        Plaintiff,

vs.

TubeSockTedD, mzmolly and
OWNINGLIARS,

        Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

**MOTION TO COMPEL DEFENDANT MZMOLLY TO CONFER FOR THE PURPOSE OF PREPARING A JOINT SCHEDULING REPORT**

    Plaintiff, Lawrence Sinclair, by and through his undersigned counsel, requests that the Court order counsel for Defendant mzmolly to confer with Plaintiff's counsel to the end of preparing the requisite Joint Scheduling Report, and for grounds in support thereof states:

    Patently, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Federal Rules of Civil Procedure, Rule 26(d). Under Rule 26(f)(1): "Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable - and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."

    Local Civil Rule 16.3, "Duty to Confer, (A) Time for Conference" requires that "Counsel (including any non-prisoner pro se party) must confer in accordance with this Rule and Rule 26(f), Federal Rules of Civil Procedure, within 21 days before a scheduling conference is held or a scheduling order is due under Rule 16(b), F.R.Civ.P."

    Accordingly, on April 22, 2008, Plaintiff's counsel e-mailed to counsel for Defendant mzmolly a draft joint scheduling report and requested a meeting to discharge the Local Civil Rule

16.3 to confer.

On April 24, 2008, counsel for Plaintiff and Defendant mzmolly conferred by telephone at which time in sum and substance counsel for Defendant mzmolly declined to confer for the Local Rule 16.3 joint scheduling report.

Defendant mzmolly by refusing to confer prevents Plaintiff from pursuing the discovery evsioned and authorized by Rule 11(b)(3).

That Rule states:

> By presenting to the court a pleading, written motion, or other paper - whether by signing, filing, submitting, or later advocating it - an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances . . . the factual contentions have evidentiary support **or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery**. . .

In the instant Complaint, both the jurisdiction (¶2) and venue (¶3) of this Court is plead in this fashion as Plaintiff presently does not possess the requisite facts given the initial anominity that the internet provides its users.

By refusing to confer, Defendant mzmolly undermines the plain procedure presented by Rule 11(b)(3) as Plaintiff cannot proceed with discovery to substantiate the factual allegations of jurisdiction and venue as that rule contemplates.

WHEREFORE, Plaintiff respectfully requests that this Court order Defendant mzmolly to promptly confer with Plaintiff to discharge the obligations under LCvR 16.3 and Rule 26(f) so that this Court may discharge its mandatory obligations under Rule 16(b) and this matter may proceed as contemplated by the local and Federal civil practice rules.

**CERTIFICATE OF CONSULTATION AND SERVICE**

I hereby certify that: (i) I have in good faith conferred with Public Citizen Litigation Group in an effort to secure the information sought by this motion without court action without success and (ii) a true and accurate copy of the foregoing was served by CM/ECF upon Paul Alan Levy, Public Citizen Litigation Group, 1600 20th Street, NW, Washington, DC 20009 this April 24, 2008.

                                          **MONTGOMERY BLAIR SIBLEY**
                                          Counsel for Plaintiff
                                          1629 K Street, Suite 300
                                          Washington, D.C. 20006
                                          202-508-3699
                                          202-478-0371 Fax

                                          By: /s/ Montgomery Blair Sibley
                                                 Montgomery Blair Sibley
                                                 D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

                Plaintiff,

vs.

TubeSockTedD, mzmolly and
OWNINGLIARS,

                Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

ORDER
ON MOTION TO COMPEL DEFENDANT
MZMOLLY TO CONFER FOR THE
PURPOSE OF PREPARING A JOINT
SCHEDULING REPORT

      Upon consideration of Plaintiff's Motion to Compel Defendant mzmolly to Confer For the Purpose of Preparing a Joint Scheduling Report, it is:

      ORDERED that Defendant mzmolly shall confer with Plaintiff to discharge the obligations under LCvR 16.3 and Rule 26(f) within___ days.

DATED: April ___, 2008

                                                              _____
                                                              United States District Judge