UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>TubeSockTedD,<br>mzholly,<br>OWNINGLIARS, *et al.,*<br><br>    Defendants. | Civil Action No. 06-0434 (HHK)<br><br>Judge Henry H. Kennedy |

ENTRY OF APPEARANCE
SUBJECT TO JURISDICTIONAL CHALLENGES

To the Clerk of this Court and all parties of record:

Subject to intended challenges to *in personam* and subject matter jurisdiction, please enter the appearance of **JAMES R. KLIMASKI** as counsel in this case for defendant **TubeSockTedD**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 25, 2008 | */s/ James R. Klimaski*<br>James R. Klimaski, #243543<br>KLIMASKI & ASSOCIATES, P.C.<br>1625 Massachusetts Avenue NW<br>Suite 500<br>Washington, DC 20036-2245<br>202-296-5600<br>Email:  klimaski@klimaskilaw.com<br><br>***Local Counsel to TubeSockTedD***<br><br>Ray Beckerman<br>Vandenberg & Feliu, LLP |

110 East 42nd Street
New York, NY 10017
212-763-6800
*Pro hac vice (application pending)*

**Counsel to TubeSockTedD**

---

### Certificate of Service

I certify that the foregoing *Entry of Appearance Subject to Jurisdictional Challenges* will be served to the following counsel for the other parties noted below in this case automatically on April 25, 2008, subsequent to properly filing this item in the approved electronic Portable Document Format (an Adobe PDF file) through this Court's Case Management and Electronic Case Filing notification system operated on a secure sector of this Court's website.

Montgomery Blair Sibley
1629 K Street NW
Suite 300
Washington, DC 20006
Email: mbsibley@civilforfeiture.com
*Attorney for plaintiff*

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Email: plevy@citizen.org

                                           */s/ Jon Pinkus*
                                           Jon Pinkus
                                           Klimaski and Associates, PC