# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,

    Plaintiff,

        v.

TubeSockTedD,
mzholly,
OWNINGLIARS, *et al.,*

    Defendants.

Civil Action No. 06-0434 (HHK)

Judge Henry H. Kennedy

## MOTION FOR ADMISSION OF RAY BECKERMAN
## IN THIS CASE PRO HAC VICE

**PLEASE TAKE NOTICE** that the undersigned attorneys of record for defendant

"TubeSockTedD", upon the annexed *Declaration of Ray Beckerman* dated April 24, 2008,

herebymove for the admission *pro hac vice* of Ray Beckerman to act as attorney for

"TubeSockTedD"in this action, and for such other and further relief as to the Court seems proper.

Respectfully submitted,

April 25, 2008

        */s/ James R. Klimaski*
James R. Klimaski, #243543
KLIMASKI & ASSOCIATES, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC 20036-2245
202-296-5600
Email:  klimaski@klimaskilaw.com

*Local Counsel to TubeSockTedD*

Ray Beckerman
Vandenberg & Feliu, LLP

110 East 42nd Street
New York, NY 10017
212-763-6800
*Pro hac vice (application pending)*

**Counsel to TubeSockTedD**

---

### Certificate of Service

I certify that the foregoing **Motion for Admission of Ray Beckerman in This Case Pro Hac Vice** will be served to the following counsel for the other parties noted below in this case automatically on April 25, 2008, subsequent to properly filing this item in the approved electronic Portable Document Format (an Adobe PDF file) through this Court's Case Management and Electronic Case Filing notification system operated on a secure sector of this Court's website.

Montgomery Blair Sibley
1629 K Street NW
Suite 300
Washington, DC 20006
Email: mbsibley@civilforfeiture.com
*Attorney for plaintiff*

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Email: plevy@citizen.org

            ***/s/ Jon Pinkus***
Jon Pinkus
Klimaski and Associates, PC

-2-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

-------------------------------------------------x
                                                 )
LAWRENCE SINCLAIR,                               )          1:08-cv-00434-HHK
                                                 )
            Plaintiff,                           )
                                                 )
      -against-                                  )
                                                 )
TubeSockTedD, et al.,                            )
                                                 )
            Defendants.                          )
                                                 )
-------------------------------------------------x          **DECLARATION**

**RAY BECKERMAN** declares under penalty of perjury:

1. My full name is Ray Beckerman.

2. My office address and telephone number are as follows:

Vandenberg & Feliu, LLP
110 East 42 Street
New York, NY 10017
(212) 763-6800

3. I am admitted to practice in:

(A) The Bar of the State of New York;
(B) United States District Court, Southern District of New York;
(C) United States District Court, Eastern District of New York;
(D) United States Court of Appeals, Second Circuit;
(E) United States Court of Appeals, Third Circuit;
(F) United States Supreme Court.

4. I have not been disciplined by any Bar.

5. I have not previously been admitted pro hac vice in this Court.

6. I do not engage in the practice of law from an office located in the District of

Columbia.

-1-

7.  I respectfully request the honor of being admitted to practice before this Honorable Court pro hac vice in order to represent the defendant "TubeSockTedD".

WHEREFORE, it is respectfully requested that the within motion for pro hac vice admission be in all respects granted.

Dated: New York, New York
       April 24, 2008

**RAY BECKERMAN**