**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

-----------------------------------------------------x
)
LAWRENCE SINCLAIR,             )         1:08-cv-00434-HHK
)
          Plaintiff,      )
)
      -against-      )
)
TubeSockTedD, et al.,     )
)
      Defendants.    )     **ENTRY OF APPEARANCE**
)          **SUBJECT TO**
-----------------------------------------------------x     **JURISDICTIONAL CHALLENGES**

To the Clerk of this court and all parties of record:

Subject to intended challenges to in personam and subject matter jurisdiction, please enter the

appearance of **RAY BECKERMAN** as counsel in this case for defendant **TubeSockTedD**.

Dated: District of Columbia
      April 28, 2008


                       **VANDENBERG & FELIU, LLP**

                       By:_____/s/Ray Beckerman_____
                       Ray Beckerman (Pro Hac Vice)
                       Attorneys for defendant "TubeSockTedD"
                       110 East 42 Street
                       New York, NY 10017
                       (212) 763-6800

                       Klimaski & Associates, PC
                       By:__/s/James R. Klimaski___
                       James R. Klimaski
                       Attorneys for defendant "TubeSockTedD"
                       1625 Massachusetts Avenue, N.W. Suite 500
                       Washington, DC 20036
                       Telephone: 202-296-5600
                       Email: klimaski@klimaskilaw.com

To: Montgomery Blair Sibley, Esq.
    Attorney for plaintiff
    1629 K Street, Suite 300
    Washington, DC 20006
    (205) 508-3699
    Email: mbsibley@civilforfeiture.com

    Paul Alan Levy, Esq.
    Public Citizen Litigation Group
    1600 - 20th Street, N.W.
    Washington, DC 20009
    (202) 588-1000
    Email: plevy@citizen.org