UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
)
LAWRENCE SINCLAIR,              )        1:08-cv-00434-HHK
)
    Plaintiff,               )
)
  -against-                      )
)
TubeSockTedD, et al.,            )
)
    Defendants.              )        **ENTRY OF APPEARANCE**
)        **SUBJECT TO**
---------------------------------------------------x        **JURISDICTIONAL CHALLENGES**

To the Clerk of this court and all parties of record:

Subject to intended challenges to in personam and subject matter jurisdiction, please enter the appearance of **RAY BECKERMAN** as counsel in this case for defendant **TubeSockTedD**.

Dated: District of Columbia
     April 28, 2008

**VANDENBERG & FELIU, LLP**

By:_____/s/Ray Beckerman_____
Ray Beckerman (Pro Hac Vice)
Attorneys for defendant "TubeSockTedD"
110 East 42 Street
New York, NY 10017
(212) 763-6800
Email: rbeckerman@vanfeliu.com

Klimaski & Associates, PC
By:__/s/James R. Klimaski___
James R. Klimaski
Attorneys for defendant "TubeSockTedD"
1625 Massachusetts Avenue, N.W. Suite 500
Washington, DC 20036
Telephone: 202-296-5600
Email: klimaski@klimaskilaw.com

-1-

To: Montgomery Blair Sibley, Esq.
    Attorney for plaintiff
    1629 K Street, Suite 300
    Washington, DC 20006
    (205) 508-3699
    Email: mbsibley@civilforfeiture.com

    Paul Alan Levy, Esq.
    Public Citizen Litigation Group
    1600 - 20th Street, N.W.
    Washington, DC 20009
    (202) 588-1000
    Email: plevy@citizen.org