UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,                      )
                                        )
              Plaintiff,                )
                                        )
        v.                              )        No. 1:08-cv-00434-HHK
                                        )
TubeSockTedD, mzmolly and OWNINGLIARS,  )
                                        )
              Defendants.               )

**MEMORANDUM OF DEMOCRATIC UNDERGROUND AND MZMOLLY
IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
DEMOCRATIC UNDERGROUND TO COMPLY WITH SUBPOENA
AND TO COMPEL PUBLIC CITIZEN TO COMPLY WITH LETTER FROM
PLAINTIFF'S COUNSEL "DEMANDING" INFORMATION**

**TABLE OF CONTENTS**

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    A. Factual Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    B. Proceedings to Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

I.    THE FIRST AMENDMENT BARS THE DISCOVERY SOUGHT FROM
    DEMOCRATICUNDERGROUND.COM. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

A.    The First Amendment Protects Against the Compelled Identification of
    Anonymous Internet Speakers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

B.    The Qualified Privilege for Anonymous Speech Supports a Five-Part Standard
    for the Identification of John Doe Defendants . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

C.    Sinclair Has Not Followed The Steps Required Before  Identification of John
    Doe Speakers May Be Ordered in This Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

        1.    Require Notice of the Threat to Anonymity and an Opportunity
            to Defend It . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

2.    Demand Specificity Concerning the Statements . . . . . . . . . . . . . . . . . . . 24

3.    Review the Facial Validity of the Complaint After the Statements
Are Specified . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

a. Plaintiff Has Not Sufficiently Pleaded Jurisdiction . . . . . . . . . . . . . . 25

b. The Complaint Does Not Plead a Valid Claim for Defamation . . . . . 28

4. Require an Evidentiary Basis for the Claims . . . . . . . . . . . . . . . . . . . . . . . . . 32

5. Balance the Equities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

D. The *Dendrite / Mobilisa* Standard Strikes the Right Balance of Interests . . . . . . . . . 39

II.    THE MOTION TO COMPEL PUBLIC CITIZEN TO COMPLY WITH
MR. SIBLEY'S LETTER REQUESTING IDENTIFICATION OF MR. LEVY'S
CLIENT IS BARRED BY THE FIRST AMENDMENT, THE ATTORNEY-
CLIENT PRIVILEGE, AND RULES 37(a)(3)(B) AND 45(c)(2)(B)(I) . . . . . . . . . . . . 40

III.    REQUEST FOR SANCTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

# TABLE OF AUTHORITIES

**CASES**

*ACLU v. Johnson*,
    4 F. Supp. 2d 1029 (D.N.M. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*ACLU v. Miller*,
    977 F. Supp. 1228 (N.D. Ga. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Alvis Coatings v. Doe*, 2004 WL 2904405
    2004 WL 2904405 (W.D.N.C. Dec. 2, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*Anderson v. Kammeier*,
    262 N.W.2d 366 (Minn. 1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

*ApolloMEDIA Corp. v. Reno*,
    526 U.S. 1061 (1999),
    *aff'g* 19 F. Supp.2d 1081 (C.D. Cal. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Asay v. Hallmark Cards*,
    594 F.2d 692 (8th Cir. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Baird v. Koerner,*
    279 F.2d 623 (9th Cir. 1960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*Barrett v. Rosenthal* ,
    40 Cal. 4th 33, 51 Cal.Rptr.3d 55, 146 P.3d 510 (Cal. 2006) . . . . . . . . . . . . . . . . . . . . . 30

*Bates v. City of Little Rock*,
    361 U.S. 516 (1960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

*Batzel v. Smith*,
    333 F.3d 1018 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*Beatty v. Ellings*,
    285 Minn. 293, 173 N.W.2d 12 (Minn.1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

*Best Western Int'l v. Doe*,
    2006 WL 2091695 (D. Ariz. July 25, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

---

\* An asterisk marks the authorities on which principal reliance is placed

*Blumenthal v. Drudge,*
    992 F. Supp. 44 (D.D.C. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*Brown v. Keene,*
    33 U.S. (8. Pet.) 112 (1834) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Bruno v. Stillman,*
    633 F.2d 583 (1st Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

*Buckley v. American Constitutional Law Foundation,*
    525 U.S. 182 (1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Carey v. Hume,*
    492 F.2d 631 (D.C. Cir. 1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Cervantes v. Time,*
    464 F.2d 986 (8th Cir. 1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 34

*Columbia Insurance Co. v. Seescandy.com,*
    185 F.R.D. 573 (N.D. Cal. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 23

*\* Dendrite v. Doe,*
    342 N.J.Super. 134, 775 A.2d 756 (N.J. Super. App. Div. 2001) . . . . . . . 8, 17, 18, 24, 36

*Doe v. 2TheMart.com,*
    140 F. Supp. 2d 1088 (W.D.Wash. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 17

*Doe v. Archdiocese of Milwaukee,*
    211 Wis. 2d 312, 565 N.W.2d 94 (Wis. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*\* Doe v. Cahill,*
    884 A.2d 451 (Del. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 28

*In re Does 1-10,*
    242 S.W.3d 805 (Tex.App.-Texarkana 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Ealy v. Littlejohn,*
    560 F.2d 219 (5th Cir. 1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Elrod v. Burns,*
    427 U.S. 347 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*FEC v. Florida for Kennedy Committee,*
    681 F.2d 1281 (11th Cir. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Foretich v. Glamour,*
    753 F. Supp. 955 (D.D.C.1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*Garrison v. State of Louisiana,*
    379 U.S. 64 (1964) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

*Gertz v. Robert Welch, Inc.,*
    418 U.S. 323 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

*Glenn v. Daddy Rocks,*
    171 F. Supp. 2d 943 (D. Minn. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Global Telemedia v. Does,*
    132 F. Supp. 2d 1261 (C.D. Cal. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

\* *Gorman v. Ameritrade Holding Corp.,*
    293 F.3d 506 (D. C. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

*Immunomedics v. Doe,*
    342 N.J. Super. 160, 775 A.2d 773 (N.J. Super. App. Div. 2001) . . . . . . . . . . . . . . . . . 40

*In re Grand Jury Subpoena,*
    926 F.2d 1423 (5th Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*Matter of Grand Jury Subpoenas Served Upon Field,*
    408 F. Supp. 1169 (S.D.N.Y.1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

*Hanson v. Denckla,*
    357 U.S. 235 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Helicopteros Nacionales de Colombia, S.A. v. Hall,*
    466 U.S. 408 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

*Herbert v. Lando,*
    441 U.S. 153 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

\* *Highfields Capital Management v. Doe,*
    385 F. Supp. 2d 969 (N.D. Cal. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 36

*Howell by Goerdt v. Tribune Entertainment Co.,*
    106 F.3d 215 (7th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Hustler Magazine v. Falwell,*
    485 U.S. 46 (1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

*In re Baxter*,
    2001 WL 34806203 (W.D. La. Dec. 20, 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*In re Stolar*,
    397 F. Supp. 520 (S.D.N.Y.1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*International Shoe Co. v. Washington*,
    326 U.S. 310 (1945) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 27

*Klehr Harrison v. JPA Development*,
    2006 WL 37020 (Pa. Com. Pl. Philadelphia Cy. Jan. 4, 2006) . . . . . . . . . . . . . . . . . . . 21

*Krinsky v. Doe 6*,
    159 Cal. App. 4th 1154, 72 Cal.Rptr.3d 231 (Cal.App. 6 Dist. 2008) . . . . . . . . . . . . . . 20

*Lassa v. Rongstad*,
    294 Wis. 187, 718 N.W.2d 673 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Lee v. Department of Justice*,
    413 F.3d 53 (D.C. Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Litton Industrial v. Lehman Brothers Kuhn Loeb*,
    130 F.R.D. 25 (S.D.N.Y. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

*Lohrenz v. Donnelly*,
    350 F.3d 1272 (D.C. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

*Macheras v. Ctr. Art Galleries-Hawaii*,
    776 F. Supp. 1436 (D. Haw.1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*McClure v. American Family Mutual Insurance Co.*,
    29 F. Supp. 2d 1046 (D. Minn. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

\* *McIntyre v. Ohio Elections Committee*,
    514 U.S. 334 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 16

\* *McMann v. Doe*,
    460 F. Supp. 2d 259 (D. Mass. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 26, 28

*Melvin v. Doe*,
    49 Pa. D. & C. 4th 449 (2000),
    *rev'd on other grounds*, 575 Pa. 264, 836 A.2d 42 (2003) . . . . . . . . . . . . . . . . . . . . . . 20

\* *Meng v. Schwartz*,
    305 F. Supp. 2d 49 (D.D.C. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Menzies v. Doe,*
    194 F.3d 174 (D.C. Cir 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Miami Herald Public Co. v. Tornillo,*
    418 U.S. 241 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Milkovich v. Lorain Journal Co.,*
    497 U.S. 1 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

*Miller v. Transamerican Press,*
    621 F.2d 721 (5th Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Missouri ex rel. Classic III v. Ely,*
    954 S.W.2d 650 (Mo. App. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

\* *Mobilisa v. Doe,*
    170 P.3d 712 (Ariz. App. Div. 1 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 36

*Moreno v. Crookston Times Printing Co.,*
    610 N.W.2d 321 (Minn.2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*NAACP v. Alabama,*
    357 U.S. 449 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

*New York Times Co. v. Sullivan,*
    376 U.S. 254 (1964) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 28

*In re Petroleum Prod. Antitrust Litigation,*
    680 F.2d 5 (2d Cir. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34, 36

*Polito v. Doe,*
    78 Pa. D. &.C. 328 (Pa. Com. Pl. Lackawanna Cy. 2004) . . . . . . . . . . . . . . . . . . . . . 21

*Reno v. ACLU,*
    521 U.S. 844 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 14

*Reunion Industries v. Doe,*
    80 Pa. D. & C. 4th 449 (Com. Pl. Allegheny Cy. 2007) . . . . . . . . . . . . . . . . . . . . . . . 20

*Revell v. Lidov,*
    317 F.3d 467 (5th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

*Richards of Rockford v. PGE,*
    71 F.R.D. 388 (N.D. Cal. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

*Rocker Management v, Does*, 2003 WL 22149380
2003 WL 22149380  (N.D. Cal. May 29, 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

*Russo v. NCS Pearson*,
462 F. Supp. 2d 981 (D. Minn. 2006)       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Schultz v. Reader's Digest*,
468 F. Supp. 551 (E.D.Mich. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

*Shelley v. Kraemer*,
334 U.S. 1 (1948) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Sinclair v. Obama*,
No. 08-360 (D. Minn.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 7

*Sony Music Entertainment v. Does 1-40*,
326 F. Supp. 2d 556 (S.D.N.Y. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*Southwell v. Southern Poverty Law Center*,
949 F. Supp. 1303 (W.D. Mich. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

* *St. Amant v. Thompson*,
390 U.S. 727 (1968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 32

*State ex rel. Ziervogel v. Washington Cy. Board of Adjustment*,
263 Wis. 2d 321, 661 N.W.2d 884 (Wisc. App. 2003) . . . . . . . . . . . . . . . . . . . . . . 22

*Stephens v. Halliburton Co.*,
2003 WL 22077752 (N.D. Tex. Sept. 5, 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Talley v. California*,
362 U.S. 60 (1960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Taubman v. WebFeats*,
319 F.3d 770 (6th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. Caporale*,
806 F.2d 1487 (11th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*United States v. Liebman*,
742 F.2d 807 (3d Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

*Waldbaum v. Fairchild Publications*,
627 F.2d 1287 (D.C. Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

*Watchtower Bible & Tract Social of New York v. Village of Stratton*,
    536 U.S. 150 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*World-Wide Volkswagen Corp. v. Woodson*,
    444 U.S. 286 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

*Zerilli v. Smith*,
    656 F.2d 705 (D.C. Cir. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

## CONSTITUTION, STATUTES, AND RULES

United States Constitution

    First Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *passim*

28 U.S.C. § 1332 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
28 U.S.C. § 1441 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
28 U.S.C. § 1927 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 42, 43

Communications Decency Act,

    47 U.S.C. § 230 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 30
    47 U.S.C. § 230(c)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Federal Rules of Civil Procedure

    Rule 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    Rule 37(a)(3)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    Rule 37(a)(5)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    Rule 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    Rule 45(c)(2)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Rule 45(c)(2)(B)(I) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    Rule 45(c)(3)(A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Rule 45(c)(3)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## MISCELLANEOUS

Eisenhofer & Liebesman, *Caught by the Net,*.
    10 Business Law Today No. 1 (Sept./Oct 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Fischman, *Your Corporate Reputation Online*,
    www.fhdlaw.com/html/corporate_reputation.htm . . . . . . . . . . . . . . . . . . . . . . . . . 33

Fischman, *Protecting the Value of Your Goodwill from Online Assault*,
    www.fhdlaw.com/html/ bruce_article.htm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Furman, *Cybersmear or Cyberslapp: Analyzing Defamation Suits Against Online John
    Does as Strategic Lawsuits Against Public Participation*,
    25 Seattle U. L. Rev. 213 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Lessig, *The Law of the Horse*,
    113 Harv. L. Rev. 501 (1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Lidsky & Cotter, *Authorship, Audiences and Anonymous Speech*,
    82 Notre Dame L. Rev. 1537 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

O'Brien, *Putting a Face to a Screen Name: The First Amendment Implications of Compelling
    ISP's to Reveal the Identities of Anonymous Internet Speakers in Online Defamation Cases*,
    70 Fordham L. Rev. 2745 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Post, *Pooling Intellectual Capital: Thoughts on Anonymity, Pseudonymity, and Limited
    Liability in Cyberspace*,
    1996 U. Chi. Legal F. 139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Reder & O'Brien, *Corporate Cybersmear: Employers File John Doe Defamation Lawsuits
    Seeking the Identity of Anonymous Employee Internet Posters*,
    8 Mich. Telecomm. & Tech. L. Rev. 195 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Spencer, *Cyberslapp Suits and John Doe Subpoenas: Balancing Anonymity and
    Accountability in Cyberspace*,
    19 J. Marshall J. Computer & Info. L. 493 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Thompson, *On the Net, in the Dark*,
    California Law Week, Volume 1, No. 9, at 16, 18 (1999) . . . . . . . . . . . . . . . . . . . . . . 33

Tien, *Innovation and the Information Environment: Who's Afraid of Anonymous Speech?
    McIntyre and the Internet*,
    75 Ore. L. Rev. 117 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Werthammer, *RNN Sues Yahoo Over Negative Web Site*,
    Daily Freeman, November 21, 2000,
    www.zwire.com/site/news.cfm?newsid=1098427&BRD=1769&PAG
    =461& dept_id= 4969&rfi=8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Wright, Miller & Cooper, *Federal Practice and Procedure:
    Jurisdiction and Related Matters* (2d ed. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

This case involves bloggers who criticized Larry Sinclair, a Minnesota resident who has been trying to secure press coverage for a sensational claim about Presidential candidate Barack Obama – that in 1999, when  Obama was a member of the Illinois Legislature, Obama bought him cocaine, after which he performed fellatio on  Obama.   Although broadly publicized in the blogosphere, a tabloid newspaper, and right-wing radio shows, Sinclair has expressed frustration that the "mainstream media" has ignored him.  Now that his suit alleging that Obama violated his First Amendment rights by getting the media to suppress his story has been thrown out of court, Sinclair has brought his quest for 15 minutes of fame to this Court, suing three bloggers who said his story about Obama is a lie, and has subpoenaed identifying information, for the supposed purpose of pursing litigation against them in a court which is, not coincidentally, located in a major media market.  In fact, Sinclair's own blog openly acknowledges that he plans to use this lawsuit to "get this in the open and show that Mr. Obama did do as I said he did," and that he and his attorney are trying to use this case to take  Obama's deposition about Sinclair's claims: "The aim of the Sinclair-Sibley legal strategy is eventually to discover Barack Obama on oath."

There is no reason to allow plaintiff and his counsel to create the circus that they desire.  Apart from their improper purpose, both the lawsuit and the motion to compel are frivolous.  Under well-established law, courts do not order the identification of anonymous Internet speakers, even when those speakers are named as defendants in a lawsuit, unless the plaintiff can show that there is good reason to believe that the suit has a reasonable probability of success, and thus that the need for disclosure outweighs the First Amendment right to speak anonymously.   The Court should deny the motion to compel.  Indeed, we show in the course of our argument on the subpoena that the Court lacks subject matter jurisdiction.

## STATEMENT OF THE CASE

### A. Factual Background

1. The Internet is a democratic institution in the fullest sense. It serves as the modern equivalent of Speakers' Corner in London's Hyde Park, where ordinary people may voice their opinions, however silly, profane, or brilliant, to all who choose to read them. As the Supreme Court explained in *Reno v. ACLU*, 521 U.S. 844, 853, 870 (1997), "From the publisher's point of view, [the Internet] constitutes a vast platform from which to address and hear from a worldwide audience of millions of readers, viewers, researchers, and buyers. . . . Through the use of chat rooms, any person with a phone line can become a town crier with a voice that resonates farther than it could from any soapbox. Through the use of Web pages, . . . the same individual can become a pamphleteer." The Court held, therefore, that full First Amendment protection applies to speech on the Internet. *Id.* Or, as another court put it, "[defendant] is free to shout 'Taubman Sucks!' from the rooftops . . .. Essentially, this is what he has done in his domain name. The rooftops of our past have evolved into the internet domain names of our present. We find that the domain name is a type of public expression, no different in scope than a billboard or a pulpit, and [defendant] has a First Amendment right to express his opinion about Taubman." *Taubman v. WebFeats*, 319 F.3d 770, 778 (6th Cir. 2003).

Knowing that people have personal interests in news developments, and that people love to share their views with anyone who will listen, many companies have organized outlets for the expression of opinions. Democratic Underground hosts discussion boards that are aimed to provide a forum for "Democrats of all stripes, along with other progressives who will work with us to achieve our shared goals." http://www.democraticunderground.com/about.html. Google has several such forums, including YouTube, which allows members of the public to post videos and to

comment on each other's videos.  Digg.com provides a forum for posting content and then solicits its members votes on the significance of that content, thereby increasing the prominence of various media that its members deem most significant and "providing tools for our community to discuss the topics that they're passionate about." http://digg.com/about.

The individuals who post messages generally do so under pseudonyms – similar to the old system of truck drivers using "handles" when they speak on their CB's.  Nothing prevents an individual from using his real name, but, as inspection of the various message boards at issue in this case will reveal, most people choose nicknames.  These typically colorful monikers protect the writer's identity from those who disagree with him or her, and they encourage the uninhibited exchange of ideas and opinions.  Indeed, every message board has regular posters who persistently complain about companies or individuals under discussion, others who persistently praise them, and others whose opinions vary between praise and criticism.  Such exchanges are often very heated, and they are sometimes filled with invective and insult.  Most, if not everything, that is said on message boards is taken with a grain of salt.

Many message boards have a significant feature that makes them very different from almost any other form of published expression.  Subject to requirements of registration and moderation, any member of the public can use a message board to express his point of view; a person who disagrees with something that is said on a message board for any reason – including the belief that a statement contains false or misleading information – can respond to those statements immediately at no cost, and that response can have the same prominence as the offending message.[1]  A message board is thus

---

[1]Some message boards make registration subject to approval based on membership in a specific group, and message boards vary in the extent to which they monitor postings.  For example, Democratic Underground's message boards are actively moderated by a group of volunteer moderators, who delete posts and ban people whose presence runs counter the **(footnote continued)**

unlike a newspaper, which cannot be required to print a response to its criticisms. *Miami Herald Pub. Co. v. Tornillo*, 418 U.S. 241 (1974).  By contrast, on most message boards companies and individuals can reply immediately to criticisms, giving facts or opinions to vindicate their positions, and thus, possibly, persuading the audience that they are right and their critics are wrong.  And, because many people regularly revisit message boards about a particular topic, a response is likely to be seen by much the same audience as those who saw the original criticism; hence the response reaches many, if not all, of the original readers.  In this way, the Internet provides the ideal proving ground for the proposition that the marketplace of ideas, rather than the courtroom, provides the best forum for the resolution of disagreements about the truth of disputed propositions of fact and opinion.

2.  Plaintiff Larry Sinclair lives in Duluth, Minnesota.  According to the story he gave to the *Globe* tabloid newspaper, he has a lengthy criminal record including credit card fraud, drug-dealing, and smuggling.  *See also* Goldwich, Morrow and Alexander Affidavits.  He has used several different names, include La-Rye Ashaiti Silvas and LaRye Vizcarra Avila. http://larrysinclair0926.wordpress.com/2008/03/22/criminal-records-check-results-and-examples-of-mis-information/.  The prison record for LaRye V. Avila includes many citations for assault, threats, intimidation, and verbal abuse.  Levy Affidavit, Exhibit D.  Sinclair is wanted on warrants in two states.  Stiles Affidavit, Exhibit H.  One of the warrants remains outstanding, Morrow Affidavit ¶ 3, despite a

---

mission of the site. In fact, had Sinclair contacted Democratic Underground claiming that the posting about him was false, and made a reasonable case for that the posting about him was false, the post might well have been removed.  A reasonably civil response to mzmolly, explaining that her post was not factually correct, would likely have been left up for others to view.

motion by Sinclair to dismiss it.  Levy Affidavit, Exhibit G.[2]

In late 2007, Sinclair contacted presidential candidate Barack Obama with the claim that he had engaged in sexual activities with Obama and that they had shared drugs, and he demanded that Obama address his allegations.  When Obama ignored his claims, he contacted major newspapers to try to get them to run his story.  In an interview, he represented that he was working with a Chicago Tribune reporter who was in the process of fact-checking his story, and other reporters. http://wizbangblue.com/2008/02/17/larry-sinclair-sues-obama-and-is-offered-100k-to-take-polygraph.php, attached to Stiles Affidavit, Exhibit J.  When he failed to secure the coverage that he felt his story deserved, he sued Obama pro se, alleging that Obama had deliberately suppressed the story and thereby violated his First Amendment rights.  *Sinclair v. Obama*, No. 08-360 (D. Minn.).  Sinclair moved for leave to proceed in forma pauperis, but that motion was denied and the case was dismissed sua sponte without having been served on any of the defendants.  Levy Affidavit, Exhibit H.

Sinclair posted a video on Google's YouTube site that showed him reciting his allegations against Obama – that in November 1999, while visiting Illinois to attend his god-son's graduation from the Great Lakes Naval Training Center, he rented a limousine and picked up Barack Obama, who was at that time a "State Representative"; that Obama obtained cocaine for Sinclair's use, and crack cocaine for his own use; and that following their use of the drugs, and apparently in return for the drugs, he performed fellatio on Obama.  He dared Obama to take a polygraph test if Obama claimed he was wrong.  Sinclair accepted a reward to take a polygraph himself, but failed it.

---

[2]In the event Sinclair's fugitive status interferes with this case, such as by preventing him from coming to D.C. to testify, the Court may need to consider whether to withhold its jurisdiction under the fugitive disentitlement doctrine.  No such action seems warranted at this time.

http://www. whitehouse. com/NewsComments.aspx?start=&NewsID=116#; http://www.whitehouse
.com/files/intercept3_4.pdf; http://www.whitehouse.com/files/ intercept1_2.pdf. (Sinclair claims
that the testers were biased.) In addition, he gave his story to a tabloid newspaper, the *Globe*, which
published two stories describing his claims but also reported the seamy facts of Sinclair's own
background, including his felony record and his claim that he has a brain tumor and has less than a
year to live. Levy Affidavit, Exhibit F. Sinclair has secured interviews from fringe radio hosts in
which he has told his story (there is a list of these interviews, with links to relevant web sites where
many can be heard, on Sinclair's blog); he has also created his own blog and MySpace pages,
http://larrysinclair0926.wordpress.com/; http://www.myspace.com/larrysinclair0926. There he tells
his story, points to other locations on the Internet where his claims have been discussed, responds
to his critics, and sells Tshirts and other slogan-bearing paraphernalia. Indeed, Sinclair has engaged
his critics vigorously, denouncing them with the claim that they are shills for the Obama campaign,
or that the Obama campaign itself is lying about him to avoid having to confront his claims.

Sinclair's efforts to draw attention to his claims met with some success, in that numerous
individuals posted comments arguing either that Obama was guilty as charged, or that Sinclair was
lying about Obama. These posts asserted, among other things, that the story couldn't possibly be
true because at the time he claimed the operative events took place, Sinclair was a patient in a mental
institution. Such statements appeared on the Plunderbund web site on February 13 and 15, 2008.
Stiles Affidavit, Exhibit I, and on the Topix web site on February 16, 18 and 20. Stiles Affidavit,
Exhibit K. On February 18, an anonymous speaker, "FirehouseGallery," posted a video on YouTube
(since removed) that repeated the mental patient statement. *Cited* in Complaint, Exhibit C.

On February 18, the first post that is the subject of this action was posted – a video by
defendant TubeSockTedD that stated, "Larry Sinclair Is Spreading Lies About Obama." Complaint

Exhibit B.  On February 20, defendant Owningliars posted a statement on Digg.com, apparently linking back to an unspecified YouTube video, which he urged his viewers to "watch" as "proof" that Sinclair was lying, because "it turns out that Larry was in a mental hospital at the time he says he met Barack Obama."  Complaint ¶ 11 and Exhibit D.  Finally, on February 25, defendant mzmolly posted a link to the FirehouseGallery You-Tube video on a message board on DemocraticUnderground.com, while repeating the substance of the mental patient statement. Complaint Exhibit D.

In addition to publicizing his side of the controversy, Sinclair has tried to determine the identity of his critics, posting their alleged names, details about their families, and photographs, Stiles Affidavit, Exhibit G,  presumably so that his supporters can find them.  Sinclair has specifically threatened retribution against his critics and their families.  *Id.* Exhibit D; Levy Affidavit, Exhibit E.  Given his violent past, Sinclair's critics could not be blamed for taking such threats seriously.

**B.  Proceedings to Date**

On March 13, 2007, Sinclair filed this action, represented by Montgomery Blair Sibley. Sinclair recites the claims made in his YouTube video about Obama and claims that three of his many Internet critics defamed him by asserting that he is lying about Obama and that he could not have done what he said he did with Obama because he was a mental patient at the time.  The complaint alleges that the statements are false, but does not allege that defendants published their statements with actual malice – that they either knew that the statements were false, or published them with reckless disregard of their probable falsity.  The complaint does not set forth any basis for personal jurisdiction in this Court, and although the complaint alleges diversity jurisdiction, it does not affirmatively allege that all of the Doe defendants live in states other than Minnesota, which is

Sinclair's citizenship.  Instead, the complaint alleges that after a reasonable opportunity for investigation or discovery, plaintiff will be able to establish diversity.  The FAQ's for Sinclair's blog make no bones about what his **real** purpose is for filing this case – "The aim of the Sinclair-Sibley legal strategy is eventually to discover Barack Obama on oath."  http://larrysinclair0926.wordpress.com/answers-to-faqs/.  Stiles Affidavit, Exhibit B.  The complaint attached four exhibits – the three blog comments over which he was suing, Exhibits B through D, and a document that purports to be a very poor copy of a hotel "activity" statement for the period of time that included his alleged time with Obama but which, however, contains internally inconsistent dates.  Exhibit A.

Sinclair moved ex parte for leave to pursue discovery to identify the anonymous defendants, but made no attempt to give notice of the pendency of that motion as many cases require.  *E.g.*, *Dendrite v. Doe*, 775 A.2d 756 (N.J. Super. App. Div. 2001).  The court granted that motion ex parte, and Sinclair's blog proclaimed, "Judge Henry Kennedy granted a motion for discovery in the matter."  Stiles Affidavit, Exhibit B.  Sinclair served subpoenas on Google, Digg, and Democratic Underground, calling for production of documents by April 18, 2008.  On April 16, 2008, undersigned counsel Mr. Levy served objections under Rule 45(c)(2)(B) on behalf of defendant mzmolly and Democratic Underground, pointing out the many cases requiring that a plaintiff who seeks to use discovery to identify anonymous Internet speakers in order to sue them must first make a legal and factual showing that his claims have some probability of success.  Levy Affidavit, Exhibit A.  The objections further explained that there were several reasons to believe that this Court would never enter judgment in Sinclair's favor, because Doe defendants cannot be sued in diversity, because there were no allegations supporting personal jurisdiction in this Court, and because Sinclair has neither alleged a sufficient defamation claim nor presented any evidence to support those claims.  The objections concluded by urging Mr. Sibley to dismiss the complaint.

On April 17, Mr. Sibley responded to the Rule 45 objections by claiming that Rule 45(c)(3)(A) did not apply because the letter "raised no time, travel, burden or privilege objects [sic] to the subpoena," and that Rule 45(c)(3)(B) did not apply because "the objections of trade secret, expert opinion or travel are not raised by you in your letter."  Levy Affidavit, Exhibit B.  Mr. Sibley threatened to move for contempt if Democratic Underground did not produce the requested documents.  In addition, Mr. Sibley demanded that Mr. Levy disclose the name of defendant mzmolly, asserting that "absent special circumstances" the attorney client privilege does not shield client identity from discovery, and threatening to serve a subpoena on Public Citizen Litigation Group, because "Judge Kennedy appears to have no problem with allowing discovery toward the end of identifying the individuals who have maligned my client."  Later in the day, Mr. Levy responded by letter pointing out that there **are** exceptions when the attorney-client privilege shields client identity, and that if those exceptions did not apply in this case then anonymous defendants would never be able to retain counsel to seek to protect their First Amendment right to remain anonymous. Levy Affidavit, Exhibit C.  Mr. Levy further observed that the threatened subpoena would seek the same information already subpoenaed from Democratic Underground, and hence would serve no useful purpose other than multiplying litigation.  *See* 28 U.S.C. § 1927.  Mr. Levy concluded by inviting Mr. Sibley to call to discuss the substantive objections to the subpoena previously raised.

Mr. Sibley did not serve a subpoena on Public Citizen and did not confer with Mr. Levy about the objections.  Levy Affidavit ¶ 10.  Instead, he filed a motion to compel responses both to the subpoena served on Democratic Underground and to his "demand" that Public Citizen reveal the identity and address of mzmolly.

## SUMMARY OF ARGUMENT

The Internet has the potential to be an equalizing force within our democracy, giving ordinary

citizens the opportunity to communicate, at minimal cost, their views on issues of public concern to all who will listen. Full First Amendment protection applies to communications on the Internet, and longstanding precedent recognizes that speakers have a First Amendment right to communicate anonymously, so long as they do not violate the law in doing so. Thus, when a complaint is brought against an anonymous speaker, the courts must balance the right to obtain redress from the perpetrators of civil wrongs against the right of those who have done no wrong to remain anonymous. In cases such as this one, these rights come into conflict when a plaintiff seeks an order compelling disclosure of a speaker's identity, which, if successful, would irreparably destroy the defendant's First Amendment right to remain anonymous.

Suits against anonymous speakers are unlike most tort cases, where identifying an unknown defendant at the outset of the case is merely the first step toward establishing liability for damages. In a suit against an anonymous speaker, identifying the speaker gives an important measure of relief to the plaintiff because it enables him to employ extra-judicial self-help measures to counteract both the speech and the speaker, and creates a substantial risk of harm to the speaker, who not only loses the right to speak anonymously, but may be exposed to efforts to restrain or oppose his speech. For example, an employer might discharge a whistleblower, and a public official might use his powers to retaliate against the speaker, or might use knowledge of the critic's identity in the political arena. Similar cases across the country, and advice openly given by lawyers to potential clients, demonstrate that access to identifying information to enable extrajudicial action may be the only reason for many such lawsuits. Plaintiff here recognizes the value of anonymity, having assured the donors he has solicited to help him use this case to publicize his claims about Obama that their names will never be revealed. Stiles Affidavit, Exhibit C. Sinclair has explained that the reason he does not post on the Internet or provide to the media the name of the alleged limo driver from 1999

is to protect the driver from death threats by Sinclair's critics. *Id.* Exhibit B.

Whatever the reason for speaking anonymously, a rule that makes it too easy to remove the cloak of anonymity will deprive the marketplace of ideas of valuable contributions. Moreover, our legal system ordinarily does not give substantial relief of this sort, even on a preliminary basis, absent proof that the relief is justified because success is likely and the balance of hardships favors the relief. The challenge for the courts is to develop a test for the identification of anonymous speakers that makes it neither too easy for deliberate defamers to hide behind pseudonyms, nor too easy for a big company or a public figure to unmask critics simply by filing a complaint that manages to state a claim for relief under some tort or contract theory.

This Court should embrace the developing consensus among those courts that have considered this question by relying on the general rule that only a compelling interest is sufficient to warrant infringement of the free speech right to remain anonymous. Specifically, when faced with a demand for discovery to identify an anonymous speaker, a court should (1) provide notice to the potential defendant and an opportunity to defend her anonymity; (2) require the plaintiff to specify the statements that allegedly violate her rights; (3) review the complaint to ensure that it states a cause of action based on each statement and against each defendant; (4) require the plaintiff to produce evidence supporting each element of her claims; and (5) balance the equities, weighing the potential harm to the plaintiff from being unable to proceed against the harm to the defendant from losing her right to remain anonymous, in light of the strength of the plaintiff's evidence of wrongdoing. The court can thus ensure that a plaintiff does not obtain an important form of relief – identifying her anonymous critics – and that the defendant is not denied important First Amendment rights, unless the plaintiff has a realistic chance of success on the merits.

Meeting these criteria can require time and effort on a plaintiff's part and may delay her

quest for redress. However, everything that the plaintiff must do to meet this test, she must also do to prevail on the merits of her case. So long as the test does not demand more information than a plaintiff would be reasonably able to provide shortly after filing the complaint, the standard does not unfairly prevent the plaintiff with a legitimate grievance from achieving redress against an anonymous speaker.

Moreover, most cases of this kind primarily involve demands for monetary relief. Only in the rare case will a plaintiff have a sound argument for being granted a preliminary injunction, given the nearly insurmountable rule against prior restraints of speech. Accordingly, although applying this standard may delay service of the complaint, it will not ordinarily prejudice the plaintiff. On the other hand, the fact that after the defendant is identified, her right to speak anonymously has been irretrievably lost, counsels in favor of caution and hence in favor of allowing sufficient time for the defendant to respond and requiring a sufficient showing on the part of the plaintiff.

On the record of this case, it is apparent that plaintiff will never secure a favorable judgment, and has not presented evidence sufficient to warrant an order compelling identification of any of the Doe speakers. Indeed, he has indicated that the three defendants are only a means to a larger end – getting publicity for his claims about Obama and an excuse to subpoena Obama for deposition.

Plaintiff's claim is not viable because he has alleged only state-law claims and asks the Court to exercise diversity jurisdiction – yet the law is clear that Doe defendants cannot be sued in diversity – and also because this Court would not have personal jurisdiction over Sinclair's claims. Sinclair lives in Minnesota, and the mere fact that comments were made on web sites that can be downloaded in Washington, D.C. is not a sufficient basis to allow suit here. If anything, this case should be refiled in state court in Minnesota. Moreover, plaintiff has sued these three defendants for repeating criticisms that many others have made of him, yet the complaint does not even allege actual malice,

not to speak of give any reason to believe that such actual malice can be shown.  And, in the face of a demand for evidence that the statements are false or caused actual damages, Sinclair has declined to provide any.  Indeed, given his long criminal record and given the fact that the entire controversy is about Sinclair's claims to have engaged in illegal drug use, it is doubtful that any evidence of actual damages can be established.

Sinclair apparently hopes to use this case as a forum for litigation of the veracity of his assertions about Obama.  He has openly avowed that the funds he is raising to support this litigation will go for that purpose.  "Thank you and I promise the money contributed will get this in the open and show that Mr. Obama did do as I said he did."  Stiles Affidavit, Exhibits C and F.  He was similarly explicit about his objectives during a radio interview, in which he **thanked** the Doe defendants in this case for criticizing him ( "I thank them very much for doing this because they have given me just that outlet in the courts to come out and prove my case."  *Id*. ¶ 2.)  However, his motion to compel can be decided without addressing those issues.

I      **THE FIRST AMENDMENT BARS THE DISCOVERY SOUGHT FROM DEMOCRATIC UNDERGROUND.**

    A.      **The First Amendment Protects Against the Compelled Identification of Anonymous Internet Speakers.**

The First Amendment protects the right to speak anonymously.  *Watchtower Bible & Tract Soc. of New York v. Village of Stratton*, 536 U.S. 150, 166-167 (2002); *Buckley v. American Constitutional Law Found.*, 525 U.S. 182, 199-200 (1999); *McIntyre v. Ohio Elections Comm.*, 514 U.S. 334 (1995); *Talley v. California*, 362 U.S. 60 (1960).  These cases have celebrated the important role played by anonymous or pseudonymous writings over the course of history, from Shakespeare and Mark Twain to the authors of the Federalist Papers.  The Supreme Court has stated:

    [A]n author is generally free to decide whether or not to disclose his or her true

identity. The decision in favor of anonymity may be motivated by fear of economic or official retaliation, by concern about social ostracism, or merely by a desire to preserve as much of one's privacy as possible. Whatever the motivation may be, . . . the interest in having anonymous works enter the marketplace of ideas unquestionably outweighs any public interest in requiring disclosure as a condition of entry. Accordingly, an author's decision to remain anonymous, like other decisions concerning omissions or additions to the content of a publication, is an aspect of the freedom of speech protected by the First Amendment.

* * *

Under our Constitution, anonymous pamphleteering is not a pernicious, fraudulent practice, but an honorable tradition of advocacy and of dissent.

*McIntyre*, 514 U.S. at 341-342, 356.

These rights are fully applicable to speech on the Internet. The Supreme Court has treated the Internet as a public forum of preeminent importance because it places in the hands of any individual who wants to express his views the opportunity to reach other members of the public who are hundreds or even thousands of miles away, at virtually no cost. *Reno v. ACLU*, 521 US 844, 853, 870 (1997). Several courts have specifically upheld the right to communicate anonymously over the Internet. *ACLU v. Johnson*, 4 F. Supp.2d 1029, 1033 (D.N.M. 1998); *ACLU v. Miller*, 977 F. Supp. 1228, 1230 (N.D. Ga. 1997); *see also ApolloMEDIA Corp. v. Reno*, 526 U.S. 1061 (1999)*, aff'g* 19 F. Supp.2d 1081 (C.D. Cal. 1998) (protecting anonymous denizens of a web site at www.annoy.com, a site "created and designed to annoy" legislators through anonymous communications); *Global Telemedia v. Does*, 132 F. Supp.2d 1261 (C.D. Cal. 2001) (striking complaint based on anonymous postings on Yahoo! message board based on California's anti-SLAPP statute); *Doe v. 2TheMart.com*, 140 F. Supp.2d 1088, 1092-1093 (W.D.Wash. 2001) (denying subpoena to identify third parties).

Internet speakers may choose to speak anonymously for a variety of reasons. They may wish to avoid having their views stereotyped according to their racial, ethnic or class characteristics, or their gender. They may be associated with an organization but want to express an opinion of their

own, without running the risk that, despite the standard disclaimer against attribution of opinions to the group, readers will assume that the group feels the same way.  They may want to say or imply things about themselves that they are unwilling to disclose otherwise.  And they may wish to say things that might make other people angry and stir a desire for retaliation.  Whatever the reason for wanting to speak anonymously, the impact of a rule that makes it too easy to remove the cloak of anonymity is to deprive the marketplace of ideas of valuable contributions, and potentially to bring unnecessary harm to the speakers themselves.

Moreover, at the same time that the Internet gives individuals the opportunity to speak anonymously, it creates an unparalleled capacity to monitor every speaker and to discover his or her identity.  The technology of the Internet is such that any speaker who sends an e-mail or visits a website leaves behind an electronic footprint that, if saved by the recipient, provides the beginning of a path that can be followed back to the original sender.  *See* Lessig, *The Law of the Horse*, 113 Harv. L. Rev. 501, 504-505 (1999).  Thus, anybody with enough time, resources and interest, if coupled with the power to compel the disclosure of the information, can learn who is saying what to whom.  As a result, many informed observers have argued that the law should provide special protections for anonymity on the Internet.  *E.g.*, Post, *Pooling Intellectual Capital: Thoughts on Anonymity, Pseudonymity, and Limited Liability in Cyberspace*, 1996 U. Chi. Legal F. 139; Tien, *Innovation and the Information Environment: Who's Afraid of Anonymous Speech? McIntyre and the Internet*, 75 Ore. L. Rev. 117 (1996).

A court order, even when issued at the behest of a private party, constitutes state action and hence is subject to constitutional limitations.  *New York Times Co. v. Sullivan*, 376 U.S. 254, 265 (1964); *Shelley v. Kraemer*, 334 U.S. 1 (1948).  The Supreme Court has held that a court order to compel production of individuals' identities in a situation that would threaten the exercise of

fundamental rights "is subject to the closest scrutiny." *NAACP v. Alabama*, 357 U.S. 449, 461 (1958); *Bates v. City of Little Rock*, 361 U.S. 516, 524 (1960). Abridgement of the rights to speech and press, "even though unintended, may inevitably follow from varied forms of governmental action," such as compelling the production of names. *NAACP v. Alabama*, 357 U.S. at 461. First Amendment rights may also be curtailed by means of private retribution following such court-ordered disclosures. *Id.* at 462-463; *Bates*, 361 U.S. at 524. As the Supreme Court has held, due process requires the showing of a "subordinating interest which is compelling" where, as here, compelled disclosure threatens a significant impairment of fundamental rights. *Bates*, 361 U.S. at 524; *NAACP v. Alabama*, 357 U.S. at 463. Because compelled identification trenches on the First Amendment right of anonymous speakers to remain anonymous, justification for an incursion on that right requires proof of a compelling interest, and beyond that, the restriction must be narrowly tailored to serve that interest. *McIntyre v. Ohio Elections Comm.*, 514 U.S. 334, 347 (1995).

The courts have recognized the serious chilling effect that subpoenas to reveal the names of anonymous speakers can have on dissenters and the First Amendment interests that are implicated by such subpoenas. *E.g.*, *FEC v. Florida for Kennedy Committee*, 681 F.2d 1281, 1284-1285 (11th Cir. 1982); *Ealy v. Littlejohn*, 560 F.2d 219, 226-230 (5th Cir. 1978). In a closely analogous area of law, the courts have evolved a standard for the compelled disclosure of the sources of libelous speech, recognizing a qualified privilege against disclosure of such otherwise anonymous sources. In those cases, courts apply a three-part test, under which the person seeking to identify the anonymous speaker has the burden of showing that (1) the issue on which the material is sought is not just relevant to the action, but goes to the heart of his case; (2) disclosure of the source to prove the issue is "necessary" because the party seeking disclosure is likely to prevail on all the other issues in the case, and (3) the discovering party has exhausted all other means of proving this part of his

-16-

case. *Lee v. Department of Justice*, 413 F.3d 53, 60 (D.C. Cir. 2005); *United States v. Caporale*, 806 F.2d 1487, 1504 (11th Cir. 1986); *Miller v. Transamerican Press*, 621 F.2d 721, 726 (5th Cir. 1980); *Carey v. Hume,* 492 F.2d 631 (D.C. Cir. 1974); *Cervantes v. Time,* 464 F.2d 986 (8th Cir. 1972).

As one court stated in refusing to enforce a subpoena to identify anonymous Internet speakers whose identities were allegedly relevant to the defense against a shareholder derivative suit, "If Internet users could be stripped of that anonymity by a civil subpoena enforced under the liberal rules of civil discovery, this would have a significant chilling effect on Internet communications and thus on basic First Amendment rights." *Doe v. 2theMart.com*, 140 F. Supp.2d 1088, 1093 (W.D.Wash. 2001).

**B.    The Qualified Privilege for Anonymous Speech Supports a Five-Part Standard for the Identification of John Doe Defendants.**

In a number of recent cases, courts have drawn on the privilege against revealing sources in civil cases to enunciate a similar standard for protecting against the identification of anonymous Internet speakers.

The leading case is *Dendrite v. Doe*, 775 A.2d 756 (N.J. Super. App. Div. 2001), where a corporation sued four individuals who had made a variety of remarks about it on a bulletin board maintained by Yahoo!. That court enunciated a five-part standard for cases involving subpoenas to identify anonymous Internet speakers, which we urge the Court to apply in this case:

> We offer the following guidelines to trial courts when faced with an application by a plaintiff for expedited discovery seeking an order compelling an ISP to honor a subpoena and disclose the identity of anonymous Internet posters who are sued for allegedly violating the rights of individuals, corporations or businesses. The trial court must consider and decide those applications by striking a balance between the well-established First Amendment right to speak anonymously, and the right of the plaintiff to protect its proprietary interests and reputation through the assertion of recognizable claims based on the actionable conduct of the anonymous, fictitiously-named defendants.

-17-

We hold that when such an application is made, the trial court should first require the plaintiff to undertake efforts to notify the anonymous posters that they are the subject of a subpoena or application for an order of disclosure, and withhold action to afford the fictitiously-named defendants a reasonable opportunity to file and serve opposition to the application. These notification efforts should include posting a message of notification of the identity discovery request to the anonymous user on the ISP's pertinent message board.

The court shall also require the plaintiff to identify and set forth the exact statements purportedly made by each anonymous poster that plaintiff alleges constitutes actionable speech.

The complaint and all information provided to the court should be carefully reviewed to determine whether plaintiff has set forth a prima facie cause of action against the fictitiously-named anonymous defendants. In addition to establishing that its action can withstand a motion to dismiss for failure to state a claim upon which relief can be granted pursuant to [New Jersey's rules], the plaintiff must produce sufficient evidence supporting each element of its cause of action, on a prima facie basis, prior to a court ordering the disclosure of the identity of the unnamed defendant.

Finally, assuming the court concludes that the plaintiff has presented a prima facie cause of action, the court must balance the defendant's First Amendment right of anonymous free speech against the strength of the prima facie case presented and the necessity for the disclosure of the anonymous defendant's identity to allow the plaintiff to properly proceed.

The application of these procedures and standards must be undertaken and analyzed on a case-by-case basis. The guiding principle is a result based on a meaningful analysis and a proper balancing of the equities and rights at issue.

*Dendrite v. Doe*, 775 A.2d at 760-761.[3]

A somewhat less exacting standard requires the submission of evidence to support the

---

[3] *Dendrite* has received a favorable reception among commentators. *E.g.*, Lidsky & Cotter, *Authorship, Audiences and Anonymous Speech,* 82 Notre Dame L. Rev. 1537 (2007); O'Brien, *Putting a Face to a Screen Name: The First Amendment Implications of Compelling ISP's to Reveal the Identities of Anonymous Internet Speakers in Online Defamation Cases*, 70 Fordham L. Rev. 2745 (2002); Reder & O'Brien, *Corporate Cybersmear: Employers File John Doe Defamation Lawsuits Seeking the Identity of Anonymous Employee Internet Posters*, 8 Mich. Telecomm. & Tech. L. Rev. 195 (2001); Furman, *Cybersmear or Cyberslapp: Analyzing Defamation Suits Against Online John Does as Strategic Lawsuits Against Public Participation*, 25 Seattle U.L. Rev. 213 (2001); Spencer, *Cyberslapp Suits and John Doe Subpoenas: Balancing Anonymity and Accountability in Cyberspace*, 19 J. Marshall J. Computer & Info. L. 493 (2001).

plaintiff's claims, but not an explicit balancing of interests after the evidence is deemed otherwise sufficient to support discovery. *Doe v. Cahill*, 884 A.2d 451 (Del. 2005). In *Cahill*, the Delaware Superior Court had ruled that a town councilman who sued over statements attacking his fitness to hold office could identify the anonymous posters so long as he was not proceeding in bad faith and could establish that the statements about him were actionable because they might have a defamatory meaning. However, the Delaware Supreme Court ruled that a plaintiff must put forward evidence sufficient to establish a prima facie case on all elements of a defamation claim that ought to be within his control without discovery, including that the statements are false. The Court rejected the final "balancing" stage of the *Dendrite* standard.

All of the other appellate courts that have addressed the issue of subpoenas to identify anonymous Internet speakers, as well as several federal district courts, have adopted some variant of the *Dendrite* or *Cahill* standards. Several courts have expressly endorsed the *Dendrite* test, requiring notice and opportunity to respond, legally valid claims, evidence supporting those claims, and finally an explicit balancing of the reasons supporting disclosure and the reasons supporting continued anonymity. *Mobilisa v. Doe*, 170 P.3d 712 (Ariz. App. Div. 1 2007), involved a subpoena by a private company seeking to identify the sender of an anonymous email message who had allegedly hacked into the company's computers to obtain information that was conveyed in the message. Directly following the *Dendrite* decision, and disagreeing with the Delaware Supreme Court's rejection of the balancing stage, the court drew an analogy between an order requiring identification of an anonymous speaker and a preliminary injunction against speech, and called for plaintiff to present evidence sufficient to defeat a motion for summary judgment, followed by a balancing of the equities between the two sides. In *Highfields Capital Mgmt. v. Doe*, 385 F. Supp.2d 969, 976 (N.D. Cal. 2005), Judge Wayne Brazil required an evidentiary showing followed by express

-19-

balancing of "the magnitude of the harms that would be caused to the competing interests," and held

that plaintiff's trademark and defamation claims based on sardonic postings about plaintiff's chief

executive did not support discovery.  *In re Baxter*, 2001 WL 34806203 (W.D. La. Dec. 20, 2001),

similarly expressed a preference for the *Dendrite* approach, requiring a showing of reasonable

possibility or probability of success.

Several other courts have followed a *Cahill*-like summary judgment standard.   The most

recent state appellate court to address the issue is *Krinsky v. Doe 6*, 159 Cal.App.4th 1154, 72

Cal.Rptr.3d 231 (Cal.App. 6 Dist. 2008), which reversed a trial court decision allowing an executive

to learn the identity of several online critics who allegedly defamed her by such references as "a

management consisting of boobs, losers and crooks."   *In re Does 1-10*, 242 S.W.3d 805

(Tex.App.-Texarkana 2007), reversed a decision allowing a hospital to identify employees who had

disparaged their employer and allegedly violated patient confidentiality through posts on a blog about

the hospital.  Similarly, in *Melvin v. Doe*, 49 Pa. D&C 4th 449 (2000), *rev'd on other grounds*, 575

Pa. 264, 836 A.2d 42 (2003), the court ordered disclosure only after finding genuine issues of

material fact requiring trial.  In reversing the order of disclosure, the Pennsylvania Supreme Court

expressly recognized the right to speak anonymously and sent the case back for a determination of

whether, under Pennsylvania libel law, actual economic harm must be proved as an element of the

cause of action (836 A.2d at 50):

> [C]ourt-ordered disclosure of Appellants' identities presents a significant possibility
> of trespass upon their First Amendment rights. There is no question that generally,
> the constitutional right to anonymous free speech is a right deeply rooted in public
> policy that goes beyond this particular litigation, and that it falls within the class of
> rights that are too important to be denied review. Finally, it is clear that once
> Appellants' identities are disclosed, their First Amendment claim is irreparably lost

as there are no means by which to later cure such disclosure.[4]

Among the federal district court decisions following *Cahill* is *Best Western Int'l v. Doe*, 2006 WL 2091695 (D. Ariz. July 25, 2006), where the court refused to enforce a subpoena to identify the authors of several postings by Best Western franchisees that criticized the Best Western motel chain, because the plaintiff had not presented any evidence of wrongdoing on the part of the Doe defendants. The court suggested that it would follow a five-factor test drawn from *Cahill*, *Dendrite* and other decisions. In *Sony Music Entertainment v. Does 1-40*, 326 F. Supp.2d 556 (S.D.N.Y. 2004), the Court weighed the limited First Amendment interests of alleged file-sharers but upheld discovery to identify them after satisfying itself that plaintiffs had produced evidence showing a prima facie case that defendants had posted online hundreds of copyrighted songs. In *Alvis Coatings v. Doe*, 2004 WL 2904405 (W.D.N.C. Dec. 2, 2004), the court ordered the identification of a commercial competitor of the plaintiff who posted defamatory comments on bulletin boards only after considering a detailed affidavit that explained how certain comments were false. And in *McMann v. Doe*, 460 F. Supp.2d 259 (D. Mass. 2006), the court first refused to allow pre-service discovery to identify an anonymous critic of the plaintiff businessman, and dismissed the case sua

---

[4]Since *Melvin* was decided, several Pennsylvania trial courts have recognized that disclosure turns on whether the plaintiff can produce sufficient evidence to carry her claim against a Doe defendant through summary judgment. In *Reunion Industries v. Doe*, 80 Pa. D.&C. 4th 449 (Com. Pl. Allegheny Cy. 2007), Judge Wettick, who also decided *Melvin*, reaffirmed his commitment to the summary judgment standard, and denied the requested discovery to support the plaintiff's defamation claim. In *Polito v. Doe*, 78 Pa. D. & C. 328 (Pa. Com. Pl. Lackawanna Cy. 2004), Judge Nealon held that the plaintiff had shown a prima facie case supporting her claim that insulting and pornographic emails sent directly to her AOL account, despite her efforts to change her address and avoid the messages, constituted harassment and stalking by communication under Pennsylvania law. And in *Klehr Harrison v. JPA Development*, 2006 WL 37020 (Pa. Com. Pl. Philadelphia Cy. Jan. 4, 2006), the court agreed with a law review article stating that a defendant "may oppose the discovery request by establishing that he or she is entitled to summary judgment. [This standard] would permit discovery of a defendant's identity when the plaintiff had evidence supporting all elements of his claim . . .." *Id*. at *9.

sponte for lack of subject matter jurisdiction because Does cannot be sued in diversity, but as an

alternative holding addressed the showing that must be made to obtain such discovery. The court

expressed some concern about the level of detail that plaintiff might have to show to establish a

prima facie case under *Cahill*, but held that in any event the complaint did not even state a valid

claim.[5]

A similar approach was used in *Columbia Insurance Co. v. Seescandy.com*, 185 F.R.D. 573

(N.D. Cal. 1999), where the plaintiff sued several defendants for registering Internet domain names

that used the plaintiff's trademark. The court expressed concern about the possible chilling effect

of such discovery (*id.* at 578):

> People are permitted to interact pseudonymously and anonymously with each other so long as those acts are not in violation of the law. This ability to speak one's mind without the burden of the other party knowing all the facts about one's identity can foster open communication and robust debate . . . . People who have committed no wrong should be able to participate online without fear that someone who wishes to harass or embarrass them can file a frivolous lawsuit and thereby gain the power of the court's order to discover their identities.

---

[5]A recent Wisconsin case addressed issues of anonymity in a non-Internet case. *Lassa v. Rongstad*, 294 Wis. 187, 718 N.W.2d 673 (2006). A political candidate sued a political organization over a leaflet, written by several unidentified members, that denounced the candidate for her relationship with a recently indicted political leader. After the known defendant was sanctioned for lying under oath to avoid giving information identifying the other, anonymous authors, the parties settled the case on terms that allowed Rongstad to appeal. On appeal, he presented an argument, not made below, that the court should have considered his motion to dismiss the complaint before ruling on the pending discovery motions. A plurality opinion joined by only two of the four justices participating in that case stated that Wisconsin's detailed pleading requirement met the First Amendment concerns raised by the court in *Cahill*. However, one of the other justices concurred on other grounds but declined to reach the First Amendment issues; the fourth justice dissented on First Amendment grounds; and three justices disqualified themselves. The plurality opinion does not establish Wisconsin law, because a majority of justices must join an opinion for it to "have any precedential value." *State ex rel. Ziervogel v. Washington Cy. Bd. of Adjustment,* 263 Wis.2d 321, 328, 661 N.W.2d 884, 888 (Wisc. App. 2003); *Doe v. Archdiocese of Milwaukee*, 211 Wis.2d 312, 334 n. 11, 565 N.W.2d 94 (1997). Moreover, *Cahill* was decided after briefing was complete, and it is not clear that any party argued for the application of *Cahill*'s summary judgment standard, not to speak of *Dendrite*'s balancing standard.

Accordingly, the court required the plaintiff to make a good faith effort to communicate with the anonymous defendants and give them notice that suit had been filed against them, thus providing them an opportunity to defend their anonymity. The court also compelled the plaintiff to demonstrate that it had viable claims against the defendants. *Id.* at 579. This demonstration included a review of the evidence in support of the plaintiff's trademark claims against the anonymous defendants. *Id.* at 580.

Although some of these cases set out slightly different standards, each requires the courts to weigh the plaintiff's interest in obtaining the name of the person that has allegedly violated its rights against the interests implicated by the potential violation of the First Amendment right to anonymity, thus ensuring that First Amendment rights are not trammeled unnecessarily. Put another way, the qualified privilege to speak anonymously requires courts to review a would-be plaintiff's claims and the evidence supporting them to ensure that the plaintiff has a valid reason for piercing the speaker's anonymity.

### C. Sinclair Has Not Followed the Steps Required Before Identification of John Doe Speakers May Be Ordered in This Case.

Courts should follow five steps in deciding whether to allow plaintiffs to compel the identification of anonymous Internet speakers. Because Sinclair cannot meet these standards, he is not entitled to have his subpoena enforced.

### (1) Require Notice of the Threat to Anonymity and an Opportunity to Defend It

When a court receives a request for permission to subpoena an anonymous Internet poster, it should require the plaintiff to undertake efforts to notify the posters that they are the subject of a subpoena, and then withhold any action for a reasonable period of time until the defendant has had time to retain counsel. *Columbia Insurance Co. v. Seescandy.com*, 185 F.R.D. at 579. Thus, in

*Dendrite*, the trial judge required the plaintiff to post on the message board a notice of an application for discovery to identify anonymous message board critics.  The notice identified the four screen names that were sought to be identified, and provided information about the local bar referral service so that the individuals concerned could retain counsel to voice their objections, if any.  The Appellate Division specifically approved this requirement. 342 N.J.Super. at 141, 775 A2d at 760.

Here, Sinclair did nothing to meet the notice requirement before he sought leave to take discovery, even though he could easily have posted statements on each of the forums where critical comments were made warning that he was planning to ask this Court for an order authorizing discovery.  After the Court granted that motion, and subpoenas were served, Democratic Underground provided notice to mzmolly, and we understand that Google has notified TubeSockTedD and advised Sinclair that it will object to the subpoena for twenty days following that notice.  We endeavored without success to contact counsel for Digg.com and cannot say whether any notice has been given to defendant Owningliars.

Over the course of representing anonymous Internet speakers or appearing amicus curiae in cases such as this over the past several years, undersigned counsel have learned that there are many Internet Service Providers who do not provide notice and a fair opportunity to respond before identifying records are provided in response to subpoenas.  The precaution required by the court in *Dendrite* – a showing by the plaintiff of the steps undertaken to provide notice by posting on the forum where the allegedly defamatory statements were made, before discovery is authorized – is needed in such cases to ensure that any person whose anonymity is challenged has the ability to retain counsel to protect her rights.

### (2)   Demand Specificity Concerning the Statements

The qualified privilege to speak anonymously requires a court to review the plaintiff's claims

to ensure that he does, in fact, have a valid reason for piercing each speaker's anonymity. Thus, the court should require the plaintiff to set forth the exact statements by each anonymous speaker that is alleged to have violated his rights. Indeed, many states, and many federal courts, require that defamatory words be set forth verbatim in a complaint for defamation. *Asay v. Hallmark Cards*, 594 F.2d 692, 699 (8th Cir. 1979). Had Sinclair filed this case in Minnesota, he would have been required to set out the allegedly defamatory words verbatim. *Russo v. NCS Pearson*, 462 F.Supp.2d 981 (D. Minn. 2006); *Glenn v. Daddy Rocks*, 171 F. Supp.2d 943, 947 (D. Minn.2001), *citing Moreno v. Crookston Times Printing Co.*, 610 N.W.2d 321, 326 (Minn.2000).

Here, Sinclair has set forth in his complaint the statements that he claims are defamatory. Sinclair has, therefore, met this aspect of the test.

> **(3)    Review the Facial Validity of the Complaint After the Statements Are Specified**

Third, the court should review the complaint to make sure that it states viable claims against each defendant. In this case, the complaint must be dismissed for several different reasons, some going to issues of jurisdiction and some to the merits of Sinclair's defamation claims. (mzmolly is not moving to dismiss, of course, because she has not been served).

> **(a) Plaintiff Has Not Sufficiently Pleaded Jurisdiction.**

This court lacks subject matter jurisdiction. The complaint alleges only state-law causes of action, and alleges jurisdiction based on diversity of citizenship. But all of the defendants are Does, whose citizenship is unknown – the plaintiff alleges only that he hopes to be able to establish diversity of citizenship by taking depositions. However, "the essential elements of diversity jurisdiction must be alleged in the pleadings," 13B Wright, Miller & Cooper, *Federal Practice and Procedure: Jurisdiction and Related Matters* § 3602, at 372 (2d ed. 1984); *Brown v. Keene*, 33 U.S.

(8. Pet.) 112 (1834), and it is well-established, in this district and elsewhere, that a diversity claim cannot be brought against Doe defendants. *Menzies v. Doe*, 194 F.3d 174 (D.C. Cir 1999) (mem.); *Howell by Goerdt v. Tribune Entertainment Co.*, 106 F.3d 215, 218 (7th Cir. 1997); *McMann v. Doe*, 460 F.Supp.2d 259, 264 (D. Mass. 2006); *Meng v. Schwartz*, 305 F. Supp.2d 49 (D.D.C. 2004); *Stephens v. Halliburton Co.*, 2003 WL 22077752 (N.D. Tex. Sept. 5, 2003), at *5.[6]

Second, the complaint does not plead the existence of personal jurisdiction in Washington, D.C., and there is no reason to believe that personal jurisdiction can be established here.  To be subject to personal jurisdiction, the Does must have "certain minimum contacts with [Washington, D.C.] such that the maintenance of the suit does not offend 'traditional notions of fair play and substantial justice.'"  *International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945) (citations omitted).  The minimum contacts test requires "in each case that there be some act by which the defendant purposely avails itself of the privilege of conducting activities within the forum state, thus

---

[6]*Macheras v. Ctr. Art Galleries-Hawaii*, 776 F.Supp. 1436, 1440 (D. Haw.1991), takes issue with the majority rule. That court noted that Congress amended 28 U.S.C. § 1441 to provide that for removal purposes, the citizenship of Does is ignored. The amendment was intended to prevent plaintiffs who sue in state court from precluding removal pursuant to diversity jurisdiction by the device of naming Doe defendants.  The court felt that it made sense to read a similar rule into 28 U.S.C. § 1332.  However, in addition to being inapposite, because the complaint was not filed exclusively against Doe defendants (there were three named diverse defendants in addition to four Does), *Macheras* is unpersuasive.  Courts are no longer encouraged to read amendments to one statute into other statutes on the ground that, if Congress had thought about it, it would certainly have recognized the unfairness of not amending both statutes in the same way.  Moreover, the Hawaii court's fairness reasoning is flawed – the amendment to section 1441 prevented plaintiffs from manipulating their complaints to prevent defendants from exercising their right to a federal forum, but a plaintiff who originally files in federal court pursuant to section 1332 is the master of his own choice of forum.  Indeed, if *Macheras*' reading of section 1332 were correct, no amendment of section 1441 would have been required, because section 1441 **already** provided that removal is permitted if jurisdiction was proper under some other statutory predicate for federal jurisdiction.  It follows that Congress' decision to place the new rule about Doe defendants in section 1441, where it would affect only removability, instead of section 1332 where it would govern both original filing of diversity cases in district court as well as removal, must have been deliberate.

invoking the benefits and protection of its laws." *Hanson v. Denckla*, 357 U.S. 235, 253 (1958). A defendant's connection with the state must be such that "he should reasonably anticipate being haled into court" in the state in the event of a dispute. *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 297 (1980).

Minimum contacts analysis requires assessment of whether the court is exercising "general" or "specific" jurisdiction. The exercise of general jurisdiction requires that a defendant's contacts with the forum be "continuous and systematic." *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 416 (1984). Even "continuous activity of some sorts within a state is not enough to support [general jurisdiction]." *International Shoe*, 326 U.S. at 318. Sinclair does not even allege in his complaint that any of the Does own property or do business in Washington. General jurisdiction cannot, therefore, be the basis for the Court's assertion of jurisdiction to order discovery.

Specific jurisdiction is proper when the defendant's contacts with the forum are related to the controversy underlying the litigation. *See Helicopteros*, 466 U.S. at 414 n.8. To maintain specific personal jurisdiction, Sinclair must allege that: (1) each of the Does has purposely directed activities toward or purposely availed herself of the privilege of conducting business in the District (2) the cause of action arises from her activities in the District and (3) her conduct has a substantial enough connection with District to make the exercise of jurisdiction reasonable. The prospective defendants' contacts with the forum must have been sufficiently purposeful that defendants should have had fair warning that they would be subject to suit there. *See Helicopteros*, 466 U.S. at 414.

The complaint does not specify any basis for a finding of specific jurisdiction, but presumably Sinclair will claim defendants' statements were posted on the Internet and can be viewed here. Such a claim would fail. A specialized test has been applied to claims of personal jurisdiction based on activity on a web site. The courts uniformly hold that the fact that a web site can be

-27-

downloaded in a given location is not a sufficient basis for personal jurisdiction to sue in that forum, even if the plaintiff is located there. *E.g.*, *Gorman v. Ameritrade Holding Corp.*, 293 F.3d 506, 511-512 (D. C. Cir. 2002). Sinclair is a resident of Duluth, Minnesota, not Washington, DC, and even if he can show that he suffered harm (an issue addressed in the next section of this brief), the harm that he suffered would have been concentrated there; hence, that would be the place for him to sue. *Revell v. Lidov*, 317 F.3d 467, 473-476 (5th Cir. 2002) (no personal jurisdiction in Texas because, although allegedly defamatory statements were about a former FBI agent from Texas, they were not about his Texas activities or directed to readers in Texas). Indeed, mzmolly would not object to personal jurisdiction in Minnesota. There is no basis for personal jurisdiction over any of the defendants in this Court.

### (b) The Complaint Does Not Plead a Valid Claim for Defamation

Courts reviewing requests for discovery to identify anonymous speakers also review the merits of the legal claims stated in the complaint to ensure that they state a claim on which relief can be granted. In a defamation case, for example, some statements may be too vague or insufficiently factual to be defamatory. Some statements may not be actionable because they are not "of and concerning" the plaintiff, which is a requirement under the First Amendment. *New York Times Co. v. Sullivan*, 376 U.S. 254, 288 (1964). Other statements may be non-defamatory as a matter of law because they are merely rhetorical expressions of opinion, which is excluded from the cause of action for defamation. *Doe v. Cahill,* 884 A.2d at 467; *McMann v. Doe*, 460 F.Supp.2d at 269–270.

In this case, the complaint is defective on the merits for several reasons. First, not every statement that a plaintiff was "spreading lies" is actionable defamation. *Rocker Management v, Does*, 2003 WL 22149380 (N.D. Cal. May 29, 2003) at *1, *3 (statements that brokerage was "spreading lies" and "float rumors, lies and half truths everywhere they can" held not defamatory).

The Minnesota Supreme Court has expressed some doubt whether it would be defamatory to call a public figure a "liar" because the speaker considers one of the plaintiff's specific statements to be an unfounded accusation. *Beatty v. Ellings,* 285 Minn. 293, 300, 173 N.W.2d 12, 17 (Minn.1969). Indeed, although an accusation of perjury can certainly be the basis of a defamation suit, *Milkovich v. Lorain Journal Co.*, 497 U.S. 1 (1990), neither a candidate — nor a critic of a candidate — can come to court every time accusations of lying are slung about in the course of an election campaign. Otherwise, the issues in our elections would be resolved in court instead of in the marketplace of ideas and ultimately at the ballot box.

In context, the statements on which Sinclair is suing attack not the plaintiff's character, but the truthfulness of a specific statement. For example, TubeSockTedD did not call Sinclair a liar, but only said that Sinclair's statements about his alleged encounter with Obama were "lies." Mzmolly said that all the readers of the blog where she was posting understood that Sinclair's claims were "nonsense." Only OwningLiars called Sinclair a liar, and then only in the context of asserting that this particular statement was a lie. Moreover, the non-defamatory character of an accusation that Sinclair is lying when he claims to have used drugs with Obama in 1999, and the clear implication of his statement that he performed fellatio on Obama – that this was in return for the drugs that Obama gave him – is further established given the fact that, if the statements were true, Sinclair would have been committing a crime. Accusing Sinclair of being innocent of the crime to which his YouTube video admitted is not defamatory.

Although the specific statement that Sinclair is a former mental patient could reflect adversely on his reputation, and hence be defamatory, no claim can be brought against either mzmolly or, for that matter, Owningliars, under the Communications Decency Act, 47 U.S.C. § 230. Section 230(c)(1) specifies that "[n]o provider or user of an interactive computer service shall be

treated as the publisher or speaker of any information provided by another information content provider," and this court has previously held that the CDA bars suit against any interactive computer service provider that purports to state a claim based on content provided by another person. *Blumenthal v. Drudge*, 992 F. Supp. 44 (D.D.C. 1998). Although *Blumenthal* involved a suit against an interactive service provider, AOL, the CDA provided immunity not only for interactive computer providers but also for **users** of an interactive computer service, who cannot be sued for the content provided by a different content provider. *Batzel v. Smith*, 333 F.3d 1018, 1031 (9th Cir. 2003). In *Batzel*, the Ninth Circuit reversed a district court's denial of section 230 immunity and held that defendant Cremers would be immune from liability for forwarding to a listserv an email claiming that the plaintiff had acquired artwork that the Nazis had stolen from the Jews, so long as Smith, the defendant who sent him the email, would have reasonably understood that the purpose of sending the email would be to have it displayed to others on an interactive computer service. The California Supreme Court has extended the protection of Section 230 to Internet users who post content that they find on one Internet web site to a different web site. *Barrett v. Rosenthal*, 40 Cal.4th 33, 51 Cal.Rptr.3d 55, 146 P.3d 510, 514, 525 (Cal. 2006). There is no allegation that Mzmolly or OwningLiars unfairly summarized the gist of what they were reposting from YouTube. Accordingly, the complaint against them fails under Section 230.

Moreover, the complaint alleges neither special damages nor actual malice, although both allegations are required in the circumstances of this case. Under Minnesota law, which applies to defamation cases pursuant to District of Columbia choice of law principles, *Foretich v. Glamour*, 753 F.Supp. 955, 966 n.5 (D.D.C.1990), special damages are required unless the plaintiff sues for statements that are defamatory per se: "charges of a crime, imputations of a loathsome disease, and unchastity, imputations affecting a person's conduct of business, trade, or profession." *Anderson*

*v. Kammeier*, 262 N.W.2d 366, 372 (Minn. 1977). The complaint pleads only general damage to reputation, but does not plead special damages, that is to say, actual pecuniary harm.

Finally, the complaint nowhere pleads that any of the defendants made their criticism with actual malice – knowledge that the statements were false, or recognition that the statements were probably false but with reckless disregard of such probable falsity. In effect, this standard requires that the defendant had "subjective awareness of probable falsity," *Herbert v. Lando,* 441 U.S. 153, 156 (1979), quoting *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 335 n. 6 (1974), or "a high degree of awareness of . . . probable falsity." *St. Amant v. Thompson*, 390 U.S. 727, 731 (1968), quoting *Garrison v. State of Louisiana*, 379 U.S. 64, 74(1964). Because Sinclair deliberately put forward his own accusations against Obama, and took steps to publicize his accusations, he made himself a limited-purpose public figure with respect to the controversy that he was trying to create. Under long-standing precedent in this circuit, an otherwise private individual "has become a public figure for limited purposes if he has attempted to have, or realistically can be expected to have, a major impact on the resolution of a specific public dispute." *Lohrenz v. Donnelly*, 350 F.3d 1272, 1279 (D.C. Cir. 2003), citing *Waldbaum v. Fairchild Publications*, 627 F.2d 1287, 1296-1297 (D.C. Cir.1980). Sinclair is unquestionably attempting to have a major impact on the presidential race, and although he has not succeeded in getting coverage in responsible publications, he has achieved widespread attention on blogs, in the tabloid media such as the *Globe,* and on extremist radio shows. He is, therefore, a public figure who must show actual malice under the First Amendment. Indeed, under Minnesota law, there is a special rule regarding damages and actual malice for private figures who sue private defendants who have communicated their alleged libels through the public media on a matter of public concern – such plaintiffs must show actual malice or actual damages. *McClure v. American Family Mut. Ins. Co.*, 29 F.Supp.2d 1046, 1055 (D. Minn. 1998).

-31-

Here, in response to Sinclair's sensational claims, several individuals posted statements online alleging that Sinclair could not have committed the crimes he claimed to have committed with Obama because he was, at the time, a mental patient; indeed, some posters attributed that finding to a newspaper reporter in Chicago. Stiles Affidavit, Exhibits I and K. There is no reason to believe that Sinclair will be able to prove that defendants' published credence in these well-publicized statements reflected actual malice, but for present purposes it suffices that actual malice is not pleaded. To the contrary, Sinclair has pleaded the opposite of actual malice. The complaint's defamation count, ¶¶ 20-23, includes no allegation of mzmolly's mens reas, and the "reckless misrepresentation" count pleads that mzmolly made the allegedly false statement, "without knowing whether that statement was true or false." ¶ 25. That is not sufficient to establish actual malice. Indeed, in that respect, the case is similar to *St. Amant v. Thompson*, where the defendant published another person's statement and assumed (mistakenly, absent the special protections under section 230) that he was thus not responsible for the publication, and yet the Supreme Court held that these facts do not meet the definition of actual malice. 390 U.S. at 731-732. Thus, assuming the veracity of the allegation that mzmolly simply "did not know" whether the statement was true or false, the complaint fails to plead actual malice. (Similar allegations are made about each of the other defendants. Complaint, ¶¶ 17, 33). Accordingly, this part of the test also bars plaintiff's motion to compel identification of his anonymous critics.[7]

### (4) Require an Evidentiary Basis for the Claims

No person should be subjected to compulsory identification through a court's subpoena power unless the plaintiff produces sufficient evidence supporting each element of its cause of action

---

[7]The fact that the caption of this count of the complaint is entitled "reckless misrepresentation" instead of defamation does not allow plaintiff to avoid the burden of pleading and proving actual malice. *Hustler Magazine v. Falwell*, 485 U.S. 46 (1988).

to show that it has a realistic chance of winning a lawsuit against that defendant. This requirement, which has been followed by every federal court and every state appellate court that has addressed the standard for identifying anonymous Internet speakers, prevents a plaintiff from being able to identify his critics simply by filing a facially adequate complaint. In this regard, plaintiffs often claim that they need to identify the defendants simply to proceed with their case. However, relief is generally not awarded to a plaintiff unless and until the plaintiff comes forward with **evidence** in support of his claims, and the Court should recognize that identification of an otherwise anonymous speaker is a major form of **relief** in cases like this. Requiring actual evidence to enforce a subpoena is particularly appropriate where the relief itself may undermine, and thus violate, the defendant's First Amendment right to speak anonymously.

Indeed, in a number of cases, plaintiffs have succeeded in identifying their critics and then sought no further relief from the court. Thompson, *On the Net, in the Dark,* California Law Week, Volume 1, No. 9, at 16, 18 (1999). Some lawyers who bring cases like this one have admitted that the mere identification of their clients' anonymous critics may be all that they desire to achieve through the lawsuit. *E.g.,* Werthammer, *RNN Sues Yahoo Over Negative Web Site,* Daily Freeman, November 21, 2000, www.zwire.com/site/news.cfm?newsid=1098427&BRD=1769&PAG=461& dept_id= 4969&rfi=8. One of the leading advocates of using discovery procedures to identify anonymous critics has urged corporate executives to use discovery first, and to decide whether to sue for libel only after the critics have been identified and contacted privately. Fischman, *Your Corporate Reputation Online*, www.fhdlaw.com/html/corporate_reputation.htm; Fischman, *Protecting the Value of Your Goodwill from Online Assault*, www.fhdlaw.com/html/ bruce_article.htm. Lawyers who represent plaintiffs in these cases have also urged companies to bring suit, even if they do not intend to pursue the action to a conclusion, because "[t]he mere filing

-33-

of the John Doe action will probably slow the postings." Eisenhofer & Liebesman, *Caught by the Net*, 10 Business Law Today No. 1 (Sept./Oct. 2000), at 46. These lawyers have similarly suggested that clients decide whether it is worth pursuing a lawsuit only after finding out who the defendant is. *Id.* Even the pendency of a subpoena may have the effect of deterring other members of the public from discussing the plaintiff.

To address this potential abuse, the Court should borrow by analogy the holdings of cases involving the disclosure of anonymous sources. Those cases require a party seeking discovery of information protected by the First Amendment to show that there is reason to believe that the information sought will, in fact, help its case. *In re Petroleum Prod. Antitrust Litig.*, 680 F.2d 5, 6-9 (2d Cir. 1982); *Richards of Rockford v. PGE*, 71 F.R.D. 388, 390-391 (N.D. Cal. 1976). *Cf. Schultz v. Reader's Digest*, 468 F.Supp. 551, 566-567 (E.D.Mich. 1979). In effect, the plaintiff should be required to meet the summary judgment standard of creating genuine issues of material fact on all issues in the case, including issues with respect to which it needs to identify the anonymous speakers, before it is given the opportunity to obtain their identities. *Cervantes v. Time*, 464 F.2d 986, 993-994 (8th Cir. 1972). "Mere speculation and conjecture about the fruits of such examination will not suffice." *Id.* at 994.

The extent to which a plaintiff who seeks to compel disclosure of the identity of an anonymous critic should be required to offer proof to support each of the elements of his claims at the outset of his case varies with the nature of the element. On many issues in suits for defamation or disclosure of inside information, several elements of the plaintiff's claim will ordinarily be based on evidence to which the plaintiff, and often not the defendant, is likely to have easy access. For example, the plaintiff is likely to have ample means of proving that a statement is false or rests on confidential information. Thus, it is ordinarily proper to require a plaintiff to present proof of this

-34-

element of its claim as a condition of enforcing a subpoena for the identification of a Doe defendant.

Sinclair can easily prove by affidavit whether he has been a mental patient and, if so, on what dates.

The same is true with respect to proof of damages. Even if discovery is needed to develop the full

measure of damages, a plaintiff should surely have some information at the outset supporting claims

that he suffered actual damages.

In this case, Sinclair has yet to introduce **any** evidence that any statements by the Does are

false, or that any of the statements caused plaintiff to suffer **any** damage. Although plaintiff must

also prove actual malice, many courts addressing the *Dendrite* standard have assumed that, because

actual malice can often not be proved without discovery, it is inappropriate to place the burden of

establishing a prima facie case of actual malice on the plaintiff who has not yet been able to identify

the defendant. Here, however, the complaint not only does not allege actual malice, it alleges facts

inconsistent with actual malice – that the defendants simply did not know whether their statements

were true or false. In those circumstances, the complaint forecloses Sinclair's claims as a matter of

law, and his motion to compel discovery should, therefore, be denied.

### (5) Balance the Equities

Even if, in response to this memorandum, Sinclair submits evidence sufficient to establish

a prima facie case of defamation against each Doe defendant,

> the final factor to consider in balancing the need for confidentiality versus discovery
> is the strength of the movant's case . . . . If the case is weak, then little purpose will
> be served by allowing such discovery, yet great harm will be done by revelation of
> privileged information. In fact, there is a danger in such a case that it was brought just
> to obtain the names . . . .. On the other hand, if a case is strong and the information
> sought goes to the heart of it and is not available from other sources, then the balance
> may swing in favor of discovery if the harm from such discovery is not too severe.

*Missouri ex rel. Classic III v. Ely*, 954 S.W.2d 650, 659 (Mo.App. 1997).

Just as the Missouri Court of Appeals approved such balancing in a reporter's source disclosure case,

*Dendrite* called for such individualized balancing when the plaintiff seeks to compel identification of an anonymous Internet speaker:

> [A]ssuming the court concludes that the plaintiff has presented a prima facie cause of action, the court must balance the defendant's First Amendment right of anonymous free speech against the strength of the prima facie case presented and the necessity for the disclosure of the anonymous defendant's identity to allow the plaintiff to properly proceed.
>
> The application of these procedures and standards must be undertaken and analyzed on a case-by-case basis. The guiding principle is a result based on a meaningful analysis and a proper balancing of the equities and rights at issue.
>
> *Dendrite,* 775 A.2d at 760-761.

*See also Mobilisa v. Doe*, 170 P.3d at 720; *Highfields Capital Mgmt. v. Doe*, 385 F.Supp.2d at 976.

If the plaintiff cannot come forward with concrete evidence sufficient to prevail on all elements of his case on subjects that are based on information within his own control, there is no basis to breach the anonymity of the defendants. *Bruno v. Stillman*, 633 F.2d 583, 597 (1st Cir. 1980); *Southwell v. Southern Poverty Law Center*, 949 F. Supp. 1303, 1311 (W.D. Mich. 1996). Similarly, if the evidence that the plaintiff is seeking can be obtained without identifying anonymous speakers or sources, the plaintiff is required to exhaust these other means before seeking to identify anonymous persons. *In re Petroleum Prod. Antitrust Litig.*, 680 F.2d 5, 8-9 (2d Cir. 1982); *Zerilli v. Smith*, 656 F.2d 705, 714 (D.C. Cir. 1981) ("an alternative requiring the taking of as many as 60 depositions might be a reasonable prerequisite to compelled disclosure"). The requirement that there be sufficient evidence to prevail against the speaker, and sufficient showing of the exhaustion of alternate means of obtaining the plaintiff's goal, to overcome the defendant's interest in anonymity is part and parcel of the requirement that disclosure be "necessary" to the prosecution of the case, and that identification "goes to the heart" of the plaintiff's case. If the case can be dismissed on factual grounds that do not require identification of the anonymous speaker, it can

scarcely be said that such identification is "necessary."

The adoption of a standard comparable to the test for grant or denial of a preliminary injunction, considering the likelihood of success and balancing the equities, is particularly appropriate because an order of disclosure is an injunction – and not even a preliminary one at that. A refusal to quash a subpoena for the name of an anonymous speaker causes irreparable injury, because once a speaker loses her anonymity, she can never get it back. Moreover, any violation of an individual speaker's First Amendment rights constitutes irreparable injury. *Elrod v. Burns*, 427 U.S. 347, 373-374 (1976). In some cases, identification of the Does may expose them to a significant danger of extra-judicial retaliation. In this case, the plaintiff is an individual with a long criminal record, and his prison records establish that he has been prone to violence – they show 15 administrative citations for "threats," and 28 citations for "assault," as well as a dozen sanctions for verbal abuse, and a few for sexual misconduct. Levy Affidavit, Exhibit D.[8] Moreover, plaintiff has been publishing on his blog the names and photographs of those whom he believes are responsible for criticizing him, as well as details about their families. Stiles Affidavit, Exhibit G. Indeed, Sinclair has specifically warned publicly that he is now ready to "attack" not only his critics but also their families, who are now "fair game and open season. . . . That means your mothers, fathers, grandparents, children, brothers, sisters, you name it." Stiles Affidavit, Exhibit E. He has sent a warning to an Internet critic that when he is identified he can expect a "visitor." Levy Affidavit, Exhibit E. *See also* Stiles Affidavit Exhibit D ("One message however for Paul Day. Watch your back, because someone will be watching you. Take it any way you want.") When they see statements like that from a career criminal like Sinclair, Internet users are certainly justified in

---

[8]Additional incidents of violence, purportedly obtained from records of an earlier incarceration, appear in Comment 875 on the BigHeadDC web site. http://bigheaddc.com/2008/ 04/10/ daily-kos-censors-mention-of-larry-sinclair/#comments.

treating this as a serious threat, and worrying about what will happen to them if Sinclair gets their name.[9]

However, denial of a motion to identify the defendant based on either lack of sufficient evidence or balancing the equities does not compel dismissal of the complaint.  The plaintiff retains the opportunity to renew his motion after submitting more evidence.

On the other side of the balance, the Court should consider the strength of the plaintiff's case and his interest in redressing the alleged violations.  In this regard, the Court can consider not only the strength of the plaintiff's evidence but also the nature of the allegations, the likelihood of significant damage to the plaintiff, and the extent to which the plaintiff's own actions are responsible for the problems of which he complains. Here, although referring to somebody as a former mental patient could, in some cases, be the basis for a defamation action, that statement must be viewed against the backdrop of the larger controversy.  Plaintiff is a career criminal whose very claims assert that he engaged in illegal conduct, and whose claim to fame is his deliberate effort to get publicity for sensational accusations against a prominent public figure.  Indeed, although as argued above, we believe that this case will have to be pursued in Minnesota state court, if at all, there is reason to doubt that any District of Columbia jury would award Sinclair any damages or indeed find his critics liable.   This is not a case in which there is any genuine likelihood of success on the merits, and there is grave reason for doubt that the case was brought for any other reason than to attempt to create a forum to litigate the substance of his accusations against Obama.

---

[9]Sinclair has proclaimed the need to protect **his** supporters, and the limousine driver who is supposedly ready to testify, from alleged death threats and vigilante postings by his adversaries. Stiles Affidavit, Exhibit B.  Comment 850, posted to the "BigHeadDC" web site, http://bigheaddc. com/2008/04/10/daily-kos-censors-mention-of-larry-sinclar/#comments, reprints certain statements on YouTube by larrysinclair0926 which, if properly attributed to Sinclair, would show that he wants to engage in physical confrontations with critics.

### D.     The *Dendrite / Mobilisa* Standard Strikes the Right Balance of Interests.

The principal advantage of the *Dendrite*/*Mobilisa* test is its flexibility.  It balances the interests of the plaintiff who claims to have been wronged against the interest in anonymity of the Internet speaker who claims to have done no wrong.  In that way, it provides for a preliminary determination based on a case-by-case, individualized assessment of the equities.  It avoids creating a false dichotomy between protection for anonymity and the right of victims to be compensated for their losses.  It ensures that online speakers who make wild and outrageous statements about public figures or private individuals or companies will not be immune from identification and from being brought to justice, while at the same time ensuring that persons with legitimate reasons for speaking anonymously, while criticizing public figures, will be allowed to maintain the secrecy of their identity as the First Amendment allows.

The *Dendrite* test also has the advantage of discouraging lawsuits whose real objective is discovery and the "outing" of anonymous speakers, and not damages.  In the first few years of the Internet, hundreds or even thousands of lawsuits were filed seeking to identify online speakers, and the enforcement of subpoenas in those cases was almost automatic.  Consequently, many lawyers advised their clients to bring such cases without being serious about pursuing a claim to judgment, on the assumption that a plaintiff could compel the disclosure of its critics simply for the price of filing a complaint.  ISP's have reported some staggering statistics about the number of subpoenas they received – AOL's amicus brief in the *Melvin* case reported the receipt of 475 subpoenas in a single fiscal year, and Yahoo! stated at a hearing in California Superior Court that it had received "thousands" of such subpoenas.  *Universal Foods Corp. v. John Doe*, Case No. CV786442 (Cal. Super. Santa Clara Cy.), Transcript of Proceedings July 6, 2001, at  page 3.

Although no firm numbers can be cited, experience leads undersigned counsel to believe that

the number of civil suits currently being filed to identify online speakers has dropped dramatically from the earlier figures.  The decisions in *Dendrite*, *Melvin, Cahill, Mobilisa*, and other cases that have adopted strict legal and evidentiary standards for defendant identification have sent a signal to would-be plaintiffs and their counsel to stop and think before they sue.  At the same time, the publicity given to these lawsuits, to the occasional libel verdict against anonymous defendants, as well as the fact that many online speakers have been identified in cases that meet the *Dendrite* standards – indeed, two of the Doe defendants in *Dendrite* were identified, as was the defendant in the companion case to *Dendrite*, *Immunomedics v. Doe*, 342 N.J.Super. 160, 775 A.2d 773  (N.J. Super. App. Div. 2001) –  has discouraged some would-be posters from the sort of Wild West atmosphere that originally encouraged the more egregious examples of online irresponsibility, if not outright illegality.  We urge the Court to preserve this balance by adopting the *Dendrite* test that weighs the interests of defamation plaintiffs to vindicate their reputations in meritorious cases against the right of Internet speakers to maintain their anonymity when their speech is not actionable. In this case, that test leads ineluctably to the conclusion that the motion to compel discovery from DemocraticUnderground.com should be denied.

## II.    THE MOTION TO COMPEL PUBLIC CITIZEN TO COMPLY WITH MR. SIBLEY'S LETTER REQUESTING IDENTIFICATION OF MR. LEVY'S CLIENT IS BARRED BY THE FIRST AMENDMENT, THE ATTORNEY-CLIENT PRIVILEGE, AND RULES 37(a)(3)(B) AND 45(c)(2)(B)(i).

In addition to moving to compel Democratic Underground to comply with the subpoena that he served on it, Sinclair moves to compel Public Citizen Litigation Group, the law firm at which counsel for mzmolly and Democratic Underground work, to provide the name and address of defendant mzmolly.  The motion recites that plaintiff's counsel, Montgomery Blair Sibley, Esquire, faxed a letter to Paul Alan Levy, Esquire, asking him to provide this information (indeed, the letter,

asked that the information be provided to "save me the trouble of securing and then serving a subpoena" seeking that information); that Mr. Levy declined to provide the information (citing both the First Amendment privilege discussed above, as well as the attorney-client privilege); and that an order compelling discovery is proper.

This motion is frivolous. First of all, no subpoena has been served on Public Citizen Litigation Group, which is a third party in this case and would not even be required to respond to a Rule 33 Interrogatory or a Rule 34 Request for Production of Documents, had one been served. Rule 37(a)(3)(B) allows a party to move to compel discovery when a **party** refuses to respond to interrogatories or requests for production, and Rule 45(c)(2)(B)(i) allows a motion to compel discovery when "the commanded person" – that is, the person commanded by a subpoena – objects to production. A letter from one attorney to another attorney does not constitute a command, and it does not provide the basis for a motion to compel. The motion to compel compliance should be denied, and Mr. Sibley should be personally sanctioned under Rule 37(A)(5)(B) (there is no reason to sanction Mr. Sibley's client for Mr. Sibley's improper conduct).

Second, the information demanded is subject to the same qualified First Amendment as is discussed earlier in this brief. Indeed, as Mr. Levy told Mr. Sibley, because his proposed subpoena for the name and address of mzmolly sought exactly the same discovery to which his subpoena to Democratic Underground is directed, and the outcome under the First Amendment would be the same under either subpoena, the only possible purpose of serving such a subpoena (or filing this part of his motion) is to multiply litigation. The Court is requested to impose sanctions on Mr. Sibley under 28 U.S.C. § 1927.

Third, if it is necessary to reach the issue (and in light of the foregoing two arguments it is not), this case presents exceptional circumstances. The identity and location of mzmolly is subject

to the attorney-client privilege because far from being "incidental to the attorney-client relationship," mzmolly's identity and location are central to that relationship. It is the very information that counsel have been retained to protect; counsel's retainer is limited to opposing the subpoena to identify mzmolly. *See* Levy Affidavit, ¶¶ 3-7. Sinclair's memo grudgingly admits that no absolute rule denies privileged status to the name and address of the client. Indeed,

> "[T]here is no federal body of law that requires the exclusion of the identity of the client from the extent of the attorney-client privilege. . . . [I]t must be assessed on a case to case basis, depending on the particular facts of each case.

> *Baird v. Koerner*, 279 F.2d 623 (9th Cir. 1960).

A client's identity is protected from disclosure when it is "connected inextricably with a privileged communication – the confidential purpose for which he sought legal advice." *In re Grand Jury Subpoena*, 926 F.2d 1423, 1432 (5th Cir. 1991). The client's identity has also been deemed privileged when "disclosure of a client's identity would implicate the client in the matter for which he or she sought advice." *United States v. Liebman*, 742 F.2d 807, 810 (3d Cir. 1984). Similarly, in cases where the client has communicated her address for the purpose of obtaining legal advice or representation to which the address is crucial, the courts routinely hold that the privilege must be respected. *Litton Indus. v. Lehman Bros. Kuhn Loeb*, 130 F.R.D. 25, 26 (S.D.N.Y. 1990), *citing In re Stolar*, 397 F.Supp. 520, 524 (S.D.N.Y.1975) and M*atter of Grand Jury Subpoenas Served Upon Field*, 408 F.Supp. 1169, 1173 (S.D.N.Y.1976)*.*

On the theory propounded by Sinclair, once an anonymous speaker retains counsel to protect her right to remain anonymous, the very communications that specify the information to be protected and that assure the lawyer that he is representing a real person who is, in fact, the owner of the pseudonym that is subject to suit must be revealed. Of course, anonymous defendants cannot appear in court to defend their own anonymity, and so Sinclair's rule would be tantamount to a rule that bars

anonymous free speech through the back door. Undersigned counsel Mr. Levy and Mr. Beck have between them been litigating issues of Internet anonymity for more than ten years, and Mr. Levy has been involved in most of the major cases cited in this brief. So far as we are aware, this is the first time that any attorney for a party trying to subpoena the names of prospective defendants has raised this far-fetched claim for disclosure of the Doe's identity by the attorney rather than the ISP. Although it is an issue of first impression, the purposes of the rule of attorney-client privilege would support the recognition of the exception in these circumstances as well.

## III. REQUEST FOR SANCTIONS

Although there are no reported cases in this district discussing *Dendrite* and *Cahill*, there was in this case clearly no basis for subject matter or personal jurisdiction over the Doe defendants, and plaintiff's counsel was promptly placed on notice of these defects. Moreover, **every** appellate or federal district court decision to discuss the standards for subpoenas to identify anonymous Internet speakers has required the plaintiff to make some minimal evidentiary showing to support the claimed compelling interest in discovery. Undersigned counsel repeatedly invited Sinclair's counsel to engage in a discussion of the substantive objections to discovery, to determine whether, for example, the parties could agree that plaintiff would attempt to replead, or more properly refile in a court that had jurisdiction. Instead, plaintiff rushed into court with a barebones motion to compel that neither discusses any of the relevant cases, nor makes the slightest factual or other showing in response to the legitimate issues raised in the Rule 45 objections letter. Finally, plaintiff's counsel erroneously stated that he had conferred in good faith with undersigned counsel, even though he **never** tried to resolve or narrow the discovery issues to be presented to the Court. This is a case that cries out for sanctions under Rule 37 and 28 U.S.C. § 1927, and the Court should award them.

## CONCLUSION

The motion to compel Democratic Underground to comply with plaintiff's subpoena, and to compel Public Citizen Litigation Group to comply with the letter "demand" of Montgomery Blair Sibley, Esquire, should be denied. The Court should award sanctions as requested.

Respectfully submitted,


   /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Greg Beck (DC Bar No. 494479)

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

April 30, 2008                    Attorneys for mzmolly and DemocraticUnderground.com

-44-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,                    )
                                      )
            Plaintiff,                )
                                      )
        v.                            )        No. 1:08-cv-00434-HHK
                                      )
TubeSockTedD, mzmolly and OWNINGLIARS, )
                                      )
            Defendants.               )

**PROPOSED ORDER**

Plaintiff's motion to compel Democratic Underground to comply with plaintiff's subpoena,

and to compel Public Citizen Litigation Group to comply with the letter "demand" of Montgomery

Blair Sibley, Esquire, is denied. The Court finds that plaintiff's motion as filed was not substantially

justified, and further finds that the motion directed at Public Citizen multiplied this proceeding

unreasonably and vexatiously. The Court awards sanctions in favor of mzmolly and Democratic

Underground against plaintiff and his counsel, jointly and severally, for the motion to compel

Democratic Underground, and against plaintiff's counsel specifically for the motion to compel

Public Citizen. The parties are ordered to confer in good faith to attempt to determine the amount

of attorney fees to be awarded as a sanction. Failing an agreement between counsel, mzmolly and

Democratic Underground may move for an award of a specific amount no later than ____ days from

this date.

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,                          )
                                            )
                    Plaintiff,              )
                                            )
            v.                              )        No. 1:08-cv-00434-HHK
                                            )
TubeSockTedD, mzmolly and OWNINGLIARS,      )
                                            )
                    Defendants.             )

**INDEX OF AFFIDAVITS AND EXHIBITS
SUBMITTED IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL**

Affidavit of Marybeth Stiles
      Exhibit A      Pages from Cao's Blog
      Exhibit B      FAQ page from Larry Sinclair's Blog
      Exhibit C      Legal Fund Contribution page from Larry Sinclair's Blog
      Exhibit D      This Blog Will Die page from Larry Sinclair's Blog
      Exhibit E      The Dance Begins page from Larry Sinclair's Blog
      Exhibit F      Flyer from Larry Sinclair's Blog
      Exhibit G      Google YouTube Accepts Service page from Larry Sinclair's Blog
      Exhibit H      "Wanted" Pages from Pasco County, Florida and Pueblo, Colorado
      Exhibit I      Comments posted on "Plunderbund" web site
      Exhibit J      Comments posted on Wizbangblue web site
      Exhibit K      Comments posted on Topix web site
`      Exhibit L      Comments posted on BigHeadDC web site

Affidavit of Paul Alan Levy
      Exhibit A      Letter from Levy to Sibley, April 16, 2008
      Exhibit B      Letter from Sibley to Levy, April 17, 2008
      Exhibit C      Letter from Levy to Sibley, April 17, 2008
      Exhibit D      Record of Larry Sinclair's Prison Discipline
      Exhibit E      Private exchange involving Larry Sinclair
      Exhibit F      Articles published in the *Globe*
      Exhibit G      Sinclair Motion to Dismiss Warrant
      Exhibit H      Report and Recommendation in *Sinclair v. Obama*, Civ. No. 08-360
                         (JMR/RLE) (D. Minn. Feb. 25, 2008)

Affidavit of Ronald Alexander
      Exhibit      South Carolina Arrest Record

Affidavit of William Tobias Morrow
        Exhibit 1        Request for Information
        Exhibit 2        Colorado Arrest Record

Affidavit of Lee Goldwich
        Exhibit A        Judgment of Conviction of La-Rye Vizcarra Avila
        Exhibit B        Judgment of Conviction of La-Rye Vizcarra Avila-Adams

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE SINCLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00434-HHK |
| | ) | |
| TubeSockTedD, mzmolly and OWNINGLIARS, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MARYBETH STILES**

1. My name is Marybeth Stiles. I am the office manager for Public Citizen Litigation Group. I make this affidavit with the understanding that it will be used in connection with motions in this case.

2. Following Paul Levy's instructions, I visited the Cao's Blog web site at http://caosblog.com/7435 (Exhibit A). I clicked on the word "here" and listened to an audio file containing a radio interview in which Larry Sinclair participated. During the interview, at a juncture in the interview that was indicated as being about 50 minutes into the interview, I heard Sinclair say:

> And that's exactly what I'm doing and everybody's telling me, well, you don't have a legal leg to stand on. Oh yes I do have a legal leg to stand on because everybody's come out and called me a liar and called me a mental patient and called me all kinds of things that are absolutely untrue which they stated in factual form and I thank them very much for doing that because now they have given me just that outlet in the courts to come out and prove my case in the courts.

3. Following Paul Levy's instructions, I visited several pages on Larry Sinclair's blog, and downloaded those pages, as follows.

4. I downloaded Exhibit B from http://larrysinclair0926.wordpress.com/answers-to-faqs/.

5. I downloaded Exhibit C from http://larrysinclair0926.wordpress.com/legal-fund-contribution-info/.

6.  I downloaded Exhibit D from http://larrysinclair0926.wordpress.com/2008/04/19/this-blog-will- die-at-exactly-0000-hours-april-20-2008/.

7.  I downloaded Exhibit E from http://larrysinclair0926.wordpress.com/2008/04/17/the-dance-begins-democraticunderground-and-public-citizen-litigation-will-not-intimidate-me/.

8.  I scrolled down toward the bottom of Sinclair's blog, where "Flyers" are listed. I clicked on a link that said HOPE YOU'VE CHANGED which took me to http://larrysinclair0926.files.wordpress.com/2008/04/hopeyouvechanged.pdf, where I downloaded the attached Exhibit F

9.  I downloaded Exhibit G from http://larrysinclair0926.wordpress.com/2008/04/16/googleyoutube-accepts-service-of-subpoena/.

10. I visited the "wanted" pages on the web sites of Pasco County, Florida and Pueblo, Colorado, searched for LaRye Avila and Larry Sinclair, and found the web pages attached as Exhibit H.

11.  I visited the "Plunderbund" web site at http://www.plunderbund.com/2008/01/22/larry-sinclairs-35-minutes-of-fame-outrageous-obama-allegations-video/ and downloaded the pages shown at Exhibit I.

12.  I visited the wizbangblue web site at http://wizbangblue.com/2008/02/17/larry-sinclair-sues-obama-and-is-offered-100k-to-take-polygraph.php and downloaded the pages shown at Exhibit J.

13.  I visited the topix web site at http://www.topix.com/forum/news/2008-presidential-election/TRC50VRPMM87PADK4/p2 and http://www.topix.com/forum/news/2008-presidential-election/TRC50VRPMM87PADK4/p3 and downloaded the pages shown as Exhibit K.

14. I visited the BigHeadDC web site at http://bigheaddc.com/2008/04/10/daily-kos-censors-

mention-of-larry-sinclair/#comments and printed selected comments that are attached as Exhibit L

(printing the entire web page would consume hundreds of printed pages).

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2008.

*Marybeth Stiles*

Marybeth Stiles

# EXHIBIT A

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 2 of 229

## 3/13/2008

### Special blogtalkradio show on Saturday with Larry Sinclair

By: Cao, Filed under: General @ 7:39 pm

You can catch it here live at 3pm CST Saturday.

I will update this post with the recording when it's over.

*Leave a Reply*

Name (required)

Cao's Blog » Blog Archive » Special blogtalkradio show on Saturday with Larry Sinclair

*April 2008*

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| « Mar | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

Mail (will not be published) (required)

Website

Spam protection: Sum of six + nine ?

Notify me of followup comments via e-mail

Acquire this Tribute

*Flight 93 Memorial*



- *Recent Comments*

  - Cao on Happy Earth Day
  - The Amboy Times on Sunday OTB
  - lin on frozen shoulder syndrome or adhesive capsulitis
  - Alex on Happy Earth Day
  - Faultline USA on Sunday OTB

- *Recent Posts*

  - Flight 93 Blogburst: Pennsylvanians start org to

- stop the memorial
  - global warming myth implodes
  - Which terrorists support which democrat?
  - Happy Earth Day
  - blogs for borders

- *Archives*

  - April 2008
  - March 2008
  - February 2008
  - January 2008
  - December 2007
  - November 2007
  - October 2007
  - September 2007
  - August 2007
  - July 2007
  - June 2007
  - May 2007
  - April 2007
  - March 2007
  - February 2007
  - January 2007
  - December 2006
  - November 2006
  - October 2006
  - September 2006
  - August 2006
  - July 2006
  - June 2006
  - May 2006
  - April 2006
  - March 2006
  - February 2006
  - January 2006
  - December 2005
  - November 2005
  - October 2005
  - September 2005
  - August 2005
  - July 2005
  - June 2005
  - May 2005
  - April 2005
  - March 2005
  - February 2005

- January 2005
- December 2004
- November 2004
- October 2004
- September 2004
- August 2004

- *Europe, Asia & Middle East*

  - ¡No Pasarán!
  - Davids Medienkritik
  - Erik Svane
  - Eurosoc
  - Freedom and Whiskey
  - Freedom Institute
  - IQ and PC
  - Iraq Files
  - Iraq the Model
  - Irish Eagle
  - Michael Yon: Online Magazine
  - No Blood For Sauerkraut!
  - Right For Scotland
  - Rottweiler Puppy
  - Samizdata
  - Slugger O'Toole
  - The Belgravia Dispatch
  - The Devil's Kitchen
  - The Rising Sun
  - Tottenhamlad
  - Weekly Newsletters from SSG Paul Farr in Iraq
  - Westminster Journal

- *Links*

  - 10ft2ft
  - 21st Century Paladin
  - 2Slick's Forum
  - A Day In Iraq
  - A North American Patriot
  - Aaron's cc
  - Aaron's Rantblog
  - Afghan Injustice dot com
  - American Outlook
  - Andrew Sullivan
  - Angry Republican Mom
  - Ankle Biting Pundits
  - Another Man's Meat

- Answers In Genesis
- Anti Idiotarian-Rottweiler
- AntiProtester Journal
- Apartment 3-d
- BadEagle
- Baldilocks
- Ben of Mesopotamia
- Better Living Through Blogging
- Big White Hat
- Black Tiger Express
- BlackAnthem.com
- Blogs for Bush
- Blogs For Terri
- Bloodletting
- Blue Star Chronicles
- Boker TOV, Boulder!
- Brain-Terminal.com
- Brian Leiter, Academic Thug
- But That's Just My Opinion
- California Conservative
- Captains Quarters
- Cathouse Chat
- Chesler Chronicles
- Citizen Smash
- Citizen Soldier
- Cold Fury
- College Pundit
- Colossians Three Sixteen
- Compass Direct News
- Conservative Dialysis
- Conservative Eyes
- Conservative Response
- Cop the Truth
- Dad Manly
- David M.
- Defend America
- Dhimmi Watch
- Dissecting Leftism
- Dump Dick Durbin
- E-NOUGH!
- Everything I Know Is Wrong
- Evil Conservative
- Evolution News and Views
- Faith Freedom
- Fishkite: The Blog Between Church and State
- Foehammer's Anvil

- Follow That Star
- Fred on Everything
- Freedom Folks
- Freedom Of Thought
- Frickeville
- Friends of Science
- Ft. Hard Knox
- George Reisman's Blog on Economics, Politics, Society, and Culture
- gobbletygork
- GOP Insight
- Gribbit's Word
- Hot Air
- Hyscience
- I Love Jet Noise
- ID The Future
- Illinois Review
- IMAO
- Institute for Creation Research
- Internet Insomniac
- Intolerant Elle
- Iraqi WMD Blog
- JackLewis.net
- Jay Adkins.net
- Jeff Blogworthy
- Jihad Watch
- John Lott
- Just One Minute!~
- Keepin' It Real
- Kenders Musings
- Le Monde Watch
- Leaning Right
- Leaning Straight Up
- Leanne Wildermuth : Artist by Nature
- Lobo's Links
- Louisiana Conservative
- Marine Corps Moms
- Mediacrity
- Michael Savage
- Michelle Malkin
- Michigan Blog
- Military Bride
- Montana Politics
- Moonbattery.com
- Mr. Minority
- No End But Victory

- Obiter Dictum
- Ogre's Politics and Views
- One Man's Thoughts
- Pardon My English
- Pass the Brass
- Peace For Our Time
- Peter Cresswell's blog
- Pirate's Cove
- Powerline
- Praise the Lord and Pass the Ammo
- Publis' Forum
- Rage4Truth
- Rancette
- Ravings Of A Mad Tech
- Ravings Of John C. A. Bambenek
- Real Clear Politics
- Reasoned Audacity
- Red Hot Cuppa Politics
- Regular Ron
- Release the Hounds!
- Res Publica 2004
- Right in Philly
- Right Wing News
- Right Wing Nuthouse
- Righting America
- RightViews
- Rogue Radio Live
- Sailor In the Desert
- Sanity Bluff
- Save The Soldiers
- Sgt Hook
- Shadow Of Diogenes
- Sheep In Wolf's Clothing
- Sigmund Carl & Alfred
- Slapinions
- Soldiers Against Cindy Sheehan
- Soy Como Soy
- Spydrzweb
- Squiggler
- Steven Kiel
- Stop The ACLU
- Sue Bob's Diary
- Super Patriots
- The American Patriots
- The American Spectator
- The Anchoress

- The Art Of The Blog
  - The Carteret Con Artist
  - The Chicago Report
  - The Church Of Dysfunction
  - The Conservative Republican
  - The England Project
  - The Great Separation
  - The Hidden Nook
  - The Islamic Threat
  - The Jawa Report
  - The Lassoo of Truth
  - The Lost Nomad
  - The Mench Times
  - The Mudville Gazette
  - The Nashif Report
  - The Neo-Progressive
  - The New American
  - The Obama Factor
  - The Path Less Travelled
  - The Point
  - The Right Track
  - The Rogue Jew
  - The Roth Report
  - The Sunnyeside
  - The Tank
  - The Underscore
  - the way I like it
  - Tomfoolery Of The Highest Order
  - Tracking Cafasso
  - Transforming Sermons
  - Trilogy
  - Truth Laid Bear
  - Truth Lies And Common Sense
  - TS Right Dominion
  - Tufts Primary Source
  - Uncivil Rights
  - Varifrank
  - Villainous Company
  - Voice of the Pacific
  - Where's Your Brain?
  - Whither The Fool
  - Wiz Bang!
  - XBIP
  - Young Conservatives

- *Music, Books, Film*

- ○ Ann Coulter
- ○ Anti-CAIR
- ○ Any Soldier
- ○ Coalition Against Terrorist Media
- ○ Concerned Women For America
- ○ Drudge Report
- ○ Focus On the Family
- ○ Free Republic
- ○ Freedom's Zone
- ○ Frontpage
- ○ Human Events
- ○ Jayna Davis
- ○ Media Research Center
- ○ Newsmax
- ○ Northeast Intelligence Network
- ○ The Federalist Patriot
- ○ The Foundation for Defense of Democracies
- ○ WorldNet Daily

- *Presentations*

  - ○ Arafat's Legacy
  - ○ Blood of Heroes
  - ○ Glenn Beck Declares Obsession is a Must See
  - ○ Grand Mufti Haj Amin Al Husseini (Hitler's Mufti)
  - ○ Hitler and the Mufti
  - ○ Iraq's Terror Legacy
  - ○ Mass Graves
  - ○ Obsession the Movie: Radical Islam's War Against the West
  - ○ Raphael Shore and Nonie Darwish: Radical Islam and Nazism
  - ○ Stolen Honor
  - ○ Swift Vets Ads
  - ○ The Grand Mufti & Hitler, and Palestinian Genocide of Jews
  - ○ The Iraqi Truth Project
  - ○ Until Then
  - ○ We Support You

- *Task Force Sabre 7-JACK IDEMA*

  - ○ Americans Sentenced in Afghanistan**
  - ○ Free Jack Idema!
  - ○ Interview with Jim Morris re Jack Idema
  - ○ Interview with John Tiffany re Jack Idema

- Jack Idema Posts
- Jack Idema timeline
- Jackistan
- Karzai is backpedaling on 'peace with terrorists' so why aren't Jack and his men FREE?
- Karzai opponent named head of Afghan lower house
- Karzai reduces sentence for Taliban General
- Knightsbridge International and Childrens Medical Missions
- Leftist Columbia U and Jack Idema
- making peace with terrorists
- Massoud and the Northern Alliance
- Murtha acqaintance speaks out
- No connection with the Sovereign Order of Malta
- Now we get to 2004
- October 1998: Military Analyst Goes Where Spies Fail to Go, but Her Efforts Are Rejected
- oooooh Jack is expecting a visit!
- Peter Bergen-NPR, Rolling Stone: Idema
- Phony reporting in the Jack Idema case
- Pictures and documented evidence of Jack's history with Special Forces
- Qanooni steps down? not exactly.
- Rick Cantrell: Cheerleader for Ed Artis
- shredding propaganda: Mariah Blake's "Tin Soldier" second half
- shredding propaganda: Mariah Blake/Tin Soldier
- shredding propaganda: Stacy Sullivan's "Operation Desert Fraud"
- Spook turned author corroborates Jack's version of Tora Bora
- Stalking the Lion of Panshir
- Strange twist in Padilla case
- Taliban blamed in Afghan district chief's killing
- Taliban break out of Pulacharke Prison
- Ted Kavanau on Jack Idema
- Thanksgiving denied
- the agreements between US and Afghanistan during this conflict
- the conundrum
- The Elephant In the Room
- the elitist press and barring "warlords" from participating in Afghanistan politics
- The Mail Problem
- The medics

- The OTHER Elephant in the Room
- the real story about the wire fraud charges
- There's a new Wakial in town
- three stooges, Jack Idema and the 8mm VideoX Al Qaeda Tapes
- Today: Jack Idema-5 EST don't miss it
- Top Press Lies about the Idema Case
- Tracy Paul Warrington the supposed terrorism expert
- Transcript of interview with Caraballo's attorney
- Transcript: Jack Idema & Mike Levine Expert Witness Radio Show Part II
- Transcript: Jack Idema & Mike Levine-Expert Witness show Part I

- 

- 

I'm a
Large Mammal
in the
TTLB Ecosystem

- 

`00925412`

- 

- 

">

- *Kevin Marlo*



I Remember
**Kevin D. Marlo**
104th Floor, World Trade Center New York

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 14 of 229

- **Misc.**

  - About Cao
  - Archives
  - Flight 93 Memorial
  - Links

  HOME
  -

- **You Said**

  **Cao:** Yeah, the big picture is getting scarier and scarier….

  **The Amboy Times:** How Israel got trashed… An article by Isi Leiber via JP. My co…

  **Iin:** Hi, Just wondering if anyone knows of a correlation between froze…

  **Alex:** Court should also identify and let the world know that the people…

  **Faultline USA:** Jeremiah's New Roost Built upon Hubris and Hypocri… But, why …

  **Right Voices:** The Science is In: Liberalism is a Form of Mental Illness… Fo…

  **Aurora:** Great post, Cao. I've linked to you. If there's one thing the Le…

  **Cao:** I sent you an email. I'll have to get that corrected - it appear…

  **Leaning Straight Up:** Back on line again - with a serious reality check… Apologies f…

  **Marilyn:** The greenpeace protest seemed kink of juvenile to me. Atracting a…

  **Wolf Pangloss:** Happy 80th Birthday Hosni! April 6 Strikes on May 4… The …

  **Cao:** Don't orangutans have blue butts?…

  **Woman Honor Thyself:** Ban GunS?..I Don't Think Sooo… Do we need a history refr…

  **HannahJ:** "Greenpeace activist dresseds [sic] up in orangutan suits protest…

**LawyersRCorrupt:**:sad: America murder goes free on ridiculous technicalities.......

**Pirate's Cove:**Penguins Going To Die From Global Warming… In yesterdays globa…

**Cao:**(1) Is it possible for a woman to get breast implants WITHOUT kil…

**Maggie M. Thornton:**Cao, I think this Musa Abu Marzug is the same as the Marzook who …

**Adam's Blog:**More on Bill Ayers… Podcast Show Notes Obama friend and retire…

**Debbie:**I especially liked the American Muslim Society meetings, support,…

- *Recently*

  ○

  Flight 93 Blogburst: Pennsylvanians start org to stop the memorial

  global warming myth implodes

  Which terrorists support which democrat?

  Happy Earth Day

  blogs for borders

  Hillary's terrorist ties

  Deb Frisch and the Gerbil Nation

  Obama's room mate at Columbia University

  sick of Jimmy Carter yet?

  a single party with two different names

  expelled: no intelligence allowed

  child trafficking for Islam

  Sunday OTB

  Marines protest, Code Pink MIA

  Test clears Todd Sommmer's wife of his murder

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 16 of 229



- 

- 

Right Truth
USA Partisan
Colnel Robert Neville Always Dresses For Dinner
Rosemary's Thoughts
Patriots and Liberty
The Midnight Sun
On The wRite side
Insight on Freedom
Faultline USA
Sillie Lizzie's Rock
There's My Two Cents
Reject the U.N.
Texas Freds
Jurnaul scrierii iubirii
Nuke's News & Views
Maggie's Notebook
Death By 1000 Papercuts
Blue Collar Muse
123beta
Blog Roll America
Blog Roll America
The Mad Irishman's Conservative Consortium
Jus Sayin'
Talk Wisdom
Fortress Australia Outpost
Do The Right Thing
Social Sense
A Proverbs 31 Woman Wannabe
American Truckers at War
Political Pistachio
Blue Collar Rants With a Point
Four* Pointer
Right in a Left World
The Hill Street Blahg
Chester Street
JB's Corner
Malfunction Junction
NoAmnesty - Got It?
The Bible Thumpers Soapbox
Carried by Christ
Conservative When it Isn't Cool
Cerebral Catharsis
1RedThread
The ABC's to learning
Jenn Sierra

TexasFred's Non-Scientific Polling Place
whatmatters2us
Miss Beth's Victory Dance
Take Our Country Back
Mama Archer's Blog
GM's Corner
Diamond in the Rough
CommonSenseAmerica
Marginalized Action Dinosaur
Angle of View
www.darrellepp.com
Jeremayakovka
Stix Blog
Southern Sass on Crime



Cao's blog
Advertise here

blog advertising is good for you

- *Wide Awakes*

  

  - 
  - 
    123 Beta
    Bear to the Right
    Cao's Blog
    Cat House Chat
    Chaotic Synaptic Activity
    Church and State*
    Crystal Clear
    Dangerously Subversive Dad
    Dead Republican Presidents
    Diary of The Mad Pigeon
    doubleplusgood infotainment
    Faultline USA
    GM's Corner
    Gribbit Online
    House of Dumb
    Kender's Musings
    Maggie's Notebook
    Mike's America
    Moonbattery.com
    NIF
    Ogre's Politics and Views
    Parrot Check

- Part-Time Pundit
- Peter Porcupine
- Political Yin/Yang*
- Predator Intelligence
- Ravings Of A Mad Tech
- Right For Scotland
- Rightwing Nuthouse
- Rottweiler Puppy
- Smoke Signals Blog
- Sticks and Stones
- STOP THE ACLU!*
- The Discerning Texan
- The Middle Ground
- The Right Track
- The Squamata Report*
- third world county
- TMH's Bacon Bits
- Uncivil Rights
- Voice of the Pacific

- Akismet has protected Cao's Blog from 1,043,166 spam comments.
- `00925413`
  Abortion

- ***Giving credit***

- RSS

- Comments RSS

- Valid XHTML

- XFN

- WP

- Design:
  

- Hosted:
  

- Subscribe in a reader
- POWERED BY
- My Blog Directory
- want this on your blog?

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 19 of 229




Jack Idema the forgotten hero

**Random books from** my library


A National Party No More: The Conscience of a Conservative Democrat by Zell Miller


The Kinder, Gentler Military: How Political Correctness Affects Our Ability to Win Wars by Stephanie Gutmann


Black & White World II by John Cox

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 20 of 229

 The Politically Incorrect Guide to Women, Sex, and Feminism by Carrie L. Lukas

 War Crimes: The Left's Campaign to Destroy Our Military and Lose the War on Terror by Robert "Buzz" Patterson

 The Case Against Darwin: Why the Evidence Should Be Examined by James Perloff

 Slander: Liberal Lies About the American Right by Ann Coulter

 Unfit for Command: Swift Boat Veterans Speak Out Against John Kerry by John E. O'Neill

 The Politically Incorrect Guide to the Bible (Politically Incorrect Guides) by Robert J. Hutchinson

 Women in the Military: Flirting with Disaster by Brian Mitchell

powered by LibraryThing

-

EXHIBIT B



Search:

# Answers to FAQ's

Larry Sinclair alleges that on 6th and 7th November 1999 in Chicago, Illinois he met Barack Obama for a social evening which included drinks in a lounge, followed by a drive around town in his hired limousine during which Obama supplied cocaine, smoked crack through his own glass pipe while accepting fellatio from Sinclair.

The next day Obama took the initiative to visit Sinclair's Comfort Inn hotel room in Gurney, Illinois for a "quickie" version of the previous night's activities. Both men were 38 years of age. Larry Sinclair was on parole visiting for a few days from Colorado. Barack Obama was a member of the Illinois Senate.

These scenes are reminiscent of the Oprah Winfrey's show in which she featured J.L. King's book "Men On the Down Low: A Journey into the Lives of Straight Black Men Who Sleep with Men"

The story has produced some newsworthy reactions most of which can be described as a cover-up:

1. A virtual internet and media lynch mob composed mainly of Obama supporters is bent on discrediting Sinclair with allegations about his homosexuality, his convictions for check fraud in the 1980's and his mental and emotional stability. Part of their dirty tricks is to circulate to the media a forged facsimile of a page for the Washington Post which includes numerous lies about Sinclair and to declare that he was in a mental hospital at the time he said he was with Obama, and to attack his family and neighbors.

A noteworthy participant in the campaign of vilification is Andres W. Lopez an attorney for the Obama campaign in Puerto Rico who is a member of the campaign's National Finance Committee. He appeared on Puerto Rico's most popular TV magazine show WAPA TV's "SuperXclusivo" on April 10th 2008 to denounce Sinclair as a major headache and distraction for the Obama campaign and implied that he was mentally ill and working for the Hilary Clinton campaign.

Sinclair has hit back against some of the critics with law suits for defamation in the DC district court filed by his attorney Montgomery Sibley most recently noteworthy for his defence of the "DC Madam".

On 1st April, 2008 US District Court Judge Henry Kennedy granted a motion

for discovery in the matter. The aim of the Sinclair-Sibley legal strategy is eventually to discover Barack Obama on oath.

2. Larry Sinclair took a polygraph test in February confident that he would pass and he challenged Obama to do the same. The test was arranged by Whitehouse.com an internet site best known for pornography and anti-Clinton political satire.

The raw computer readings showed that Larry Sinclair passed the test with flying colours. But two testers hired by Whitehouse.com re-interpreted the readings to claim that they showed deception. One of the testers was Edward I. Gelb who has been exposed by specialists in the field for claiming a phony Ph.D.

Whitehouse.com refused to publish the full results or the video of the test and in many other respects breached good faith undertakings they gave Sinclair to induce him to participate. He claims that he and his attorney are in possession of information that the Obama campaign bribed Whitehouse.com to distort the test and spin the presentation of the results.

Whitehouse.com has not denied these allegations but has abruptly gone silent on the matter.

3. Many in the mainstream media are aware of Larry Sinclair's allegations about Barack Obama and rumours in Chicago restaurant and club land since at least 2001 that Barack Obama has

been doing the Down Low with gay men.
Some newspaper have interviewed Larry
Sinclair and visited his home in
Minnesota. He has provided them with
his criminal record, his health and
financial records and his family history.

At least one major Chicago newspaper
has indicated that it will not proceed yet
because it does not want to be accused
of racism or of causing problems for the
first viable black candidate. Other
newspapers have asked for more proof
such as access to the limousine driver
who witnessed the events of November
6th, 1999.

Larry Sinclair has said the driver will
testify in legal proceedings. But in the
meantime he wants to protect him from
interference from Obama campaign,
from the kind of death threats to which
Sinclair has been subjected and from the
kind of harrssment that Obama
supporters have visited on Sinclair's
elderly mother, his siblings and
neighbors. However, Larry Sinclair is
willing to provide assurances about his
evidence to the media through his
lawyer.

4. When Larry Sinclair first reported his
allegations to the Obama campaign in
September 2007 he wanted Obama to
correct his claim that he had stopped
taking drugs in his teens and had never
taken crack. He believes crack is
addictive and difficult to shake off.

Over the following months until
December, 2007 he was contacted
several times by Donald Young who

appeared to be Obama's emissary. He was the choir master at the Trinity Church of Christ which was under the direction of Pastor Jeremiah Wright and where Barack Obama is a member of the congregation. Donald Young informed Larry Sinclair that he, too, had a sex and drugs relationship with Barack Obama similar to his.

At first he suggested that Obama was seeking the assistance of Jeremiah Wright in making a statement acknowledging his use of crack cocaine as recently as 1999. But he had second thoughts in early December 2007. Donald Young was murdered in his appartment at Christmas 2007.

Larry Sinclair notified the Chicago police of his contacts with him but received no acknowledgment. Subsequently he has submitted a sworn affidavit which has so far not been acknowledged by the Chicago Police.

Larry' Sinclair's original video on YouTube has received more than 800,000 hits and his blog is in the top ten percentile on WordPress. Links to all his radio interviews can be found at his blog together will all contact details for the media.

_____

Larry Sinclair's blog with links to all his YouTube videos and radio interviews:

http://larrysinclair0926.wordpress.com/

Oprah Winfrey show on Black Men and "Down Low"

http://72.14.205.104/search?q=cache:
cOSFXtGI0×4J:www.oprah.com/tows/
pastshows/200404/
tows_past_20040416_c.jhtml+oprah
+down+low&hl=en&ct=clnk&cd=2

**NY Times - Black professional men doing Down Low are closet gays.**
http://query.nytimes.com/gst/fullpage.
html?
sec=health&res=9F0CE0D61E3FF930A3575BC0A9659C8B63

**Specialist critique of the Larry Sinclair polygraph test and phoney Ph.D of one of the testers:**
http://72.14.205.104/search?
q=cache:8inoC94vrbsJ:antipolygraph.
org/articles/article-036.shtml+ed+gelb
+phony+phd&hl=en&ct=clnk&cd=1

**Victor**

---

## Make A Comment: ( 2 so far )

**Your Comment**

**Name (required)**

**Mail (required) (hidden)**

**Website**

*blockquote* and *a* tags work here.

---

## 2 Responses to "Answers

to FAQ's"

 **Comments RSS Feed**

Larry,

There are so many of us that support you! You, sir, have portrayed commendable courage and strength despite the attacks organized against you.

Thank you for making helping to make our candidates accountable for their actions!

**Christina**
Thursday, April 17, 2008

A good narrative without having to listen and read everything.

**Kathy**
Friday, April 18, 2008

**Where's The Comment Form?**

- ## Recent Comments



Good Mojo on Obama Claims Blackmail, But Ne…

Democrat on Obama's Colonoscopy: Get…

Julie on Obama's Colonoscopy: Get…



Democrat on [Obama's Colonoscopy: Get...](#)

Me on [About](#)

- ## Blogroll

  - [ADVANCE INDIANA](#)

  - [ANDY MARTIN REPORTS](#)

  - [Barack Obama's Past isn't so Clean](#)

  - [Bigheaddc](#)

  - [Cao's Blog](#)

  - [Citizenwells](#)

  - [Cristyli](#)

  - [cristyli wordpress](#)

  - [Danisoutthere blog](#)

  - [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  - [For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change](#)

  - [Free Republic](#)

  - [Larry's April 4, 2008 Rense Interview](#)

  - [Moonbattery.com](#)

  - [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

  - [SavagePolitics.com](#)

  - [Some Truly great photography and original videos by a Friends Son &](#)

- The Speech That Revealed So Much

- The Tide Awakes

- WE SAW THAT

- Why won't Obama release his IL records

- WordPress.com

- WordPress.org

- WWW.Rense.com (The First news organization to report on this story)

- ZAZZLE PRODUCTS

## Links

- ADVANCE INDIANA

- ANDY MARTIN SUES NY TIMES OVER OBAMA LIES

- Barack

- Barack Obama's Past isn't so Clean

- Citizenwells

- Danisoutthere blog

- Globe & Enquirer

- King Maker (Axelrods Obama) YT Video

- Larry's April 4, 2008 Rense Interview

- LOOK AT BofA ADDRESS ON ME IN JAN 2007

- Moonbattery.com

- MSM SEARCHES

- [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

- [Obama's account of his NY years often differs.......](#)

- [SavagePolitics.com](#)

- [Some Truly great photography and original videos by a Friends Son &](#)

- [SuperXclusivo 4-09-08 Interview Pt 1](#)

- [SuperXclusivo 4-9-08 Interview Pt 2](#)

- [Why won't Obama release his IL records](#)

- [ZAZZLE PRODUCTS](#)

- ## PAY PAL LEGAL FUND

  - [LARRY'S LEGAL FUND PAY PAL LINK](#)

- ## Radio Interviews

  - [Bill Cunningham](#)

  - [Caos Blog Interview](#)

  - [Caosblog.com Blogtalk Radio Interview with Larry 3-15-08](#)

  - [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  - [Jeff Rense Interview 1-23-08](#)

  - [JEFF RENSE INTERVIEW 3-10-08](#)

  - [Jeff Rense Inteview 2-26-08](#)

  - [KTLK in the Morning, Chris Baker](#)

  - [Larry's April 4, 2008 Rense Interview](#)

  - [The Jim Sumpter Show](#)

- [The Right Perspective](#)

- [WWW.Rense.com (The First news organization to report on this story)](#)

---

- ## Youtube Videos

  - [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  - [King Maker (Axelrods Obama) YT Video](#)

  - [Larry Sinclair's Fighting on Youtube video](#)

  - [Larry's Original Youtube Video](#)

  - [Larry's Response Youtube video Pt 1](#)

  - [Larry's response Youtube video Pt 2](#)

  - [Larry's response Youtube video Pt 3](#)

  - [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

  - [SuperXclusivo 4-09-08 Interview Pt 1](#)

  - [SuperXclusivo 4-9-08 Interview Pt 2](#)

---

- ## Pages

  - [About](#)

  - [Answers to FAQ's](#)

  - [FULL PAYMENT DISCLOSURE](#)

  - [HOTEL RECORDS DIRECT](#)

  - [LEGAL FUND BALANCE UPDATE](#)

  - [LEGAL FUND CONTRIBUTION INFO](#)

  - [UPCOMING INTERVIEWS](#)

○ YT EMAILS

○ YT USERS KEEP UP THE THREATS

---

- ## Blog Stats

  ○ 311,407 hits

---

-

April 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|

« Mar

|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

---

- ## Recent Posts

  ○ Obama Claims Blackmail, But Never Reports It To Authorities. Why?

  ○ Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath

  ○ Second Attorney throws hat in the ring for DU.comm and MZMOLLY

  ○ No, I am not dying anytime soon if I can help it! But not for Obama Squads reasoning!

  ○ Good Golly MzMOLLY! Where in the World is MzMOLLY?

---

- ## Top Posts

  ○ Second Attorney throws hat in the ring for DU.comm and MZMOLLY

  ○ Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath

  ○ No, I am not dying anytime soon if I can help it! But not for Obama Squads reasoning!

- ○ [Good Golly MzMOLLY! Where in the World is MzMOLLY?](#)

- ○ [Donald Young, the gay choirmaster at Obama's church, telephoned me not long before he was murdered. How did he know who I was and how to contact me before I went public with my allegations about Obama?](#)

- ○ [Obama Claims Blackmail, But Never Reports It To Authorities. Why?](#)

- ○ [CURRENT PLANS](#)

- ○ [About](#)

- ○ [A Change of Heart: Guess I can withstand the efforts to shut me up.](#)

- ○ [Answers to FAQ's](#)

---

- ## Archives

  - ○ [April 2008](#)

  - ○ [March 2008](#)

  - ○ [February 2008](#)

- 

---

- ## Reason for Moderating of Comments

Comments are welcomed on any post on this blog. I have moderated comments not to censor detractors, but to avoid the vulgar, vile, and personal attacks that have been constant from sites that are open. Anyone may disagree and say so, but there is no Freedom of Speech right to use of vile, vulgar, and distorted comments for the sake of covering for a candidate. Contrary to others claims, I am a private citizen, am not a public figure and am not subject to the violation of privacy that so many have engaged in. The posting of information that is not public record is a violation of law and will be pursued. If your comments are clean and respectful they get posted.

---

- ## Spam Blocked

**Liked it here?**
**Why not try sites on the blogroll...**

☺

EXHIBIT C



Search:

AboutAnswers to FAQ'sFULL PAYMENT DISCLOSUREHOTEL RECORDS DIRECTLEGAL FUND BALANCE UPDATELEGAL FUND CONTRIBUTION INFOUPCOMING INTERVIEWSYT EMAILSYT USERS KEEP UP THE THREATS

# LEGAL FUND CONTRIBUTION INFO

## *ALL DONORS REMAIN ANNONYMOUS*

***Those wishing to contribute to the Legal fund set up directly with the Law Offices of M.B. Sibley may do so by sending checks or money orders to the following address, or those wishing to contribute via Pay Pal may do so by following the link below.***

Maryland Office:
50 West Montgomery Avenue
Suite B-4
Rockville, Maryland 20850-4216
301-251-5200
202-478-0371 (E-Fax)
Please make the check

# payable to "Law Offices MB Sibley"

*If you would like to donate, please click the "LINK BELOW" which will take you to the Paypal website where you can make an instant, safe, and secure donation to  Larry Sinclair's Legal Fund. The Fund itself is a non-interest bearing, FDIC insured, Trust account operated by his attorney, Montgomery Blair Sibley.  The only withdrawals will be in the form of checks to pay Larry's legal bills.  All administrative costs (this website, paypal fees, postage, etc.) will be donated, thereby ensuring that 100% of all donations will go to Larry's legal bills.  If by chance the legal situation is resolved and all costs are paid and there are still donations in the account, those donations will be returned to the donors pro-rata. Careful records of all donations to the fund and payments made for Larry's legal bills are being kept.  Upon request, the records will be made available for review by any donor (but donor's names and personal information will be redacted in order to protect donor's privacy).*

https://www.paypal.com/cgi-bin/
webscr?
cmd=_donations&business=mbsibley
%40civilforfeiture%
2ecom&item_name=Larry%
20Sinclair%20Legal%
20Fund&no_shipping=0&no_note=1&tax=0&currency_code=USD&lc=US&bn=PP
%2dDonationsBF&charset=UTF%
2d8

---

## Make A Comment: ( 12 so far )

**Your Comment**

Name (required)

Mail (required) (hidden)

Website

*blockquote* and *a* tags work here.

---

## 12 Responses to "LEGAL FUND CONTRIBUTION INFO"

 **Comments RSS Feed**

Larry,

I think your lawyer need to make it 100% clear that no donors names will ever be released to the public. Privacy is very important in matters like this.

**ADDED BY LARRY:** *No donor names will ever be released or kept. LS*

**Allen**
Monday, March 10, 2008

I thought that in both instances, your litigation with WH.com (I see you removed any posts pertaining to them..."cease and desist" by any chance?) and your litigation with Obama, et al would be taken up by an attorney(s) based on a "contingency" basis. It seems to me that "legal defense funds" solicitation is just for THAT..."legal defense". Your attorney(s)

should not be taking a dime from you Larry, as they will surely seek damages in both cases and take their standard 33.3%. I am truly suspect of any counsel that says or does anything other than that.

**ADDED BY LARRY:***NO, YOU WILL SEE THE POST SHORTLY AS TO WHY POST ON WH AND PARISI WERE TAKEN DOWN. AND IT WILL MORE THAN LIKELY MAKE YOU COME UP WITH YET ANOTHER ARGUEMENT TO SUIT YOUR POSITION OF THE MOMENT. LS*

### LegalLady
Monday, March 10, 2008

Dear supporters, we need your help to send Larry's attorney any funds that you can. If we could raise $5,000 by month end this would be huge. Many of his supporters have already donated and we welcome any funds you could help us with.
Sincerely,
The Sunshine Club

### Spence
Monday, March 10, 2008

larry,

i have been following your story and believe that everyone has the right to tell their side of the story, regardless of the impact to the individual or group. truth is never an option, i'm in with a few

dollars.

## Glenn
### Tuesday, March 11, 2008

........................................................................................

I pass this information for the benefit of anyone else who wants to donate via PayPal and the link provided by Larry.

When I made my donation I noticed it went to Alodus Corporation and the contact for information was an email address that is used by another company. I contacted the company to confirm that my donation had been forwarded to Larry's legal fund.

I got a reply directly from Montgomery Blair Sibley on his law firm email letterhead. I'm sure he won't mind my cut-and-pasting it since it has general application. I've omitted my personal details:

_____

Montgomery Blair Sibley, Chartered
Attorney & Counselor at Law
Admitted to Practice: Florida, New York, District of Columbia
http://www.civilforfeiture.com

Victor:

Alodus Corporation is simply a company I use to process Paypal donations for Larry's legal fund. Any and all moneys received through Alodus Corporation will be transferred to my Trust Account and disbursed only for Larry's legal bills.

Thanks for the donation and let me know if you have any other questions or

concerns.

Montgomery

**Victor**
Friday, March 14, 2008

Donated 10.00 not much but if you get a lot of those small donations they add up

**ADDED BY LARRY:** *I thank you and every other person who has donated and every dollar is appreciated just as much no matter if it is one or ten. Thank you and I promise the money contributed will get this in the open and show that Mr. Obama did do as I said he did. LS*

**Jim**
Saturday, March 15, 2008

It's very difficult for people to openly support you in any way due to the kind of aggressive and intimidating tactics of some of Mr. Obama's supporters. His messages unfortunately also appeal to alot of really angry people who greatly oppose the status quo of things. Other candidates get these people, too, but alot of Obama's supporters and campaign people seem really alot angrier and more aggressive than those of the McCain and Clinton ones, although not all of them, of course, are this way. I really wish you well and if any of the allegations you are making can be proven true, you will have done a tremendous public service. After all, the man in question is running

for the Presidency, not some minor or private sector job. Again, good luck and God bless!

**Jenn**
Saturday, March 15, 2008

Larry I need you to Know that all my family and I are on your side. we believe every word you have said. The road ahead will
be hard but you MUST ride the wave.
DO IT FOR ALL THE YOUNG PEOPLE THAT ARE BEING FOOLED.

**tony**
Sunday, March 16, 2008

Someone should start up a medical treatment fund for you, so that you can get the treatment you so desperately need. Take a couple minutes and look up erotic transference….

**ADDED BY LARRY:** *YOU ARE SICK AND SOMEWHAT COMICAL.*

**Franklin**
Tuesday, March 18, 2008

Larry, I believe your story and am sorry your
lie detector test was "fixed." Personally, I fear for our country if Obama gets elected. I am not crazy about McCain but will vote for him if Obama is the Democrat choice. I think you shuld contact Larry Flynt who pays a milliom

dollars for stories such as this concerning politicians. Please try that.

### Katie Brown
#### Tuesday, April 1, 2008

Larry best wishes with your endeavor.

### Kathy
#### Monday, April 7, 2008

Larry I have contributed to your legal fund. Although I am an unemployed college student I believe in what you are doing! I know its not much that I am giving but I do wish you well! I'll continue to tell people about your story.

Love,
Ashley

### ashley
#### Thursday, April 10, 2008

[Where's The Comment Form?](#)

---

- ### Recent Comments

Good Mojo on [Obama Claims Blackmail, But Ne...](#)

Democrat on [Obama's Colonoscopy: Get...](#)

Julie on [Obama's Colonoscopy: Get...](#)

Democrat on [Obama's Colonoscopy: Get...](Obama's Colonoscopy: Get...)

Me on [About](About)

---

- Blogroll

  - [ADVANCE INDIANA](ADVANCE INDIANA)

  - [ANDY MARTIN REPORTS](ANDY MARTIN REPORTS)

  - [Barack Obama's Past isn't so Clean](Barack Obama's Past isn't so Clean)

  - [Bigheaddc](Bigheaddc)

  - [Cao's Blog](Cao's Blog)

  - [Citizenwells](Citizenwells)

  - [Cristyli](Cristyli)

  - [cristyli wordpress](cristyli wordpress)

  - [Danisoutthere blog](Danisoutthere blog)

  - [Enrigue y Joe Miami Morning Radio Interview 4-14-8](Enrigue y Joe Miami Morning Radio Interview 4-14-8)

  - [For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change](For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change)

  - [Free Republic](Free Republic)

  - [Larry's April 4, 2008 Rense Interview](Larry's April 4, 2008 Rense Interview)

  - [Moonbattery.com](Moonbattery.com)

  - [Obama Campaign responds to Larry thru Attorney Andres W Lopez](Obama Campaign responds to Larry thru Attorney Andres W Lopez)

  - [SavagePolitics.com](SavagePolitics.com)

  - [Some Truly great photography and original videos by a Friends Son &](Some Truly great photography and original videos by a Friends Son &)

- [The Speech That Revealed So Much](#)

  - [The Tide Awakes](#)

  - [WE SAW THAT](#)

  - [Why won't Obama release his IL records](#)

  - [WordPress.com](#)

  - [WordPress.org](#)

  - [WWW.Rense.com (The First news organization to report on this story)](#)

  - [ZAZZLE PRODUCTS](#)

---

- ## Links

  - [ADVANCE INDIANA](#)

  - [ANDY MARTIN SUES NY TIMES OVER OBAMA LIES](#)

  - [Barack](#)

  - [Barack Obama's Past isn't so Clean](#)

  - [Citizenwells](#)

  - [Danisoutthere blog](#)

  - [Globe & Enquirer](#)

  - [King Maker (Axelrods Obama) YT Video](#)

  - [Larry's April 4, 2008 Rense Interview](#)

  - [LOOK AT BofA ADDRESS ON ME IN JAN 2007](#)

  - [Moonbattery.com](#)

  - [MSM SEARCHES](#)

- Obama Campaign responds to Larry thru Attorney Andres W Lopez

- Obama's account of his NY years often differs.......

- SavagePolitics.com

- Some Truly great photography and original videos by a Friends Son &

- SuperXclusivo 4-09-08 Interview Pt 1

- SuperXclusivo 4-9-08 Interview Pt 2

- Why won't Obama release his IL records

- ZAZZLE PRODUCTS

## PAY PAL LEGAL FUND

- LARRY'S LEGAL FUND PAY PAL LINK

## Radio Interviews

- Bill Cunningham

- Caos Blog Interview

- Caosblog.com Blogtalk Radio Interview with Larry 3-15-08

- Enrigue y Joe Miami Morning Radio Interview 4-14-8

- Jeff Rense Interview 1-23-08

- JEFF RENSE INTERVIEW 3-10-08

- Jeff Rense Inteview 2-26-08

- KTLK in the Morning, Chris Baker

- Larry's April 4, 2008 Rense Interview

- The Jim Sumpter Show

- The Right Perspective

- WWW.Rense.com (The First news organization to report on this story)

---

- ## Youtube Videos

  - Enrigue y Joe Miami Morning Radio Interview 4-14-8

  - King Maker (Axelrods Obama) YT Video

  - Larry Sinclair's Fighting on Youtube video

  - Larry's Original Youtube Video

  - Larry's Response Youtube video Pt 1

  - Larry's response Youtube video Pt 2

  - Larry's response Youtube video Pt 3

  - Obama Campaign responds to Larry thru Attorney Andres W Lopez

  - SuperXclusivo 4-09-08 Interview Pt 1

  - SuperXclusivo 4-9-08 Interview Pt 2

---

- ## Pages

  - About

  - Answers to FAQ's

  - FULL PAYMENT DISCLOSURE

  - HOTEL RECORDS DIRECT

  - LEGAL FUND BALANCE UPDATE

  - LEGAL FUND CONTRIBUTION INFO

  - UPCOMING INTERVIEWS

- ○ YT EMAILS

- ○ YT USERS KEEP UP THE THREATS

---

- ## Blog Stats

  - ○ 311,378 hits

---

-

### April 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|

« Mar

|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

---

- ## Recent Posts

  - ○ Obama Claims Blackmail, But Never Reports It To Authorities. Why?

  - ○ Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath

  - ○ Second Attorney throws hat in the ring for DU.comm and MZMOLLY

  - ○ No, I am not dying anytime soon if I can help it! But not for Obama Squads reasoning!

  - ○ Good Golly MzMOLLY! Where in the World is MzMOLLY?

---

- ## Top Posts

  - ○ Second Attorney throws hat in the ring for DU.comm and MZMOLLY

  - ○ Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath

  - ○ No, I am not dying anytime soon if I can help it! But not for Obama Squads reasoning!

- ○ Good Golly MzMOLLY! Where in the World is MzMOLLY?

- ○ Donald Young, the gay choirmaster at Obama's church, telephoned me not long before he was murdered. How did he know who I was and how to contact me before I went public with my allegations about Obama?

- ○ Obama Claims Blackmail, But Never Reports It To Authorities. Why?

- ○ CURRENT PLANS

- ○ About

- ○ A Change of Heart: Guess I can withstand the efforts to shut me up.

- ○ Answers to FAQ's

- ## Archives

  - ○ April 2008

  - ○ March 2008

  - ○ February 2008

- 

- ## Reason for Moderating of Comments

Comments are welcomed on any post on this blog. I have moderated comments not to censor detractors, but to avoid the vulgar, vile, and personal attacks that have been constant from sites that are open. Anyone may disagree and say so, but there is no Freedom of Speech right to use of vile, vulgar, and distorted comments for the sake of covering for a candidate. Contrary to others claims, I am a private citizen, am not a public figure and am not subject to the violation of privacy that so many have engaged in. The posting of information that is not public record is a violation of law and will be pursued. If your comments are clean and respectful they get posted.

- ## Spam Blocked

**Liked it here?**
**Why not try sites on the blogroll…**

☺

EXHIBIT D

ch:

AboutAnswers to FAQ'sFULL PAYMENT DISCLOSUREHOTEL RECORDS DIRECTLEGAL FUND BALANCE UPDATELEGAL FUND CONTRIBUTION INFOUPCOMING INTERVIEWSYT EMAILSYT USERS KEEP UP THE THREATS

# This Blog will Die at exactly 00:00 hours April 20, 2008

Posted on *Saturday, April 19, 2008*.

This blog will not post any further post effective 00:00 hours April 20, 2008. Wordpress has for what ever reason banned any new post from appearing in any Category it has attached to it.  The last two post were completely shut out of appearing in the recent post of any areas of word press.  In addition a search of Wordpress shows every other blogs attacks of me but does not show this blog at all.

Anyone wishing to contact me may do so by email.  I will not delete the blog, I will simply stop posting here.  I an opening the blog up so all the vile attacks and lies that have been thrown at me everywhere else can be done here.

One message however for Paul Day.

Watch your back, because someone will be watching you. Take it any way you want.

THOSE OF YOU WHO ARE WAITING FOR THE MEDIA TO DO THEIR JOB, IT IS NOT GOING TO HAPPEN WITH THE AMOUNT OF MONEY OBAMA FOR AMERICA IS PAYING IN ADVERTISING. I AM STILL FIGHTING THIS AND THESE INTERNET WARRIORS IN COURT.

**Make a Comment**

---

## Make A Comment: ( 217 so far )

**Your Comment**

**Name (required)**

**Mail (required) (hidden)**

**Website**

*blockquote* and *a* tags work here.

---

## 217 Responses to "This Blog will Die at exactly 00:00 hours April 20, 2008"

 **Comments RSS Feed**

..................................................

[...] unknown wrote an interesting post today onHere's a quick excerpt This blog

will not post any further post effective 00:00 hours April 20, 2008.  Wordpress has for what ever reason banned any new post from appearing in any Category it has attached to it.  The last two post were completely shut out of appearing in the recent post of any areas of word press.  In addition a search of Wordpress shows every other blogs attacks of me but does not show this blog at all. Anyone wishing to contact me may do so by email.  I will not delete the blog, I will simply sto [...]

### This Blog will Die at exactly 00:00 hours April 20, 2008

Saturday, April 19, 2008

Dear Larry,
This kind of political malignancy is what I've warning. You will need an a well devised army of lawyers to unearth what is happening here. Is your lawyer prepared to do that?

**YES**

**canadian**
Saturday, April 19, 2008

Larry, what is the status of the Press Conference you requested?
What site will publish updates on your allegations re. Obama?

**Gigi**
Saturday, April 19, 2008

larry what is your email so I can keep in touch with you?

**dee**
Saturday, April 19, 2008

Larry, It's a shame everyone is trying to shut you down. It's seems the Obama thugs have everything locked up while trying to prevent the truth from being made public. Find another blog to post to. There are many people that believe in you and you should continue the fight to expose that piece of trash. If Obitter is nominated, I will become a Republican for a day because this man is a slimeball politician and his supporters can see no wrong in him. Well, he doesn't have me fooled and against my better wishes, I will VIGOROUSLY campaign for McCain. Keep up the fight and find another blog to post your information and updates. Peace to you Larry and be careful.

**Diane**
Saturday, April 19, 2008

Larry, can you open up another site? I may not post much, but I am always checking your site for your updates. I'd really like to be kept in the loop. I've believed you from the start. I've never trusted Obama and I am concerned about him winning this nomination without any of this being said. I truly wish the best for you, thank you for putting up with all the crap. I appreciate your efforts to expose the fake that

Obama IS.

### Cathy from PA
Saturday, April 19, 2008

I suggest

(1) you post your email

(2) you ask for volunteers from people who are knowledgeable about blogs to join a small steering committee to help you transfer the blog elsewhere and, if possible, transfer all the archives of this blog to the new location:

(3) you inform people where they will be able to find the new address e.g on this blog if it remains open, and on a list of other blogs which will allow you to post the address of the new blog.

(4) You write to WordPress and ask them for a clear statement for their actions.

Its ironic that people who are arguing for the freedom to attack you on the internet are, at the same time, trying to restrict your expression.

### Victor
Saturday, April 19, 2008

Larry, Are you going to keep trying to get this
story out? If so, keep us posted somehow. You
must have our email addresses from when we post

here.
I'm sorry that they are putting you
through this
shit.
I learned yesterday that the MSM can
not be trusted
on anything. That includes Newsweek.
Their poll
numbers that came out yesterday are
bogus. People
need to read the poll and see who they
polled.
I couldn't believe it. The majority of the
poll
were Independents and Blacks. How was
that fair
polling. That is like polling only
Hispanics and
women. Who do you think would then
be ahead.

Good luck Larry and please stay safe.

Good luck Larry.

**tina**
Saturday, April 19, 2008

Larry, this is absolutely unbelievable
what they are doing. But I know you will
not give up - not after all you have had
to endure. Keep fighting Larry. And I'll
keep doing my part. I tell everyone I
know about your story, every chance I
get. And every night I pray that the Lord
surrounds you with angels. I am
confident that your story will eventually
get to the MSM. The truth always comes
out, no matter what. Be safe Larry. And
for all of Larry supporters I say continue
to blog about Larry and the keep the

story alive.

### sundra
Saturday, April 19, 2008

I don't know if you are telling the truth, Mr. Sinclair, but I do believe that what you have said re: Mr. Obama explains the inexplicable to me. Why stay with TUCC/Wright if they weren't covering for you...why end the race before all the primaries are done...why no more debates to let the "right wing" journalists ask you personal questions??? Keep it going, guy...and Viva Puerto Rico!
P.S. Keep it up, Larry......Fox News has got to be ripe for this....
imp

### ila peterson
Saturday, April 19, 2008

I have taken the first step to keep this going.

### citizenwells
Saturday, April 19, 2008

United we stand.
God willing, the truth will prevail.

### citizenwells
Saturday, April 19, 2008

You're still on a google search:

Larrysinclair0926 Official Obama Drug Scandal Weblog
Enrigue y Joe Miami Morning Radio Interview 4-14-8 · King Maker (Axelrods Obama) YT Video · Larry Sinclair's Fighting on Youtube video · Larry's Original ...
larrysinclair0926.wordpress.com/ - 55k
- Cached - Similar pages

Larry Sinclair — Blogs, Pictures, and more on WordPress
citizenwells wrote 3 days ago : ** Update ** (see below) Why am I spending time researching and posting about an allegation made by Larry Sinclair ...
more » ...
wordpress.com/tag/larry-sinclair/ - 46k
- Cached - Similar pages

Is Google able to wipe out the search for your site?

Your blog is number 73 on "Blogs of the Day" April 19.

I found this in the "Terms Of Service" for Wordpress.com. Is there anything in the desciption below that Wordpress.com may find as a removable offense?

"the Content is not obscene, libelous or defamatory (more info on what that means), hateful or racially or ethnically objectionable, and does not violate the privacy or publicity rights of any third party; and"

There are other blogging services / choices you can go to. Are you or someone else working on that? citizen perhaps?

### Bon

Saturday, April 19, 2008

i hope you can find somewhere else to blog larry, if not i will miss you and this blog

### outlawales

Saturday, April 19, 2008

We need to post a forwarding address to a new blog
they shut this down. This is ridiculous!! This
is COMMUNISTIC behavior.

WHERE IS CITIZENS GROUP NOW?!

### Robin

Saturday, April 19, 2008

God Bless you Mr Sinclair, keep up the fight. How can I donate to you ?

### randy

Saturday, April 19, 2008

Yes I am.
Waiting to hear from Larry.
However I have reserved a couple of names.
I believe it was Benjamin Franklin that said:
"We must hang together or we shall certainly hang separately."

### citizenwells

Saturday, April 19, 2008

Larry
Can you use YouTube to keep everyone in the loop until a new home for the blog is established?

**Duck**
Saturday, April 19, 2008

PS-This is loose Latin but good:

Illigitimi non carborundum

**citizenwells**
Saturday, April 19, 2008

This is good link to refer to when determining defamation for bloggers.
http://w2.eff.org/bloggers/lg/faq-defamation.php

**Bon**
Saturday, April 19, 2008

Donate here to help get this story out!

http://larrysinclair0926.wordpress.com/legal-fund-contribution-info/

**Robin**
Saturday, April 19, 2008

Citizen,

Can we get updates about the new blog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 64 of 229

or other source for updates about Larry
on your site?

### Bon
Saturday, April 19, 2008

Robin,

Will this link work for the fund after 00
April 20?

### Bon
Saturday, April 19, 2008

WordPress is quite liberal in what it
allows. It would not act against this blog
unless it had complaints, possibly
threats of law suits.

If it has indeed restricted this blog
permanently - and I think Larry should
get a clear statement form them if this is
true and why - my guess would be that
the complaints/threats would have been
about disclosing personal information
about third parties.

The obvious candidate is Lopez who is
the Obama guy in Puerto Rico - a lawyer
with a lot of Obama cash available. I
notice how Goolge/YouTube took down
the Larry appearance on the WAPA TV
station but left up Lopez's appearance
and his defamtory statements about
Larry.

But I don't see how posting Lopez's cv
could be considered an infraction of his
privacy. He has it posted on the net
already. He is also a political operative.

or other sources or updates about Larry
on your site?

### Bon
Saturday, April 19, 2008

Robin,

Will this link work for the fund after 00
April 20?

### Bon
Saturday, April 19, 2008

WordPress is quite liberal in what it
allows. It would not act against this blog
unless it had complaints, possibly
threats of law suits.

If it has indeed restricted this blog
permanently - and I think Larry should
get a clear statement form them if this is
true and why - my guess would be that
the complaints/threats would have been
about disclosing personal information
about third parties.

The obvious candidate is Lopez who is
the Obama guy in Puerto Rico - a lawyer
with a lot of Obama cash available. I
notice how Goolge/YouTube took down
the Larry appearance on the WAPA TV
station but left up Lopez's appearance
and his defamtory statements about
Larry.

But I don't see how posting Lopez's cv
could be considered an infraction of his
privacy. He has it posted on the net
already. He is also a political operative.

So it may have been someone else.

### Victor
Saturday, April 19, 2008

Let me talk to Larry first.
It is his story & I will respect his wishes.
We will not let this story die.

### citizenwells
Saturday, April 19, 2008

Let me talk to Larry first.
It is his story & I will respect his wishes.
We will not let this story die.

### citizenwells
Saturday, April 19, 2008

Hi Larry
Can you start a new website?
If not how can we keep in contact with you?

### T Condon
Saturday, April 19, 2008

Larry can you please start a new site/ blog?? I come on here every single day and I just cannot bare not being able to know what is going on with you. I hope we can find a way. Dont let them shut you out!

### ashley-nicole
Saturday, April 19, 2008

Get a myspace page! Thats free and they wont kick you off. Please dont just disappear Larry!

### ashley-nicole
Saturday, April 19, 2008

This is a load of crap! We have a right to know what's going on. Can someone not start a website about Larry? Can Larry not email people interested in his story? Someone smarter than me think of something. If his lawyer called a press conference then someone would show up.

### Marvona Ewing
Saturday, April 19, 2008

Larry has all emails. But, if he mass mails emails (there are programs/services for that) he must respect the privacy of all on it. It's too nasty out there and you don't want some of these malicious people having at your email. If not using a bulk emailer, he MUST "Bcc" - Blind CC - NOT "cc" or "To" option.

Since we don't know what other "issues" that he can't share, we'll just have to rely on Larry contacting those he trusts and getting started on a new site.

Larry is too committed to let this drop. His supporters have been a life line IMHO

### Bon



ch:

AboutAnswers to FAQ'sFULL PAYMENT DISCLOSUREHOTEL RECORDS DIRECTLEGAL FUND BALANCE UPDATELEGAL FUND CONTRIBUTION INFOUPCOMING INTERVIEWSYT EMAILSYT USERS KEEP UP THE THREATS

# This Blog will Die at exactly 00:00 hours April 20, 2008

Posted on *Saturday, April 19, 2008*.

This blog will not post any further post effective 00:00 hours April 20, 2008. Wordpress has for what ever reason banned any new post from appearing in any Category it has attached to it.  The last two post were completely shut out of appearing in the recent post of any areas of word press.  In addition a search of Wordpress shows every other blogs attacks of me but does not show this blog at all.

Anyone wishing to contact me may do so by email.  I will not delete the blog, I will simply stop posting here.  I an opening the blog up so all the vile attacks and lies that have been thrown at me everywhere else can be done here.

One message however for Paul Day.

Watch your back, because someone will be watching you.  Take it any way you want.

THOSE OF YOU WHO ARE WAITING FOR THE MEDIA TO DO THEIR JOB, IT IS NOT GOING TO HAPPEN WITH THE AMOUNT OF MONEY OBAMA FOR AMERICA IS PAYING IN ADVERTISING.  I AM STILL FIGHTING THIS AND THESE INTERNET WARRIORS IN COURT.

**Make a Comment**

---

## Make A Comment: ( 217 so far )

**Your Comment**

**Name (required)**

**Mail (required) (hidden)**

**Website**

*blockquote* and *a* tags work here.

---

## 217 Responses to "This Blog will Die at exactly 00:00 hours April 20, 2008"

 **Comments RSS Feed**

[...] unknown wrote an interesting post today onHere's a quick excerpt This blog

So it may have been someone else.

### Victor
Saturday, April 19, 2008

Let me talk to Larry first.
It is his story & I will respect his wishes.
We will not let this story die.

### citizenwells
Saturday, April 19, 2008

Let me talk to Larry first.
It is his story & I will respect his wishes.
We will not let this story die.

### citizenwells
Saturday, April 19, 2008

Hi Larry
Can you start a new website?
If not how can we keep in contact with you?

### T Condon
Saturday, April 19, 2008

Larry can you please start a new site/ blog?? I come on here every single day and I just cannot bare not being able to know what is going on with you. I hope we can find a way. Dont let them shut you out!

### ashley-nicole
Saturday, April 19, 2008

Get a myspace page! Thats free and they wont kick you off. Please dont just disappear Larry!

### ashley-nicole
Saturday, April 19, 2008

This is a load of crap! We have a right to know what's going on. Can someone not start a website about Larry? Can Larry not email people interested in his story? Someone smarter than me think of something. If his lawyer called a press conference then someone would show up.

### Marvona Ewing
Saturday, April 19, 2008

Larry has all emails. But, if he mass mails emails (there are programs/services for that) he must respect the privacy of all on it. It's too nasty out there and you don't want some of these malicious people having at your email. If not using a bulk emailer, he MUST "Bcc" - Blind CC - NOT "cc" or "To" option.

Since we don't know what other "issues" that he can't share, we'll just have to rely on Larry contacting those he trusts and getting started on a new site.

Larry is too committed to let this drop. His supporters have been a life line IMHO

### Bon



ch:

AboutAnswers to FAQ'sFULL PAYMENT DISCLOSUREHOTEL RECORDS DIRECTLEGAL FUND BALANCE UPDATELEGAL FUND CONTRIBUTION INFOUPCOMING INTERVIEWSYT EMAILSYT USERS KEEP UP THE THREATS

# This Blog will Die at exactly 00:00 hours April 20, 2008

Posted on *Saturday, April 19, 2008*.

This blog will not post any further post effective 00:00 hours April 20, 2008. Wordpress has for what ever reason banned any new post from appearing in any Category it has attached to it.  The last two post were completely shut out of appearing in the recent post of any areas of word press.  In addition a search of Wordpress shows every other blogs attacks of me but does not show this blog at all.

Anyone wishing to contact me may do so by email.  I will not delete the blog, I will simply stop posting here.  I an opening the blog up so all the vile attacks and lies that have been thrown at me everywhere else can be done here.

One message however for Paul Day.

Watch your back, because someone will be watching you.  Take it any way you want.

THOSE OF YOU WHO ARE WAITING FOR THE MEDIA TO DO THEIR JOB, IT IS NOT GOING TO HAPPEN WITH THE AMOUNT OF MONEY OBAMA FOR AMERICA IS PAYING IN ADVERTISING.  I AM STILL FIGHTING THIS AND THESE INTERNET WARRIORS IN COURT.

**Make a Comment**

---

## Make A Comment: ( 217 so far )

**Your Comment**

**Name (required)**

**Mail (required) (hidden)**

**Website**

*blockquote* and *a* tags work here.

---

## 217 Responses to "This Blog will Die at exactly 00:00 hours April 20, 2008"

 **Comments RSS Feed**

......................................................................

[...] unknown wrote an interesting post today onHere's a quick excerpt This blog

will not post any further post effective 00:00 hours April 20, 2008.  Wordpress has for what ever reason banned any new post from appearing in any Category it has attached to it.  The last two post were completely shut out of appearing in the recent post of any areas of word press.  In addition a search of Wordpress shows every other blogs attacks of me but does not show this blog at all. Anyone wishing to contact me may do so by email.  I will not delete the blog, I will simply sto [...]

### This Blog will Die at exactly 00:00 hours April 20, 2008

Saturday, April 19, 2008

Dear Larry,
This kind of political malignancy is what I've warning. You will need an a well devised army of lawyers to unearth what is happening here. Is your lawyer prepared to do that?

**YES**

**canadian**
Saturday, April 19, 2008

Larry, what is the status of the Press Conference you requested?
What site will publish updates on your allegations re. Obama?

**Gigi**
Saturday, April 19, 2008

larry what is your email so I can keep in touch with you?

**dee**
Saturday, April 19, 2008

Larry, It's a shame everyone is trying to shut you down. It's seems the Obama thugs have everything locked up while trying to prevent the truth from being made public. Find another blog to post to. There are many people that believe in you and you should continue the fight to expose that piece of trash. If Obitter is nominated, I will become a Republican for a day because this man is a slimeball politician and his supporters can see no wrong in him. Well, he doesn't have me fooled and against my better wishes, I will VIGOROUSLY campaign for McCain. Keep up the fight and find another blog to post your information and updates. Peace to you Larry and be careful.

**Diane**
Saturday, April 19, 2008

Larry, can you open up another site? I may not post much, but I am always checking your site for your updates. I'd really like to be kept in the loop. I've believed you from the start. I've never trusted Obama and I am concerned about him winning this nomination without any of this being said. I truly wish the best for you, thank you for putting up with all the crap. I appreciate your efforts to expose the fake that

Obama IS.

### Cathy from PA
Saturday, April 19, 2008

I suggest

(1) you post your email

(2) you ask for volunteers from people who are knowledgeable about blogs to join a small steering committee to help you transfer the blog elsewhere and, if possible, transfer all the archives of this blog to the new location:

(3) you inform people where they will be able to find the new address e.g on this blog if it remains open, and on a list of other blogs which will allow you to post the address of the new blog.

(4) You write to WordPress and ask them for a clear statement for their actions.

Its ironic that people who are arguing for the freedom to attack you on the internet are, at the same time, trying to restrict your expression.

### Victor
Saturday, April 19, 2008

Larry, Are you going to keep trying to get this
story out? If so, keep us posted
somehow. You
must have our email addresses from
when we post

here.
I'm sorry that they are putting you
through this
shit.
I learned yesterday that the MSM can
not be trusted
on anything. That includes Newsweek.
Their poll
numbers that came out yesterday are
bogus. People
need to read the poll and see who they
polled.
I couldn't believe it. The majority of the
poll
were Independents and Blacks. How was
that fair
polling. That is like polling only
Hispanics and
women. Who do you think would then
be ahead.

Good luck Larry and please stay safe.

Good luck Larry.

**tina**
Saturday, April 19, 2008

......................................................................................................

Larry, this is absolutely unbelievable
what they are doing. But I know you will
not give up - not after all you have had
to endure. Keep fighting Larry. And I'll
keep doing my part. I tell everyone I
know about your story, every chance I
get. And every night I pray that the Lord
surrounds you with angels. I am
confident that your story will eventually
get to the MSM. The truth always comes
out, no matter what. Be safe Larry. And
for all of Larry supporters I say continue
to blog about Larry and the keep the

story alive.

### sundra

Saturday, April 19, 2008

I don't know if you are telling the truth, Mr. Sinclair, but I do believe that what you have said re: Mr. Obama explains the inexplicable to me. Why stay with TUCC/Wright if they weren't covering for you...why end the race before all the primaries are done...why no more debates to let the "right wing" journalists ask you personal questions??? Keep it going, guy...and Viva Puerto Rico!
P.S. Keep it up, Larry......Fox News has got to be ripe for this....
imp

### ila peterson

Saturday, April 19, 2008

I have taken the first step to keep this going.

### citizenwells

Saturday, April 19, 2008

United we stand.
God willing, the truth will prevail.

### citizenwells

Saturday, April 19, 2008

You're still on a google search:

Larrysinclair0926 Official Obama Drug Scandal Weblog
Enrigue y Joe Miami Morning Radio Interview 4-14-8 · King Maker (Axelrods Obama) YT Video · Larry Sinclair's Fighting on Youtube video · Larry's Original ...
larrysinclair0926.wordpress.com/ - 55k - Cached - Similar pages

Larry Sinclair — Blogs, Pictures, and more on WordPress
citizenwells wrote 3 days ago : ** Update ** (see below) Why am I spending time researching and posting about an allegation made by Larry Sinclair ... more » ...
wordpress.com/tag/larry-sinclair/ - 46k - Cached - Similar pages

Is Google able to wipe out the search for your site?

Your blog is number 73 on "Blogs of the Day" April 19.

I found this in the "Terms Of Service" for Wordpress.com. Is there anything in the desciption below that Wordpress. com may find as a removable offense?

"the Content is not obscene, libelous or defamatory (more info on what that means), hateful or racially or ethnically objectionable, and does not violate the privacy or publicity rights of any third party; and"

There are other blogging services / choices you can go to. Are you or someone else working on that? citizen perhaps?

### Bon

Saturday, April 19, 2008

i hope you can find somewhere else to blog larry, if not i will miss you and this blog

### outlawales

Saturday, April 19, 2008

We need to post a forwarding address to a new blog
they shut this down. This is ridiculous!! This
is COMMUNISTIC behavior.

WHERE IS CITIZENS GROUP NOW?!

### Robin

Saturday, April 19, 2008

God Bless you Mr Sinclair, keep up the fight. How can I donate to you ?

### randy

Saturday, April 19, 2008

Yes I am.
Waiting to hear from Larry.
However I have reserved a couple of names.
I believe it was Benjamin Franklin that said:
"We must hang together or we shall certainly hang separately."

### citizenwells

Saturday, April 19, 2008

---

Larry
Can you use YouTube to keep everyone in the loop until a new home for the blog is established?

### Duck
Saturday, April 19, 2008

---

PS-This is loose Latin but good:

Illigitimi non carborundum

### citizenwells
Saturday, April 19, 2008

---

This is good link to refer to when determining defamation for bloggers.
http://w2.eff.org/bloggers/lg/faq-defamation.php

### Bon
Saturday, April 19, 2008

---

Donate here to help get this story out!

http://larrysinclair0926.wordpress.com/legal-fund-contribution-info/

### Robin
Saturday, April 19, 2008

---

Citizen,

Can we get updates about the new blog

So it may have been someone else.

### Victor
Saturday, April 19, 2008

Let me talk to Larry first.
It is his story & I will respect his wishes.
We will not let this story die.

### citizenwells
Saturday, April 19, 2008

Let me talk to Larry first.
It is his story & I will respect his wishes.
We will not let this story die.

### citizenwells
Saturday, April 19, 2008

Hi Larry
Can you start a new website?
If not how can we keep in contact with you?

### T Condon
Saturday, April 19, 2008

Larry can you please start a new site/ blog?? I come on here every single day and I just cannot bare not being able to know what is going on with you. I hope we can find a way. Dont let them shut you out!

### ashley-nicole
Saturday, April 19, 2008

Get a myspace page! Thats free and they wont kick you off. Please dont just disappear Larry!

### ashley-nicole
Saturday, April 19, 2008

This is a load of crap! We have a right to know what's going on. Can someone not start a website about Larry? Can Larry not email people interested in his story? Someone smarter than me think of something. If his lawyer called a press conference then someone would show up.

### Marvona Ewing
Saturday, April 19, 2008

Larry has all emails. But, if he mass mails emails (there are programs/ services for that) he must respect the privacy of all on it. It's too nasty out there and you don't want some of these malicious people having at your email. If not using a bulk emailer, he MUST "Bcc" - Blind CC - NOT "cc" or "To" option.

Since we don't know what other "issues" that he can't share, we'll just have to rely on Larry contacting those he trusts and getting started on a new site.

Larry is too committed to let this drop. His supporters have been a life line IMHO

### Bon

Saturday, April 19, 2008

---

I don't see your point. So what? keep
posting. You show up when I ran a
search in dogpile. also in google.

### Mr. K
Saturday, April 19, 2008

---

Will check back a little later.

### citizenwells
Saturday, April 19, 2008

---

Bon, even BCC won't work. You can view
everybody's
email address by hitting "reply to all". So
that
is no good either.

### Robin
Saturday, April 19, 2008

---

Mr. K, the point is that wordpress is
shutting
down his blog.

### Robin
Saturday, April 19, 2008

---

Larry you have my e-mail address if you
decide to go the route of just e-mailing
people what is going on. But, your site
has aquired a lot of people but I know
you can start another blog elsewhere.
Just find something and let us all know.
Good thing about the internet there is

Saturday, April 19, 2008

---

I don't see your point. So what? keep
posting. You show up when I ran a
search in dogpile. also in google.

**Mr. K**
Saturday, April 19, 2008

---

Will check back a little later.

**citizenwells**
Saturday, April 19, 2008

---

Bon, even BCC won't work. You can view
everybody's
email address by hitting "reply to all". So
that
is no good either.

**Robin**
Saturday, April 19, 2008

---

Mr. K, the point is that wordpress is
shutting
down his blog.

**Robin**
Saturday, April 19, 2008

---

Larry you have my e-mail address if you
decide to go the route of just e-mailing
people what is going on. But, your site
has aquired a lot of people but I know
you can start another blog elsewhere.
Just find something and let us all know.
Good thing about the internet there is

always another way! We cannt let the
Obama campaign win! and we wont let
them shut you up!

### ashley-nicole
Saturday, April 19, 2008

Robin,

My email program does not show
addresses even if you reply all or check
the properties when using blind cc. I get
lots of governmental emails that use
Blind cc and show "recipients" on the
header and you can't get the other
addresses any way shape of form. I use it
alot in my community activist activities.

### Bon
Saturday, April 19, 2008

https://www.blogger.com/start

here are some others you can look
through...http://aolsearch.aol.com/aol/
search?invocationType=client-
addressbar10-unauth&query=FREE%
20WEB%20BLOGS

Dammit Larry you arent going
anywhere! lol, just dont give up!

### ashley-nicole
Saturday, April 19, 2008

Just to let you know, last night I did a
search for "larry sinclair" on http://www.
ask.com also known as ask jeeves.com.

Not one thing came up for larry sinclair except for other people who are also named the same. I don't know who owns ask.com but evidently the same people have connections at that seach site.

**amelia**
Saturday, April 19, 2008

Larry Please respond and give us a way to get a hold of you.

**mari**
Saturday, April 19, 2008

amelia, Larry's name did come up I found this:http://www.rense.com/general81/letsinc.htm

**ashley-nicole**
Saturday, April 19, 2008

THIS IS COMMUNISTIC AND VERY WORRISOME
There are some on here that are privy to a private chatroom so perhaps Larry could screen the others and give them access to it as well or one of the founding members could. At least that will be a way to communicate until Larry gets a website of his own set up. That is what I recommend and then no one can take it down.
There are many of us who know how to do that and it sounds like the poster Citizen
may be going in that direction.
THIS IS JUST DISGUSTING AND

UNDEMOCRATIC!

### Lynne D.
Saturday, April 19, 2008

Bon, hmmm, I thought my email carrier
did show the BCC, but
to be sure, do you want to send me a test email
using BCC. I think you have my email address.

### Robin
Saturday, April 19, 2008

ashley-nicole

You're right. I just went back there and
now it shows all kinds of links to Mr.
Sinclair's story. I swear last night it
didn't show a single link. I wonder what
is going on?

### amelia
Saturday, April 19, 2008

Amelia, I know search engines are weird
and they are not always consistent. But,
that is a coincidence that he didnt show
up last night...

### ashley-nicole
Saturday, April 19, 2008

Good Luck Larry !
May God give you the ultimate power to
defeat this devil !

## Andy
Saturday, April 19, 2008

This is outrageous Larry. Hopefully you can move your blog over to Blogger or some other host. Stay strong. You have many people who believe in you.

## alcina
Saturday, April 19, 2008

Mr. Larry,

Could your attorney, Montgomery B. Sibley post on his website the status of what is going on with you? It seems that pretty soon their will be but one voice.

## Kathy
Saturday, April 19, 2008

Larry,

I sent you a contribution before because I
believe you. Please find a way to create another website. I know there must be people
willing to help.

## Joan Stanford
Saturday, April 19, 2008

Robin,

Sent

**Bon**
Saturday, April 19, 2008

Bon, I just replied.

**Robin**
Saturday, April 19, 2008

Question: Does Larry mean that "he" cannot post a topic for discussion/ comment and "we" can comment on what is already there, or will all action be "disabled" after tonight?

**Bon**
Saturday, April 19, 2008

Still waiting.
Check back later.

**citizenwells**
Saturday, April 19, 2008

You gotta love citizenwells!!!

The way I am looking at this is the saying: When one door closes another opens. I am just going to continue with my "intention" and thoughts which are:

"I can't wait to see what good comes of this"

Everyone hold this intention cause thoughts become things...........We can do this.

Saturday, April 19, 2008

Good morning, Larry and all

"politics is like making sausage, once you understand what goes into it, you tend to lose your appetite." (I would give credit but do not who originally said this, but I wanted to quote regardless)

I offer a brillant article by Michael Barone - he's hit the nail on the head. The Obama supporters are now in a bruhaha. Why? Some ask? - simply put, the climate has suddenly changed and Obama is on the mainline of what is known as vetting. It's a shade late don't you think? The pillow has just been removed from under his rump and the comfort zone isn't so comfy. Welcome to the real world, Obama supporters, I'm sure there will be another episode in this miniseries.

Larry, we'll look to you for direction. I'm not interested in getting in the way. I offer my thoughts and wishes for a speedy resolve to this detour. We've got your back - Godspeed, my friend.
http://www.rasmussenreports.com/
public_content/political_commentary/
commentary_by_michael_barone/
the_rules_are_changing_for_obama

**jeanniejo**
Saturday, April 19, 2008

LARRY we need to keep in touch. MOVE THIS TO
Another Blog site...please

### Jonaie
Saturday, April 19, 2008

jeanniejo,
Thanks for the commentary link. I
watched Tim Russerts Saturday show
with Gregory and what's his name….a
whole different analysis now. Times are
a changing! I actually was able to sit
through the whole show without hearing
praise for O.

### Bon
Saturday, April 19, 2008

Well I guess the DNC'S little precious is
in trouble, you have been shut down. I
simply cannot wait for tuesday. this is
beginning to feel a lot like Russia, wow.
How in the name of GOD do these type
of people get so much control of this
country that they feel quite comfortable
at just (INSTALLING ) a President no
matter what the voting public wants. Its
like throwing oats for the goats, we are
suppose to eat the crumbs and shut up,
well dam-it LARRY don't give in this
time. Give them hell. We will all help.
Send me your e-mail add or let me know
what I can do to help.
I would like to talk to you anyway things
that I shouldn't say on here. Please
contact me.

### IODINE
Saturday, April 19, 2008

Bon -

look at these -
http://www.gallup.com/tag/Gallup%2bDaily.aspx
http://www.gallup.com/poll/106606/Gallup-Daily-Clinton-46-Obama-45.aspx

**jeanniejo**
Saturday, April 19, 2008

2nd post:
Question: Does Larry mean that "he"
cannot post a topic for discussion/
comment and "we" can comment on
what is already there, or will all action
be "disabled" after tonight?

**Bon**
Saturday, April 19, 2008

larry please email me your email
address, I want to keep in touch as to
what is happening…

**Fourthsign**
Saturday, April 19, 2008

Bon, I took it to mean that the context of
the
blog would remain up, but that we could
not comment
and Larry could not update the blog.

**Robin**
Saturday, April 19, 2008

as Larry says "I an opening the blog up so all the vile attacks and lies that have been thrown at me everywhere else can be done here." <<<< this means anyone can post here NOW, that he is opening it up so all and any attacks or whatever else can be posted....

### Fourthsign

Saturday, April 19, 2008

Good Luck Larry and please be careful.

### Unknown

Saturday, April 19, 2008

I'm FUCKING SICK!!! Thank you for all you are doing Larry Sinclair. I have seen the TRUE COLORS of Mr. FAKE ASS FALSE MESSIAH.
The writing is on the wall, and they slither like the snakes they are. Everyone will have to answer to a higher power at the end of their journey. I'm disappointed at this country in general........it's OUR faults. Those Mitch people, etc. TOTAL BITCHES. It frustrates me how they hide, and think they are playing a game of chess with life. They are ALL the biggest bunch of cowards and wimps I have ever seen in my life. Barack Obama, you and your staff, totally SUCK. I'm embarrassed for the democratic party. I've been a registered democrat since 1988. I'm not a racist, but I can't stand ASSHOLES and LYERS. When this world goes to hell, all your cowardly staff and supporters will be hiding under a desk

when you screw up our world up than
that moron BUSH has. You have shown
the American people this............if you
have the money and the connections........
you can weasel your way out of anything.

### DegaSad & Mad
Saturday, April 19, 2008

testing?

### outlawales
Saturday, April 19, 2008

it doesn't even appear as though larry is
moderating this anymore ,,,, it posts
instantly,,,wonder why that is

### outlawales
Saturday, April 19, 2008

Unless they served Larry with a Cease
and Desist he can continue to post what
he wants where he wants.

Rather that funnel the conversation to
this one blog it can be spread
throughout the internet on various
blogsites.

I personally do not think Obama has a
snowball's chance in hell of winning the
top office so while I think the story is
important in how it might reveal who
Obama is behind the mask, Larry will
have to decide if it is worth the headache
for him personally.

Once this story (or if this story) goes

mainstream Larry will be the recipient of a lot of misdirected hate. That is a lot to deal with.

**Victoria**

Saturday, April 19, 2008

i hope larry is on a plane to d.c.,,,and is setting up his press conference ,,,and doesn't give a rats ass ,,,,who says what on this blog cause it's getting shut down anyway, who knows,

**outlawales**

Saturday, April 19, 2008

Larry can you post your email address again or email to us. People lets donate to Larry now he is going to need our help more than ever. This is scary, what is this country becoming when a person can not speak freely. People this is scary. Larry, fight hard..stay safe.
People donate to Larry today.
In the meanwhile lets all see to it that Obama does not get elected. What's happening is too scary. Lets help Hillary kick his ass. Use your anger constructively. Keep blogging about this. And help Hillary beat Obama its as easy as making calls from home anywhere in the country. Cell phones offer free long distance.just go to http://www. hillaryclinton.com and make calls. We can not afford to have Obama get more power. What's happening to Larry is pure retaliation and is truly scary. Let's spread the word. Shit anybody is better than Obama and his gutter politics.

### steph mal
Saturday, April 19, 2008

CHECK THIS WORDPRESS BLOG TAG
http://wordpress.com/tag/larry-sinclair/

### DAVID
Saturday, April 19, 2008

David, Isn't that just because it's Larry's latest post on wordpress.com?

### Bon
Saturday, April 19, 2008

outlawales,

from above:I an opening the blog up so all the vile attacks and lies that have been thrown at me everywhere else can be done here.

### Bon
Saturday, April 19, 2008

oh i get it, he's not moderating, well , like i said i hope he's getting on a plane and he and mr. sibley are planning a press conference then,,,,wouldn't that be awesome

### outlawales
Saturday, April 19, 2008

larry! this is insane! ..you should make a myspace and use it for your blogs. i can't believe wordpress is shutting you off. something is very wrong here.

**jessie**
Saturday, April 19, 2008

jeannie... GREAT ARTICLE! i thought abc did an excellent job.

http://www.rasmussenreports.com/
public_content/political_commentary/
commentary_by_michael_barone/
the_rules_are_changing_for_obama

**jessie**
Saturday, April 19, 2008

Interesting read —

http://blogs.abcnews.com/
politicalpunch/2008/04/clinton-attacks.
html

**jeanniejo**
Saturday, April 19, 2008

here are ways to e-mail Wordpress. I suggest e-mailing them to protest the banning of this blog:
http://www.eff.org/about/contact

**Mr. K**
Saturday, April 19, 2008

Mr. K,

Good idea. Done!

**Bon**
Saturday, April 19, 2008

Bon, I posted these awhile ago

I don't see them, I'll try again

http://www.gallup.com/poll/106606/
Gallup-Daily-Clinton-46-Obama-45.aspx
http://www.gallup.com/tag/Gallup%
2bDaily.aspx

**jeanniejo**
Saturday, April 19, 2008

I always felt this was a sham.

**Simcreator**
Saturday, April 19, 2008

CNN just replayed Obama's finger
gesture. And this from a Senator!

**Bon**
Saturday, April 19, 2008

Larry, what's your email address? I pray
you are safe.

**Spike**
Saturday, April 19, 2008

Don't know what Larry is doing, but I
would suggest that if you want to receive

emails from Larry, just put that in your comment here.

Larry's email is somewhere on this blog. I believe I saw it on a legal document.

### Bon
Saturday, April 19, 2008

Simcreator, what are you referring to as the
"sham"?

### Robin
Saturday, April 19, 2008

Bon,

I've tried to post a webpage on this but it's sitting in moderation and appears to be spam on Larry's filter.

looks like a 7 percentage point drop since 4/6/2008

April 19, 2008
Gallup Daily: Clinton 46%, Obama 45%

PRINCETON, NJ — Gallup Poll Daily tracking shows that Hillary Clinton now receives 46% of the support of Democrats nationally, compared to 45% for Barack Obama, marking the first time Obama has not led in Gallup's daily tracking since March 18-20.

These results are based on interviewing conducted April 16-18, including two days of interviewing after the contentious Wednesday night debate in

Philadelphia and the media focus that followed. Support for Hillary Clinton has been significantly higher in both of these post-debate nights of interviewing than in recent weeks. The two Democratic candidates are now engaged in intensive campaigning leading up to Tuesday's Pennsylvania primary and are under a continual and hot media spotlight, increasing the chances for change in the views of Democrats in the days ahead.

google - Gallup - Election 2008


**jeanniejo**
Saturday, April 19, 2008

WELL, WELL, WELL, INSTEAD OF GOING PUBLIC WITH A FLAT OUT DENIAL, THE WHINNY, LITTLE CHICKEN-POOP IS HAVING LARRY'S WEB SITE SHUT DOWN! CHICAGO POLITICS!!! I CAN HARDLY LOOK AT OBAMA, I ACTUALLY GET SICK TO MY STOMACH AT WHAT HE IS DOING TO THIS COUNTRY! HIS GOONS WILL TRY EVERYTHING BUT THERE IS STILL MUCH POWER IN THE PEOPLE! BLOG EVERYWHERE YOU CAN ABOUT WHAT HAS HAPPENED TO LARRY SINCLAIR AND KEEP BLOGGING AND SENDING E-MAILS. IF THERE WASN'T SOMETHING TO THIS STORY, OBAMA WOULD HAVE PUBLICLY DENIED IT INSTEAD OF THIS INSIDIOUS ATTACK UPON ONE MAN! THIS SHOULD REALLY MAKE EVERY FREEDOM LOVING AMERICAN MAD AS HELL! ARE WE ALREADY ON OUR WAY TO BECOMING AN ISLAMIC

CONTROLLED COUNTRY WITH NO FREEDOMS AT ALL? GET THE WORD OUT FOLKS! IF YOU DON'T KNOW HOW TO BLOG ON SITES ASK ONE OF US TO HELP YOU! THIS NURSE IS REALLY P. O'D!!!!!!!!

### NURSERATCHET
Saturday, April 19, 2008

---

Bon,

Larry's email is

lws022737@hotmail.com

it's on his MYSPACE Page

### jeanniejo
Saturday, April 19, 2008

---

This was Larry's last post - it was on another "Post":

Here is something to think about. Someone in the PR field who is willing to put together a release for distribution over Media Newswire just like Public Citizen Litigation did? I have some interesting piece that can be used in that release that will expose a lot about who Public Citizen Litigation Group is really trying to protect. And the outright illegal activities they are personally aware of and encouraging.

Let me know tomorrow as I am out of here for the night. I have a party to go to. The Local MN chapter of the Mexican Mafia is having a carne asada. That

should give "lest we all forget" something to talk about. Hope they keep talking. Good night.

### Bon
Saturday, April 19, 2008

jeanniejo,

woooohoooo!

### Bon
Saturday, April 19, 2008

MY E-MAIL TO WORDPRESS: I WOULD LIKE AN ANSWER TO MY QUESTION ABOUT LARRY SINCLAIR'S WORD PRESS WEB PAGE AND WHY IT IS BEING SHUT DOWN BY YOUR COMPANY?? LARRY'S WEB PAGE IS DOING A GREAT SERVICE TO THIS COUNTRY IN EXPOSING BARACK OBAMA AS LYING ABOUT HIS DRUG USE. IF BARACK OBAMA KNOWS THIS TO BE AN OUT-RIGHT LIE ABOUT HIM THEN ASK YOURSELF, WHY HASN'T HE FORMALLY DENIED HE EVEN KNOWS LARRY SINCLAIR? WHY THE BACK-ROOM, MAFIA-TYPE HIT JOB ON HIS WEB PAGE??? YOU, BY CANCELLING HIS WEB PAGE, ARE PLAYING RIGHT INTO THE HANDS OF COVERING UP A NATIONAL STORY. IT WILL COME OUT AND WORDPRESS WILL BE KNOWN AS THE INTERNET HOST WHO TRIED TO SHUT THIS STORY DOWN. MAKE NO MISTAKE, THIS STORY WILL NOT GO AWAY THROUGH THREATS AND

INTIMIDATION. ALL OBAMA HAS TO
DO IS DENY THESE ALLEGATIONS.
THAT'S ALL! WHY WON'T HE?????
RESPECTFULLY, my personal name
removed NURSE *****I SENT MY
LETTER TO THE WEBMASTER

### NURSERATCHET
Saturday, April 19, 2008

ooooohhhh....ouch! Nurse is MAD!
Remember there is always Ann Coulter!
Did you contact her yet?
We'll get an email up somehow or
another site. Citizen has something
going....he said he'll check back.

### Bon
Saturday, April 19, 2008

Hey -

I just got this email from

Robert Greenwald

Robert Greenwald wrote
> Dear xxxx,
>
> Last week's Democratic debate in
Philadelphia was an abysmal display of
journalism. By sticking to trivial topics
for half of the debate, ABC sought to
provoke controversy without asking the
candidates serious questions. The
Huffington Post's Jason Linkins wrote
that the debate "ventured into territory
so utterly asinine that I could scarcely
believe what I was witnessing."
>

> Ironically, the mainstream media have
been giving John McCain a free ride
while trying to pin Clinton and Obama
with manufactured "gotcha" questions.
In
fact, they don't seem to be challenging
McCain at all. So there's no reason to
think ABC's brand of pseudo-journalism
won't continue tomorrow morning, when
George Stephanopoulos will interview
McCain on his show. Here's a satirical
look at what that interview might be like:
>
> Watch the video:
http://bravenewfilms.org/
watch/27356127/36224?
utm_source=rgemail
>
> We used satire here because we felt it's
our most effective way to make a
point about the shoddy journalism
coming from ABC. The network was so
desperate
to stir up controversy at the debate that
Stephanopoulos took incendiary remarks
from FOX's Sean Hannity and tried to
pawn them off as his own question.
>
> We can't let the FOXification of the
mainstream press continue. What's
more,
we can't allow journalists like
Stephanopoulos to give John McCain a
free pass.
What are the satirical questions you
think Stephanopoulos and his colleagues
should be asking McCain? Post them to
the website and let us know just how
shoddy their journalism has become.
We'll award the best (meaning worst)
satire. It's high time we hold ABC to

higher journalistic standards!

>

> Post your shoddy questions:

http://bravenewfilms.org/watch/27356127/36224?utm_source=rgemail

>

> Yours,

> Robert Greenwald

> and the Brave New Team

>

> P.S. Support the work of Campaign for America's Future in forcing intelligent questions onto Sunday news shows. Weekend Watchdog's Bill Scher wants Stephanopoulos to ask, among other things, why McCain hasn't given "consistent straight answers about what seven years of conservative economic policies have done to the American economy?" Weigh in with your own substantive questions here: http://www.ourfuture.org/blog-entry/weekend-watchdog-50

>

My answer -

I disagree - it's called vetting and it's a shade late, and no, I do not support McCain, but I certainly do not appreciate your calling the debate abysmal -

Obama has never been presidential material and never will be —

Anyone candidate who makes obsene gestures is nasty and showing an infantile posture to get attention. His supporters are overly impressionable. I see this likened to a teenage crush. It

will be devastating when the disappointment sets in and it cannot be a serious relationship afterall.

Thanks for allowing me express my opinion, generally I agree with you, but not this time.

### jeanniejo
Saturday, April 19, 2008

Does anyone here have their own domain? If so, everything could be transferred there, and NO ONE can take it away, right? If you have your own domain, please post a link to it here before midnight, so we are not all scattered to the winds. Part of what's made this a successful blog is the fact that it is a central place for all of us to gather. Without it, I worry the whole cause will be lost. (Of course, that's what the Obama sheep want, so let's not let them win!!) If no one has their own domain, they are not expensive to get (30-40 bucks or so). Anyone?

### Spike
Saturday, April 19, 2008

Stick with it, Larry!! There are a lot of us who believe you and are pulling for you to prevail .

### P. Morris
Saturday, April 19, 2008

anyone recall this?

http://www.drudge.com/news/104311/
barack-obama-gay-sex-and-drug-use

### jeanniejo
Saturday, April 19, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

jeaniejo, I've seen that befor. It's a spoof on
Drudge Report, called Drudge Retort.

### RED
Saturday, April 19, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

anybody else send a message besides
Nurse and me to http://www.eff.org/
about/contact ?????

### Bon
Saturday, April 19, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

I haven't posted to vent

I'm not sure which address to use - and
do I need to use my own email server to
do it?

### jeanniejo
Saturday, April 19, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

I've sent 3 emails to wordpress.

### Robin
Saturday, April 19, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DON'T FORGET PEOPLE LARRY'S
STORY IS ALSO PART OF OTHER WEB

SITES THAT THESE GOONS CAN'T
TOUCH SUCH AS RENSE.COM
WORKING FURIOUSLY TO BLOG
THIS STORY EVERYWHERE.

### NURSERATCHET
Saturday, April 19, 2008

jeannejo.............use the link Bon left
above your post. there will be other
addys there in red. I used the
Webmaster address. gotta run, checking
back often. Nurse

### NURSERATCHET
Saturday, April 19, 2008

Keep the faith Larry. Find another way
to get your story heard. Copy all the
posts and info for any further action
before they silence your voice here.

### hillary4change
Saturday, April 19, 2008

I know this is a bad situation Lets keep
donating

But I wanted to provide this link its
funny to cheer people up:
http://www.superdeluxe.com/sd/
contentDetail.
doid=D81F2344BF5AC7BB246AF3C67O4C61F05588208BF172FBC2

### steph mal
Saturday, April 19, 2008

ooops that was the wrong one
i'll post the right one in a second

### steph mal
Saturday, April 19, 2008

---

Where is Victor, Duck, Mad, BamaLu,
Moma, drjules and other regular
posters....?????

Citizen....check back........

Anybody nervous about the strange
absence of LS?

### Bon
Saturday, April 19, 2008

---

Ok this is the funny link I was trying to
put on, ignore the last one it was
accidental
http://www.superdeluxe.com/sd/
contentDetail.do?
id=D81F2344BF5AC7BB246AF3C6704C61F05588208BF172FBC2

### steph mal
Saturday, April 19, 2008

---

steph mal, toooo funny! thanks, needed
that. Is it on yt?

### Bon
Saturday, April 19, 2008

---

Bon,
Ya, I'm nervous. This whole thing is so
messed up, and I just want the MSM to

report it so Odrama's political career is over. He is evil, and the long arms of his campaign that delete comments I have left on news pages, intimidate and threaten and seem to own the internet are freaking me out. I hope Larry is safe.

### Spike
Saturday, April 19, 2008

Nurse, Bon, Victor,
I am drjules...I am committed to helping this story come out. Anyone who is also committed share your emails now so we can stay in touch. Mine is **DELETED FOR YOUR PROTECTION**
Please anyone also interested share yours and Larry' because I forgot to write it down before this site goes down thanks.

### drjules
Saturday, April 19, 2008

No, I am confident there is a process in place. Although we believe Larry, we would be naive to not sense an apprehension that something like this might occur. This does fit into the coronation of the ONE.

Here's a satire from a campaign on peace

I thought it was quite clever.
> http://current.com/
items/88854218_the_democratic_messiah

what the higher source

**jeanniejo**

Saturday, April 19, 2008

---

drjules, Ha,...there you are. Larry has my email. I don't feel comfortable posting my email. I can't tolerate the spam on my web filter!The attackers will certainly load up on it.

I believe earlier on this post we came up with ideas about how to stay in contact.

Larry's email is one of the legal documents on this blog. You have to fish around...you'll find it. I did.

**Bon**

Saturday, April 19, 2008

---

Bon I am still around...
I left my e-mail address. I will stay in touch with Larry. I believe I sent his e-mail to Andy Martin once, so I have it somewhere. I am going to write to Andy Martin and let him know waht has happened. He wrote back to me once concerning Larry and getting the story out. Please send him any emails or anyone else that you can think of that will help. I hope Larry will be safe. This is their attempt to isolate him from the public. I hope he stays safe. I know he is a fighter. It will be up to HRC now to get the story out. Perhaps we could start e-mailing her site to let them know what has happened.
drjules

**drjules**

Saturday, April 19, 2008

Bon, for now I will keep this email, but increase spam filter or use another if it becomes a problem. I copied this last blog page, and will look for what you mentioned.

### drjules
Saturday, April 19, 2008

drjules, the Obamabots will surely email you and
pretend to be Larry supporters. Don't trust
any of them, unless you get the email address
directly from Larry. He has most all of our
email address's, but do not fall for someone emailing
you directly that did not come thru Larry.

### RED
Saturday, April 19, 2008

Larry, please use my e-mail address to keep me in the loop. Take care, I keep you in my prayers. Gratefully yours.

### Cathy from PA
Saturday, April 19, 2008

I am back.

### citizenwells
Saturday, April 19, 2008

I got an email with someone purporting to be Larry's mom.
I responded.
I am still waiting to hear back from Larry.

### citizenwells
Saturday, April 19, 2008

Just to let everyone know:if you didn't notice Larry's YES response to me, his last entry was approximately 7:45 a.m. Please keep me posted Larry.

### canadian
Saturday, April 19, 2008

Has anyone heard from Larry via email?

### citizenwells
Saturday, April 19, 2008

I really hate that this is happening.... what is this world really coming to when people's speech is being suppressed. It really sickens me that someone has that much power to delete web pages, links, and now this........I pray.

### Maxinhouston
Saturday, April 19, 2008

drjules

I just sent you note with my email address

### jeanniejo
Saturday, April 19, 2008

no email from Larry.....anyone????

Citizen, do you think that the email of the "MOM" was valid? What did "she" say? And why isn't she posting here?

Very suspicious.....

Is Victor blogging over in the "back room"???

### Bon
Saturday, April 19, 2008

Anyone know where Larry is? I'm worried for him. Hope he is safe and not backing out.

### Jeff
Saturday, April 19, 2008

Check my blog http://www. danisoutthere.com for updates and analysis on the Sinclair legal situation.

### danisoutthere
Saturday, April 19, 2008

While we are waiting on Larry, I will keep the ball rolling.
My lady and I just got back from a movie
(I spend a lot of time
on the computer and in the dog house.)
It was the foreign film, "The

Counterfeiter."
It was about Nazi Germany and Jewish
prisoners. Good movie.
That leads to on of my themes. I have
compared the Obama Campaign
to Nazi Germany prior to Word War II.
The parellels are astounding.
I have written an article on my blog.
We all have witnessed the bullying here
and on other blogs, the hiding
of records, the anti semitism, hate
speech, etc.
I have had several people make fun of
this. If the German people
had more carefully examined Hitler and
his thugs, they may could
have been stopped.

### citizenwells
Saturday, April 19, 2008

I am Larry's Mother, Please, tell me
what needs to be done that I can help.
Bless you!

### citizenwells
Saturday, April 19, 2008

She stated her first name. I have omitted
it.

### citizenwells
Saturday, April 19, 2008

Some of you have my email address.
If you do and have insights, please let
me know.

### citizenwells
Saturday, April 19, 2008

THIS IS SCARY!!WHAT IS GOING ON?
Once this site goes down I will lokk for
you all again until we connect. Larry
may use my email address to contact me
if he should decide to email his bloggers.

### annie
Saturday, April 19, 2008

This does not suprise me because it is
not only about Obama. Levine's
testimony makes it clear that it is very
possible that this drug/sex thing could
be standard fare among a bunch of
Illinois'"movers and shakers". If that is
the case, the forces to shut this down
would be much greater than just Obama.
The best recent example I can think of is
the Franklin Credit Union scandal.
When Larry is the only boat in the pond
he is the only target. There needs to be
more. The key would be to start a
flanking action. Who was at the parties
with Levine? Or is there another angle
through the church? How large is the
gay contingency? Was Frank Marshal
gay? His best friend Robeson was Bi?
Again, a flanking action is needed to
force the opposition to focus on more
than one target.

### an observer
Saturday, April 19, 2008

I sent me email address to Drjules.
Please keep me posted. If anyone wants

me to forward updates through aol
articles let me know. I will post info after
any and all political articles that appear
on aol.

### V. J. Carpenter
Saturday, April 19, 2008

This is a legitimate person that Larry
trusts.
I just found the same email address on
an email from Larry.
Has his mom been posting?
I read so much on this blog and others it
is hard to keep
it all straight and I am being cautious.

### citizenwells
Saturday, April 19, 2008

I got this link in an email from my
subscription to Wake Up American

http://wwwwakeupamericans-spree.
blogspot.com/2008/04/was-obama-
treated-unfairly-at.html

### jeanniejo
Saturday, April 19, 2008

as rich as the Obama campaign is,
maybe they finally paid Larry to shut up?

### Mr. K
Saturday, April 19, 2008

Just got a response from Larry.

He basically echoed what he said at the top.
Let me find out more.

### citizenwells
Saturday, April 19, 2008

---

[http://myspace.com/larrysinclair0926](http://myspace.com/larrysinclair0926)

I think this could grow. Everyone needs to be discreet about making their profiles too personal. Myspace has 200,000,000+ members from around the globe. Let Larry rule myspace.

### DegaSad & Mad
Saturday, April 19, 2008

---

Citizen,

Larry "added" his comment to a post I had written the other day as Moma was his mom.

### Bon
Saturday, April 19, 2008

---

Live and Let die.

### gayskeleton
Saturday, April 19, 2008

---

guys, I am here. I have emailed Larry with my offer of computer-website support. I am a designer. I also opened up another hotmail account today separate from the one (my family's) that

others of you may have seen me on. I wiped all addresses and names associated with Larry there. I've emailed a couple of you, Victor, Citizen, Nurse. It is indeed me. I've give Larry my cell phone number to confirm it is me, and my name etc. I've not heard back from Larry yet, but I am running virus/ adware checks on my computer twice daily now. I found a trojan and some spyware, along with some adware, but my very good security software from my ISP took care of it quickly. I don't know what is happening, but I am here for Larry to lend whatever support I can. Stay in touch.

**Mad**

Saturday, April 19, 2008

canadian, You said that Larry wrote "yes" on your post this AM….7:45am. So, that is a sing that he was home in the AM.

I thought maybe he didn't get home or slept in from this party he said he was going to.

However, he DID write this from above:"I will simply stop posting here."

Is he posting anywhere else? BHDC? Anybody check there? And what happened to Victor?

**Bon**

Saturday, April 19, 2008

Citizen, How would Larry's mother

know your email address? Is it on your site?

**Bon**
Saturday, April 19, 2008

........................................................................

Sounds great Mad.
I reserved a really good domain name this morning.
Teamwork, what a concept!

**citizenwells**
Saturday, April 19, 2008

........................................................................

Check out my blog for updated legal analysis on Larry Sinclair's case.

**danisoutthere**
Saturday, April 19, 2008

........................................................................

I am on Larry's small and large email list and on one email she & I were the only recipients.

**citizenwells**
Saturday, April 19, 2008

........................................................................

Citizen,
Excellent that you reserved a domain!
Has anyone else heard from Larry?
Where's Victor?

**Spike**
Saturday, April 19, 2008

........................................................................

danisoutthere, and what is the link?

**Bon**

Saturday, April 19, 2008

I just saved all of the links from below.
If you haven't you may want to.
I know someone has saved Larry's blog data.

**citizenwells**

Saturday, April 19, 2008

Citizen,

I'm on on an the email list that Larry sent out 4/14. However, he has a suspicion that someone on there is "not appropriate" and had some questions about that contact.

Don't know who. I'll email you and nurse and the other one or two people I can recognize.

**Bon**

Saturday, April 19, 2008

Thanks for the heads up.

I just received 2 comments on my blog and want to share them:

"citizenwells - There is another similarity between Obama and Hitler. Their campaigns have especially targeted young people."

Citizen,
"My boyfriend is a German citizen, and

after watching a few of Obama's speeches, and reading quite aggressive comments by his supporters, my boyfriend looked a bit terrified and said, "That sounds familiar..." Yes, indeed it does. And I think your analysis is spot on."

**citizenwells**
Saturday, April 19, 2008

**Let me clear up a misunderstanding:**

**The blog is not being deleted, I am not erasing anything from it, nor will you be stopped from making comments.**

I am simply not going to be posting as Wordpress' recent actions of shutting my latest post out of showing up in their listings is censorship and I have given them no reason to justify their actions.

I will update the blog on the outstanding legal matters as they take place, and I will allow others to post their opinions in article form if these requests. Nothing on this blog is going to be taken down.

**WARNING:** Because the comments are not moderated from this point forward, understand that any comments containing vulgar, threatening, material will be forwarded to authorities. Any posting of anyone personal information that can be used for the purpose to harm any other person will be forwarded to the FBI Cyber Crimes Unit without notice..

### larrysinclair0926

Saturday, April 19, 2008

Has anyone heard from Larry? Wondering if he is going to get a new page or not. I know I am being inpatient I just want to know something before the page closes down. Hell, when I found this page that was out of pure luck!.

### ashley-nicole

Saturday, April 19, 2008

So someone appears to be capitalizing on a made-up story that has yet to reveal ANY evidence of truth. For those who ask why the media won't cover this story, here is your answer: because ther is not one shred of truth to the story, & Larry Sinclair has no credibility. Sinclair is looking for a personal gain, and by using THIS method it is at the expense of the American people. This behavior is deplorable & until the story can be proven should be condemned

### Demo

Saturday, April 19, 2008

OK...Larry, have you been gone? WE were worried!!!

### Bon

Saturday, April 19, 2008

Glad to see that you're ok , Larry.

### sundra
Saturday, April 19, 2008

The idea of an unmoderated forum disturbs me. I've seen such forums and don't want to read them much less participate in them. What happens is the haters just inundate the forum and virtually all constructive communication gets lost in the process.

### Sally Holmes
Saturday, April 19, 2008

I saved this entire website using pagenestfree

However, Larry now changed his story from "this Blog will die" which sounds completely final to me, to now saying that he "will update the blog on the outstanding legal matters as they take place, and I will allow others to post their opinions in article form if these requests. Nothing on this blog is going to be taken down."

So this is very confusing.

### anonymous
Saturday, April 19, 2008

larry, we could all use a little boost after thinking the post was completely shutting down, can you tell us at least you and mr. sibley are still striving towards a press conference of some

kind, that would be some good news?

### outlawales
Saturday, April 19, 2008

Larry, thank you for the update.

### jeanniejo
Saturday, April 19, 2008

Larry, let me know if you post anywhere else.
You can contact me via email. I hope you are
alright. I was starting to worry there for a
while when you didn't post. You take care and
I'll check in when I can. Next week I'll be
back to work so, I'll only be able to check in
in the evening. Don't give up that's what they
want. Don't give them the satisfaction.
As always stay healthy and safe.

### tina
Saturday, April 19, 2008

Larry I think you should get another
blog still. But, I dont like the fact people
can post their comments without being
monitored. I want to come on here and
actually read posts with some substance
not someone ranting and raving.

### ashley-nicole
Saturday, April 19, 2008

Larry said wordpress is not shuting him down, they
he was saying that wordpress was holding his blog
back from appearing on their list.

### Robin
Saturday, April 19, 2008

Larry has said before the press conference will
be when the time is right. I can see it now...
If a press conference was mentioned here, all
the Obama blog team would go into a frenzy. Just
like they did Wednesday on ABC's blog. I'd rather be surprised.

### tina
Saturday, April 19, 2008

Citizen,
What about this email from Larry's 'mom?' Seems weird. I hope that the recent post here from Larry is actually him...

### Spike
Saturday, April 19, 2008

V.J Carpenter and jenniejo I received your emails and letters. Opened them up with my cell phone. I read Larry's note about the site not going down, is that true? Anyway, in case it does happen, I

have both of your emails and will keep the lines open. I will keep my eye out for "pretenders" sending me mail. It is a good idea to have alternate plans about posting in case the worst happens to the sight. I will email Hannity with Fox again since this morning. He asked Stephenoplous to put out the question about Bill Ayers on Obama.
People don't give up, and don't give up on Larry. He will never sell his soul to Obama!

### drjules
Saturday, April 19, 2008

Larry can still remove posts that are objectionable I guess, as well as, report serious violators.

My concern is that the people emailing him were not getting a response.

### Bon
Saturday, April 19, 2008

yea i know what you mean, but i dont need the time, just the hope of one

### outlawales
Saturday, April 19, 2008

Bon, I'm watching recast of Tim Russert, it's pathtic that David Gregory and Chuck Todd can be so fickle —

http://www.rasmussenreports.com/
public_content/political_commentary/
commentary_by_susan_estrich/

friendship_in_the_fourth_estate

That is precisely what this Susan Estrich commentary was all about - they love you and then they'll turn on you - it's a double edge sword — but in my opinion the media has fallen on their own double-edge sword and I think they know it — ABC tried their best and got pummeled. I don't think the any media can ever be classified as "fair and balanced" - too many loonies out there with their own egos to massage.

And we know the media has not even taken up a challenge to be fair and balanced to Larry Sinclair - he is an American citizen and he has story. Someone else in control? - has to be.

### jeanniejo
Saturday, April 19, 2008

what i meant by my last post was i don't need to know the time of press conference, just would like to have the hope of one coming

### outlawales
Saturday, April 19, 2008

i have been telling some many people about larry sinclair, and they are all starting to make fun of me, i dont care really, but would love to be a fly on the wall if they happened on to the story finally thru press conference or msm reporting

**outlawales**
Saturday, April 19, 2008

i have turned over comment moderation to a friend since it is apparent Mitch and the obama hit squad have no manners or decency and yet they talk about me being threatening. they have made more threats than china to tiawan.

**larrysinclair0926**
Saturday, April 19, 2008

Eek! Where did the 'Mitch' comments suddenly come from??

**Spike**
Saturday, April 19, 2008

Larry's post here coincided with emails I got from him
and was consistent with the email content.

**citizenwells**
Saturday, April 19, 2008

Citizen, did you get my email?

**Bon**
Saturday, April 19, 2008

If Mitch is going to be allowed to post here with his vile nonsense, no one should remark back.

I vote to have Mitch's posts REMOVED!

### Bon
Saturday, April 19, 2008

---

Good afternoon Larry hope you are doing well..If your allegations are true they will surface. You are taking on some of the most powerful people in America, much money.. Many people still believe in you. Do'nt give up-that is their aim. Continue to post, if not on this site, you can find another way..It is important that you continue to get your message out to the public don't give up.. You do have support from across the country..

### Steve
Saturday, April 19, 2008

---

Yes, Bon.
Thanks.

### citizenwells
Saturday, April 19, 2008

---

Mitch the Bitch is an uneducated idiot! Mitch, get your head out of your dusty ass and stop harassing Larry. Go get a REAL life and grow the hell up. You are a disgrace and you shouldnt even breath the same air as the rest of us.

### ashley-nicole
Saturday, April 19, 2008

---

Larry, like I said call me out on my blind faith - but your open dialog is refreshing and consistent -

Thanks for the remark about the moderation. You have worked hard to make this a hospitable venue to discuss our concerns. Your supporters appreciate you for for that posture.

I visit the back room sometimes I can't believe some of the trashy remarks.

I appreciate Sally for referring to this in her earlier post.

I agree there has been a lot of concern with supporters today, simply because there is such a mistrust with the dark side of politics. We all watch TV and we've seen, although fictionally or in reality sometimes, the various methods in dealing with detractors of ambitious pursuits.

**jeanniejo**
Saturday, April 19, 2008

I second Bon's vote!

**Spike**
Saturday, April 19, 2008

Demo.
I entered this story as a skeptic.
I have used the word allegation for unproven facts.
I can now state with authority that Obama is a liar.
That is no allegation. That is a fact.

Obama's credibility with me has gone
steadily down and
Larry's credibility has gone up.
Hit me with your best shot.

### citizenwells
Saturday, April 19, 2008

---

Does anyone else think it's interesting
that the blog censoring here starts on
Hitler's birthday? Just sayin'…

**ADDED BY LARRY:** *I think it has
more to do with the last couple of
weeks stats, take a look*

*http://larrysinclair0926.
wordpress.com/files/2008/04/wp-
stats.jpg*

### Spike
Saturday, April 19, 2008

---

Thanks Mitch.
You and the other Obama supporters/
campaign workers etc
continue to reveal the character of
Obama supporters and
the type campaign they are running.
This is the segment
of the population that is attracted to
Obama. This is
consistent with the people that have
been around Obama.
Let them continue to use personal
attacks and we will deal
in facts.

### citizenwells

Saturday, April 19, 2008

---

HERE IS THE ADDRESS FOR YOUR LETTERS Re. Barack / Larry TO the DNC: http://www.democrats.org/page/petition/chairman

**ADDED BY LARRY:** ***Why would anyone be scared of these numbers, they are not all that high that I know of***

***http://larrysinclair0926. wordpress.com/files/2008/04/wp-stats.jpg***

**DAVID**
Saturday, April 19, 2008

---

WHY WOULD WORDPRESS HOLD BACK MY RECENT POSTS? ITS NOT LIKE MILLIONS OF PEOPLE ARE LOOKING AT THE TRUTH ABOUT OBAMA.

http://larrysinclair0926.wordpress.com/files/2008/04/wp-stats.jpg

**larrysinclair0926**
Saturday, April 19, 2008

---

NONE OF US GIVE UP !!!! Larry we are here for you...we all need to post everwhere we can!! We are all doing a Great Job...Will everyone PLEASE call DNC and leave Howard Dean a Message 202.863.8000 and let Nancy Pelosi know how we all feel 202.225.0100

PLEASE CALL we need to make a impact.!!!! GO LARRY GO!!!

### louis
#### Saturday, April 19, 2008

So far today you've hit over 7,000.....but you have to consider you had us all buzzing like bees over on this side of the blog.

"This blog will die" was slightly misleading and as you can see Larry from the posts above we could have had a clarification earlier in the day instead of watching us scrambling to save stuff here and gather email addresses.

I bet the "back room" is getting a good laugh from viewing our posts. Even over there they thought that the blog was being taken down as of this AM.

**ADDED BY LARRY:***Not at all Bon, if you read the post it clearly stated the blog will not be deleted, but will remain up, just I will no longer post with the exception of legal updates.*

### Bon
#### Saturday, April 19, 2008

Wow! Nice stats. So, in terms of the game "telephone" pretty much everyone knows about this now 😐

I think I'll give Howard Dean a call and ask him why he didn't respond to the letter I sent to him yesterday alerting

him to Obama's many weaknesses and explaining why there's no chance at all whatsoever that I would even consider voting for him.

**ADDED BY LARRY:** *Ask why my complaint filed last fall and my calls and emails regarding the threats and attacks also have been ignored for many months while you are at it.*

### Spike
Saturday, April 19, 2008

PEOPLE PLEASE DO NOT POST YOUR EMAIL ADDRESSES ON THE BLOG. THE OBAMA HIT SQUAD HAS ALREADY BEGUN POSTING PEOPLES NAMES THAT THEY HAVE NO CONFIRMATION IS EVEN THE OWNER OF THE EMAIL ADDRESS. THEY HAVE ALREADY STARTED ATTACKING AND SLANDERING. THESE PEOPLE ENGAGE IN THESE ACTS AND THEN TRY TO BLAME ME IS UNREAL.

### larrysinclair0926
Saturday, April 19, 2008

JEEZ LARRY! I HAVE BEEN WORRIED ABOUT YOU ALL DAY! I ASKED MY GRANDSON TO POST INFO ABOUT LARRY'S SITE ON HIS MYSPACE TO GET MORE INFO OUT. HE DID SO LAST NIGHT. THIS MORNING, HIS SITE WAS WIPED CLEAN! I HAVE BEEN TOYING WITH

THE IDEA OF .....NEVER MIND. I'LL
CONTACT LARRY AND HE CAN
CONTACT THE ONES HE TRUSTS
WITH THE IDEA. LARRY, I GUESS
YOU CAN SEE THAT YOU ADOPTED
FAMILY HERE REALLY CARES
ABOUT YOU. THE KNIGHTS
SINCLAIR!!

### NURSERATCHET
Saturday, April 19, 2008

Larry,

We should be made aware of what sites
these people are attacking and
slandering. Please make it public for all
here to see.

**ADDED BY LARRY:***Sorry Bon but
I am not going to assist Mitch is
slandering a Dr. that he has no
way of knowing that is in fact the
person posting here. But I am sure
if you visit the the Mitch/Paul
gutter line you will see the post.*

### Bon
Saturday, April 19, 2008

i think it's a great idea larry take a break
so to speak, this is so much faster than
trying to post at bigheaddc,,,and it's
killing certain people that they can't post
here,,,you know who you are,,,,,,
hahahahahahhahahahahahahah

### outlawales
Saturday, April 19, 2008

I didn't mean to copy and paste what was said, but the link to the sites..............

I know of BHDC...are there more?


**Bon**

Saturday, April 19, 2008

I, too, have sent a message to Word Press protesting Larry's Blog being shut down. I realize part of you are probably not Hillary fans although I am. If she loses Pa. the DNC is going to try and get her to quit. If Obama gets into office our country is going to be in grave danger. I am really afraid at this point. Hillary probably is no saint but I do know our country was better when Bill was President. As the saying goes Bill lied but nobody died. Please help by sending Howard Dean of the DNC and Hillary's website to support her in getting the nomination,. His giving her the finger twice just about does me in. That was so juvenile. As you all know, he has told so many lies he can't keep them straight anymore. There is an ad here saying his mom was a single mom on food stamps. She may have been but he was with his grandparents and he also had a step father. Is there anything else I can do to help all of you who are much smarter than I on computers to get Larry's message out. I tell everyone I know that will listen, but they don't seem to get it. I know I haven't used proper English or punctuation but am trying to get said what I want said. Thanks to all of you and please let me know where this blog winds up. e-mail is **DELETED FOR**

**YOUR PROTECTION**. Thanks.

**ADDED BY LARRY:** *Please, no one has said WORDPRESS was shutting the blog down, what I relayed to you in the post from this morning is Wordpress had stopped placing my new posts in the recent posts under the tags and categories, and that their search results were now editing out my blog but listing other blogs that had attacked me or that had posted stuff referring to me.*

### Brenda
Saturday, April 19, 2008

I agree with you 100% DegaMadand Sad.

### Brenda
Saturday, April 19, 2008

NURSERATCHET,

What? How can his mYspace site be wiped clean? Has that ever happened before? Did he just have a link to this site or did he explain what the Sinclair issue is all about?

### Bon
Saturday, April 19, 2008

[…] This Blog will Die at exactly 00:00 hours April 20, 2008 This blog will not post any further post effective 00:00 hours April 20, 2008.  Wordpress has

for what ever reason [...] [...]

**Top Posts « WordPress. com**

Saturday, April 19, 2008

---

Well Larry even if they have stopped posting your blog do not quit monitoring this. We all can send your blog to many other people, that really is no big deal. Besides, you can still find your page just by typing it in the regular search engine like yahoo..and so forth. So, dont scare us like that!

**ashley-nicole**

Saturday, April 19, 2008

---

NO BON, NEVER HAPPENED BEFORE, JUST TOTALLY WIPED CLEAN, BLANK PAGE. IRONIC THAT IT WAS LESS THAN 12 HOURS AFTER A BLOG WAS POSTED THEIR ABOUT LARRY'S ALLEGATIONS OF OBAMA'S DRUG USE. THESE PEOPLE ARE CRAZY! FIRST AMENDMENT RIGHTS ARE REALLY IN DANGER.

**NURSERATCHET**

Saturday, April 19, 2008

---

As much as every other faithful and loyal supporter of Mr. Sinclair, I wish his story could reach into every living-room in America; however, let's be careful not to encourage Mr. Sinclair to travel via plane. Planes can sometimes have a way of "crashing" (may former Minnesota US

Senator Paul Wellstone rest in Peace).

Larry,

Please be careful and have your wits about you. Not everyone offering you their hand of "friendship" is a genuine friend–please examine their motivations carefully them out wisely. Even the Godfather knew that one of his "trusted" members within in his own circle would ultimately betray his son Michael upon his death. Personally, Larry, I would rally around the folks here who have been with you through thick and thin, and simply discontinue with allowing anyone else into the inner-circle. Furthermore, I would allow your respected and highly competent attorney handle matters from this point on as it relates to highly sensitive information. Good luck to you, and your courage in the face of a tidal-wave of rejection is admirable–please remember every wave eventually lands on a flat surface. Paul Revere would be proud of you.

**Al**
Saturday, April 19, 2008

What is the reason given by Wordpress? Or is this your way of shutting up shop and hitting the road again? Isn't that what con men do; take the money and disappear?

**Daytimeisapproaching**
Saturday, April 19, 2008

Larry, I am soooo sorry I misunderstood. Please accept my apology. All I want is the best for you and for you to stay safe. Really, that is the most important when you realize how dangerous these people really are. Again, forgive me.

## **Brenda**
Saturday, April 19, 2008

---

I KNOW you won't post this because I can see that everything on here is PRO-Larry which means you filtered everything out. But you'll read it.

What is the reason given by Wordpress? Or is this your way of shutting up shop and hitting the road again? Isn't that what con men do; take the money and disappear? I would imagine that the FBI could find you anywhere once they learned about all the connections of your identities. Is that it?

### **Daytimeisapproaching**
Saturday, April 19, 2008

---

Hi Larry, if wordpress have not contracted you about your posts being censored, then it is possible a hacker managed to change your privacy setting using a trojan the other day when your computer was compromised.

This is what wordpress says about the privacy options:

WordPress.com blogs offer several levels of privacy. The first level is a completely

public blog that anyone can access and that we promote fully to search engines and on tag and top blog pages around WordPress.com. The second level is semi-private, where your blog is visible to the public, but it will not get indexed by search engines or promoted on WordPress.com. Finally, your blog can be totally private, where it can only be seen by other WordPress.com users that you specifically enable to have access to your blog.

If you haven't already done so, check all your options to make sure everything is set correctly.

### alias Anthony

Saturday, April 19, 2008

OK, I think I see what Larry is complaining about
with wordpress. He has tagged his blog with several
names, including Barack Obama, Obama, Politics,
etc. The problem is that when you go to the wordpress home
page, and click any one of the catagories listed
on the right side of the page, Larry's blog does
not show up in most of them, when it should be.

http://wordpress.com/

I did find it under election, but none of the
others.

### Robin
Saturday, April 19, 2008

Will the moderator be there all the time - say, during certain hours? Earlier you indicated that there wouldn't be any moderation anymore. Are we back to normal then with a moderator?

**ADDED BY LARRY:** *Okay, you tell me what you want, you want this opened up and Mitch and anyone else with the vile vulgar attacks can post freely, or do you want it moderated to a civil tone?*

### Bon
Saturday, April 19, 2008

LARRY we want YOU to moderate it so it can be CIVIL! Can we just forgot about the above post and move on like we have been?

### ashley-nicole
Saturday, April 19, 2008

I prefer moderated myself. JMO

### annie
Saturday, April 19, 2008

My preference is moderation to a civil tone when convenient for the moderator.

If moderator not in attendance, we read all posts when they are available.

If it takes time to read, so be it - we are adults and I really don't want Larry's blog infiltrated with garbage. I perceive such activity is not Larry's intent nor the blogs purpose. If posters have a relevant statement (positive or negative), it is certainly welcomed.

Otherwise, I am open -

### jeanniejo
Saturday, April 19, 2008

---

This blog has to be moderated because unfortunately Larry either has strong supporters or he has people that strongly hate him. Its rarely anyone "in between". We do not flood or spam the boards and if this page is not moderated those that want to ruin Larry will flood the boards and instead of discussing mutual things we will be busy arguing with the Obamabots rather than finding solutions to helping Larry out. We dont need to give people like Mitch the Bitch any time of day.

### ashley-nicole
Saturday, April 19, 2008

---

I think this blog needs to be 100 % moderated. We saw the other day how quickly the cesspool posters took over when they discovered the blog was unmoderated for a few hours. I just don't want to read that at all!

Larry had tried leaving it unmoderated a couple of times for a few hours just so he could get enough sleep. Man, this guy

has been under unrelenting pressure, exposed daily to the most hateful comments that we fortunately have not had to read. I wonder if he couldn't find a couple of trusted pinch-hitting moderators who would filter out nasty posts for him while he tended to whatever he needs to do — sleep, talk with his attorney, whatever, you know, just for some division of labor. I suppose the substitute moderators could save posts that they have deleted so that he would be aware of them. And, of course, it would be great of there were some daily presence of Larry here. These are just suggestions for Larry to consider. There are so many here who are willing to help and understand the gigantic task he is undertaking!

I wonder if there is some sort of physical protection team for Larry that could come out of some fund or other. He may have that as it is; I don't know. Maybe he could talk to his lawyer about it. (Larry, please delete this paragraph if you so choose).

Al wrote: "As much as every other faithful and loyal supporter of Mr. Sinclair, I wish his story could reach into every living-room in America; however, let's be careful not to encourage Mr. Sinclair to travel via plane. Planes can sometimes have a way of "crashing" (may former Minnesota US Senator Paul Wellstone rest in Peace)."

What a thought! I suppose if he travels anywhere in any kind of public transportation he should use an alias. Or in registering for a hotel, etc.

This Obama campaign and the whole story has been such a nightmare. And from reading and posting on this blog, it feels like one has a bird's eye view of the whole horrible thing. I'm worried sick about the country, because of the bias of the press, and because of fear of an Obama presidency. Yet, sitting here reading about all of this I can't help that I keep thinking this would make one (pardon my French) helluva movie. Maybe when this is all done, Larry, you can write a book and a movie will come out of that. Maybe you can get some kind of protection like the federal witness protection program where your identity can be hidden and you can live your life in peace, as you so richly deserve.

### Sally Holmes
Sunday, April 20, 2008

Could you people be any more stupid?

This guy has not produced ANY evidence, he hasn't even tried. There is nothing to believe here, the gut has no case.

The reason the press hasn't mentioned the story is because it is groundless.

I doubt any of you are well-educated, but if you'll recall, the first rule of learning is to criticize the source with others, something which it seems no one is bothering to do.

### Mbeki Phillips

Sunday, April 20, 2008

I would not allow Mitch or any like him to post on here. I would not make any posts referring to him or his allegations or activities. They could be dismissed from time to time in summary form and contemptuously.

His and their plan is to engage your emotions and time and your blog. They want to provoke you into making intemperate remarks and giving away information.

They have no credibility. Give them enough rope to hang themselves. Deal with them through law enforcement or the civil courts.

It is in their interest to bait you that your blog is not representative of all views. Its not supposed to be. Their views are evil.

The more you read, listen to and respond to their program the less time and energy you have for exposing BO.

I promise you if this becomes public it will be a question of "Mitch who"? He will crawl back to the cockroach run from which he came.

**Victor**
Sunday, April 20, 2008

Good morning, Larry and all -

Here's a letter to the editor in a local newspaper today. This woman has a real concern for Barack Obama's non-salute

of the American flag to show his patriotism. Her concern goes deeper than making the mere statement. Saluting the American flag is an exhibit most Americans are most proud and eager in join in on.

Wonder what her reaction might be were she to view Barack Obama's unrestrained finger gestures that are floating well on display and in plain view (in rallies, television and internet videos). There is absolutely no subtlety, clearly a juvenile exhibition to excite the masses.

The electorate needs to come to grips with the prospect of an Obama presidency.
And soon please, time is running out.

http://www.tulsaworld.com/opinion/article.aspx?subjectID=62&articleID=20080419_7_G2_spanc67356

### jeanniejo
Sunday, April 20, 2008

Sally H. said:

"...I can't help that I keep thinking this would make one (pardon my French) helluva movie. Maybe when this is all done, Larry, you can write a book and a movie will come out of that..."
————
GREAT idea, Sally. And unless it would put over the top pressure on Larry, or unless he would find it too medically challenging, I hope it's done the instant this all plays out.

We all have only a small inkling of the horrendous pressure Larry is under, though in no way can we really "know". I personally can't fathom how he humanly does it.

Who should Larry have to portray him in the film? The handsome man from his BO encounter days deserves a real cutie with sparkling eyes and a devastating smile. The actor portraying him now—I see Kevin Spacey. Mitch and Co.? Let's see, Mitch must be played by a completely reprehensible and dumb actor; how about Pruitt Taylor Vince (from "Monster" and "Deadwood" 🙂 or Vincent Schiavelli (Ghost), or how about that scamp Danny Devito, (he can really play a scum bag)?

**Mad**
Sunday, April 20, 2008

---

OpEdNews : God Damn America?

To view this message, please click here:
http://www.opednews.com/flyer/ news_20080420_1.html

**Moma**
Sunday, April 20, 2008

---

In reference of travel for Larry, we all need to be more wise & not post when or where we think he might be. All in good will & caring of course but very unwise to alert the enemy. Just my penny's worth.

**Moma**

Sunday, April 20, 2008

---

**Where's The Comment Form?**

---

- ## Recent Comments

Good Mojo on [Obama Claims Blackmail, But Ne...](#)

Democrat on [Obama's Colonoscopy: Get...](#)

Julie on [Obama's Colonoscopy: Get...](#)

Democrat on [Obama's Colonoscopy: Get...](#)

Me on [About](#)

---

- ## Blogroll

  - ### [ADVANCE INDIANA](#)

  - ### [ANDY MARTIN REPORTS](#)

  - ### [Barack Obama's Past isn't so Clean](#)

  - ### [Bigheaddc](#)

  - ### [Cao's Blog](#)

  - ### [Citizenwells](#)

  - ### [Cristyli](#)

  - ### [cristyli wordpress](#)

- [Danisoutthere blog](#)

- [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

- [For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change](#)

- [Free Republic](#)

- [Larry's April 4, 2008 Rense Interview](#)

- [Moonbattery.com](#)

- [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

- [SavagePolitics.com](#)

- [Some Truly great photography and original videos by a Friends Son &](#)

- [The Speech That Revealed So Much](#)

- [The Tide Awakes](#)

- [WE SAW THAT](#)

- [Why won't Obama release his IL records](#)

- [WordPress.com](#)

- [WordPress.org](#)

- [WWW.Rense.com (The First news organization to report on this story)](#)

- [ZAZZLE PRODUCTS](#)

- ## Links

  - [ADVANCE INDIANA](#)

  - [ANDY MARTIN SUES NY TIMES OVER OBAMA LIES](#)

  - [Barack](#)

- [Barack Obama's Past isn't so Clean](#)

- [Citizenwells](#)

- [Danisoutthere blog](#)

- [Globe & Enquirer](#)

- [King Maker (Axelrods Obama) YT Video](#)

- [Larry's April 4, 2008 Rense Interview](#)

- [LOOK AT BofA ADDRESS ON ME IN JAN 2007](#)

- [Moonbattery.com](#)

- [MSM SEARCHES](#)

- [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

- [Obama's account of his NY years often differs.......](#)

- [SavagePolitics.com](#)

- [Some Truly great photography and original videos by a Friends Son &](#)

- [SuperXclusivo 4-09-08 Interview Pt 1](#)

- [SuperXclusivo 4-9-08 Interview Pt 2](#)

- [Why won't Obama release his IL records](#)

- [ZAZZLE PRODUCTS](#)

---

- ## PAY PAL LEGAL FUND

  - [LARRY'S LEGAL FUND PAY PAL LINK](#)

---

- ## Radio Interviews

  - [Bill Cunningham](#)

- [Caos Blog Interview](#)

  o [Caosblog.com Blogtalk Radio Interview with Larry 3-15-08](#)

  o [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  o [Jeff Rense Interview 1-23-08](#)

  o [JEFF RENSE INTERVIEW 3-10-08](#)

  o [Jeff Rense Inteview 2-26-08](#)

  o [KTLK in the Morning, Chris Baker](#)

  o [Larry's April 4, 2008 Rense Interview](#)

  o [The Jim Sumpter Show](#)

  o [The Right Perspective](#)

  o [WWW.Rense.com (The First news organization to report on this story)](#)

- ## Youtube Videos

  o [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  o [King Maker (Axelrods Obama) YT Video](#)

  o [Larry Sinclair's Fighting on Youtube video](#)

  o [Larry's Original Youtube Video](#)

  o [Larry's Response Youtube video Pt 1](#)

  o [Larry's response Youtube video Pt 2](#)

  o [Larry's response Youtube video Pt 3](#)

  o [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

  o [SuperXclusivo 4-09-08 Interview Pt 1](#)

- SuperXclusivo 4-9-08 Interview Pt 2

---

- ## Pages

  - About

  - Answers to FAQ's

  - FULL PAYMENT DISCLOSURE

  - HOTEL RECORDS DIRECT

  - LEGAL FUND BALANCE UPDATE

  - LEGAL FUND CONTRIBUTION INFO

  - UPCOMING INTERVIEWS

  - YT EMAILS

  - YT USERS KEEP UP THE THREATS

---

- ## Blog Stats

  - 311,407 hits

---

-

### April 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| « Mar | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

---

- ## Recent Posts

- [Obama Claims Blackmail, But Never Reports It To Authorities. Why?](#)

- [Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath](#)

- [Second Attorney throws hat in the ring for DU.comm and MZMOLLY](#)

- [No, I am not dying anytime soon if I can help it! But not for Obama Squads reasoning!](#)

- [Good Golly MzMOLLY! Where in the World is MzMOLLY?](#)

---

## Top Posts

- [Second Attorney throws hat in the ring for DU.comm and MZMOLLY](#)

- [Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath](#)

- [No, I am not dying anytime soon if I can help it! But not for Obama Squads reasoning!](#)

- [Good Golly MzMOLLY! Where in the World is MzMOLLY?](#)

- [Donald Young, the gay choirmaster at Obama's church, telephoned me not long before he was murdered. How did he know who I was and how to contact me before I went public with my allegations about Obama?](#)

- [Obama Claims Blackmail, But Never Reports It To Authorities. Why?](#)

- [CURRENT PLANS](#)

- [About](#)

- [A Change of Heart: Guess I can withstand the efforts to shut me up.](#)

- [Answers to FAQ's](#)

---

## Archives

- [April 2008](#)

- [March 2008](#)

- [February 2008](#)

- ## Reason for Moderating of Comments

Comments are welcomed on any post on this blog. I have moderated comments not to censor detractors, but to avoid the vulgar, vile, and personal attacks that have been constant from sites that are open. Anyone may disagree and say so, but there is no Freedom of Speech right to use of vile, vulgar, and distorted comments for the sake of covering for a candidate. Contrary to others claims, I am a private citizen, am not a public figure and am not subject to the violation of privacy that so many have engaged in. The posting of information that is not public record is a violation of law and will be pursued. If your comments are clean and respectful they get posted.

- ## Spam Blocked



Liked it here?

Why not try sites on the blogroll...

EXHIBIT E

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB      Document 12-4      Filed 04/30/2008      Page 159 of 229



ch:

AboutAnswers to FAQ'sFULL PAYMENT DISCLOSUREHOTEL RECORDS DIRECTLEGAL FUND BALANCE UPDATELEGAL FUND CONTRIBUTION INFOUPCOMING INTERVIEWSYT EMAILSYT USERS KEEP UP THE THREATS

# The Dance Begins: Democraticunderground and Public Citizen Litigation will not intimidate me.

Posted on *Thursday, April 17, 2008.*

*The dance begins.  Public Citizen Litigation Groups releasing a paid for press release through Media Newswire and had it distributed by Google News (which is only news when they want it to be) makes clear their intentions.*



*The fact that they released the press release means to me they are scared and seeking to intimidate me.*

http://media-newswire.com/release_1063651.html

*The full document may be seen from the following link*
 *http://larrysinclair0926.files.wordpress.com/2008/04/*
*motion_to_compel.pdf*

**Make a Comment**

---

## Make A Comment: ( 21 so far )

**Your Comment**

**Name (required)**

**Mail (required) (hidden)**

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 161 of 229

Website

*blockquote* and *a* tags work here.

---

## 21 Responses to "The Dance Begins: Democraticunderground and Public Citizen Litigation will not intimidate me."

 **Comments RSS Feed**

I have not attacked anyone's family nor have I posted information on anyone's family. But it seems that Scott Covington, Paul Day, Denise (dee-rob), Eric Gibbons, Eric Ekton, Eric Vessels, democraticunderground and Daily kos think it is okay for the do so with my family. Let it be known that any and all information that I obtain and verify on these individuals and their families is now fair game and open season. That means your mothers, fathers, grandparents, children, brothers, sisters, you name it. Barack Obama looks real good engaging in this attack on innocent people.

**larrysinclair0926**
Thursday, April 17, 2008

This press release was posted in the "back room" over at BigHead about two or three hours before it was brought to

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 162 of 229

your attention. Obviously the defendants are operating through the back room to interfere with the course of justice by using false names to attack your character and family in order to intimidate you from proceeding and to reduce your credibility.

### Victor
#### Thursday, April 17, 2008

It is best if you take any of that information and just quietly slip it to your Councel; rather than posting it publicly. Don't be stupid enough to fall for their baiting in this regard.

**ADDED BY LARRY:** *Don't worry, as much as they say I am this or that, I fight back but I fight those attacking me, not innocent people. After all you can't chose your kids, brothers, mothers, grand parents, etc.. But any connections I find with them individually and as an organized group, which a lot has already been found, I will nail them with.*

### Profiler
#### Thursday, April 17, 2008

Larry is more of a private citizen than he is a "public figure".

http://www.ibls.com/
internet_law_news_portal_view.aspx?
s=latestnews&id=1874

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 163 of 229

**Tipster**

Thursday, April 17, 2008

The Media-newswire mentioned only "the Globe" but I also saw Larry in an Obama story in "the Enquirer" March 17 issue.

Larry wrote in the previous post that Public Citizen... DemocraticUnderground.com and Kos have paid Media Newswire to distribute on the web. I am not seeing WHO initiated the news release. Just quotes from Levy and a link to the Public Citizens site. Where is that information obtained?

Larry, If and when you find out the relatives and such of these people you mention above, what will you do? Posting that information is the only thing that you can do without incurring troubles....right? And their relatives are not the ones attacking you are they?

**ADDED BY LARRY:***on, the Media Newswire thing is a self written article paid to be distributed by Public Citizen Litigation Group and DU. It is not n independent news article. And NO i will not attack someones family because of the actions of these idiots. Media Newswire is a for pay news/press release service. They paid $100 to distribute it.*

**Bon**

Thursday, April 17, 2008

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB      Document 12-4      Filed 04/30/2008      Page 164 of 229

While I was writing I see that more posts were added that I didn't see.

**Bon**
Thursday, April 17, 2008

Larry do you think they are 'scared' because they might be exposed with being with the Obama campaign?

**ashley-nicole**
Thursday, April 17, 2008

[...] Read the rest of this great post here [...]

**Barack Obama News » Blog Archive » The Dance Begins: Democraticunderground and Public Citizen ...**
Thursday, April 17, 2008

Because I believe you, Larry, I've tried to get the whole picture in view:

Obama is homosexual or at least "Bi"?

When did that happen? Why Chicago?

Let's start with "Frank".

He's out of my home state, Kansas, but why Chicago?

A little research shows that Chicago became the center of the universe for black America, even surpassing Harlem,

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 165 of 229

in "Franks" time.

A little more research shows that it also became the center, or at least an important part, of the gay universe in the United States as early as the 20's.

Now, there is not much available on Obama's "mentor", "Frank", but there is on his good friend, Robeson, the one that headed Frank to Hawaii. Robeson was apparently "Bi". And, in Chicago, at that time, being black and gay meant you were not alone.

So, historically, and currently, there are apparently a lot of gay "mover and shakers" in Chicago. And Obama's "mentor" may very well have paved the way for Obama in that city.

In addition, Obama's church is listed on the gay sites as gay friendly.

A review of the media reports and blogs concerning Donald Young's funeral indicates that there is a huge gay contingency in Obama's church.

The millionaire Levine's testimony at the Rezko trial concerning his drug use at all male parties indicates there is a lot of Bi "mover and shakers" in Illinois' power structures involved in this scenario. He wasn't partying in the poor part of town!

Unfortunately, the judge is not allowing the "Bi" or homosexual side of his testimony to be pursued. How convenient! I sure would like to know who attended those "all male" parties.

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 166 of 229

So, here we are. Obama is not the only Illinois politician involved in this Guy Burgess crowd type scandal. That is why Obama and his puppet-masters are confident Larry's story won't see the light of day. That is why they are so arrogant. More than just Obama is going to be "outed". That means the forces keeping this quiet are much bigger than just Obama.

### an observer
Thursday, April 17, 2008

LARRY
THIS DESERVES MEDIA WHAT DO YOU THINK !SHOWS HIS IGNORANCE AND CHILDISH MANNERISMS FOR A SO CALLED PRESIDENT !

MAYBE BARRY , OBAMA OR WHAT HIS NAME IS SHOULD BE HAVING LITIGATION AGAINST HIM ! THAT APPEARS LIKE HE IS GIVIING HILLARY THE FINGER AND DEFFINATLY GETS A RESPONSE FROM THE AUDIENCE
http://www.youtube.com/watch?v=DygBj4Zw6No

### MARY
Thursday, April 17, 2008

All they are doing by distributing the "newswire" is calling attention to the story. They know Larry is not lying or they wouldn't be so afraid. So what to they expect to accomplish?

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 167 of 229

## Victoria
Thursday, April 17, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

"Distinguishing between public and private figures for the purposes of defamation law is sometimes difficult. For an individual to be considered a public figure in all situations, the person's name must be so familiar as to be a household word—for example, Michael Jordan."
————————
The keyword here in the following is 'malice':

http://legal-dictionary.thefreedictionary.com/Defamation

## Tipster
Thursday, April 17, 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

your call to post
Larry -

I found this over at the back room - were you aware of it?
Remark 1062 from Mitch

http://www.flickr.com/photos/25202941@N06/

I did not know I possessed an alias (WWW -Wicked Witch of the West) aka Miss Gulch

**ADDED BY LARRY:** *I do not care about this being posted, It only goes to show he is fishing, I have never had any problems in New Mexico, and the Laredo thing,*

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 168 of 229

*Acting Chief Torres has already confirmed here is no such charges. The photos the idiot has posted came off of my spaces.live page before I took them down, and they continue to cut and past and edit. You are free to post any link you wish, I have said it before and I will say it again, I do not run nor hide from anything. One more thing about that link, the failed to mention that in the complaint it state the name of "the lounge is BELIEVED to be Alibis" but hey, they do not care about accuracy in anything they post. The are trying to get hits on a failing blog page. But I have some surprises for their behinds.*

### jeanniejo
Thursday, April 17, 2008

The press release is ignorant. They think that by Larry admitting his past that he invited attacks.

He certainly invited opinion but that is not at all what Larry's case is all about. It is about the lies that they knowingly spread. It is not the same thing at all and it does give Larry the right to file suit.

Their "lawyer" needs to go back to school. (if he is even a lawyer)

### Victoria
Thursday, April 17, 2008

"Sex in return for drugs"? Where in the

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 169 of 229

hell did they come up with that?

### Dega
Friday, April 18, 2008

The irony of this whole situation is that if the shills for Obama would spend as much time 'investigating' Obama as they have LS, they would most likely find out that Larry is telling the truth.

These wanna-be Kojak hacks for Obama know more about Larry's past than they know about Obama's.

Go figure……

### Tipster
Friday, April 18, 2008

The blog has something wrong here. When I am logged in it always has the wordpress W in the address bar, it now has the G in a box. Anyone have any ideas here.

### larrysinclair0926
Friday, April 18, 2008

I don't think they are trying to intimidate you. I think that they are in the business of bringing attention to their pursuit of protection of free speech. The same free speech you are denied. (?)

What will you do Larry if you lose this one and the Defendants sue you and

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 170 of 229

Sibley?

**ADDED BY LARRY:** *All I can tell you, is bring it on! Free speech does not entitle one to attack private citizens, make false statements, attack peoples families, post information that is not public record (even though they claim it was) there is so much more to this than what you see on here. And no matter what you wish to be the case, I am a private citizen, and so are the many innocent people those have defamed in the name of Barack Obama.*

### Fan Tastic
Friday, April 18, 2008

...............................................................................

Larry, I don't support or disavow your claims. I am just observing because its better than watching sitcoms. But I do have to speak up on this one. You said that you have never posted info on anyone's family, but I have seen you do that about some posters kids. Try to stay honest here. If you aren't you will turn the neutrals into negatives.

**ADDED BY LARRY:** *Nice to see you again Melissa. This new IP software is great. Then you need to also state that I posted an email that was sent to me by that individual who was making the threats via email to me. I have not ever gone on a search for peoples families. So lets keep it honest. And that was an email they sent.*

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 171 of 229

### Fan Tastic

Friday, April 18, 2008

I wonder how much of this information might be accurate in regards to the actions of the Mitch squad. I am going to be off line for awhile as my computer has been compromised as is evident by the login differences for wordpress. But I do think this is very interesting and deserves to be shared. I know Mitch and others will see this as they have been getting everything posted here lately.

On this Mich, or whatever he wants to called flicker pages, their are some serious discrepancies in the picture of the alleged "Bogus Check." (See Attached Files)

1: First off I have no reason to believe (unless their is something I don't know about,) you would need to pay for baby-sitting services. This in and of itself is rather fishy.

Secondly, The Check looks like it has been photoshoped. By comparing the diffuse stippling pattern of the photo copies Top Right Edge, where your alleged name is; as well as the Lower Left side where you alleged signature is. This is indicative of somebody doing a Cut/Copy/Paste form another document, editing the image to have a transparent background, then pasting it to a document.

The Image itself, after being doctored was then saved in a lower DPI (Dots-Per-

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 172 of 229

Inch) resolution so the actual graphics stippling would be less apparent to a casual observer.

I do not have an original of any documents to confirm this, but it is something worth looking into for you, your lawyer, and the PI.

2: The Check Non-Payment Notification document has a couple of irregularities as well.

In the Box Denoted as "Maker" you will see your alleged name there is in an entirely different Font Face and Font Size. Likewise, somebody made the critical error of not Capitalizing your First name. Banks are not prone to making such a mistake on a document of this type. Likewise these forms used by banks are built upon a computer program generated standardized form typology. That means all Font faces, types, and Font Size is uniform throughout the document to insure the document's integrity and security. To have such a blatant difference in Font type as well as Font Size is reason enough to believe the document has been doctored up and is not the original.

Also note in the area "Authorization" in the box "Banking Center Name" it is typed as Mall del Norte. If this was an original document from Bank of America, that box would state "Bank of America #xxxxx (whatever that branch number would be) then state Mall del Norte as its branch location.

Again this is something worth looking

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 173 of 229

into for you, your lawyer, and the PI. The other thing is, in order for these people to get all the information they seem to have on you, they have broken the Law so many times it is unreal, even if they did their work through social engineering tactics such as misrepresenting who they are to various Law Enforcement channels. Even if they did use "Public Records Searches" as they claim they have a big problem on their hands.

All Public Records information brokers and their databases have a disclaimer saying something along the lines of:

The information contained herein is for private use and informational purposes only. ANYONE WHO USES THIS INFORMATION TO COMMIT A CRIMINAL ACT AGAINST ANOTHER PERSON WILL BE SUBJECT TO CRIMINAL PROSECUTION. The only way to positively link someone to an offender's record is through fingerprint and/or DNA verification.

Hope this helps you out some. I'll get back to you latter on other matters as well...Like "Lest We Forget" series of posts being a willful act of whiteness tampering and Obstruction of Justice.

**larrysinclair0926**
Friday, April 18, 2008

Larry, I just want to say I believe you and your story, heart and soul. It's completely crazy that this story hasn't gone mainstream.

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 174 of 229

**Angela**

Friday, April 18, 2008

[Where's The Comment Form?](#)

---

- ## Recent Comments

Angela on [A Letter to Michelle & Bar...](#)

Angela on [The Dance Begins: Democraticun...](#)



[larrysinclair0926](#) on [The Dance Begins: Democraticun...](#)

Fan Tastic on [The Dance Begins: Democraticun...](#)

Fan Tastic on [The Dance Begins: Democraticun...](#)

---

- ## Blogroll

  - [ADVANCE INDIANA](#)

  - [ANDY MARTIN REPORTS](#)

  - [Barack Obama's Past isn't so Clean](#)

  - [Bigheaddc](#)

  - [Cao's Blog](#)

  - [Citizenwells](#)

  - [Cristyli](#)

  - [cristyli wordpress](#)

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 175 of 229

- [Danisoutthere blog](#)

- [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

- [For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change](#)

- [Free Republic](#)

- [Larry's April 4, 2008 Rense Interview](#)

- [Moonbattery.com](#)

- [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

- [SavagePolitics.com](#)

- [Some Truly great photography and original videos by a Friends Son &](#)

- [The Speech That Revealed So Much](#)

- [The Tide Awakes](#)

- [WE SAW THAT](#)

- [Why won't Obama release his IL records](#)

- [WordPress.com](#)

- [WordPress.org](#)

- [WWW.Rense.com (The First news organization to report on this story)](#)

- [ZAZZLE PRODUCTS](#)

- ## Links

  - [ADVANCE INDIANA](#)

  - [ANDY MARTIN SUES NY TIMES OVER OBAMA LIES](#)

  - [Barack](#)

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 176 of 229

- ○ [Barack Obama's Past isn't so Clean](#)

- ○ [Citizenwells](#)

- ○ [Danisoutthere blog](#)

- ○ [Globe & Enquirer](#)

- ○ [King Maker (Axelrods Obama) YT Video](#)

- ○ [Larry's April 4, 2008 Rense Interview](#)

- ○ [Moonbattery.com](#)

- ○ [MSM SEARCHES](#)

- ○ [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

- ○ [Obama's account of his NY years often differs.......](#)

- ○ [SavagePolitics.com](#)

- ○ [Some Truly great photography and original videos by a Friends Son &](#)

- ○ [SuperXclusivo 4-09-08 Interview Pt 1](#)

- ○ [SuperXclusivo 4-9-08 Interview Pt 2](#)

- ○ [Why won't Obama release his IL records](#)

- ○ [ZAZZLE PRODUCTS](#)

## PAY PAL LEGAL FUND

- ○ [LARRY'S LEGAL FUND PAY PAL LINK](#)

## Radio Interviews

- ○ [Bill Cunningham](#)

- ○ [Caos Blog Interview](#)

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 177 of 229

- [Caosblog.com Blogtalk Radio Interview with Larry 3-15-08](#)

- [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

- [Jeff Rense Interview 1-23-08](#)

- [JEFF RENSE INTERVIEW 3-10-08](#)

- [Jeff Rense Inteview 2-26-08](#)

- [KTLK in the Morning, Chris Baker](#)

- [Larry's April 4, 2008 Rense Interview](#)

- [The Jim Sumpter Show](#)

- [The Right Perspective](#)

- [WWW.Rense.com (The First news organization to report on this story)](#)

- ## Youtube Videos

  - [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  - [King Maker (Axelrods Obama) YT Video](#)

  - [Larry Sinclair's Fighting on Youtube video](#)

  - [Larry's Original Youtube Video](#)

  - [Larry's Response Youtube video Pt 1](#)

  - [Larry's response Youtube video Pt 2](#)

  - [Larry's response Youtube video Pt 3](#)

  - [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

  - [SuperXclusivo 4-09-08 Interview Pt 1](#)

  - [SuperXclusivo 4-9-08 Interview Pt 2](#)

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 178 of 229

- ## Pages

  - [About](#)

  - [Answers to FAQ's](#)

  - [FULL PAYMENT DISCLOSURE](#)

  - [HOTEL RECORDS DIRECT](#)

  - [LEGAL FUND BALANCE UPDATE](#)

  - [LEGAL FUND CONTRIBUTION INFO](#)

  - [UPCOMING INTERVIEWS](#)

  - [YT EMAILS](#)

  - [YT USERS KEEP UP THE THREATS](#)

---

- ## Blog Stats

  - 272,658 hits

---

-

### April 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| [« Mar](#) | | | | | | |
| | | [1](#) | 2 | [3](#) | [4](#) | 5 |
| [6](#) | [7](#) | [8](#) | [9](#) | [10](#) | [11](#) | 12 |
| [13](#) | [14](#) | [15](#) | [16](#) | [17](#) | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

---

- ## Recent Posts

  - [The Dance Begins: Democraticunderground and Public Citizen Litigation will not intimidate me.](#)

  - [Public Citizen Litigation Group Put on Notice](#)

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB    Document 12-4    Filed 04/30/2008    Page 179 of 229

- ○ [DEMOCRATIC UNDERGROUND RESPONDS TO LARRY AND ABC](#)

- ○ [GOOGLE/YOUTUBE ACCEPTS SERVICE OF SUBPOENA](#)

- ○ [A Letter to Michelle & Barack Obama: Hit me with your best shot, fire away!](#)

- ## Top Posts

  - ○ [DEMOCRATIC UNDERGROUND RESPONDS TO LARRY AND ABC](#)

  - ○ [Public Citizen Litigation Group Put on Notice](#)

  - ○ [A Letter to Michelle & Barack Obama: Hit me with your best shot, fire away!](#)

  - ○ [The Dance Begins: Democraticunderground and Public Citizen Litigation will not intimidate me.](#)

  - ○ [GOOGLE/YOUTUBE ACCEPTS SERVICE OF SUBPOENA](#)

  - ○ [Another Barack Obama bitter email attempt to Directly attack me. Using college youth!](#)

  - ○ [Donald Young, the gay choirmaster at Obama's church, telephoned me not long before he was murdered. How did he know who I was and how to contact me before I went public with my allegations about Obama?](#)

  - ○ [Obama Attorney Steps in it!](#)

  - ○ [Florida Warrant Update, Sorry Obama Supporters.](#)

  - ○ [Answers to FAQ's](#)

- ## Archives

  - ○ [April 2008](#)

  - ○ [March 2008](#)

  - ○ [February 2008](#)

-

The Dance Begins: Democraticunderground and Public Citizen Litigation wi...ot intimidate me. « Larrysinclair0926 Official Obama Drug Scandal Weblog

Case 1:08-cv-00434-JDB     Document 12-4     Filed 04/30/2008     Page 180 of 229

- ## Reason for Moderating of Comments

Comments are welcomed on any post on this blog. I have moderated comments not to censor detractors, but to avoid the vulgar, vile, and personal attacks that have been constant from sites that are open. Anyone may disagree and say so, but there is no Freedom of Speech right to use of vile, vulgar, and distorted comments for the sake of covering for a candidate. Contrary to others claims, I am a private citizen, am not a public figure and am not subject to the violation of privacy that so many have engaged in. The posting of information that is not public record is a violation of law and will be pursued. If your comments re clean and respectful they get posted.

- ## Spam Blocked



Liked it here?

Why not try sites on the blogroll...

EXHIBIT F

# SENATOR OBAMA,

# It is not enough to *hope* that you have *changed*.

Larry Sinclair is a gay man who claims that in November of 1999 he was introduced to Barack Obama in Chicago by a friend of Obama's who was also Sinclair's limousine driver. Sinclair and Obama were both 38 years of age at the time. Obama was a member of the Illinois state legislature and expecting his second child.

Barack Obama directed the limo driver to a location in downtown Chicago where he procured cocaine for Sinclair and crack cocaine for himself. The two consumed the drugs during a long recreational drive in the limousine. Obama smoked the crack in a pipe pulled from his own pocket. During the ride consensual sex also occurred between Sinclair and Obama. The following day Obama returned to Sinclair's hotel room in Gurnee, Illinois, for a briefer version of the same activities.

Major TV, radio and newspapers don't want you to know about these allegations. Nor does the Obama campaign. There have been many threats against Larry Sinclair's life and organized attempts by powerful interest groups to shut him up. He is a single man of limited means in failing health. He has put his life on the line. He deserves to be heard.

Larry Sinclair volunteered to take a polygraph test to prove the veracity of his claims. The computer said he passed with flying colors.

With the help of leading attorney, Montgomery Sibley, Sinclair has brought suit in federal court in Washington D.C., and other suits are pending. Mr. Sinclair intends to expose the truth about this matter under oath, through the courts.

But can he do it in time for the American people to become fully informed before choosing the Democratic presidential nominee?

You can be sure that the media knows about this, as do special interest groups, organized crime, and foreign powers hostile to the U.S. Shouldn't you know, too?

Examine the allegations and documents for yourself by visiting Larry Sinclair's web site:

**www.larrysinclair0926.wordpress.com**

*Do you know enough about Barack Obama?*

EXHIBIT G

 Search:

# Larrysinclair0926 Official Obama Drug Scandal Weblog

**AboutAnswers to FAQ'sFULL PAYMENT DISCLOSUREHOTEL RECORDS DIRECTLEGAL FUND BALANCE UPDATELEGAL FUND CONTRIBUTION INFOUPCOMING INTERVIEWSYT EMAILSYT USERS KEEP UP THE THREATS**

## GOOGLE/YOUTUBE ACCEPTS SERVICE OF SUBPOENA

Posted on *Wednesday, April 16, 2008.*

April 15, 2008 Mr. Sibley received confirmation from Google, the owner of Youtube, that they would accept service of the Subpoena, which was issued after Judge Kennedy of the US District Court, for the District of Columbia signed an ORDER on April 1, 2008 authorizing the Subpoena.

from_youtube_21

**Lets take a look at some of Obama's internet hit squad**

  This is Eric Gibbons, aka FirehouseGallery-Lovsart; Eric Ekton aka Eric Vessels ( Known to harass people by phone and publicly threaten to physically harm people) It is also suspected by the postings that Mr. Gibbons may in fact also be Tubesocktedd or a good friend of his.  Now Scott Covington, the person calling my mother yesterday has not been found in pictures yet, but there is a long trail of fraud by Mr. Covington and his company the Piano Store you can find links to the criminal investigations along with list of his victims in the comment section under Fl warrant update.  These are the people who are posting all the distorted information about me under the names Mitch the Bitch, Nan, Paul, etc..  we are still looking for good pictures of Paul Day, Craig, MZMOLLY, OWNINGLIARS et. al.  As soon as I get them I will post them.

---

**Possibly related posts: (automatically generated)**

- **GOING ABOUT THIS THE RIGHT WAY, REGARDLESS OF WHAT OBAMA SUPPORTERS CLAIM**

- **GOING ABOUT THIS THE RIGHT WAY, REGARDLESS OF WHAT OBAMA SUPPORTERS CLAIM**



**Make a Comment**

---

## Make A Comment: ( 43 so far )

**Your Comment**

Name (required)

Mail (required) (hidden)

Website

*blockquote* and *a* tags work here.

---

## 43 Responses to "GOOGLE/YOUTUBE ACCEPTS SERVICE OF SUBPOENA"

**Comments RSS Feed**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAHA .. Go figure.

http://fundrace.huffingtonpost.com/neighbors.php?type=emp&employer=The+Piano+Store%2C+Inc.

**Harpo**

Larry.
I posted an article on my blog this morning about your first
comment on AC360 blog being removed.
Maybe it will get someone's attention.

**citizenwells**
Wednesday, April 16, 2008

Larry.
I was amazed at how many references to you stayed
in comments. It is a start.
Hopefully more people will ask questions.
Full speed ahead and damn the torpedoes.

**citizenwells**
Wednesday, April 16, 2008

actually if you read through it they object to a lot of the requests.
They also say that they will notify tubesocktedd, mzmolly, etc and if
if tubesockedd(etc) decide to contest this, then they will not provide
anything unitll it is worked out with the courts.

So at best this is a VERY limited acceptance, with a lot of objections
and refusels,

**ADDED BY LARRY:** *They object to emails without a*
*search warrant which we will get signed if needed. But*
*thank you for your legal advice. Tubesocktedd is more*
*than welcome to come into court in person and do just*

*that. In fact, I am hoping that is exactly what he decides to do. They re required by law to notify the account holders. They will comply with the time lines set by the court. 20 days. I wold prefer Tubesocktedd to fight it and show up in the court to do so. If you know him suggest he do that.*

**Cassy**

Wednesday, April 16, 2008

Hi Larry, I just noticed my post from 4/10:
Its obvious that you are the lying snake, anything to make Obama look and smell good. He stinks and so do you and your lies. Get a new job freak, you will be eating beans out of a can real soon.
I just have to tell you this post is not toward you. I forgot to write the person who it was meant for. It again was not meant for you. It was against an Obama supporter. Sorry that you thought that. I appreciate you coming pout with this. Great luck to you Larry. Some of us always has your back!!!!

**Patty, NJ**

Wednesday, April 16, 2008

citizenwells -

I just read your exceptional post. With Larry's moderation and approval, I think you should also post it here. It might be beneficial for Larry's blog viewers see your narrative activity last evening on CNN. I would link, but its Larry's call.

**go for it, did you get m email?**

**jeanniejo**

Wednesday, April 16, 2008

---

I WILL BE OUT FOR A WHILE.

**larrysinclair0926**

Wednesday, April 16, 2008

---

[...] News Media Tube wrote an interesting post today onHere's a quick excerpt April 15, 2008 Mr. Sibley received confirmation from Google, the owner of Youtube, that they would accept service of the Subpoena, which was issued after Judge Kennedy of the US District Court, for the District of Columbia signed an ORDER on April 1, 2008 authorizing the Subpoena.   from_youtube_21   Lets take a look at some of Obama's internet hit squad   This is Eric Gibbons, aka FirehouseGallery-Lovsart; Eric Ekton aka Eric Vessels ( Known to harass people by phone and publicly threat [...]

**GOOGLE/YOUTUBE ACCEPTS SERVICE OF SUBPOENA**

Wednesday, April 16, 2008

---

Oops .. wrong link first time

http://fundrace.huffingtonpost.com/neighbors.php?
type=name&lname=covington&fname=scott&search=Search

**Harpo**
Wednesday, April 16, 2008

can you tell us the next step after the 20 days, will the info you receive from this order prove a connection to obama, do you already know who the defendants are but need the order info to prove it, and am dying to know what you mean by "itsy bitsy" more time, is something big gonna break soon ,,,,,,,sure hope so

**outlawales**
Wednesday, April 16, 2008

Larry.
I got a request to post my post from my blog regarding the AC360 blog yesterday.
Here it is and thanks for the compliment.
This is a group effort:

AC360 blog, Larry Sinclair, Obama, Anderson Cooper, CNN, Obama conspiracy?

Anderson Cooper 360, AC360, on CNN had an article on Tuesday, April 15, 2008, "In Search of Obama" and a blog for comments. I posted 2 comments which they moderated, accepted and retained. In between my comments, Larry Sinclair posted a short comment that was moderated, accepted and later removed. Here is Larry Sinclair's comment:

"larrysinclair0926 April 15th, 2008 6:42 pm ET

There is another REAL Obama but AC 360 is scared to report it. Just ask Larry Sinclair"

The question is why did CNN and the Anderson Cooper blog staff remove Larry Sinclair's comment after it was accepted? Other bloggers asking questions about MSM coverage of Obama and the Larry Sinclair allegations now claim that their comments have been removed. Sinclair and others claim that some of their comments were never accepted and that does not necessarily raise a red flag. However, a red flag is raised when a comment is moderated, accepted and then removed.

I am not generally a conspiracy theory person or one to jump to conclusions. However, I and many others have noticed a consistent effort by Obama supporters and the Obama campaign to attack personally and attempt to discredit anyone asking questions about Barack Obama. Many people believe that the main stream media has given Obama a free ride much of the time. Some believe that many in the media are afraid to ask serious questions about Obama for fear of being called racist. That is a real concern due to the fact that many Obama supporters and others in this country use the race card as a diversion.

So, CNN, Anderson Cooper, AC360, why did you remove the comment that was moderated and accepted? Are you part of the Obama campaign organized attempt to discredit those that question Obama's past? Are you afraid of being called racist? Do you have a left wing liberal agenda?

In fairness to CNN, AC360, I must add that they allowed comments that questioned Obama's past and referred to Larry Sinclair. What is it about the brief comment from Larry Sinclair that caused it to be removed? Some say that the MSM is watching the Sinclair story play out and waiting for the right moment to present it. Some say that Bill O'Reilly has made a reference to the Larry Sinclair allegations and has hinted he can present the story anytime.

For those of you unaware of the Larry Sinclair allegations, Sinclair alleges that he had multiple encounters with Barack Obama from

November 3 to November 8, 1999. Sinclair alleges that Obama used drugs and engaged in oral sex with him in a rented limousine in the first encounter.

When I first heard this story I was very skeptical. I then went to the Illinois Senate records and discovered that Obama was absent from the senate on November 4 1999. I then began looking closely at Obama and his lack of records and evasive responses when asked about his records during the time frame when he was in the Illinois senate. When I considered Obama's evasive attitude about his records and his past associations with racists, hate mongers, criminals and drug users, I began taking Sinclair's allegations more seriously. I posted questions about Obama on my blog and other blogs. Many of the Obama supporters replied with personal attacks and attempts to discredit me. Some of these attacks were orchestrated, I believe, by the Obama campaign. The more that I visited the Larry Sinclair blog, the more I noticed he was being attacked. I also noticed that Larry was forthcoming about his past and always answered questions. Obama has not been cooperative when asked questions. Sinclair's credibility has gone up with me and Obama's credibility has gone down.

Here are the comments that were approved last night. Larry Sinclair's comment is between my 2 comments.

"Gail Davern April 15th, 2008 6:21 pm ET

When will you have a similar piece on Hillary Clinton? I'm getting so tired of the inequitous presentation of the 2 Democratic candidates. Because sexism is much more accepted and subtle in our society, not much is made of it in this election, only racism because it is easier to identify and talk about. Most of the male announcers take great pleasure in putting Hillary down but give Obama nothing but accolades. It's discusting. Even if you don't want her as president, her achievements, as a woman in this American society, are enormous and should be honored. And one

day perhaps she will be respected as much as an African American man because, really, after all is said and done, a woman in the White House would be the only REAL change!

Teresa, Ohio April 15th, 2008 6:29 pm ET

I will look forward to watching this piece. Ever since Obama came into this race, I have noticed TWO of him. I hate to put it this way but: there is a side he shows to the blacks and "minorities" and a side he shows to the typical white folks. I think he is still confused about who he is. I get the impression EVEN he doesnt believe in himself. I would love a piece in the media to focus on his TONE OF SPEECH while he is talking to the two different groups. One is street slang and the other is for the white folk. While some might feel he is adjusting to the group he is talking to and that he can "fit" into any genre, it simply isn't true. Actually, it's downright insulting.

I truly hope people know WHO they are voting for in this election.

Best of luck to all candidates.

lb April 15th, 2008 6:31 pm ET

It is just great to know and see America in Obama. This is something that the Anderson Coopers can read and say " I am Proud to be an American. This is because of all the Obama's in it, that 's what makes it so colorful and beautiful so "That boy's finger does NEED to be on the button"

Ms Clinton's kitchen sink has hit all of us especialy Black america, and a lots going to change when Obama faces that other guy. Many have served this country. but why sshould we vote for someone simple because he was a soldier. many of volunteted. many of us came back and are in wheel chairs, he's no special than

the rest of us.

AND YES AMERICA IS BITTER, Bitter about people like the
Clintons who cannot see the pain of lost jobs, lost homes, not
house, food and gas prices etc,.

may the real BLACK PRESIDENT COME ON DOWN and press the
button if he has to.

citizenwells April 15th, 2008 6:31 pm ET

The real Obama?
Well, a lot of us are searching for the real Obama.
It has been made more difficult due to Obama not complying
with Illinois FOIA and records access laws and by his evasive
reponses.
What we know about Obama is scary enough.
Anyone with doubts should follow the Tony Rezko trial
and check out the Oprah site for her show in April
2004 about down low.
Citizen Wells

larrysinclair0926 April 15th, 2008 6:42 pm ET

There is another REAL Obama but AC 360 is scared to report it.
Just ask Larry Sinclair

lb April 15th, 2008 6:45 pm ET

In search of Obama?? I am sure Mr B. Obama knows who he is,
Where he came from and surely where he's going. He is not mixed
up. Those of you looking for him, look inside of yourselves. This
Young man is what make us all proud to be American. I can
understand his wife's Comment about the fist time she felt proud to

be an american. Not the twisted way in how the comment was used, but to understand how long it took for a black man to come to the point and make it this far in running for the presidency. Oh, many will never know what it means to be black. because you just cannot, and never will, America is getting a shake up and OBAMA has to be president or something is totally wrong with this USA. Your Polls don't mean a thing and saying that Ms clinton have a higher averege of winning here and there makes no sence not a penny. she has lost this election and she knows it.

citizenwells April 15th, 2008 6:47 pm ET

I have been researching Obama extensively and have written quite a few articles about him.
I was initially a huge skeptic of Larry Sinclair. The more I researched Obama and the more Larry was attacked personally and the more I was attacked for asking simple questions, the more believable Larry's allegations are.
Obama is hiding something.
Look for some big news to break soon."

Click here to view the blog as it appears today, April 16, 2008:
http://ac360.blogs.cnn.com/2008/04/15/in-search-of-obama/
#comment-117176

**citizenwells**
Wednesday, April 16, 2008

Larry, Isn't what that Piano man tried to do to your Mother extortion? Or an attempt at extortion?? He was demanding the return of money that was not his. Just a thought! Nurse

**ADDED BY LARRY:** *And FRAUD to use one of their favorite words. Turns out his mother and Father are millionaires and she never sent any money to the legal at all. My mom contacted Houston Police as was instructed on how to file the complaint. Seems they like complaints filed against Mr. Covington.*

### NURSERATCHET
#### Wednesday, April 16, 2008

---

From the looks of him, he is probably jealous of what you did to Obama back in '98.

### Mr. K
#### Wednesday, April 16, 2008

---

The replies that I am getting from media sources that I am communicating with regarding Larry's story inform me that they would prefer to wait on the story until something comes out in Federal court….. for example one reply was "some evidence comes out in court"

They media IS watching and following Larry's case. Right now, I'm getting comments such as "too confusing" from them. I think that is because they are getting links that they have to read through to various arguments about Larry's criminal history, polygraph justifications, this blog, etc.

It takes hours to sort out the facts of this case if you are a newcomer when you visit this blog. Even if you don't read the "comments" under each post topic, it is an overwhelming task to figure out the

side links and what is essential for the facts and what is just repetition. Some people would prefer reading "just the facts" and not all the commentary.

My suggestion is to have a bullet type cumulative summary of events/history that is updated daily (daily cause things are happening rapidly now). Brief...very brief - like one or two sentences. Then, prominently show this summary at the top of this blog - my suggestion would be right next to or in the "About" page. If you note "updated daily" then new daily viewers and those checking in once in a while could get a quick glimpse for the latest.

I recognize that by looking at the "Top Posts" on the left side of this blog one can get a sense of the story, but they read as more of a personal commentary of the topic.

For example:

Date: Nov_____ 1999, Sinclair mets Obama and engages in sale and use of cocaine. (show link to Hotel receipts)

Date:_____ Larry Sinclair in a letter to Obama/Axelrod requests that Obama publicly correct and address his drug usage. (show link of letter to Axelrod/Obama requesting Obama come clean and accurately inform the public of drug use as late as 1999)

Date: date range_____ Sinclair receives communication from Donald Young (murdered associate of Obama and TUCC Choir Director)regarding Young's association with Obama and Young's query about what information Sinclair has on Obama concerning Sinclair's Nov 1999 encounter. (letter to Axelrod/Obama requesting cell phone records and emails)

Date: _____ You Tube video (Original) that describes Nov 1999

encounter with Obama.

Date/s: _____ Radio and other interviews (links to videos/radio interviews with dates)

Dates: _____ Sinclair agrees to polygraph
(show link to web site and other pertinent information regarding polygraph)

Date:_____ Sinclair retains Attorney for discovery (PDF of Court document link)

Date: _____ Incarceration details of Sinclair (links to documents and resolutions)

Date:_____ Sinclair sends Affidavit to Chicago Police regarding murdered Donald Young (PDF or link of affidavit)

Dare: _____ Sinclair receives pounding by Obama supporters (a few discoveries of attacks)

Date:_____ You tube interview with Puerto Rico TV of Sinclair and Obama encounter in 1999.

Date: _____ You tube interview of Obama campaign representative Attorney Lopez debunking Sinclair's story and decribing Sinclair as mentally disturbed and the story fictitious (link to yT interview)

This is not complete in summary nor is it in the correct chronological order, but I just wanted to show an example of what I mean.

Any thoughts?

**Wednesday, April 16, 2008**

---

TODAY'S REPORT FROM THE OTHER SIDE

So what's going on today in the murky back room of the OTHER SIDE?

Well, "Paul" is having another attack of angst. He feels VIOLATED - VIOLATED I TELL YOU - that I should have presumed to have described and analysed his rather obvious and labored thoughts. (Excuse the CAPS and the DRAMA but I thought I would have a go at communciating in the vernacular of the back room).

"Just Me" is so dismissive of LS claims, that he has devoted about 4,000 new words already today to regurgitate some of the 45,000 words he had already devoted to the subject - and the day is still young. But to give him his due he seems to be aware that he's repeating himself because he has gone back to an ancient post by someone else he doesn't know and is repeating that.

"Mike", the fraudulent BBC reporter with Nigerian connections, is very upset that he never made any money out of his recent lies to WAPA TV in Puerto Rico and is actually out of pocket. In revenge he says "if he can find" Donald Young's family, LS will have a huge legal suit on his hands. Knowing how long it took this skilled journalist to discover the name of the Limo company that LS had broadcast on radio and printed in his blog, I guess he will start looking for them in Timbuktu.

"Jay" the autistic who repeats all day "definition of psychopath, Larry Sinclair" - (imagine it being said by Dustin Hoffman in "Rain Man" and you'll get the flavour) is only "almost certain he is a

psychopath" - so the medicine is working. But lest you think this has led to some weakening in her prosecutorial vigor, she has already addressed the jury several time today - they do things 6 hours ahead in the World Court at the Hague where she struts her stuff. She is attempting to convince the jury that not only is Larry Sinclair THIS, he is also THAT, and if he isn't already THOSE he soon will be. She confessed today that she has no evidence whatsoever for any of her charges. But she is the sort of person (witch?) who can "feel" things. Well don't say I didn't tell you that she is an Obama cultee. She's running out of labels for LS - but is holding "cannibal of babies" in reserve. As long as she backs off from saying he is a definitely 100% psychopath according to the Jay Book of Curses I think we can chalk up today as progress.

The rest of the gang are not up to much. Just the usual "keep it up Mitch". Given the fascination with genitals over there I wonder if that phrase means what it does in normal society?

Mich himself is not there today. Apparently Nan (Steve Covington) is tickling his ivories in Houston.

I can understand that some of you might have difficulty recognizing Mitch given his multiple identities on the internet. I'll tell you who he is.

Have you eve been into a public toilet in some god-forsaken bus station - you know the sort that are never cleaned where every inch of the walls and door are covered with obscenities, racial and political slurs, crude depictions of homosexuality, grotesque fantasies and - excuse me - excrement? Well Mitch is the guy who did it.

His support group are the guys who go into the closet after he has left and snicker and drool over his scribblings.

I'm a bit disappointed. I still can't find anyone in the back room who can explain why they spent so much time and energy trying to destroy LS with lies and threats while at the same time they say his allegations about BO are clearly false and he is clearly not credible.

**ADDED BY LARRY:***Looks like Mr. Covington is having to do some explaining to his Daddy and Church on his telephone calls to my mother. My mom decided to turn the tables back on him and start calling his Parents asking if they know what kind of lies and filth their son is putting out on the web about me. Turns out Mr. Covington's Father don't much like his son's activities coming back on the Families upstanding monied position they hold in Texas. Covington Sr. is very wealthy and prominent in his CHRISTIAN church, as well as being an appointee of Texas Gov. to many boards. Looks like Mitch/Nan/Scott are gonna have some splainin to do. And that is my only comment of the night on the other side.*

**Victor**
Wednesday, April 16, 2008

---

Wow! Looks like the situation is about to get very interesting!

**Christina**
Wednesday, April 16, 2008

---

Mr. Larry,

I know that you said that you cannot answer questions here concerning certain aspects, but I have two:

1. Do you have receipts, like you do on the hotel room) of payment to the limo company?

2. I can't find any connection with the $750,000 from the Obama camp to the Whitehouse.com?

If you can't answer these that is just fine, or maybe you already have and I have missed them in here.

**Kathy**
Wednesday, April 16, 2008

---

Saw the Washington, DC Madam was found guilty. Her attorney is Montgmory Sibley. He is the attorney of a man who has allegations made against Obama. From what I hear in the grapevine, supeonas will be going to Obama very shortly in connecting the dots of these allegations.

I posted this on Gretawire.

**Kathy**
Wednesday, April 16, 2008

---

My E-maiil to Andy Martin

Thank you Mr. Martin for your on-going reporting of obama. Of the TRUTH that so many in the MSM seem to ignore. It is shameful how the American MSM has coddled obama until now!

Why can't you do the same about the Larry Sinclair allegations? Why don't you go to his Blog- Larrysinclair0926.wordpress.com- and check it out for yourself? His contact information is there, why not get it straight from the horses mouth? seems Mr. Sinclair has very legitimate evidence to support his allegations of sex/drugs and even a connection (directly or indirectly) of the Murder of Donald Young.

Why can't you break this story? Why doesn't anyone outside of the Puerto Rican Media or the Internet speak of these allegations? Senator McCain's 'sexual fling' allegations were all over the MSM, and there was WAY LESS evidence than what Mr. Sinclair emphatically states he has on Obama! I see a Pulitzer in your future for being the one to finally break this story wide open! Contact Larry Sinclair, his Lawyer Montgomery Sibley. Obama CAN'T be our next President! I'm sure we are in agreement to that!

Thanks for taking the time in acknowledging this E-mail!

Sincerely
Ray
Illinois USA

HIS RESPONSE:
[Andymart20@aol.com](mailto:Andymart20@aol.com) Add Mobile Alert
Date: Wed, 16 Apr 2008 02:32:10 EDT
Subject: Re: obama
To: [raynowray@yahoo.com](mailto:raynowray@yahoo.com)
I can't do everything, and I have more on my plate than I can handle. I am skeptical about Mr. Sinclair. I need more evidence.

Andy Martin
————————————————
A little side info and links to where you can see Andy Martins Anti-

obama views

Chicago-based Internet journalist, broadcaster and critic Andy Martin is the Executive Editor and publisher of ContrarianCommentary.com. © Copyright by Andy Martin 2007. Martin has forty years of experience covering national and world politics. Columns also posted at politicalgateway.com. Andy holds a Juris Doctor degree (1969) from the University of Illinois College of Law. Comments? E-mail: AndyMart20@aol.com. Media contact: (866) 706-2639.

Larry, He states he "NEEDS MORE EVIDENCE", perhaps you or Mr. Sibley can contact him (?), & see what happens.

Peace out brother!

### Ray
#### Wednesday, April 16, 2008

---

I read this to say Google (YouTube) will furnish 'documents' (messages that these trolls posted on the YouTube site) only. It explicitly says they object to anything further then that, ie: account or other information, confidential, financial, etc.

I don't understand how this is helping you, since you have copies of the 'documents' in your possession already, along with the IP numbers.

I'm just a social worker, so would someone with a legal mind explain this to me please. If I am reading this correctly you are first going to have to fight Google for account or other information, which under their terms is confidential, before you can legally identify who the trolls are. Or fight the ISP for the name, etc. of the

trolls whose IP numbers you have.

Hell, Obama will have completed his first year of his Presidency before you get these trolls in court.

### Tom
Wednesday, April 16, 2008

---

Hello Larry
If I may make a suggestion.. People who ae concerned regarding these allegations should start calling the DNC in DC request to speak with Howard Dean, call your Dem. Senator's office or your Representative-express your concerns regarding this issue..Good Luck

### Steve
Wednesday, April 16, 2008

---

Link to Pauls pic and his band of bold balding blogging buddies - more pics coming up. Say cheese "boys"..

http://www.myspace.com/hbeeradio
http://viewmorepics.myspace.com/index.cfm?fuseaction=viewImage&friendID=80495270&albumID=0&imageID=1117591

### Moose is on the loose
Wednesday, April 16, 2008

---

See this page for clarification on which is actually paul

http://viewmorepics.myspace.com/index.cfm?
fuseaction=viewImage&friendID=80495270&albumID=0&imageID=1117586

### Moose is on the loose

Wednesday, April 16, 2008

Larry where are you? Hope you are doing OK! I hope obamarats haven't knocked you off!!!

### **Muniz4Hillary**

Wednesday, April 16, 2008

Bon,

GREAT IDEA!

### a scientist

Wednesday, April 16, 2008

Bon & Larry,

I think your summary is clear and useful. However, we should have an even shorter summary with just a few key events. For the press, we might leave out the Donald Young story , at least initially, because this complicates the story line.

Larry - what you think about taking another polygraph with the guy you originally wanted to, or with another outfit that is well-known? This would make the story simpler for the media, and we wouldn't

have to explain the complicated whitehouse.com stuff.

Also, Larry, I emailed you at your address posted a while ago. If you're not using this address could you email me an address? This was regarding 'doing battle' on another website.

**ADDED BY LARRY:** *I am not sure what you are talking about, I have not put anything together as I am going through Mr. Sibley, so this summary you are speaking of is confusing me.*

### a scientist
#### Wednesday, April 16, 2008

a scientist,
thanks....but of course it's Larry's call!

**ADDED BY LARRY:** *PLEASE SEE COMMENT TO vICTOR, THATS ALL GOOD BUT PUTTING IT IN THE COMMENTS WILL NOT WORK AS PUTTING IT IN faq*

### Bon
#### Wednesday, April 16, 2008

Bon

I agree. You may remember I suggested this about three weeks ago. If Larry wants to do it I offer my help as a writer. But I have a number of other writing projects on the go and would be very happy if someone else did it or if someone wanted to collaborate.

The blog is already becoming difficult to follow. Regular readers who know the story don't mind arriving at the latest post and comments when they click on a link to the blog. But even regular readers might find it difficult to go back and find specific pieces of information.

Newcomers and serious enquirers such as the press simply will not comb through it all to piece it together.

Perhaps someone else can offer to help Larry if he decides he wants to re-organise It seems that the first thing to do is decide what you want to make prominent and then design around that.

I understand that Larry's main purpose is to get it into the MSM. So that should guide the design.

I'm sure others will have good ideas. I think the following stickies might be good, or something similar :

1. Chronology or The Story So Far or Diary of Events. (This would be what Bon, suggested - dates with brief description of the event).

2. Federal Court Actions (This could copy some of the legal events from the Chronology and add a bit more detail). It could briefly summarise and link to the PDF for documents, or the cut-and-paste if there was no PDF. Under this section there could also be a sub-section about the legal fund - its sructure, the assurances given, the address of the attorney etc and the weekly or monthly income and expenditure, as well as links to PayPal and so on).

3. Polygraph Results

I think this should be dealt with in detail because it obviously interests the press and others.

4. Press kit

This would show the press that you wanted to cooperate. It would prove all the basic contact information for Larry and his lawyer. I suggested it would also contain something like press release I wrote the other day. It could be amended and updated regularly. It would help the press to grasp the story quickly and also suggest to them what was newsworthy about it.

Still under the Pres Kit, there could be a diary of what the media had said so far. There could be a few links to the important Your Tube videas and radio links.

This section could also contain "Forthcoming Media Events - Interviews, Press Conferences etc"

**ADDED BY LARRY:** *Bon, Sci and Victor, that is fine, I have told you but you guy have to put it in a file and email it to me to move over into the blog in the appropriate settings. Right now I am trying to find out as much as I can about the Public Citizens Litigation Group*

**Victor**

Wednesday, April 16, 2008

a scientist

Are you referring to the stock statement or press release I posted the other day? I did that in resposne to request. Someone said that it was laborious to have to compose fresh explanations whenever they sent letters to the media.

I suggested people might want to use part or all of it or amend it to suit their purpose and they might want to check with Larry.

I also suggested thatIi could write a much shorter one if people wished.

But it is not Larry's summary.

I referred to it again in my previous post to this one.

**ADDED BY LARRY***Can you email it to me, but not in DOC form, if you have microsoft works it will work better*


**Victor**
Wednesday, April 16, 2008

--------------------------------------------------

Hi Larry -
The "Summary" was the one posted above by Bon. My point to Bon and to you is that I agree with the comment that your story has so many twists and turns it might be confusing for msm editors skimming through trying to make decisions. If we had a summary with 3-4 key bullets, this might be useful (although Bon's bullets are very clear indeed, there are just so many of them).

Thinking about this I came to the idea that if you took another polygraph, it would make your story simpler because then we wouldn't have to explain all the twists and turns with whitehouse.com.

Finally, on an unrelated point, I emailed you (possibly to the wrong address) about getting your story on an important website, and didn't hear back. For this website, we would have to have a few

people coordinate carefully and discretely. Since I didn't hear back ,
I was wondering if you could email me so I can send you my email.

### a scientist
#### Wednesday, April 16, 2008

---

Bon and Larry (and Victor),
I'm happy to put this in a word document. I
also have not much time to work on this, but it sounds if we
sum our bits and pieces of time together, we can get something
done together.

### a scientist
#### Wednesday, April 16, 2008

---

Larry/Scientist

First, it seems scientist was not referring to my "press release" but
to Bon's draft summary. I have referred to both of them in my
previous post about some possible reorganizations.

Bon did not intend his chronolgy to be used as a brief summary - he
intended it as a diary of events that would be added to as events
unfolded. So I suggested that it be a stickie under "Chronology" or
something similar. See my above post on the subject.

My "stock statement" was to help blog people communicate with
the media and serve as a brief summary of the newsworthy points.
It would go under the stickie Press Kit if my suggestions were
acceptable But the press would also be referrred to the Chronolgy.
To use scientist's suggestion the Pres Kit could have a very brief

chronology, too.

Larry

You asked to see the statement I was referring to. It was posted on the blog and I reproduce it here:

STOCK STATEMENT (NOW WITH LINKS) TO BE USED IN WHOLE OR PART AND MODIFIED AS THE USER SEES FIT - WILL BE UPDATED REGULARLY
_____

Larry Sinclair alleges that on 6th and 7th November 1999 in Chicago, Illinois he met Barack Obama for a social evening which included drinks in a lounge, followed by a drive around town in his hired limousine during which Obama supplied cocaine, smoked crack through his own glass pipe while accepting fellatio from Sinclair.

The next day Obama took the initiative to visit Sinclair's Comfort Inn hotel room in Gurney, Illinois for a "quickie" version of the previous night's activities. Both men were 38 years of age. Larry Sinclair was on parole visiting for a few days from Colorado. Barack Obama was a member of the Illinois Senate.

These scenes are reminiscent of the Oprah Winfrey's show in which she featured J.L. King's book "Men On the Down Low: A Journey into the Lives of Straight Black Men Who Sleep with Men"

The story has produced some newsworthy reactions most of which can be described as a cover-up:

1. A virtual internet and media lynch mob composed mainly of Obama supporters is bent on discrediting Sinclair with allegations

about his homosexuality, his convictions for check fraud in the 1980's and his mental and emotional stability. Part of their dirty tricks is to circulate to the media a forged facsimile of a page for the Washington Post which includes numerous lies about Sinclair and to declare that he was in a mental hospital at the time he said he was with Obama, and to attack his family and neighbors.

A noteworthy participant in the campaign of vilification is Andres W. Lopez an attorney for the Obama campaign in Puerto Rico who is a member of the campaign's National Finance Committee. He appeared on Puerto Rico's most popular TV magazine show WAPA TV's "SuperXclusivo" on April 10th 2008 to denounce Sinclair as a major headache and distraction for the Obama campaign and implied that he was mentally ill and working for the Hilary Clinton campaign.

Sinclair has hit back against some of the critics with law suits for defamation in the DC district court filed by his attorney Montgomery Sibley most recently noteworthy for his defence of the "DC Madam".

On 1st April, 2008 US District Court Judge Henry Kennedy granted a motion for discovery in the matter. The aim of the Sinclair-Sibley legal strategy is eventually to discover Barack Obama on oath.

2. Larry Sinclair took a polygraph test in February confident that he would pass and he challenged Obama to do the same. The test was arranged by Whitehouse.com an internet site best known for pornography and anti-Clinton political satire.

The raw computer readings showed that Larry Sinclair passed the test with flying colours. But two testers hired by Whitehouse.com re-interpreted the readings to claim that they showed deception. One of the testers was Edward I. Gelb who has been exposed by

specialists in the field for claiming a phony Ph.D.

Whitehouse.com refused to publish the full results or the video of the test and in many other respects breached good faith undertakings they gave Sinclair to induce him to participate. He claims that he and his attorney are in possession of information that the Obama campaign bribed Whitehouse.com to distort the test and spin the presentation of the results.

Whitehouse.com has not denied these allegations but has abruptly gone silent on the matter.

3. Many in the mainstream media are aware of Larry Sinclair's allegations about Barack Obama and rumours in Chicago restaurant and club land since at least 2001 that Barack Obama has been doing the Down Low with gay men. Some newspaper have interviewed Larry Sinclair and visited his home in Minnesota. He has provided them with his criminal record, his health and financial records and his family history.

At least one major Chicago newspaper has indicated that it will not proceed yet because it does not want to be accused of racism or of causing problems for the first viable black candidate. Other newspapers have asked for more proof such as access to the limousine driver who witnessed the events of November 6th, 1999.

Larry Sinclair has said the driver will testify in legal proceedings. But in the meantime he wants to protect him from interference from Obama campaign, from the kind of death threats to which Sinclair has been subjected and from the kind of harrssment that Obama supporters have visited on Sinclair's elderly mother, his siblings and neighbors. However, Larry Sinclair is willing to provide assurances about his evidence to the media through his lawyer.

4. When Larry Sinclair first reported his allegations to the Obama campaign in September 2007 he wanted Obama to correct his claim that he had stopped taking drugs in his teens and had never taken crack. He believes crack is addictive and difficult to shake off.

Over the following months until December, 2007 he was contacted several times by Donald Young who appeared to be Obama's emissary. He was the choir master at the Trinity Church of Christ which was under the direction of Pastor Jeremiah Wright and where Barack Obama is a member of the congregation. Donald Young informed Larry Sinclair that he, too, had a sex and drugs relationship with Barack Obama similar to his.

At first he suggested that Obama was seeking the assistance of Jeremiah Wright in making a statement acknowledging his use of crack cocaine as recently as 1999. But he had second thoughts in early December 2007. Donald Young was murdered in his appartment at Christmas 2007.

Larry Sinclair notified the Chicago police of his contacts with him but received no acknowledgment. Subsequently he has submitted a sworn affidavit which has so far not been acknowledged by the Chicago Police.

Larry' Sinclair's original video on YouTube has received more than 800,000 hits and his blog is in the top ten percentile on WordPress. Links to all his radio interviews can be found at his blog together will all contact details for the media.

_____

Larry Sinclair's blog with links to all his YouTube videos and radio interviews:

http://larrysinclair0926.wordpress.com/

Oprah Winfrey show on Black Men and "Down Low"
http://72.14.205.104/search?q=cache:cOSFXtGI0×4J:www.oprah.
com/tows/pastshows/200404/tows_past_20040416_c.jhtml
+oprah+down+low&hl=en&ct=clnk&cd=2

NY Times - Black professional men doing Down Low are closet gays.
http://query.nytimes.com/gst/fullpage.html?
sec=health&res=9F0CE0D61E3FF930A3575BC0A9659C8B63

Specialist critique of the Larry Sinclair polygraph test and phoney
Ph.D of one of the testers:
http://72.14.205.104/search?q=cache:8inoC94vrbsJ:antipolygraph.
org/articles/article-036.shtml+ed+gelb+phony
+phd&hl=en&ct=clnk&cd=1

Victor

**Victor**
Wednesday, April 16, 2008

a scientist, Larry and Victor,
I appreciate the interest and responses regarding coming up with
something easier to sift through. I didn't know if anyone else here
felt the same…so it's good to hear your responses.

I believe that I got a good start on the "story" already with what I
posted.

I'm up for continuing to come up with something, but if we do, then
Larry will have to make time to "install" it with the links etc.

I'll keep checking back for other thoughts about this "project" if you all are willing....or anyone else here.

**Bon**
Wednesday, April 16, 2008

Victor,

"sticky" meaning???...is that what is on the top of this blog?

***What are you talking about Bon?***

**Bon**
Wednesday, April 16, 2008

ok,
so we need
A. a FAQ
B. "Press release" type document
C. Chronological bullets
Also, we could have
D. Talking points
E. Specific question for Obama

Can people chime in as to the order of importance
on prioritizing which document gets finished first?

I assume everyone has microsoft word? If not we could just send
marked up pdfs back and forth.

**a scientist**
Wednesday, April 16, 2008

Larry,,I was questioning Victor as to what a "stickie" was as he noted in his post ...here is an excerpt:
Bon did not intend his chronolgy to be used as a brief summary - he intended it as a diary of events that would be added to as events unfolded. So I suggested that it be a stickie under "Chronology" or something similar. See my above post on the subject.

**A page with that title, I think?**

**Bon**
Wednesday, April 16, 2008

I totally disagree with another polygraph. What would it prove or disprove? As I see it they can be fixed to make you fail or you can beat them.

**Kathy**
Wednesday, April 16, 2008

Kathy, imho, I think a second polygraph would help with all the anti-sinclair people. Many of the gripes I read say, he's crazy and he failed the polygraph. For example, the superXclusivo, said he failed the polygraph, so he is lying and there is no story.

**ADDED BY LARRY:***I respectfullu disagree with you, I am not in this to apease the "anti-Sinclair" people. And the web defendants are making themselves easier and easier*

*everyday.*

### a scientist
Wednesday, April 16, 2008

---

scientist—I SAW YOUR REQUEST WHILE READING THE BLOGS YESTERDAY AND LATER WHEN I WENT BACK TO ANSWER, I COULDN'T FIND IT. I'M IN. I'LL E-MAIL LARRY AND YA'LL CAN LET ME KNOW. NURSE

### NURSERATCHET
Wednesday, April 16, 2008

---

The phrase "stickie" is used a lot in the UK.

It simply means a permanent feature on the blog that shows up on the front page or whatever page opens when the url is clicked.

It means a feature that sticks.

But let's call it a tab.

A tab is usually placed across the top. (But it could be in one of the side columns). Its good to give each tab a short title so that you can fit in as many as possible. (You may notice how Larry's tabs have long titles and as a result he has run out of space - they are crowding each other out. Some of his tabs cannot be seen unless the cursor is passed over them). One way of stopping the crowding is to give them one-word titles and the other is organise them better. All tabs about the legal funds and court cases under one tab, for example. Larry has two, so far, and still does not have a tab that

would take people to the federal court documents.

You decide what tabs to use depending on what you want your blog to do. I think Larry is using the blog primarily to get the story into the MSM (there are some subsidiary functions, as well, but that is his priority).

I have suggested these tabs instead of the tabs that are there now.

1. Chronology or Diary of Events

2. Legals
- info on lawyer, legal fund
- federal court documents
- report on progress

3. Polygraph

4. Press Kit
- contact details for LS and MS
- updated summary
- bullet summary of key chronology
- links to media treatments
- other key links to original LS statements UTube and radio
- upcoming interviews and press conferences

5. Threats to Larry Sinclair
- cut and paste from internet
- other

6 FAQ.

**Victor**

**Thursday, April 17, 2008**

I will be posting a followup to the CNN AC360 blog controversy.

**citizenwells**
Thursday, April 17, 2008

KEEP FIGHTING LARRY
We believe you..

**Joanie**
Thursday, April 17, 2008

Victor, Just found the "sticky" post. I agree that the set up on the tabs could be more organized, but Larry has been a busy boy lately! He now needs a secretary.

**Bon**
Thursday, April 17, 2008

**Where's The Comment Form?**

- **Recent Comments**


Bon on **Chicago PD Meet to be Schedule...**



louis on [Chicago PD Meet to be Schedule...](Chicago PD Meet to be Schedule...)

Christina on [Chicago PD Meet to be Schedule...](Chicago PD Meet to be Schedule...)

Nika on [Chicago PD Meet to be Schedule...](Chicago PD Meet to be Schedule...)



[larrysinclair0926](larrysinclair0926) on [Chicago PD Meet to be Schedule...](Chicago PD Meet to be Schedule...)

- ## Blogroll

  - [ADVANCE INDIANA](ADVANCE INDIANA)

  - [ANDY MARTIN REPORTS](ANDY MARTIN REPORTS)

  - [Bigheaddc](Bigheaddc)

  - [Cao's Blog](Cao's Blog)

  - [Citizenwells](Citizenwells)

  - [Cristyli](Cristyli)

  - [Danisoutthere blog](Danisoutthere blog)

  - [For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change](For Truth about Barack and Michelle Obama's deals, payments and there contradictions to his call for Change)

  - [Free Republic](Free Republic)

  - [Moonbattery.com](Moonbattery.com)

- SavagePolitics.com

- The Speech That Revealed So Much

- The Tide Awakes

- WE SAW THAT

- WordPress.com

- WordPress.org

- WWW.Rense.com (The First news organization to report on this story)

- FLYERS (Download for Printing & Distribution)

- Bad/Mad Magazine Flyer

- Hand-Held Placard

- HOPE YOU'VE CHANGED FLYER

- Limo Flyer B/W

- Limo Flyer Color

- LS Flyer

- Obama Come Clean about Larry Sinclair

- Links

- [Barack Obama's Past Isn't so Clean](#)

- [Globe & Enquirer](#)

- [LOOK AT BofA ADDRESS ON ME IN JAN 2007](#)

- [MSM SEARCHES](#)

- [Obama's account of his NY years often differs.......](#)

- [Some Truly great photography and original videos by a Friends Son &](#)

- [Why won't Obama release his IL records](#)

- [ZAZZLE PRODUCTS](#)

- ## PAY PAL LEGAL FUND

  - [LARRY'S LEGAL FUND PAY PAL LINK](#)

- ## Radio Interviews

  - [Bill Cunningham](#)

  - [Caos Blog Interview](#)

  - [Caosblog.com Blogtalk Radio Interview with Larry 3-15-08](#)

  - [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  - [Jeff Rense Interview 1-23-08](#)

  - [JEFF RENSE INTERVIEW 3-10-08](#)

- ○ [Jeff Rense Interview 4-3-08](#)

- ○ [Jeff Rense Inteview 2-26-08](#)

- ○ [KTLK in the Morning, Chris Baker](#)

- ○ [The Jim Sumpter Show](#)

- ○ [The Right Perspective](#)

- ## Youtube Videos

  - ○ [Barack](#)

  - ○ [Enrigue y Joe Miami Morning Radio Interview 4-14-8](#)

  - ○ [King Maker (Axelrods Obama) YT Video](#)

  - ○ [Larry Sinclair's Fighting on Youtube video](#)

  - ○ [Larry's Original Youtube Video](#)

  - ○ [Larry's Response Youtube video Pt 1](#)

  - ○ [Larry's response Youtube video Pt 2](#)

  - ○ [Larry's response Youtube video Pt 3](#)

  - ○ [Obama Campaign responds to Larry thru Attorney Andres W Lopez](#)

  - ○ [SuperXclusivo 4-09-08 Interview Pt 1](#)

- SuperXclusivo 4-9-08 Interview Pt 2

- The Kinda Change Obama Brings Video (A MUST WATCH)

---

- ## Pages

  - About

  - Answers to FAQ's

  - FULL PAYMENT DISCLOSURE

  - HOTEL RECORDS DIRECT

  - LEGAL FUND BALANCE UPDATE

  - LEGAL FUND CONTRIBUTION INFO

  - UPCOMING INTERVIEWS

  - YT EMAILS

  - YT USERS KEEP UP THE THREATS

---

- ## Blog Stats

  - 360,812 hits

---

-
    April 2008

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|

« Mar

|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

---

- ## Recent Posts

  - Chicago PD Meet to be Scheduled; More High Price Lawyers ; Digg.com Served

  - Chicago PD Request: Is Obama & Rev. Wright Having Trouble Sleeping?

  - Chicago Police Acknowledge Young Affidavit.

  - Obama Claims Blackmail, But Never Reports It To Authorities. Why?

  - Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath

---

- ## Top Posts

  - Chicago PD Meet to be Scheduled; More High Price Lawyers ; Digg.com Served

  - Chicago PD Request: Is Obama & Rev. Wright Having Trouble Sleeping?

  - Donald Young, the gay choirmaster at Obama's church, telephoned me not long before he was murdered. How did he know who I was and how to contact me before I went public with my allegations about Obama?

  - Answers to FAQ's

- Chicago Police Acknowledge Young Affidavit.

- Obama Claims Blackmail, But Never Reports It To Authorities. Why?

- Obama's Colonoscopy: Get in the fetal position, relax and take a deep breath

- HOTEL RECORDS DIRECT

- About

- CURRENT PLANS

- **Archives**

  - April 2008

  - March 2008

  - February 2008

-

- **Reason for Moderating of Comments**

Comments are welcomed on any post on this blog. I have moderated comments not to censor detractors, but to avoid the vulgar, vile, and personal attacks that have been constant from sites that are open. Anyone may disagree and say so, but there is no Freedom of Speech right to use of vile, vulgar, and distorted comments for the sake of covering for a candidate. Contrary to others claims, I am a private citizen, am not a public figure and am not subject to the violation of privacy that so many have engaged in. The posting of information that is not public record is a violation of law and will be pursued. If your comments are clean and respectful they get posted.

- ### Spam Blocked



**396**
spam comments

**Liked it here?**

**Why not try sites on the blogroll...**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        No. 1:08-cv-00434-HHK
                                      )
TubeSockTedD, mzmolly and OWNINGLIARS, )
                                      )
            Defendants.               )

**AFFIDAVIT OF PAUL ALAN LEVY**

1. My name is Paul Alan Levy. I am lead counsel for mzmolly and DemocraticUnderground.

com. This affidavit is made in support of the accompanying opposition to plaintiff's motion to

compel.

2. I received a communication advising me that an anonymous blogger and a web site host

where a blogger has posted were looking for representation in an effort to preserve her anonymity

in this case, including her email address. I note that it is my general practice to use the female gender

when referring to anonymous clients. My use of the female gender in this affidavit, and in our other

motion papers, does not indicate mzmolly's actual gender.

3. I have litigated many cases involving the rights of anonymous Internet speakers over the

past eight years, representing bloggers, web site hosts or other Internet Service Providers whose

facilities have been used to make anonymous posts. When I am considering representation of a Doe

Internet speaker, I attempt to take only those cases where, in my opinion, the general standard that

we advocate for deciding whether to order identification will be helpful to the individual client.  I

contacted the blogger, mzmolly, to discuss whether this would be a good case for us to provide

representation.

4. Mzmolly wanted our representation, and also wanted advice about the legal ramifications of her situation. I proceeded to discuss the case with her and evaluate whether we could help her by making arguments consistent with the arguments that we are on record making in other cases. I tentatively concluded that we could, and that representation was possible from our perspective.

5. In representing an anonymous individual trying to avoid identification, I consider it important to satisfy myself that the individual with whom I am speaking, and whom I am agreeing to represent, is in fact the person whose speech on the Internet, using the pseudonym identified by the plaintiff, is the subject of the action. Accordingly, for the purpose of making a final decision about whether to provide representation, I required her to provide me with her name and address -- the very information that my representation was intended to protect from disclosure. It was never contemplated that I would provide representation for mzmolly beyond the question of whether a court should order her identification, and in fact my retainer agreement thus limits the scope of our representation.

6. Mzmolly gave me her name and address. At the same time that I was discussing the possibility of representation with mzmolly, I was also discussing representation of DemocraticUnderground.com. I compared the name and address I received from mzmolly with information that DemocraticUnderground.com has about mzmolly, and that helped confirm that I was offering to represent the right person. In addition, I examined the communication from DemocraticUnderground.com to mzmolly, giving her notice of the subpoena, which also helped me confirm that the person with whom I signed a retainer is the defendant in this case, mzmolly.

7. Mzmolly provided me with her name and address so that I would know what I was protecting, and also because without my getting that information I could not represent her. She gave

me the information in the belief that she was providing confidential information, protected by the attorney-client privilege, which she was giving me for the purpose of securing my legal advice about the best way to protect her right to remain anonymous, as well as securing my representation for that purpose.

8. After I agreed to represent mzmolly and DemocraticUnderground.com, I sent a Rule 45 objection dated April 16 to plaintiff's counsel Montgomery Blair Sibley. A copy of that letter is attached as Exhibit A.

9. I received a response from Mr. Sibley dated April 17, attached as Exhibit B. I responded to Mr. Sibley's April 17 letter later that day by the letter that is attached as Exhibit C.

10. After I sent Mr. Sibley Exhibit C, he never contacted me to attempt to discuss the substantive issues raised by my objections, as I had invited him to do. Instead, he filed his motion to compel, representing that he had attempted in good faith to confer about his motion.

11. In the course of investigating this case, I received the document redacted and attached as Exhibit D, which appears to be a response to a request for information about the prison record of Larry Sinclair.

12. In the course of investigating this case, I received the document attached as Exhibit E, which appears to be a private exchange between Larry Sinclair and a person.

13. In the course of investigating this case, I received the documents attached as Exhibit F, which appear to be copies of stories published in the *Globe.*

14. In the course of investigating this case I received a copy of a motion to dismiss a warrant issued in Colorado, along with an affidavit of Larry Sinclair, both dated August 3, 2004, attesting, among other things, that Sinclair was then "terminally ill." A copy of these documents is attached

as Exhibit G.

15.  I attach as Exhibit H a Report and Recommendation that I downloaded from the PACER

site of the United States District Court for the District of Minnesota in the case of *Sinclair v. Obama*,

Civ. No. 08-360 (JMR/RLE).

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct.  Executed on April 29, 2008.

_____

Paul Alan Levy

EXHIBIT A

PUBLIC CITIZEN LITIGATION GROUP

1600 20TH STREET, N.W.

WASHINGTON, D.C. 20009-1001

—

(202) 588-1000

**BY TELECOPIER: (202) 478-0371**

April 16, 2008

Montgomery Blair Sibley, Esquire
Suite 300
1629 K Street, NW
Washington, D.C. 20006

Dear Mr. Sibley:

On behalf of Democraticunderground.com and the Doe defendant "mzmolly," and pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, I write to explain why we object to your subpoena seeking documents that would identify defendant mzmolly for the purpose of suing her for criticizing Larry Sinclair.[1]  Sinclair, by his efforts to publicize certain sensational allegations about presidential candidate Barack Obama, such as on his various blogs and through a story that he gave to a tabloid magazine, the *Globe*, has unquestionably made himself a voluntary public figure, and criticism of his allegations are directed to an issue of public concern.  However, you have established no reason to believe that your client can overcome the First Amendment right to speak anonymously under the well-established test drawn from cases such as *Krinsky v. Doe 6*, 159 Cal. App.4th 1154, 72 Cal.Rptr.3d 231 (Cal. App. 6 Dist. 2008), *In re Does 1-10*, 242 S.W.3d 805 (Tex. App.-Texarkana 2007); *Mobilisa v. Doe,* 170 P.3d 712 (Ariz. App. Div. 1 2007); *Doe v. Cahill,* 884 A.2d 451 (Del. 2005); *Dendrite v. Doe*, 342 N.J. Super. 134, 775 A.2d 756 (N.J. App. 2001); *McMann v. Doe*, 460 F. Supp.2d 259 (D. Mass. 2006*); Highfields Capital Mgmt. v. Doe*, 385 F.Supp.2d 969 (N.D. Cal. 2005);  *Sony Music Entertainment v. Does 1-40*, 326 F. Supp.2d 556 (S.D.N.Y. 2004); *In re 2TheMart.com, Inc. Securities Litigation*, 140 F. Supp.2d 1088 *(*W.D. Wash. 2001); *Columbia Insurance Company v. Seescandy.com*, 185 F.R.D. 573, 578 (N.D. Cal. 1999)*; Greenbaum v. Google, Inc.*, 845 N.Y.S.2d 695 (N.Y. Sup. 2007); and *Melvin v. Doe*, 49 PaD&C4th 449 (2000), *rev'd on other grounds*, 575 Pa. 264, 836 A.2d 42 (2003).

Moreover, it is apparent from the face of your complaint that the Court lacks jurisdiction in this case.  First, your complaint asserts only state law claims against three unknown defendants, who are identified as John Doe.  You say in your complaint that you expect to be able to establish through discovery that each of the three defendants each lives in a state other than Minnesota, and consequently you assert diversity jurisdiction.  However, it is your burden to affirmatively plead the

---

[1]The female gender is used generically, pursuant to our usual practice in Doe cases.  It does not connote the actual gender of mzmolly.

♻ Printed on Recycled Paper

Montgomery Blair Sibley, Esquire
April 16, 2008
page 2

citizenship of each of the defendants, in order to show the basis for complete diversity, and it is well-established, in this district as elsewhere, that a diversity claim cannot be brought against Doe defendants. *Menzies v. Doe*, 194 F.3d 174 (D.C. Cir 1999) (mem.); *Howell by Goerdt v. Tribune Entertainment Co.*, 106 F.3d 215, 218 (7th Cir. 1997); *McMann v. Doe*, 460 F.Supp.2d 259, 264 (D.Mass.2006); *Meng v. Schwartz*, 305 F. Supp.2d 49 (D.D.C. 2004).

Second, given the fact that your client lives in Minnesota, and that you do not know where the three Doe defendants live, your complaint shows no basis for believing that the district court has personal jurisdiction of the defendants. It is well-established that the mere fact that information posted for passive review on a web site can be downloaded in Washington, DC, is not a sufficient basis for suing the person who posted that information in Washington. *Gorman v. Ameritrade Holding Corp.*, 293 F.3d 506, 511-512 (D. C. Cir. 2002). Indeed, so far as I can tell, the only reason why this case has been filed in federal court here in Washington is that you yourself live here.

Moreover, your complaint is not verified, and not only have you not sufficiently pleaded the elements of a defamation claim under the common law and the First Amendment, but I have no reason to believe that you can meet the standard for overcoming the First Amendment right to speak anonymously. For example, there is no reason to believe that your client has suffered any damages, as required for a libel plaintiff under Minnesota law (which presumably applies under District of Columbia choice of law rules). *E.g., McClure v. American Family Mut. Ins. Co.*, 29 F. Supp.2d 1046, 1056, 1057 (D. Minn.1998); *Anderson v. Kammeier*, 262 N.W.2d 366, 372 (Minn. 1977). According to the story that your client gave the *Globe,* your client is a convicted felon whose past includes credit card fraud, drug-dealing and smuggling; he also apparently claims that he provided sex in return for drugs, and so it is hard to believe that anything mzmolly may have said about your client could have further injured his reputation. Nor is there any evidence that what mzmolly said about Sinclair is false, or was stated with actual malice.

In short, your client has neither pleaded any valid defamation claim, nor given any reason to believe he can present evidence showing a valid claim, and even if he did, he brought it in the wrong court. I urge you to withdraw the subpoena and dismiss the case, to avoid the need for motions practice to protect our clients' rights and compensate them for the expense of the motion practice.

Sincerely yours,

Paul Alan Levy

EXHIBIT B

# CENTER FOR FORFEITURE LAW

1629 K Street, Suite 300
Washington, D.C. 20006
www.civilforfeiture.com/sibley@civilforfeiture.com

MONTGOMERY BLAIR SIBLEY            ADMITTED TO PRACTICE:
202-508-3699                             NEW YORK
202-478-0371 (E-FAX)                   DISTRICT OF COLUMBIA

April 17, 2008

Via Fax (202-588-7795) & U.S. Mail
Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

Re:   *Lawrence Sinclair vs. TubeSockTedD, mzmolly and OWNINGLIARS*
U.S. District Court Case No.: 1:08-cv-00434-HHK

Greetings:

As an initial matter, (i) your use of the first and third person plural when referring to whom you represent, makes it clear that you represent both "Democraticunderground.com" and "mzmolly", and (ii) as an attorney has <u>no</u> authority to fail to reveal the identity or location of a client[1], I hereby request you <u>immediately</u> identify your clients and their service-of-process address to save me the trouble of securing and then serving a subpoena on Public Citizen Litigation Group to that end. As you may or may not have seen, Judge Kennedy appears to have no problem with allowing discovery towards the end of identifying the individuals who have maligned my client for the purpose of service of process. A copy of

---

[1]    "Federal courts have found that, absent special circumstances, client-identity is not protected by the attorney-client privilege. *See e.g., Clarke v. American Commerce Nat'l Bank*, 974 F.2d 127, 129-30 (9th Cir. 1992); *United States v. Leventhal*, 961 F.2d 936, 940 (11th Cir. 1992); *United States v. Goldberger & Dubin, P.C.*, 935 F.2d 501, 505 (2d Cir. 1991). These courts have found that client identity does not constitute a privileged communication because it does not reveal a 'fundamental communication in the attorney-client relationship.' *See, e.g., Clarke*, 974 F.2d at 129." *United States v. Hunton & Williams*, 52 F.Supp. 843, 856 (D.D.C. 1997). Moreover, there is <u>no</u> absolute bar against disclosure of a client's address. *See: In re Nackson*, 196, 534 A.2d 65, 70 (1987). Patently, you cannot make the claim that your clients' addresses are anything more than incidental to the attorney-client relationship, and their addresses, therefore, are not privileged. *See: In Re Stolar*, 397 F.Supp. 520, 524 (S.D.N.Y.1975).

Paul Alan Levy
Public Citizen Litigation Group
April 17, 2008
Page 2

his order is attached if you haven't already seen it.

Next, your recitation of the underlying fact in your letter borders on reckless given the degree of inaccuracy you exhibit.

Turning to discharging my duties under Rule 45(c)(2)(B), I trust you will agree that Rule 45(c)(3)(A)(i-iv) does not apply: indeed you raised no time, travel, privilege or burden objects to the subpoena in your letter. Additionally, under Rule 45(c)(3)(A)(i-iii) the objections of trade secret, expert opinion or travel are not raised by you in your letter, hence they too are inapposite to the relief you have requested. Simply stated, you – on behalf of your client Democraticunderground.com – raise no legitimate grounds to refuse to comply with the subpoena. Moreover, until your client mzmolly enters an appearance in this matter, S/he has no standing to object to the subpoena.

While admittedly you have raised an number of interesting Rule 12(b)(6) issues – which I look forward to litigating – your raising of them at this point is premature and improper. If you want to file an appearance on behalf of your clients and make that motion, I will be happy to address those issues in detail.

Accordingly, I expect notification by close of business on April 18, 2008, of your client Democraticunderground.com's intent to immediately comply with the subpoena or, pursuant to Rule 45(c)(2)(B)(i) I will, with notice to you of course, move Judge Kennedy for an order of contempt both compelling production or inspection of the requested documents and seeking attorney fees for your client's failure to obey.

I did receive you telephone message of yesterday and am of course available to speak with you by telephone or in person and may be reached at the number above. However, I think the discussion will be advanced considerably after you have considered this response.

Finally, I proffer this letter as my attempt in good faith to confer with you pursuant to LcvR 7(m) for your client Democraticunderground.com's failure to respond as subpoenaed in an effort to secure the information or material without court action, and, hence will move forward promptly after the above deadline without further notice to you.

yours,

EXHIBIT C

PUBLIC CITIZEN LITIGATION GROUP

1600 20TH STREET, N.W.

WASHINGTON, D.C. 20009-1001

———

(202) 588-1000

**BY TELECOPIER: (202) 478-0371**

April 17, 2008

Montgomery Blair Sibley, Esquire
Suite 300
1629 K Street, NW
Washington, D.C. 20006

Dear Mr. Sibley:

I have your letter of this morning. The subpoena that you threaten to serve on Public Citizen would be subject to the same objections as the previous subpoena; in addition, as the footnote to your letter acknowledges, there are exceptions to the rule that the identity of the client is not privileged. Where the purpose of the representation is to protect the First Amendment anonymity rights of the client, the effect of a rule that identity is not privileged would be to prevent anonymous speakers from retaining counsel to assert that First Amendment right. That cannot possibly be the law. Moreover, although this would be an issue of first impression, and thus might be interesting to litigate as a theoretical matter, I don't understand what useful purpose would be served by your issuing such a subpoena. When you move to compel compliance with your first subpoena (or we move to quash), Judge Kennedy will either agree with us, and hence protect anonymity, or he will agree with you, and order disclosure. The only thing you would accomplish by litigating a second subpoena would be the multiplication of litigation.

I am mystified by your suggestion that you will move for contempt if Democratic Underground does not comply with your subpoena. Under Rule 45(c)(2)B), once we object to discovery, Democratic Underground's obligation to comply with your subpoena ceases, and it need only comply if the Court so orders. In that regard, I confess I do not share your apparent confidence that the way in which Judge Kennedy ruled when you were litigating against an empty chair has any predictive power with respect to the outcome of an opposed motion.

If you have any response to the substantive issues raised in my letter of yesterday, then we should certainly talk them through. Otherwise, I guess we will have to resolve our differences through motion practice.

Sincerely yours,

Paul Alan Levy

EXHIBIT D

# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax:    (719) 226-4755
Web:  www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Date:  _____

Re:  Larye V. Avila, DOC #56336

In response to your request dated _____ _____, the following offender records are
provided:

| | | |
|---|---|---|
| _1_ Classification/Admin Segregation | ____ Parole Complaint |
| ____ Progress Assessment Summary | ____ Parole Board Mittimus/Order |
| _1_ Disciplinary Report/Query | ____ Time Computation Report |
| ____ Sentencing Document (Mittimus) | ____ Grievances |
| ____ Parole Agreement/Order/Directives | _1_ Other Offender Profile |

The following records do not fall within the purview of my office. Direct your request as follows:

_____  Clinical Records (Medical/Mental Health)

Active Inmates -

Colorado Department of Corrections
Office of Clinical Services (Attn:  Ms. Liz Mestas)
San Carlos Correctional Facility, Building 54
P.O. Box 3
Pueblo, CO 81003

Discharged Offenders, Active Parolees, Community Corrections -

Denver Reception and Diagnostic Center
Clinical Records (Attn:  Ms. Beverly Meck)
10900 Smith Road
Denver, CO 80239

Re:  Larye V. Avila, DOC #56336

_____ Rehabilitation Program Records (Sex Offender Treatment, Drug/Alcohol Abuse) -

Colorado Department of Corrections
Office of Clinical Services (Attn:  Mr. Joe Stommel)
c/o San Carlos Correctional Facility, Building 54
Pueblo, CO 81003

_____ Criminal Investigation Records -

Colorado Department of Corrections
Office of the Inspector General
2862 South Circle Drive
Colorado Springs, CO 80906

The cost for this request is calculated at $1.00 per page. Your total fee is $ ___-___ . Please send your remittance to: Department of Corrections, Attn: Thomas E. Kolle - Offender Records, 2862 South Circle Drive, Colorado Springs, CO 80906. Make check or money order payable to the Colorado Department of Corrections. Please do not send cash. Upon receipt of your remittance, the requested documents will be forwarded to you.

Thank You.

Thomas E. Kolle
Offender Records Administrator
Colorado Department of Corrections

xc:  File

Note:   The Federal Freedom of Information Act does not apply to criminal justice records maintained by the Colorado Department of Corrections. In order to receive more extensive records relative to Mr. Avila, you must obtain Mr. Avila's express written consent. Additionally, a notary public must validate Mr. Avila's identity and signature.

Upon receipt of the aforementioned consent authorization, I will process your request and provide you a billing statement. Upon receipt of payment, the documents will be mailed to you. Please note that we assess a $1.00 per copy fee.

```
= DISCIPLINARY ========= QUERY DISCIPLINARIES ========== .../¯¯`.  = Page  1
Doc No: 56336    Name: AVILA, LARYE V              HISTORY    SENT DIS

Case No Hearng Dte Facility     Crime        Sanct Actn  Dys Prob Date Fnl
------- ---------- ----------   ----------   ----- ----  --- ---- ---- ---
 950323 04/17/1996 C.S.P.       POSS.D.CON   LOST  ENFRC  30            A
                                DISLAWORDR   LOST  CNCRT  10            A
                                THREATS      LOST  CNCRT  10            A
                                VERBABUSE    LOST  CNCRT   5            A
 950324 04/17/1996 C.S.P.       THREATS      LOST  ENFRC  15            A
 940679 05/30/1995 C.S.P.       VERBABUSE    LSTPV ENFRC   5            A
 940470 03/06/1995 C.S.P.       ASSAULT      LSTPV ENFRC  30            A
 940422 01/31/1995 C.S.P.       THREATS      PUNSG ENFRC  10            A
 940345 12/21/1994 C.S.P.       THREATS      WARN  ENFRC                A
 940334 12/14/1994 C.S.P.       DISLAWORDR   LOST  ENFRC  10            A
 940297 12/01/1994 C.S.P.       DISLAWORDR   LOST  ENFRC  10            A
 940116 09/14/1994 C.S.P.       THREATS      LSTPV ENFRC  30            A
 940113 09/12/1994 C.S.P.       INT W/SRCH   PUNSG ENFRC  12            A
                                             LOST  ENFRC  15            A
 940114 09/12/1994 C.S.P.       BRT/SELGDS   PUNSG ENFRC  12            A
 940115 09/12/1994 C.S.P.       BRT/SELGDS   PUNSG ENFRC  12            A
 940033 07/26/1994 C.S.P.       DISLAWORDR   PUNSG ENFRC  10            A
 930565 06/30/1994 C.S.P.       DISLAWORDR   PUNSG ENFRC  10            A
                                             LOST  ENFRC  15            A
 930471 04/25/1994 C.S.P.       DISLAWORDR   LOST  ENFRC  20            A
 930470 04/25/1994 C.S.P.       ASSAULT      LOST  ENFRC  30            A
 930469 04/25/1994 C.S.P.       THREATS      LOST  ENFRC  20            A
 930459 04/15/1994 C.S.P.       ASSAULT      LOST  ENFRC  45            A
                                VERBABUSE    LOST  CNCRT  15            A
 930420 03/22/1994 C.S.P.       DISLAWORDR   LOST  ENFRC  20            A
 930421 03/22/1994 C.S.P.       ASSAULT      LOST  ENFRC  35            A
 930422 03/22/1994 C.S.P.       ASSAULT      LOST  ENFRC  35            A
 930423 03/22/1994 C.S.P.       ASSAULT      LOST  ENFRC  35            A
 930429 03/22/1994 C.S.P.       ASSAULT      LOST  ENFRC  35            A
 930430 03/22/1994 C.S.P.       ASSAULT      LOST  ENFRC  35            A
 930418 03/15/1994 C.S.P.       INTDMG<$50   RESTI ENFRC                A
 930383 02/17/1994 C.S.P.       VIOLOPRULE   LOST  ENFRC  15            A
 930345 02/01/1994 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
                                             LOST  ENFRC  45            A
 930346 02/01/1994 C.S.P.       ASSAULT      LOST  ENFRC  45            A
 930352 01/31/1994 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
 930353 01/31/1994 C.S.P.       ASSAULT      LOST  ENFRC  45            A
 930351 01/31/1994 C.S.P.       ASSAULT      LOST  ENFRC  30            A
 930354 01/31/1994 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
 930194 01/10/1994 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
                                             LOST  ENFRC  45            A
 930117 11/09/1993 C.S.P.       ASSAULT      LOST  ENFRC  45            A
 930111 11/04/1993 C.S.P.       DISLAWORDR   LOST  ENFRC  10            A
 930110 10/29/1993 C.S.P.       INTDMG<$50   RESTI ENFRC                A
 930090 10/12/1993 C.S.P.       THREATS      LOST  ENFRC  20            A
                                VERBABUSE    LOST  CNCRT  10            A
 930091 10/12/1993 C.S.P.       ASSAULT      LOST  ENFRC  45            A
 930080 10/08/1993 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
 930075 10/08/1993 C.S.P.       DISLAWORDR   PUNSG ENFRC  15            A
 930078 10/08/1993 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
 930070 10/08/1993 C.S.P.       THREATS      PUNSG ENFRC  20            A
 930074 10/08/1993 C.S.P.       ASSAULT      PUNSG ENFRC  30            A
 930073 10/08/1993 C.S.P.       ASSAULT      LOST  ENFRC  45            A
 930072 10/07/1993 C.S.P.       ASSAULT      PUNSG ENFRC  25            A
 930079 10/07/1993 C.S.P.       ASSAULT      PUNSG ENFRC  25            A
```

| Case No | Hearng Dte | Facility | Crime | Sanct | Actn | Dys | Prob | Date | Fnl |
|---------|-----------|----------|-------|-------|------|-----|------|------|-----|
| 930077 | 10/07/1993 | C.S.P. | DISLAWORDR | PUNSG | ENFRC | 15 | | | A |
| 930076 | 10/07/1993 | C.S.P. | ASSAULT | PUNSG | ENFRC | 25 | | | A |
| 930059 | 10/05/1993 | C.S.P. | SAN.VIOLTN | PUNSG | ENFRC | 4 | | | A |
| 930033 | 09/29/1993 | C.S.P. | DISLAWORDR | PUNSG | ENFRC | 12 | | | A |
| | | | | LOST | ENFRC | 15 | | | A |
| 930026 | 09/16/1993 | C.S.P. | TMP W/LOCK | PUNSG | ENFRC | 15 | | | A |
| 930032 | 09/16/1993 | C.S.P. | DISLAWORDR | PUNSG | ENFRC | 15 | | | A |
| 930028 | 09/16/1993 | C.S.P. | THREATS | PUNSG | ENFRC | 15 | | | A |
| 930025 | 09/16/1993 | C.S.P. | DISLAWORDR | PUNSG | ENFRC | 10 | | | A |
| 930027 | 09/16/1993 | C.S.P. | DISLAWORDR | PUNSG | ENFRC | 12 | | | A |
| 940019 | 07/22/1993 | CENTENNIAL | DISLAWORDR | LSTPV | ENFRC | 10 | | | A |
| 94-001 | 07/22/1993 | CENTENNIAL | ASSAULT | LSTPV | ENFRC | 30 | | | A |
| 930262 | 07/09/1993 | CENTENNIAL | THREATS | LSTPV | ENFRC | 10 | | | A |
| | | | DISLAWORDR | LSTPV | ENFRC | 10 | | | A |
| | | | VERBABUSE | LSTPV | ENFRC | 10 | | | A |
| 932068 | 04/22/1993 | BUENAVISTA | ADVFACDSPT | LOST | ENFRC | 30 | | | A |
| 932065 | 04/21/1993 | BUENAVISTA | ASSAULT | LOST | ENFRC | 45 | | | A |
| | | | THREATS | PUNSG | ENFRC | 30 | | | A |
| 932040 | 04/19/1993 | BUENAVISTA | DISLAWORDR | LOST | ENFRC | 20 | | | A |
| 932024 | 04/15/1993 | BUENAVISTA | DISLAWORDR | PUNSG | ENFRC | 15 | | | A |
| 931985 | 04/07/1993 | BUENAVISTA | DISLAWORDR | PUNSG | ENFRC | 15 | | | A |
| 931983 | 04/07/1993 | BUENAVISTA | DISLAWORDR | PUNSG | ENFRC | 15 | | | A |
| 930200 | 03/26/1993 | DELTA | DISLAWORDR | LOST | ENFRC | 15 | | | A |
| 930201 | 03/26/1993 | DELTA | VIOLOPRULE | LOST | ENFRC | 5 | | | A |
| 930202 | 03/26/1993 | DELTA | REF TO WRK | LOST | ENFRC | 10 | | | A |
| 930203 | 03/26/1993 | DELTA | REF TO WRK | PUNSG | ENFRC | 15 | | | A |
| | | | | LOST | ENFRC | 10 | | | A |
| 930204 | 03/26/1993 | DELTA | THREATS | PUNSG | ENFRC | 20 | | | A |
| | | | | LOST | ENFRC | 30 | | | A |
| 930089 | 07/30/1992 | LIMON CF | VERBABUSE | WARN | | | | | M |
| 910325 | 10/09/1991 | SHDW MNTN | SEX.MISCDT | LSTPV | ENFRC | 13 | | | |
| 910124 | 04/23/1991 | SHDW MNTN | ADVFACDSPT | LOST | ENFRC | 15 | | | |
| | | | VERBABUSE | LOST | ENFRC | 0 | | | |
| 910122 | 04/17/1991 | SHDW MNTN | DISLAWORDR | LOST | ENFRC | 0 | | | |
| | | | VERBABUSE | LOST | ENFRC | 0 | | | |
| 910014 | 01/16/1991 | SHDW MNTN | UNAUTHPOSS | LOST | ENFRC | 0 | | | |
| 900437 | 06/12/1990 | ARK VALLEY | ASSAULT | LOST | ENFRC | 45 | | | |
| | | | DISLAWORDR | LOST | ENFRC | 20 | | | |
| 900396 | 05/29/1990 | ARK VALLEY | DEALDDRUGS | LOST | ENFRC | 45 | | | |
| 900277 | 04/02/1990 | ARK VALLEY | VIOLOPRULE | LOST | ENFRC | 5 | | | |
| 890343 | 09/15/1989 | SHDW MNTN | POSSDNGDGS | LOST | ENFRC | 15 | | | |
| 890312 | 08/14/1989 | SHDW MNTN | DISLAWORDR | LOST | ENFRC | 7 | | | |
| | | | VERBABUSE | LOST | ENFRC | 0 | | | |
| 880528 | 10/18/1988 | CENTENNIAL | DISLAWORDR | LOST | ENFRC | 0 | | | |
| 880419 | 06/22/1988 | SHOW MNTN | DISLAWORDR | LOST | ENFRC | 0 | | | |
| | | | VERBABUSE | LOST | ENFRC | 0 | | | |
| UK6066 | 02/22/1988 | SHDW MNTN | VERBABUSE | LOST | ENFRC | 0 | | | |
| UK6065 | 02/22/1988 | SHDW MNTN | VERBABUSE | LOST | ENFRC | 0 | | | |
| 88-266 | 01/28/1988 | FREMONT | THFT > $50 | LOST | ENFRC | 30 | | | |
| 88-100 | 10/19/1987 | FREMONT | THREATS | LOST | ENFRC | 0 | | | |
| 88-089 | 10/14/1987 | FREMONT | UNAUTHPOSS | LOST | ENFRC | 18 | | | |
| | | | | LSTPV | ENFRC | 12 | | | |
| 890-I | 06/04/1987 | BUENAVISTA | ASSAULT | PUNSG | ENFRC | 30 | | | |
| | | | | LOST | ENFRC | 45 | | | |
| UK6071 | 06/02/1987 | | THREATS | LOST | ENFRC | 0 | | | |

| Case No | Hearng Dte | Facility | Crime | Sanct | Actn | Dys | Prob | Date | Fnl |
|---------|-----------|----------|-------|-------|------|-----|------|------|-----|

```
861-II 05/26/1987 BUENAVISTA   THREATS      PUNSG ENFRC  20
                                            LOST  ENFRC  30
UK6073 05/19/1987              DISLAWORDR   LOST  ENFRC   0
UK6074 05/14/1987              DISLAWORDR   LOST  ENFRC   0
```

```
-- INMATE CLASS ======= QUERY CLASSIFICATIONS ======= :      . -u< - Page  1
Doc No: 56336   Name: AVILA, LARYE V            HISTORY   SENT DIS

    Typ Prt A Total Scored Level    Date       Mgr Ovr Ath Final Level
    --- ----- ----- ------------    ----------  --- --- --- ----------------
    R    12   26 MEDIUM             11/12/1997 2141  N      MEDIUM
    R    12   27 MEDIUM             05/14/1997 586   Y   Y  MINIMUM RESTRIC
    R                               04/27/1997 586   N      MAX AD SEG
    R                               03/06/1997 590   N      MAX AD SEG
    R                               02/05/1997 590   N      MAX AD SEG
    R                               01/09/1997 590   N      MAX AD SEG
    R                               12/05/1996 590   N      MAX AD SEG
    R                               11/08/1996 590   N      MAX AD SEG
    R                               10/03/1996 590   N      MAX AD SEG
    R                               09/05/1996 590   N      MAX AD SEG
    R                               08/01/1996 590   N      MAX AD SEG
    R                               04/11/1996 590   N      MAX AD SEG
    R                               12/14/1995 1080  N      MAX AD SEG
    R                               11/09/1995 1080  N      MAX AD SEG
    R                               10/19/1995 1080  N      MAX AD SEG
    R                               09/21/1995 1080  N      MAX AD SEG
    R                               06/29/1995 587   N      MAX AD SEG
    R                               05/25/1995 587   N      MAX AD SEG
    R                               04/27/1995 587   N      MAX AD SEG
    R                               03/23/1995 587   N      MAX AD SEG
    R                               02/23/1995 587   N      MAX AD SEG
    R                               01/26/1995 587   N      MAX AD SEG
    R                               12/22/1994 587   N      MAX AD SEG
    R                               11/23/1994 587   N      MAX AD SEG
    R                               10/27/1994 587   N      MAX AD SEG
    R                               09/29/1994 587   N      MAX AD SEG
    R                               08/25/1994 587   N      MAX AD SEG
    R                               07/28/1994 587   N      MAX AD SEG
    R                               07/07/1994 587   N      MAX AD SEG
    R                               05/26/1994 587   N      MAX AD SEG
    R                               04/28/1994 587   N      MAX AD SEG
    R                               03/24/1994 587   N      MAX AD SEG
    R                               03/10/1994 587   N      MAX AD SEG
    R                               02/10/1994 589   N      MAX AD SEG
    R                               12/16/1993 591   N      MAX AD SEG
    R                               11/18/1993 591   N      MAX AD SEG
    R                               10/14/1993 586   N      MAX AD SEG
    R                               09/09/1993 590   N      MAX AD SEG
    R                               08/06/1993 003   N      MAX AD SEG
    R                               07/01/1993 004   N      MAX AD SEG
    R                               05/27/1993 003   N      MAX AD SEG
    R                               05/06/1993 003   N      MAX AD SEG
    R                               04/23/1993 321   N      MAX AD SEG
    R    12   50 MAXIMUM            04/07/1993 022   Y   Y  CLOSE
    R    12   40 CLOSE              03/29/1993 321   N      CLOSE
    R    12   14 MEDIUM             02/22/1993 067   Y   Y  MINIMUM
    R    12   14 MEDIUM             10/21/1992 074   Y   Y  MINIMUM RESTRIC
    R    13   22 MEDIUM             06/17/1992 076   N      MEDIUM
    R    13   73 MAXIMUM            11/16/1991 000          CLOSE
    R    13   73 MAXIMUM            10/10/1991 000          CLOSE
    R    16   16 CLOSE              04/19/1991 000          CLOSE
    R    16   16 CLOSE              01/18/1991 000          CLOSE
    R    16   16 CLOSE              12/14/1990 000          CLOSE
    R    16   16 CLOSE              06/13/1990 000          CLOSE
    R    13   48 MAXIMUM            05/30/1990 000          CLOSE
```

```
  = INMATE CLASS ========= QUERY CLASSIFICATIONS ========= Page 2
Doc No: 56336    Name: AVILA, LARYE V                    HISTORY    SENT DIS

    R      6      28 MEDIUM      02/20/1990 000          MEDIUM
    R      6      33 CLOSE       09/16/1989 000          CLOSE
    R      6      26 MEDIUM      08/17/1989 000          CLOSE
    R      6      17 MEDIUM      01/30/1989 000          MAXIMUM
    R      6      21 CLOSE       08/31/1988 000          MAXIMUM
    A      0       0             06/28/1988 000          MAX AD SEG
    R      6      25 CLOSE       02/24/1988 000          CLOSE
    R      6      25 CLOSE       01/30/1988 000          CLOSE
    R      9      28 CLOSE       10/21/1987 000          CLOSE
    R      9      28 CLOSE       06/04/1987 000          CLOSE
    R      3      20 CLOSE       05/27/1987 000          CLOSE
    I      4       8 MEDIUM      04/28/1987 000          MEDIUM
    N                            04/22/1987 000          MAXIMUM
```

```
 = OFFENDER TRACK  ======  QUERY OFFENDER BY NAME  ===========  '  ' .      '  :  Page   1
Doc No: 56336   Name: AVILA, LARYE V                       HISTORY    SENT DIS
=========================================================================
```

                         M I T T I M U S / C R I M E

SENTENCE DESC: UNAUTHORIZED USE OF FINANCIAL DEVICE

 FELONY CLASS: 4

      INCHOATE:                     ENHANCEMENT:

    SPECIAL ID:

  CASE NUMBER: 86CR1349                   COUNTY: JEFFERSON

        PLEA: GUILTY                      JUDGE: SHANNON

```
------------------------------ SENTENCE DETAIL --------------------------------
INC SNT SENTENCE OFFENSE SENTENCE JAIL  MINIMUM      MAXIMUM           TERM
No  No  EFF DATE DATE     DATE    TIME YR MO  DA   YR MO  DA   ST DSP  TYPE
------------------------------------------------------------------------------
 1   1 02/09/87 11/17/86 02/09/87  75  16   0    0 16   0    0 IN  D    D
```

EXHIBIT E



larrysinclair0926

**your washington Post hoax**
Just tolet you know the washington post hoax has been traced back to you and you will be receiving a little visitor in the near future.
(Reply)    (Delete)    (Block User)    (Mark as Spam)

Feb 28, 2008, 08:14 PM

TO
larrysinclair0926

**Re: your washington Post hoax**
Washingtonton Post Article was posted on the net, and brought to my attention by another youtuber. (I have no reason to lie) I thought it was Legit and have someone getting a hard copy for me who lives in DC. If I find it is not true, I will remove those references. I will however keep this threat in my mail so I have evidence of your own character.

I am sorry you have a tumor, I am sorry you have chosen a path of lies to hurt Obama and his supporters, I am sorry to feel I have to make my videos to stand up for what is right. I am generally a kind and thoughtful person, but when I see injustice, I must answer it.

If you remove your videos, I will remove all my videos and ask others to do the same(Actually the ones who sent me the info) to stop posting theirs as well.)

I don't hate you larry, I just can't sit by and do nothing.

It is 100% your own choice what to do. I hold no real animosity.

Original Message:

> Just tolet you know the washington post hoax has been traced back to you and you will be receiving a... less)
(Delete)

Feb 29, 2008, 03:55 AM

February 29, 2008

TO
larrysinclair0926

Re: Re: Re: your washington Post hoax
The message I got was recieved about 6:30 am Feb. 24

Klootis:
I found this written in the comments under a Fox news story about the Obama and Clinton campaigns:

"The Washington Post Editorial pg1a2;
Thursday, Feb.21 2008

Sinclair Federal Law Suit To Be Dismissed

In late fall of 2007 Lawrence Sinclair approached campaign officials of the Sen.Barack Obama campaign, and told them a very disturbing story. Rob Allen of the Sen. Obama campaign stated. After the meeting had concluded the campaign officials ruled it off, as "just someone trying to make a buck."

...................... (less)
(Delete)

Feb 29, 2008, 12:29 PM

March 01, 2008

TO
larrysinclair0926

Re: Re: Re: your washington Post hoax
I have had some people ask me where I saw that Post Article, and I have forwarded them the message I got. I have no way to know if THAT was the person who originally posted it, but it might get you closer to who did. I would prefer to NOT participate in lies, if it is a false article. I will have to get it to you this afternoon.

And I will call the numbers you gave me, if they confirm that the story is false, I will remove my references to it.

...but instead of threats (That I will be getting a visitor) why not convince me with

Feb 29, 2008, 04:38 AM

February 29, 2008

evidence, that your story is true... that would certainly change things.

But you must admit, even without the Post info gone (Assuming it is false) the remaining stuff is problematic for you.... Your own words in the radio interview, Stuff from the Globe, your polygraph... You must admit, it is really hard for me and others to see this as anything other than lies.

I will be online this afternoon after work to reply and send you the link I originally got. I have no reason to withold info.

Larry, I don't hate anyone, even you. I know if maybe you saw someone being hurt unjustifiably, you might defend them too... from my perspective, that's what I am doing.

I just wish this all was not happening at all.

Original Message:

> I have not chosen a path of lies, so unless you know that he did not do what I know HE DID I would b... (less)
(Delete)


Re: Re: Re: Re: Re: your washington Post hoax
I am not sure who murray .com is, but since he has sent me misinformation I will not post more without a confirmation from others.

I have, as you can see, in the "About This Video" comments removed all reference to the Fictious Post Article. I have not gotten a call back from the Post, but I have heard elsewhere, from my own sources, that it is not a real article, so I have dropped it as a reference.

I have asked others I share info with to do the same. I cannot vouch for their own sense of morality in this, but I prefer to be as factual as possible.

Again, I wish all this was not happening, and maybe if I met you outside all this we'd have a beer and even be friendly as I have friends of all kinds... But Larry, the evidence is so strongly against this and Obama such a real posibility to change the actual world we live in, I feel compelled to protest in my own small way.

TO
larrysinclair0926

You may not believe this but their have been some HORRABLE mean statements posted as comments, that I simply delete on my end because they are sooo... over the top and hateful.

You have your freedom to persist, and in some way I respect that, BUT that goes both ways.

I sincerely think maybe you do believe your story, but I also think it may be "tumor related" and having worked in the past with people suffering from such things, I know how vivid such things can be, yet how impossible as well. Another theory rolling in my head is that the black man you were with was not Obama but another look-alike using Obama's name for his own gain... but I'll never post such thoughts because they are just that. They are my way of TRYING to find the good in everyone... The good in you Larry. To somehow rectify the idea that you are not a bad person but simply operating under a bad situation not of your own making.

The worst scenario for me would be that it really is a lie and you really do want to hurt Obama... that would mean you are willingly evil... and I just don't believe that about humanity.

Pardon my spelling here... not my strength.
Peace.  (less)
(Delete)

Mar 01, 2008, 12:34 PM

March 01, 2008

EXHIBIT F
PART 1

SPECIAL REPORT

# OBAMA SCANDAL ERUPTS!

## SEX ACCUSER:



Larry Sinclair in his apartment in Duluth, Minn.

● **Obama wants me dead**
● **My lie-detector test was RIGGED**

THE Barack Obama gay sex scandal is as explosive at the center of the controversy levels the shocking new accusation that he's been marked for death even as he's branded a liar.

Obama's historic run for the White House continues to be dogged by 46-year-old Larry Sinclair from Duluth, Minn., who claims he performed oral sex on Obama in November 1999 - and now, in a world exclusive, GLOBE revealed Sinclair's bombshell story in our March 3 issue. Sinclair also claimed Obama procured out of the charges, his friends are tight-lipped about his claims

In a world exclusive, GLOBE revealed Sinclair's bombshell story...

"I'm not going away," Sinclair tells GLOBE. "They can threaten me with going to have me killed. Obama and his chief political strategist David Axelrod

"I got an e-mail at YouTube saying the Democrats were definitely going to stop until Obama tells the truth."

While Obama is officially mute on the charges, his friends are tight-lipped, saying he's a victim of a "disgusting" smear campaign.

However, Sinclair's YouTube video detailing his claims of a tryst with Sinclair claims he met Obama in

– more than 890,000 since its release November 1999 when the young politican was an Illinois state senator. He says he was introduced to Obama at a bar by the driver of his rented limo.

He says Obama arranged to get them some, and that he witnessed the charismatic-elected official smoke crack.

Sinclair also says he performed oral sex on Obama in the limo and in his hotel room in Gurnee, Ill., two nights later.

## BARACK'S PALS:



Devoted supporter Oprah Winfrey introduced Obama at a campaign rally in Manchester, N.H.

● **He's the victim of a vicious organized SMEAR campaign**

Sinclair admits to GLOBE that he's spent years in prison in Florida, Colorado, and Arizona on various fraud charges, and further admits trafficking cocaine and marijuana, as well as using aliases from Mexico.

Still, he claims Obama and his supporters have slandered and intimidated him in an attempt to prevent his allegations from "becoming public knowledge."

He even filed a lawsuit against the government, to take a lie-detector



**Left:** Sinclair airs his allegations on the Internet. **Right:** Obama's communications adviser David Axelrod



Sinclair Barack Obama Gay Sex Video

test administered by former American Dr. Ed Gelb on Feb. 22.

There was deception indicated in both tests, the state reported on Feb. 24, adding that Sinclair failed on two key counts – the claim that he had sex with Obama, and the charge that he saw Obama smoke crack.

"There was deception indicated..."

mittee chairman Howard Dean, and claims Obama's aide Axelrod for conspiracy to violate his freedom of speech.

Now, new, further controversy. In the ugly, further controversy, Sinclair says that was set up and administered by an Internet Website. Sinclair took up an offer from White House.com, which is not connected to the government, to take a lie-detector test about the Obama charges. He was paid $10,000 for taking it and promised $100,000 if he passed.

He flew to Los Angeles and took the polygraph

## INTERNET BUZZ:



Obama in New York City while a political science student at Columbia University in the early '80s

● **Candidate had other GAY FLINGS as college student**

look bad by failing the polygraph. So, he says, he's been told Obama's camp is behind the lie-detector offer – and also contends the Obama camp put pressure on the polygraph.

"They put a condition in there that I'm not allowed to take another polygraph test for four weeks," he says.

"This was a tactic designed to allow Obama to get much back up the nomination before I can take another test and prove my story once and for all."

In his defense, Gelb tells GLOBE, "I have never taken a bribe to do anything improper in my life. This is a profession based on truth, honesty, integrity. I don't think you're going to find me in a position to compromise that."

Meanwhile, Sinclair's claims have sparked Internet whispers about questionable Democrat-from-campus activities while at Columbia University in New York in the early 1980s.

One poster writes Sinclair's claims taking the test and was 'set up' to

**Continued on page 34**

EXHIBIT F
PART 2



# OBAMA SEX SCANDAL

## This man claims they were lovers

**Democratic favorite accused of drug fueled GAY ROMPS**

*GLOBE WORLD EXCLUSIVE*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry Sinclair aka Lawrence W Sinclair,
Plaintiff, pro se,

v.

Barack Obama, David Axelrod, and
Democratic Party

November 1999 and U.S. Senator Barack Obama on two separate occasions.   Plaintiff claims

Plaintiff states that he personally engaged in sexual activity and personally used illegal drugs with Barack Obama.

Chief Action NO.   08CV 360

*Photos from GLOBE*

A PHOTO of Barack Obama dressed in the traditional garb worn by the Muslim Luo tribe during a visit to Kenya caused a firestorm when it swept through the national media late last month.

But the picture was old news to GLOBE readers – who saw the surprising photo for the first time in our May 14, 2007, issue when we revealed the charismatic presidential candidate's secret life.

In that story, we detailed the extent of Obama's drug use, his skirt-chasing teen years, his Muslim ties, and discrepancies in his memoir, Dreams From My Father.

In the book, Obama boasts of using drugs and hanging with a tough crowd he calls the Choom Gang. Chooming is Hawaiian slang for smoking pot and taking other drugs.

"We did cocaine, LSD and pot," said a former gang member. "We made trouble, set some fires, and went joyriding in stolen cars - but we never got caught."

Incredulously, Obama – son of a black Kenyan and white woman from Kansas – blames his drug use on his struggle with his mixed-race heritage.

"Junkie. Pothead. That's where I'd been headed. The final fatal role of the young would-be black man."

But a schoolmate says the black-man angst felt by the guy he knew as "Barry" is pure bunk, adding, "There was no racism. Barry isn't remembering it right."

And now that he rubs shoulders with the Hollywood elite, Obama has no direct contact with his former best pal Keith Kakugawa, who spent more than seven years in prison on cocaine and theft charges.

We also reported the Illinois senator was slapped with stinging accusations he profited from a land deal with indicted Chicago wheeler-dealer Antoin "Tony" Rezko, igniting an influence-peddling scandal.

While Barack Hussein Obama insists he's a Christian, his decision to wear traditional



**You read it here first!**

GLOBE SPECIAL REPORT

Dashing Democrat is Hollywood's new political plaything – but he's hiding shocking secrets from the world

# OBAMA UNMASKED!

**Pot, cocaine & lies about his criminal connection**

**SECRET MUSLIM LIFE - HIS MIDDLE NAME IS HUSSEIN**

GLOBE was ahead of the rest of the national media when we ran the photo of Barack Obama in Muslim garb nine months ago!

# OBAMA'S SURPRISING SECRET LIFE

Muslim garb during his African visit sparked controversy as the campaign heated up this year. But sources were already

addressing that issue in our story last year.

One source insisted, "He was born of a Muslim father, raised

by a Muslim stepfather, and received his early education at a Muslim school. That makes him a Muslim."

And a second source added, "Obama's education began a lifelong relationship with Islam as a faith and Muslims as a community."

# SCANDAL ERUPTS!



Obama and his wife Michelle have two young daughters

**CONTINUED FROM CENTER**

"caught my eye because a family friend...is an openly gay man and says that he dated Obama at Columbia...I believe the family friend."

Adds another, "There are MANY Obama bisexual stories while on drugs...surfacing around his alma mater."

But any suggestion Obama could be associated with gay activities of any kind comes as a shock to schoolmate Keith Kakugawa, who remembers him as a skirt-chasing hound when they crashed a party at the University of Hawaii.

"I remember getting beers for everyone and when I came back two minutes later, there were six girls around him," recalls Kakugawa. "There were plenty more parties like that."

Says an insider, "The question now is if there's any credence to these new allegations,

or if it's just an attempt to smear Obama. Only time will tell."

But Obama's pals are sticking by him, certain he's the victim of a well-orchestrated attack. They say he's happily married to Chicago lawyer Michelle, the mother of his two young daughters.

His biggest supporter, Oprah Winfrey, who's campaigned for him across the country and raised millions for his war chest, "will continue to support him," says a friend. "Oprah is furious about this whole mess. She sees this as nothing more than an organized, vicious smear job. I'm sure she'd like nothing more than to come out and blast the whole thing. But I'm sure she knows if she does that, it would give the guy credibility. And that's the last thing she wants."

But one longtime political strategist tells GLOBE, "At some point Obama and his people are going to have to address this whole mess. It's going to become a major campaign issue if they're not careful."

EXHIBIT G
PART 1

IN THE DISTRICT COURT FOR

THE STATE OF COLORADO, COUNTY OF PUEBLO

2004 AUG -3 PM 2:26

DISTRICT/COUNTY COURT
CLERK OF COURT
DIV. OF COURT

THE PEOPLE OF THE STATE OF COLORADO,  ) Case No.:01CR727
                                      )
              Plaintiff,              ) MOTION TO DISMISS WARRANT FOR ARREST
                                      ) OF DEFENDANT
        vs.                           )
                                      )
LARRY WAYNE SINCLAIR,                 )
                                      )
              Defendant               )
                                      )

        COMES NOW, Larry Wayne Sinclair, Defendant, respectfully before
this Honorable Court, with MOTION TO DISMISS WARRANT FOR ARREST OF DEFENDANT,
issued by this court on the 23rd day of May 2001.

        In support of said Motion, Defendant states as follows:

    1.  Defendant is disabled with severe spine injury and nerve
        damage in upper and lower extremities.

    2.  Defendant is terminally ill.

    3.  Defendant's sole source of support and means of support has
        been Social Security Supplemental Security Income
        disability payments until receiving notice July 30, 2004
        that said payments were being halted due to belief that
        defendant is fleeing to avoid prosecution.

    4.  Defendant only this year became aware of the Courts Warrant
        and defendant has attempted to resolve this matter with the
        Pueblo District Attorneys Office.

    5.  Defendant has reason to fear for his personal safety and
        the safety of his family if defendant was to return to
        Pueblo Colorado.  (SEE ATTACHED AFFIDAVIT IN SUPPORT OF
        MOTION TO DISMISS)

    6.  Defendant sets forth true and accurate facts in attached
        AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS WARRANT FOR
        ARREST OF DEFENDANT, which can be verified, should this
        court grant relief requested.

                    MOTION TO DISMISS WARRANT - 1

1    WHEREFORE, Defendant preys upon this Honorable Court to GRANT

2  defendants MOTION TO DISMISS WARRANT FOR ARREST OF DEFENDANT.

3    DEFENDANT FURTHER PRAYS UPON THIS HONORABLE COURT and THE

4  HONORABLE G.F. SANDSTROM, PUEBLO COUNTY DISTRICT ATTORNEY, TO CONSIDER

5  WITHDRAWING CHARGES PENDING A COMPLETE INVESTIGATION. Doing so would be in

6  the best interest of The People of the State of Colorado, The People of the

7  City & County of Pueblo, Colorado, and this Honorable Court.  Defendant will

8  gladly cooperate with authorities investigation with the requested condition

9  the defendants location not be disclosed.

10

11

12

13                          Respectfully submitted this 3rd day
                            of August 2004.
14

15                          _____
                            Larry Wayne Sinclair,
16                          Defendant
                            MAILING ADDRESS ONLY
17                          c/o 1341 Cody Ave
                            Pueblo, CO 81001

18  ATTACHMENTS:

19  AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

20  Cc:

21  True and correct copies of the Motion to Dismiss Warrant.. and Affidavit in
    Support of.. were faxed and mailed U.S. First Class postage paid to the
22  following:

23  Mr. G. F. Sandstrom
    District Attorney
24  201 West 8th Street, Suite 801
    Pueblo, Colorado, 81003
25  Fax (719) 583-6666

                    MOTION TO DISMISS WARRANT - 2

EXHIBIT G
PART 2

IN THE DISTRICT COURT FOR
THE STATE OF COLORADO, COUNTY OF PUEBLO

FILED IN PUEBLO
2004 AUG -3 PM 2:26
DISTRICT/COUNTY COURT
CLERK OF COURT

THE PEOPLE OF THE STATE OF COLORADO,    ) Case No.:  01CR727  Div. F
                                        )
                 Plaintiff,             ) DEFENDANTS AFFIDAVIT IN SUPPORT OF
                                        ) MOTION TO DISMISS WARRANT FOR ARREST
        vs.                             ) OF DEFENDANT
                                        )
LARRY WAYNE SINCLAIR,                   )
                                        )
                 Defendant              )
                                        )

        I, Larry Wayne Sinclair, do under penalty of perjury, state the
following in support of MOTION TO DISMISS WARRANT FOR ARREST OF DEFENDANT,
and as reason for such, states as follows:

        1.      Defendant Larry Wayne Sinclair did not steal nor forge the
                1999 Federal or Colorado Income Tax checks of alleged
                victim Carmen Segura.

        2.      Affidavit of Probable Cause for Arrest Warrant of Pueblo
                Police Officer Michele R. Ellis is flawed and riddled with
                false information.  This information could have been found
                to be false had it been investigated further.  (DEFENDANT
                IS IN NO WAY IS LAYING BLAME ON OFFICER ELLIS.)

        3.      Further investigation into alleged victim's claims would
                have resulted in authorities finding alleged victim Carmen
                Segura and her family have victimized defendant
                continuously for more than three (3) years.

        4.      Defendant did reside at 1320.5 E 4th Street, Pueblo,
                Colorado and did assist Carmen Segura and her husband
                Rogelio Reyes in renting 1320 E 4th Street.  Mrs. Segura's
                brother Juan Gutierrez resided in defendant's residence at
                this time.

        5.      Officer Ellis' affidavit claims defendant stole alleged
                checks while alleged victim was in Texás.  Mrs. Segura
                failed to inform officer Ellis that defendant in fact was
                with Mrs. Segura, her husband, brother, sister, brother-in-
                law and nieces in El Paso, Texas at the time Mrs. Segura
                claims defendant retrieved her mail.  Defendant rented two
                (2) cars for this trip from Enterprise Rent a Car on 29th

                        AFFIDAVIT IN SUPPORT - 1

Street for this trip.  Defendant and alleged victims husband both received speeding tickets on the return trip to Pueblo in New Mexico.

6.     Defendant and defendants family residing in Pueblo, Colorado have repeatedly been threatened with physical harm by Mrs. Segura, her husband, sister, brother, mother, and others.  Mrs. Segura and her family went to defendants mothers home in Pueblo in May, June, July and August 2000 repeatedly verbally threatening defendants mother, step-father, niece, nephew with physical harm and on at least two occasions threatening individuals from Mexico would visit defendants mothers home and kill defendants family.

7.     While defendant was in South Carolina in May and June 2000, alleged victim Carmen Segura's husband and brother Juan Gutierrez entered defendants residence in Colorado City, Colorado by threatening harm to defendants room-mate Jorge Diaz, and did steal defendants furniture, electronics equipment, clothing, art work, sports collectibles, personal papers, and 1997 Ford F150 Pick-up truck Carmen Segura's brother in El Paso, Texas sold to defendant on 4-1-00.  Mrs. Segura only returned defendants property after defendant was inform by phone of this robbery, defendant contacted alleged victim and advised her defendant would have the Pueblo Police and Sheriffs Dept. called if property was not delivered to defendants mothers residence within 24 hours.

8.     Alleged victim Carmen Segura knowing made false report to the Internal Revenue Service, Colorado Department of Revenue and Pueblo Police Department concerning her 1999 income tax refund checks because Mrs. Segura's husband and brother failed to pay money owed in a large drug transaction.  This transaction has been the basis for alleged victims acts against defendant and defendants family in effort to put blame on defendant.  Defendant has copies of deposit receipts dated 5-9-00 showing three (3) deposits into three (3) separate Wells Fargo Bank Accounts totaling fourteen thousand four hundred dollars in cash.  These accounts were used to launder drug money to Mexico.

9.     Defendant did in October 2000, while residing and working in Sacramento, California, receive a call from his mother advising she had received a phone call from Carmen Segura's brother in El Paso, Texas stating "..Tell Larry we want the truck back.  We have saved some money and now we can afford to make the payments.  Tell Larry if he refuses to return the truck we will report he stole the truck."  Defendant contacted El Paso, Texas Sheriffs Det. Rodriguez advising defendant had received a threat of false reporting.  In

October or November 2000 Carmen Segura's brother and sister-in-law did file report with El Paso, Texas Sheriffs Dept. claiming defendant borrowed truck while in El Paso in October or November 2000.  Defendant faxed copies of truck payments to Detective Rodriguez as well as time sheets from work showing defendant was not in Texas since March 2000, as well as repair receipts spanning six months prior to theft report and repairs were performed throughout the U.S. due to defendants travels.  TEXAS AUTHORITIES CONFIRMED THAT AUTO THEFT REPORT MADE AGAINST DEFENDANT WAS FALSE AND WAS DONE TO HARASS, AND RETALIATE AGAINST DEFENDANT.

10. Alleged victims reporting to Pueblo Police in 2001 that defendant had stolen and forged her 1999 income tax refund checks is yet another knowing and intentional filing of false report in effort to cause defendant hardship and difficulty for no other reason than alleged victims inability to accept responsibility for her and her families own actions.  ALLEGE VICTIM FILED SAID REPORT WITH PUEBLO POLICE OUT OF ANGER FOR DEFENDANT DUE TO BELIEF DEFENDANT SOME HOW WAS RESPONSIBLE FOR THE ARREST AND DEPORTATION OF ALLEGED VICTIMS HUSBAND.  THIS AFTER 1.) Threats of physical harm and even death against defendant, defendants mother, stepfather, and others; 2.) Robbery of defendant's residence by her husband and brother; 3.) Filing of false Police report in El Paso, Texas accusing defendant of auto-theft; ALL FAILED TO PRODUCE THE RESULTS alleged victim desired.

11. Defendant acknowledges that the alleged checks were infact deposited into defendants Pueblo Bank & Trust Account. *NO THEFT OR FORGERY WAS INVOLVED.* Alleged victims brother Juan Gutierrez gave defendant both checks. At the time Mr. Gutierrez gave defendant said checks both checks had already been endorsed on the back.  Defendant was told by Mr. Gutierrez said checks were meant to pay most of the monies owed defendant by alleged victim Carmen Segura and her brother Juan Gutierrez.  Some of the monies owed defendant by alleged victim and her brother included Eight hundred sixty-five dollars ($865.00) in rent U.S. West cell phone bills, house telephone bill, gas and electric bills owed by alleged victims brother Juan Gutierrez, One thousand six hundred eighty-three dollars & 05/100 cents defendant charged to his Associates Visa card, card number ███████████ on October 11, 1999 for alleged victim and her brother Juan Gutierrez at Pyramid Motors auto auction for the purchase of vehicle for victims brother. Approximately One thousand three hundred dollars paid in tow costs, transmission repairs in February 2000 for alleged victim on alleged victims brothers Ford Van.  Other monies owed included furniture sold to alleged victim.

AFFIDAVIT IN SUPPORT - 3

12. DEFENDANT HAS CONTACTED THE PUEBLO COUNTY DISTRICT ATTORNEYS OFFICE IN EFFORT TO RESOLVE THIS MATTER.

13. DEFENDANT DOES TRULY FEAR FOR HIS AND HIS FAMILIES PERSONAL SAFETY SHOULD DEFENDANT RETURN TO PUEBLO.

14. DEFENDANT IS VICTIM OF FALSE REPORTING FOR THE SOLE PURPOSE OF ALLEGED VICTIM OBTAINING DEFENDANTS WHERE A BOUTS. ALLEGED VICTIM SEEKS TO USE DEFENDANT AS SCAPE GOAT FOR HER HUSBANDS AND BROTHERS PROBLEMS WITH MEXICAN DRUG DEALERS FOR THE THEFT OF A LARGE AMOUNT OF MONEY IN THE SUMMER OF 2000.

The above statements are true and correct and support defendants motion to dismiss warrant to arrest defendant.

Dated this 3rd day of August, 2004

Larry Wayne Sinclair,
(Defendant
MAILING ADDRESS ONLY
c/o 1341 Cody Ave
Pueblo, CO 81001

Cc:   G.F. Sandstrom
      District Attorney
      201 W. Eighth Street, Suite 801
      Pueblo, CO 81003
      Fax (719) 583-6666

AFFIDAVIT IN SUPPORT - 4

EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REPORT AND RECOMMENDATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Larry Sinclair, a/k/a Lawrence
W. Sinclair,

                    Plaintiff,

        vs.

Barack Obama, David Axelrod,
and Democratic National
Committee,

                    Defendants.            Civ. No. 08-360 (JMR/RLE)

        \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I.  <u>Introduction</u>

    This matter came before the undersigned United States Magistrate Judge

pursuant to a general assignment, made in accordance with the provisions of Title 28

U.S.C. §636(b)(1)(B), upon the Amended Application of the Plaintiff Larry Sinclair

("Sinclair") for leave to proceed <u>in forma pauperis</u> ("IFP").  See, <u>Docket No. 3</u>.[1]

Sinclair appears <u>pro se</u> and, in view of the fact that his Complaint has yet to be served,

---

[1]The Plaintiff's original IFP Application, see, <u>Docket No. 2</u>, was never addressed
by the Court, because of the filing of his Amended Application.

no appearance has been made by, or on behalf of, the Defendants.  For reasons which

follow, we recommend that Sinclair's Amended Application be denied, and that the

action be summarily dismissed.

## II.  Factual and Procedural Background

Sinclair is a resident of Duluth, Minnesota, who seeks to sue United States

Senator Barack Obama ("Obama"), who is a candidate to be the Democratic Party's

nominee for President of the United States.  Sinclair also seeks to sue David Axelrod

("Axelrod") who, we infer from the Complaint, is a political consultant to both

Obama, and the Democratic National Committee ("DNC"), and he also names the

DNC as a Defendant.

Sinclair alleges that "he personally engaged in sexual activity and personally

used illegal drugs in November 1999 with U.S. Senator Barack Obam  [sic] on two

separate occasions."  See, Complaint, Docket No. 1, p. 2, ¶4.  Sinclair also alleges that

he "attempted to contact defendant Obama in the fall of 2007 to advise defendant

Obama" that Obama should publicly acknowledge the alleged sex and drug use

incidents.  Id.  Obama assertedly ignored Sinclair's effort to contact him, and

therefore, in January of 2008, Sinclair allegedly "contacted numerous news papers and

news networks with this information" -- presumably, the alleged sex and drug use incidents. Id. at ¶4.

Despite Sinclair's purported efforts to contact the media, his allegations against Obama did not receive the publicity that Sinclair intended, by all appearances, to generate. As a consequence, Sinclair created a videotape, in which he personally recited his allegations against Obama, and then posted that videotape on an internet site known as "YouTube." Id. Thereafter, according to Sinclair, he received "repeated threats of violent attacks against [Sinclair's] person via the internet." Id.

Sinclair further alleges that, after posting his videotape on YouTube, he met with a newspaper reporter, who apparently had spoken with Axelrod about Sinclair's allegations concerning Obama. Id. As related in Sinclair's Complaint, Sinclair "was informed that * * * Axelrod advised said reporter they (Obama and Axelrod) were aware of [Sinclair's] Youtube [sic] video and were conducting and [sic] undercover investigation into [Sinclair] and [Sinclair's] associates." Id.

As related in Sinclair's Complaint, the "Defendant Democratic National Committee has engaged in an active effort to slander [Sinclair] on defendants [sic] official web site, allowing false statements to be made against [Sinclair] and has openly encouraged defendants [sic] members to attack [Sinclair]." Id.

- 3 -

Based upon these scant allegations, Sinclair is attempting to sue all three (3) of the named Defendants for allegedly violating his "right to free speech," and "conspir[ing] against the rights of citizens as a whole." Id. Sinclair seeks an injunction that would:  1) compel "defendants to cease any investigation and to turn over to this court any fruits from said investigation," 2) compel the Defendants to "cease all acts of intimidation and instruct their staff and supporters to cease with intimidation and threats," and 3) compel "defendant Democratic National Committee to remove all attack statements, smear and slanderous claims made against [Sinclair] on any and all sections of its official website." Id. at p. 3, ¶5.

## III. Discussion

An IFP Application will be denied, and the action dismissed, when a plaintiff has filed a pleading that fails to state a claim on which relief may be granted. See, Title 28 U.S.C. §1915(e)(2)(B)(ii);[2] Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir.

---

[2]As here pertinent, Section 1915(e)(2)(B)(ii) provides as follows:

> (2)     Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that --
>
> *     *     *

(continued...)

- 4 -

2000)("Under section 1915(e)(2)(B)(ii), a District Court shall dismiss a complaint filed in forma pauperis 'at any time if * * * the action * * * fails to state a claim on which relief may be granted.'").  Here, we find that, even with the benefit of a liberal construction, see, <u>Nunley v. Department of Justice</u>, 425 F.3d 1132, 1140 (8th Cir. 2005), citing <u>Stone v. Harry</u>, 364 F.3d 912, 914 (8th Cir. 2004), Sinclair's pleading is deficient because it fails to state a legally cognizable cause of action.

To state an actionable claim for relief, a Complaint must allege a set of historical facts which, if proven true, would entitle the complainant to some legal redress against the named defendants, based upon some recognized legal principle or doctrine.  While Federal Courts must "view pro se pleadings liberally, such pleadings may not be merely conclusory:  the complaint **must allege facts**, which if true, state a claim as a matter of law." <u>Martin v. Aubuchon</u>, 623 F.2d 1282, 1286 (8th Cir. 1980) [emphasis added]; see also, <u>Martin v. Sargent</u>, 780 F.2d 1334, 1337 (8th Cir. 1985) ("Although it is to be liberally construed, a <u>pro se</u> complaint must contain specific

---

[2](...continued)

        (B)    the action or appeal --

                        *    *    *

        (ii)    fails to state a claim on which relief may be granted * * *.

- 5 -

facts supporting its conclusions."). Here, Sinclair has failed to state a cause of action, because the minimal facts, which are alleged in his Complaint, do not state an actionable claim under any cognizable legal theory.

At the outset, we note that the Complaint fails to explicitly identify any legal basis for Sinclair's lawsuit against the Defendants. The Complaint cites Title 42 U.S.C. §1981, but that statute is available only for claims of **racial** discrimination. See, Forbes v. Arkansas Educational Television, 22 F.3d 1423, 1428 (8th Cir. 1994), cert. denied, 513 U.S. 1110 (1995)(the failure to allege racial discrimination bars a Section 1981 claim); Rouse v. Benson, 193 F.3d 936, 943 (8th Cir. 1999)(a Section 1981 claim is properly dismissible where there was no evidence tending to show racial discrimination); Runyon v. McCrary, 427 U.S. 160, 168 (1976); see also, Saint Francis College v. Al-Khazraji, 481 U.S. 604, 609 (1987). There are no allegations in Sinclair's Complaint that so much as intimate that Sinclair is the victim of any racial discrimination. Indeed, Sinclair's race is not mentioned, nor even alluded to, in any aspect of the Complaint. As a result, Sinclair may not sue the Defendants based upon Title 42 U.S.C. §1981.

Sinclair also cites to Title 18 U.S.C. § 241, but that is a **criminal** statute, which affords no basis for a private, civil cause of action by Sinclair against the Defendants.

See, United States v. Wadena, 152 F.3d 831, 846 (8th Cir. 1998), cert. denied, 526 U.S. 1050 (1996)("Courts repeatedly have held that there is no private right of action under Section 241."), citing Cok v. Cosentino, 876 F.2d 1, 2 (1st Cir. 1989)("Only the United States as prosecutor can bring a complaint under 18 U.S.C. §§241-242"); see also, McDermott v. Internal Revenue Service, 2001 WL 1771645 at *1 n. 2 (D. Minn., March 27, 2001).

The Complaint also includes an unexplained reference to the First Amendment, see, Complaint, supra at p. 1, ¶3, and a conclusory allegation that the "[a]ctions of defendants are in violation of the U.S. Constitution, violate [Sinclair's] right to free speech, conspire against the rights of citizens as a whole."[3] Id. at p. 2, ¶ 4. With the aid of an extremely liberal construction, those allegations of the Complaint **might** be viewed as an attempt to state a claim based upon Bivens v. Six Unknown Named

---

[3]Of course, Sinclair has no standing to prosecute his alleged claims on behalf of "citizens as a whole." "The requisite elements of Article III standing are well established: A plaintiff must allege a personal injury fairly traceable to the defendant[s]' allegedly unlawful conduct and likely be redressed by the requested relief." Patel v. United States Bureau of Prisons, --- F.3d ---, 2008 WL 281912 at * 7 (8th Cir., February 4, 2008), quoting Hein v. Freedom From Religion Found., Inc., 551 U.S. ---, 127 S.Ct. 2553, 2562 (2007)(internal quotation omitted); see also, American United for Separation of Church and State v. Prison Fellowship Ministries, Inc., 509 F.3d 406, 419 (8th Cir. 2007)(same). As a consequence, we do not further address that aspect of his Complaint.

Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), a decision in which the Supreme Court allowed a private citizen to sue Federal agents, or employees, for violating the citizen's Federal constitutional rights.  See, Williams v. City of Carl Junction, Missouri, 480 F.3d 871, 875 n. 2 (8th Cir. 2007)("In general, 'a Bivens action is the federal analogue to suits brought against state officials under * * * 42 U.S.C. §1983.'"), quoting Hartman v. Moore, 547 U.S. 250, 255 n. 2 (2006).

Under both Section 1983, and Bivens, the plaintiff must show that the defendant was acting under official authority, when he or she engaged in the complained of acts -- i.e., was a State actor for Section 1983 purposes, or a Federal actor under Bivens. See, e.g., Dossett v. First State Bank, 399 F.3d 940, 949 (8th Cir. 2005)("The traditional definition of acting under color of state law requires that the defendant in a §1983 action have exercised power 'possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law.'"), quoting West v. Atkins, 487 U.S. 42, 49 (1988), quoting, in turn, United States v. Classic, 313 U.S. 299, 326 (1941).  Accordingly, to have a viable claim, Sinclair must show that the Defendants were "acting **under color of federal law** to raise a Bivens claim."  Haley v. Walker, 751 F.2d 284, 285 (8th Cir. 1984)[emphasis added].  "A person acts under color of [federal] law if he 'exercise[s] power "possessed by virtue

- 8 -

of [federal] law and made possible only because the wrongdoer is clothed with the authority of [federal] law."'" <u>Johnson v. Knowles</u>, 113 F.3d 1114, 1117 (9th Cir. 1997), cert. denied, 522 U.S. 996 (1997), quoting <u>West v. Atkins</u>, supra at 49, quoting, in turn, <u>United States v. Classic</u>, 313 U.S. 299, 326 (1941).

There can be no doubt that Obama was a public official, State or Federal, during some of the events alleged in Sinclair's Complaint, "[b]ut even as a public official [Obama's] alleged wrongful actions are not taken under color of state [or Federal] law if they '"are not in any way related to the performance of [his] duties"' as a public official." <u>Id.</u>, quoting <u>Dang Vang v. Vang Xiong X. Toyed</u>, 944 F.2d 476, 479 (9th Cir. 1991), quoting, in turn, <u>Murphy v. Chicago Transit Auth.</u>, 638 F. Supp. 464, 467 (N.D. Ill. 1986).  Simply stated, "all actions of a government official are not, simply by virtue of the official's government employ, accomplished under the color or federal law." <u>Laxalt v. McClatchy</u>, 622 F. Supp. 737, 747 (D. Nev. 1985)(holding that a United States Senator did not act under color of Federal law when he wrote a letter on official Senate stationery demanding the retraction of a newspaper article, as "[t]he mere fact that Laxalt is a United States Senator does not automatically convert this action as occurring under color of federal law.").

Even assuming, as we must under the analysis dictated by Rule 12(b)(6), Federal Rules of Civil Procedure,[4] that all of the facts of Sinclair's Complaint are true, none of the alleged acts of Obama were taken under color of State or Federal law -- that is, were taken by virtue of his authority as a State or Federal public official.  If, as Sinclair alleges, Obama engaged in sexual or drug activities, there is no suggestion, let alone an allegation, that he did so on any authority derived from his status as a State or Federal public official.  Accordingly, Sinclair has "failed to state a claim" against Obama "on which relief may be granted," and his <u>Bivens</u> claim against Obama should be dismissed as a matter of law.  See, <u>Title 28 U.S.C. §1915(e)(2)(B)(ii)</u>.[5]

---

[4]"When analyzing the adequacy of a complaint's allegations under Federal Rule of Civil Procedure 12(b)(6), we accept as true all of the complaint's factual allegations and view them in a light most favorable to the plaintiff[]."  <u>Stodghill v. Wellston School Dist.</u>, 512 F.3d 472, 476 (8th Cir. 2008), quoting <u>Burton v. Richmond</u>, 276 F.3d 973, 975 (8th Cir. 2002); <u>Bohan v. Honeywell Intern., Inc.</u>, 366 F.3d 606, 608 (8th Cir. 2004).  "However, * * * we are 'free to ignore legal conclusions, unsupported conclusions, unwarranted inferences and sweeping legal conclusions cast in the form of factual allegations.'"  <u>Farm Credit Services of America v. American State Bank</u>, 339 F.3d 764, 767 (8th Cir. 2003), quoting <u>Wiles v. Capitol Indem. Corp.</u>, 280 F.3d 868, 870 (8th Cir. 2002).  "A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."  <u>Stodghill v. Wellston School Dist.</u>, supra at 476, quoting <u>Burton v. Richmond</u>, supra at 975; see also, <u>In re Canadian Import Antitrust Litig.</u>, 470 F.3d 785, 788 (8th Cir. 2006).

[5]Although we can conceive of circumstances under which a national political
(continued...)

Moreover, even if the Defendants were State or Federal actors, Sinclair's Complaint is devoid of any **factual** allegations which demonstrate that their acts violated his rights under the First Amendment. To the contrary, it appears that Sinclair has had an unfettered opportunity to exercise his constitutional right to free speech, and has exercised that right by posting his video on YouTube, and by

---

[5](...continued)
committee, or its officers, could act under State or Federal law, Sinclair has not alleged any such circumstances here. As our Court of Appeals has explained, under somewhat analogous circumstances:

> To succeed in his §1983 claims, Lindstedt had to show the Libertarian Party's actions were taken under color of state law resulting in the deprivation of rights secured by the Constitution or federal law. Brohard v. Lee, 125 F.3d 656, 659 (8th Cir. 1997). We conclude that Lindstedt did not point to any facts showing the Libertarian Party was acting under color of state law when it acted to expel him from his positions within the Libertarian party.

Linstedt v. Missouri Libertarian Party, 160 F.3d 1197, 1198 (8th Cir. 1998), cert. denied, 528 U.S. 850 (1999), citing Johnson v. Knowles, 113 F.3d 1114, 1120 (9th Cir. 1997), 522 U.S. 996 (1997), for the proposition that "county Republican Central Committee was not government actor because nothing tied state to particular decision to expel two members because of their sexual orientation"), and Banchy v. Republican Party, 898 F.2d 1192, 1195 (6th Cir. 1990)("party did not act under color of state law in precluding members from voting in internal election for ward chairman").

The very same may be said, here, as Sinclair has not alleged facts to show that any of the Defendants were government actors at the time of their alleged constitutional wrongdoing. As a result, the Bivens claims against all of the Defendants are legally untenable.

- 11 -

otherwise publicizing his accusations against Obama.  See, <u>Complaint</u>, at p. 2 ¶4

("Plaintiff then contacted numerous news papers and news networks with this

information in January 2008" and, because of no response from the "Obama

organization," "plaintiff was forced to release the statements via video posted on

youtube [sic]."). Sinclair does not allege any deprivation of his First Amendment

rights, at least in any constitutional sense, and he alleges ready access to "the

uninhibited marketplace of ideas" to which the First Amendment entitles him.  See,

<u>Red Lion Broadcasting Co. v. F.C.C.</u>, 395 U.S. 367, 390 (1969)("It is the purpose of

the First Amendment to preserve an uninhibited marketplace of ideas in which truth

will ultimately prevail * * *.").  While Sinclair appears to complain that the

publication of his allegations has received public criticism, the First Amendment

provides no absolute protection from critical public comment.  As a consequence,

Sinclair has failed to raise any cognizable deprivation of his First Amendment rights.[6]

---

[6]We have not overlooked the Plaintiff's allegation that an unidentified newspaper reporter stated that Obama and Axelrod "were conducting and [sic] undercover investigation into plaintiff and plaintiffs [sic] associates." <u>Complaint</u>, p. 2, ¶ 4. The allegation, however, does not describe any violation of the Plaintiff's First Amendment rights.  The mere fact of an investigation, in and of itself, is not inconsistent with any First Amendment liberties.

Lastly, we have considered Sinclair's brief and conclusory allegation that the "Defendant Democratic National Committee has engaged in an active effort to slander [Sinclair] on defendants [sic] official web site, allowing false statements to be made against [Sinclair] and has openly encouraged defendants [sic] members to attack [Sinclair]." <u>Complaint</u>, at p. 2. ¶4. According to Sinclair's Complaint, the DNC is not alleged to have slandered him, but rather, is alleged to have opened a forum in which purported slander was recorded by unnamed third parties. <u>Id.</u>  Again, accepting those allegations as true for these purposes, Sinclair has failed to allege an actionable claim, as his purported slander action is barred by the Communications Decency Act ("CDA"), <u>Title 47 U.S.C. §230</u>.

As a Court in this District recently explained:

> Section 230 provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider," §230(c)(1), and that "[n]o cause of action may be brought and no liability may be imposed under any State or local law that is inconsistent with this section," §230(e)(3).  Although the Eighth Circuit has yet to address the application of §230, "[t]he majority of federal circuits have interpreted the CDA to establish broad 'federal immunity to any cause of action that would make service providers liable for information originating with a third-party user of the service.'"

- 13 -

Gregerson v. Vilana Financial, Inc., 2008 WL 451060 at *8 (D. Minn., February 15, 2008), quoting Almeida v. Amazon.com, Inc., 456 F.3d 1316, 1321 (11th Cir. 2006), quoting, in turn, Zeran v. America Online, Inc., 129 F.3d 327, 331 (4th Cir. 1997); see also, Chicago Lawyers' Committee for Civil Rights under the Law, Inc. v. Craigslist, Inc., 461 F. Supp.2d 681, 688, 690 n. 6 (N.D. Ill. 2006)("Near-unanimous case law holds that Section 230(c) affords immunity to [interactive computer services] against suits that seek to hold an [interactive computer service] liable for third-party content," and "[v]irtually all subsequent courts that have construed Section 230(c)(1) have followed Zeran [v. American Online, Inc., supra], and several have concluded that Section 230(c)(1) offers [interactive computer services] a "broad," "robust" immunity.")[citing a wealth of cases].

Here, since Sinclair alleges that the purported slander is the commentary of third persons on the DNC's website, it is plain that the "[DNC], as an operator of a website where users can post comments, is a provider of an interactive computer service." Id. at *9, citing Universal Communications Systems, Inc. v. Lycos, Inc., 478 F.3d 413, 419 (1st Cir. 2007); Carafano v. Metrosplash.com Inc., 339 F.3d 1119, 1123 (9th Cir. 2003); Faegre & Benson, LLP v. Purdy, 367 F. Supp.2d 1238, 1249 (D. Minn. 2005).

"The third-party comments posted on [the DNC's] website are 'information provided by another information content provider,'" as Section 230(f)(3) "defines 'information content provider' as 'any person or entity that is responsible, in whole or in part, for the creation or development of information provided through the Internet or any other interactive computer service.'" Id. "Accordingly, [the DNC] is

- 14 -

not liable for the third-party comments posted on [its] website."[7] <u>Id.</u>; see also, <u>Faegre</u>

<u>& Benson, LLP v. Purdy</u>, supra at 1249 ("Defendants, like Purdy, who run web sites

on which internet users can post comments are providers of interactive computer

services," and thus, "Purdy is immune from defamation or appropriation claims based

on content posted by someone else on the bulletin board he hosts.").

    The cases holding that website hosts, such as the DNC, are immune from

slander suits because of the provisions of the CDA, under the same circumstances as

---

[7]As the Court in <u>Gregerson v. Vilana Financial, Inc.</u>, 2008 WL 451060 at *9 n. 3 (D. Minn., February 15, 2008), further noted:

> Section 230 immunity extends even after [the DNC] was made aware of [Sinclair's] objections to the comments posted by third parties. Universal Commc'n Sys, 478 F.3d at 420 ("It is, by now, well established that notice of the unlawful nature of the information provided is not enough to make it the service provider's own speech * * *. Section 230 immunity applies even after notice of the potentially unlawful nature of the third-party content.").

Further, Section 230 "precludes courts from entertaining claims that would place a computer service provider in a publisher's role," and therefore, bars "lawsuits seeking to hold a service provider liable for its exercise of a publisher's traditional editorial functions -- such as deciding whether to publish, withdraw, postpone, or alter content." <u>Dimeo v. Max</u>, 433 F. Supp.2d 523, 528 (E.D. Pa. 2006), aff'd, 248 Fed.Appx. 280 (3rd Cir. 2007), quoting <u>Green v. America Online</u>, 318 F.3d 465, 471 (3rd Cir. 2003), quoting, in turn, <u>Zeran v. America Online Inc.</u>, 129 F.3d 327, 330 (4th Cir. 1997), cert. denied, 524 U.S. 937 (1998).

alleged by Sinclair, are legion.  See, <u>Chicago Lawyers' Committee for Civil Rights under the Law, Inc. v. Craigslist, Inc.</u>, supra at 690 n. 6 (providing a compendium of cases, State and Federal).  Since Sinclair's attempt to sue the DNC for slander is barred by the CDA, and since he has no viable Section 1983 claim against any of the Defendants, his Complaint should be summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii), and his amended IFP Application should be denied as moot.

NOW, THEREFORE, It is --

RECOMMENDED:

1.    That the Plaintiff's Amended Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 3] be denied.

2.    That this action be summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).


Dated: February 25, 2008        *s/Raymond L. Erickson*
                                Raymond L. Erickson
                                CHIEF U.S. MAGISTRATE JUDGE

**N O T I C E**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.2, any party may object to this Report and Recommendation by filing

with the Clerk of Court, and by serving upon all parties by no later than **March 13, 2008**, a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than March 13, 2008**, unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE SINCLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00434-HHK |
| | ) | |
| TubeSockTedD, mzmolly and OWLINGLIARS, | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF **FLORIDA**

COUNTY OF **MIAMI-DADE**

### AFFIDAVIT OF LEE GOLDWICH

1. My name is Lee Goldwich. I am employed by Horizon Investigation, Inc. I am over the age of eighteen and make this statement based upon personal knowledge. I make this affidavit with the understanding that it will be used in connection with motions in this case.

2. Pursuant to directions by Paul Alan Levy, Esquire, I instructed my employee, Viviana Mendiluza, to go to the Broward County Clerk of Court, and request a certified copy of Judgment pertaining to LarrySinclair/La-Rye Vizcarra Avila. The Broward County Clerk of Court provided Viviana Mendiluza with the certified copy attached hereto as Exhibit A, which Ms. Mendiluza provided to the undersigned.

3. Pursuant to directions by Paul Alan Levy, Esquire, I instructed my employee, Viviana Mendiluza, to go to the Miami-Dade County Clerk of Court, and request a certified copy of Judgment pertaining to LarrySinclair/Larye Vizcarra Avila-Adams. The Miami-Dade County Clerk of Court provided Viviana Mendiluza with the certified copy attached hereto as Exhibit B, which Ms. Mendiluza provided to the undersigned.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Lee Goldwich

    Before me this day appeared _Lee Goldwich_ personally known to me and being first duly sworn, deposes and says that he executed the foregoing Affidavit, and he acknowledges that he executed the same freely and voluntarily as his own act and deed.

    IN WITNESS THEREOF, I have hereunto set my hand and seal on this 24 day of April, 2008.

_____
Notary Public, State of Florida
at Large

Fabiola I Duarte
My Commission DD353869
Expires September 09, 2008

_Fabiola I. Duarte_
PRINT

My Commission Expires:

EXHIBIT A

JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA
STATE OF FLORIDA                                          DIVISION   LEROY H. MOE
—vs—            85-220651                                 CASE NUMBER   85-5875CF
                                                          ST. ATTY.   GARY PERKINS
LA-RYE VIZCARRA AVILA                                     CT. RPTR.   RANDY SLANE
_____Defendant_____

# JUDGMENT

The Defendant, _____ LA-RYE VIZCARRA AVILA _____ , being personally before this

Court represented by _____ FREEMON A. MARK _____ , his attorney of record, and having

**(Check Applicable Provision)**
☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| I | GRAND THEFT | 812.014(1)a & (1)b | 3F | |

and no cause having been shown why the Defendant should not be adjudicated guilty, **IT IS ORDERED THAT** the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)
••••••••••••••••••••••

The Defendant is hereby ordered to pay the sum of fifteen dollars ($15.00) pursuant to F.S. 960.20 (Crimes Compensation Trust Fund). The Defendant is further ordered to pay the sum of two dollars ($2.00) as a court cost pursuant to F.S. 943.25(4).

☐ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to F.S.943.25(8). (This provision is optional; not applicable unless checked.)

**(Check if Applicable)**
☐ The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ The Court hereby imposes additional court costs in the sum of $ _____

**Imposition of Sentence Stayed and Withheld (Check if Applicable)**
☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order.)

**Sentence Deferred Until Later Date (Check if Applicable)**
☐ The Court hereby defers imposition of sentence until _____
                                                                     (date)

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

*Leroy H. Moe*
JUDGE

### FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: *Al Maure* (Court Deputy)
Name and Title

**DONE AND ORDERED** in Open Court at Broward County, Florida this _6th_ day of _JUNE_
A.D., 19_85_. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant.
_LA-RYE VIZCARRA AVILA_ and that they were placed thereon by said Defendant in my presence in Open Court this date.

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
F. T. JOHNSON
COUNTY ADMINISTRATOR

*Leroy H. Moe*
JUDGE

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL.
APR 2 3 2008
HOWARD C. FORMAN
CLERK OF COUNTY & CIRCUIT COURT
BY _____ D.C

OFF. REC 12653 PAGE 45



STATE _____ V _____

Case Number: 85-5875CF

# SENTENCE

(as to Count _____ I _____ )

The Defendant, being personally before this Court, accompanied by his attorney, _____ FREEMON A. MARK _____

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

☐ and the Court having on _____ deferred imposition of sentence until this date. (date)

(Check either provision if applicable)

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

**IT IS THE SENTENCE OF THE LAW that:**

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25

☒ The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Broward County, Florida.
*(Name of local corrections authority to be inserted at printing, if other than Sheriff)*

To be imprisoned (check one, unmarked sections are inapplicable):

☐ For a term of Natural Life

☒ For a term of _____ ONE (1) YEAR & ONE (1) DAY _____

☐ For an indeterminate period of 6 months to _____ years.

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

*If "split" sentence complete either of these two paragraphs*

☐ However, after serving a period of _____ imprisonment in the _____ balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**Firearm – 3 year mandatory minimum**
☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

**Drug Trafficking – mandatory minimum**
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

**Retention of Jurisdiction**
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____ The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

**Habitual Offender**
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Jail Credit**
☒ It is further ordered that the Defendant shall be allowed a total of _____ 62 DAYS _____ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

**Consecutive/Concurrent**
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above

**Consecutive/Concurrent (As to other convictions)**
It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following

☐ Any active sentence being served.

☐ Specific sentences: _____
_____
_____
_____

In the event the above sentence is to the Department of Corrections, the Sheriff of Broward County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court further recommends _____
_____
_____
_____

DONE AND ORDERED in Open Court at Broward County, Florida, this _____ 6th _____ day of _____ JUNE _____
A.D. 19 85
BROWARD COUNTY, FLORIDA

*Leroy H. Moe*

JUDGE

THE CIRCUIT and/or COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

DATE 6/6/05    CASE NO. 05-5872CF    ARREST NO. _____    ROBT/SURETY/CASH BOND _____    AKA _____    MUNICIP/AGENCY _____

DEFENDANT Avila, LaRue V.
(LAST)    (FIRST)    (M.I.)

| COURT STATUS | | SPECIAL CONDITIONS | |
|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☐ VOP 1st | ☐ PSI | ☐ PLED NOT GUILTY | ☒ CHANGE OF PLEA |
| ☒ ARRAIGNMENT | ☐ JURY | ☐ VOP 2nd | ☐ REVIEW HEARING | ☒ PLED GUILTY | |
| | ☐ COURT | ☐ PDR | ☐ PLED NOLO CONTENDERE | |

CHARGE(S): I + II Grand Theft

NOLLE PROSEQUI II
DISMISSED _____
ACQUITTED _____

ADJ. GUILTY: I
WITHHELD

SENTENCE: I One yr + One day F.S. Prison
(1) Credit for 62 Days Time
Served.
Plus $ H.S.V.C. + $ Assessment.

CASA/DWI SCHOOL _____    LICENSE SUSP _____    JAIL TIME _____
CASAP EVALUATION _____    WORK PERMIT _____    REST _____
COM SERVICE/HOURS _____    OTHER _____
PLUS $ _____ BY _____ (DEPUTY CLERK)    DEFERRED TO _____

ABOVE FINES AND COST DEFERRED TO: _____

/S/ _____ (JUDGE)

FAILURE TO PAY FINE BY THE ABOVE DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

FILE COPY

REVISED 12/84

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL
on    APR 2 3 2008
HOWARD C. FORMAN
CLERK OF COUNTY & CIRCUIT COURT
BY _____ D.C.

# EXHIBIT B

☐ PROBATION VIOLATOR
    *(Check if Applicable)*

IN THE CIRCUIT COURT ELEVENTH
JUDICIAL CIRCUIT, IN AND FOR
DADE COUNTY, FLORIDA

FILED
AUG 13 1986
RICHARD P. BRINKER
CLERK

CRIMINAL DIVISION

STATE OF FLORIDA

CASE NUMBER 86-17266

— vs —

LARYE VIZCARRA AVILA-ADAMS
    *Defendant*

RECORDED
SEP 8 1986
RICHARD P. BRINKER
CLERK

# J U D G M E N T

The Defendant, being personally before this Court represented by **M. OSBORNE**

_____, his attorney of record, and having:

*(Check Applicable Provision)*

☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME |
|-------|-------|---------------------------|-----------------|
| 1 & 2 | UTTERING A FORGED INSTRUMENT --CHECK | 831.02 | 3F |
| 3 & 4 | GRAND THEFT SECOND DEGREE | 812.014 | 3F |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

· · · · · · · · · · · · · · · · · ·

*Check if Applicable*

☒ The Defendant is hereby ordered to pay the sum of two hundred dollars ($200.00) pursuant to F.S. 27.3455. (Local Government Criminal Justice Trust Fund).

☒ The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00) pursuant to F.S. 960.20 (Crimes Compensation Trust Fund).

                three dollars ($3.00)

☒ The Defendant is further ordered to pay the sum of ~~two hundred twenty-five dollars ($225.00)~~ as a court cost pursuant to F.S. 943.25(4).

☒ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to F.S. 943.25(8). (This provision is optional; not applicable unless checked).

☐ The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.083. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of the sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ The Court hereby imposes additional court costs in the sum of $ _____

Venus
CIRCT/CR1 9 Rev. 2-86

Page 1 of 2

REC 12998 PG 2535



STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office this _____ AD 20__

HARVEY RUVIN, Clerk of Circuit and County Courts

Deputy Clerk _____

Defendant *Larke Avila-Adams*

Case Number *86-17266*

| | |
|---|---|
| Imposition of Sentence Stayed and Withheld (Check if Applicable) | ☒ The Court hereby stays and withholds the imposition of sentence as to count(s) 1,2,3 & 4 conc. and places the Defendant on probation/~~community control~~ for a period of ONE (1) YEAR under the supervision of the Department of Corrections (conditions of probation/~~community control~~ set forth in separate order.) |
| Sentence Deferred Until Later Date (Check if Applicable) | ☐ The Court hereby defers imposition of sentence until _____ (date) |
| | ☐ The Court hereby suspends the entry of sentence as to Count(s) _____ . |

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Miami, Dade County, Florida, this 13th day of August A.D., 19 86 .

*Mark Greenbaum*
JUDGE
MARTIN GREENBAUM

## FINGERPRINTS OF DEFENDANT

| Left four fingers taken simultaneously | Left thumb | Right thumb | Right four fingers taken simultaneously |
|---|---|---|---|

Fingerprints taken by:

*Earl Marshall 3046*
Name and Title

I HEREBY CERTIFY that the above and foregoing fingerprints are those of the Defendant, and that they were placed hereon by said Defendant in my presence in Open Court at Miami, Dade County, Florida, this 13th day of August , 19 86 .

*Mark Greenbaum*
JUDGE
MARTIN GREENBAUM

OFF REC 12998 PG 2536

Page 2 of 2

CIRCT/CR1 (84 Rev. 8/85)

RECORDED

SEP 8 1986

RICHARD P. BRINKER
CLERK

STATE OF FLORIDA

-vs-

*Jarze Avila-Adams*

DEFENDANT

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR
DADE COUNTY, FLORIDA.

FILED

AUG 13 1986

RICHARD P. BRINKER
CLERK

CRIMINAL DIVISION

CASE NO. 86-17266

ORDER GRANTING PROBATION
AND FIXING TERMS THEREOF

**IT APPEARING TO THE SATISFACTION OF THE COURT** that you, the above-named defendant, are not likely again to engage in the criminal course of conduct; and that the ends of justice and the welfare of society do not require that you should presently suffer the penalty authorized by law:

**IT IS THEREFORE ORDERED AND ADJUDGED** that (the adjudication of guilt is withheld and) you are hereby placed on probation for a period of *One Year* beginning *August 13 1986*, under the supervision of the Florida Department of Corrections and its supervisors, such supervision to be subject to the provisions of the Laws of this State.

**IT IS FURTHER ORDERED** that you shall comply with the following conditions of probation:

(1)  You must report in person immediately or upon release from custody, if applicable, to the PROBATION INTAKE OFFICE, 1350 N.W. 12th Avenue, Room 461, Miami, Florida.

(2)  You will not change your residence or employment or leave the county of your residence without first securing the consent of your Probation Supervisor.

(3)  Not later than the fifth day of each month, you will make a full and truthful report to your Probation Supervisor on the form provided for that purpose, unless otherwise directed by your Probation Supervisor.

(4)  You will neither possess, carry or own any weapon or firearm without first securing the consent of your Probation Supervisor.

(5)  You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6)  You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7)  You will work diligently at a lawful occupation and support any dependent to the best of your ability, as directed by your Probation Supervisor.

(8)  You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Supervisor, and allow the Supervisor to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9)  If at any time it becomes necessary to communicate with the Probation Supervisor for any purpose and he is not accessible, unless otherwise instructed, direct such communication to the Florida Department of Corrections, Tallahassee.

(10)  You will make payments of twenty ($20.00) dollars per month, as instructed by your Probation Supervisor, to the State of Florida, pursuant to Ch. 945.30 Florida Statutes to cover part of the cost of your Supervision, while on probation, unless any such payments are waived according to the law.

(11)  You will comply with the special condition(s), if any, as noted on page two of this order.

**YOU ARE HEREBY PLACED ON NOTICE THAT THE COURT** may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

**IT IS FURTHER ORDERED** that when you have reported to the Probation Supervisor and have been instructed as to the conditions of probation, unless otherwise specified below, you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

**DONE AND ORDERED** in open Court at Miami, Dade County, Florida, this *13th* Day of *August*, A.D., 19 *86*.

*Martin Greenbaum*
Judge

I have received a copy of the terms and conditions of my probation. I have read and understand these conditions.

*Jarze Avila-Adams*
Defendant

OFF. REC. 12998 PG 2537

CIR/CT/CRI _____ (REV. 10/84)    Page 1 of

I have (read) (interpreted) the terms and conditions to the above named defendant:

*Marie D. Blanc*
ATTORNEY / INTERPRETER

COURT FILES

CASE NO. 86-7926

FILED

AUG 18 1986

RICHARD P. BRINKLE
CLERK

## SPECIAL CONDITIONS OF PROBATION

TO BE INITIALED BY:

JUDGE    PROBATIONER

_____    _____    You must consume no alcoholic beverages whatsoever.

_____    _____    You must enter and successfully complete an Alcoholic or other Rehabilitation Program as determined by your Probation Supervisor.

_____    _____    You must join Alcoholics Anonymous.

_____    _____    You must submit to chemical tests (e.g. blood, urine, breath) to determine presence of intoxicants in your body at your Probation Supervisor request.

_____    _____    You must enter and successfully complete a Drug Rehabilitation Program as determined by ADAP.

_____    _____    You must enter and satisfactorily complete the Mentally Disordered Sex Offender Program of the Division of Mental Health.

_____    _____    You must undergo psychiatric treatment until such time as the person in charge of such treatment and your Probation Supervisor determine that such treatment is no longer necessary.

_____    _____    You must complete your education through level _____

_____    _____    You must serve 60 days in D.C.J. c/s to wit 60 days served commencing

_____    _____    You must make restitution in the amount of approximately $ 7,300.00

_____    to _____ (exact amount and rate of payment will be determined by your Probation Supervisor or Court.)

_____    _____    You must not associate in any way with _____

_____    _____    You are permitted to transfer your Probation Supervision to the State of _____ under the provisions of the Interstate Compact (949.07 F.S.) and subject to the Administrative procedures currently in effect of the Florida Department of Corrections, and Probation Authorities of that State.

_____    _____    Upon completion of your sentence you must immediately report to the Probation Intake Office to begin your probation.

_____    _____

_____    _____

_____    _____

_____    _____

Page 2 of 2

OFF. REC. #2998 PG 2538

CIR/CT/CRI _____ (REV. 10/83)

COURT FILES