UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
)
LAWRENCE SINCLAIR,           )        1:08-cv-00434-HHK
)
       Plaintiff,           )
)
-against-                    )
)
TubeSockTedD, et al.,        )
)
       Defendants.          )
)
---------------------------------------------------x

**MEMORANDUM OF POINTS AND AUTHORITIES
OF DEFENDANT "TubeSockTedD" IN SUPPORT
OF MOTION TO QUASH APRIL 7, 2008, SUBPOENA**

       This is a defamation action which alleges of and concerning "TubeSockTedD" only that, in response to plaintiff's public internet accusations about Barrack Obama, defendant responded by saying plaintiff had been "spreading lies". (Complaint, ¶ 13).  In pursuit of learning the defendant's identity, plaintiff has served a subpoena upon Google Inc.

       Under well established principles, the subpoena must be quashed, both on constitutional, First Amendment, grounds, and on common law grounds as well, since plaintiff does not have evidence of a meritorious claim against movant.

       We agree with, and respectfully incorporate by reference herein, all of the papers filed by Public Citizen on behalf of its clients, defendant "mzmolly" and subpoena recipient DemocraticUnderground.com, in opposition to plaintiff's motion to compel.

       We only note additionally that the precise language alleged in this case against TubeSockTedD – that plaintiff was "spreading lies" – has been specifically held to be insufficient

to support a cause of action for defamation. See, e.g. Rocker Management LLC v. John Does 1-20, 2003 WL 22149380 (N.D. California 2003), where a subpoena had been directed to Yahoo! Inc. for the identity of an anonymous internet 'message board' poster. The defendant was accused of having stated that plaintiff that had been "spreading lies" about certain stocks. The Court never even reached the question of whether plaintiff had sufficient evidence to support his claim, holding that the claim was as a matter of law not defamatory, since the statement was a statement of opinion, rather than a defamatory statement of fact. Accordingly, it quashed the subpoena.

**Conclusion**

In view of the absence of any legally cognizable claim against "TubeSockTedD", plaintiff's subpoena to Google Inc. should be quashed.

Respectfully submitted,

**VANDENBERG & FELIU, LLP**
By:____/s/Ray Beckerman_____
Attorneys for Defendant "TubeSockTedD"
(Admitted pro hac vice)
110 East 42 Street
New York, NY 10017
(212) 763-6800
Email: rbeckerman@vanfeliu.com

**KLIMASKI & ASSOCIATES, P.C.**
By:_____/s/James R. Klimaski_____
James R. Klimaski
Attorneys for defendant "TubeSockTedD"
1625 Massachusetts Avenue, N.W. Suite 500
Washington, District of Columbia 20036
Telephone: 202-296-5600
Email: klimaski@klimaskilaw.com

Ray Beckerman,
   Of counsel

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------x
                                              )
LAWRENCE SINCLAIR,           )         1:08-cv-00434-HHK

        Plaintiff,

    -against-

TubeSockTedD, et al.,

        Defendants.
----------------------------------------------------x

## PROPOSED ORDER

       The April 7, 2008, subpoena served by plaintiff upon "Records Custodian, YouTube, LLC" is hereby quashed, and of no further force and effect, to the extent said subpoena seeks information of and concerning defendant "TubeSockTedD".

                                                                    _____
                                                                    United States District Judge