UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

                Plaintiff,

vs.

TubeSockTedD, mzmolly and
OWNINGLIARS,

                Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

MOTION TO SANCTION ATTORNEY PAUL ALAN LEVY AND TO SEAL EXHIBITS PENDING FURTHER REVIEW AND CERTIFICATION OF COMPLIANCE

    Plaintiff, Lawrence Sinclair, by and through his undersigned counsel and pursuant to the anomalous authority of this Court and LCvR 5.4(f)(1) and (3), moves (i) to sanction Paul Alan Levy, counsel for mzmolly and Democraticunderground.com, and (ii) to temporarily seal exhibits filed by Mr. Levy pending his review and certification of compliance with LCvR 5.4(f), and for grounds in support thereof states:

    LCvR 5.4(f)(1) and (3) "Privacy Requirements" <u>unequivocally</u> states: "The following personal identifiers shall be excluded, or redacted where inclusion is necessary, from all electronically filed documents unless otherwise ordered by the Court . . . Social Security numbers. If an individual's Social Security number must be included in a pleading, only the last four digits of that number should be used . . . Dates of birth. If an individual's date of birth must be included in a pleading, only the year should be used."

    In <u>blatant</u> and <u>callous</u> disregard of this Local Rule, Attorney Paul Alan Levy filed D.E. #12-14, at page 3 an exhibit which contained <u>both</u> Plaintiff's social security number and date of birth <u>without</u> the requisite redactions.

Moreover, in the spirit of self-promotion which Mr. Levy seems to relish[1], his Response has been posted on Mr. Levy's law firm's website and thus presumably been repeatedly copied and spread <u>irretrievably</u> across the world-wide web. Moreover, as this Court knows, PACER is available to all upon simple registration.

Additionally, Plaintiff has not yet completed a thorough review of Mr. Levy's five hundred (500) page exhibit filed in support of his response to Plaintiff's motion to compel, hence there may be other improper disclosures in those exhibits by Mr. Levy that have not yet been located. As such, Plaintiff seeks an order sealing those exhibits pending a review and certification of compliance with LCvR 5.4(f) by Mr. Levy personally – as he signed the initial pleading – to insure there are <u>no</u> other breaches of this Court's Rules.

WHEREFORE, for the reasons aforesaid, Plaintiff requests that this Court immediately (i) seal all exhibit filed by Mr. Levy in this matter pending review by Mr. Levy of other breaches of the Local Rules and (ii) significantly sanction – including attorney fees for drafting this motion – Mr. Levy for his reckless breach of this Court's Rules on litigant's privacy.

---

[1] Mr. Levy is in the habit of sending out press releases in an effort to litigate this matter in the press: See: www.media-newswire.com/release_1063651.html

**CERTIFICATE OF SERVICE**

      I hereby certify that: a true and accurate copy of the foregoing was served by this Court's CM/ECF system upon Paul Alan Levy, Public Citizen Litigation Group, 1600 20th Street, NW, Washington, DC 20009, Ray Beckerman, Vandenberg & Feliu LLP, 110 East 42 St., New York, NY 10017 and James R. Klimaski, Klimaski & Associates, P.C., 1625 Massachusetts Avenue NW, Suite 500, Washington, DC 20036-2245, this May 3, 2008.

                                                      **MONTGOMERY BLAIR SIBLEY**
                                                      Counsel for Plaintiff
                                                      1629 K Street, Suite 300
                                                      Washington, D.C. 20006
                                                      202-508-3699
                                                      202-478-0371 Fax

                                                  By:   /s/ Montgomery Blair Sibley
                                                           Montgomery Blair Sibley
                                                           D.C. Bar #464488

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

            Plaintiff,

vs.

TubeSockTedD, mzmolly and
OWNINGLIARS,

            Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

ORDER ON MOTION TO SANCTION ATTORNEY PAUL ALAN LEVY AND TO SEAL EXHIBITS PENDING FURTHER REVIEW AND CERTIFICATION OF COMPLIANCE

      Upon consideration of Plaintiff's Motion To Sanction Attorney Paul Alan Levy and to Seal Exhibits Pending Further Review and Certification of Compliance, it is:

      ORDERED that the motion is granted.  The Clerk is Directed to seal D.E. #12 and all exhibits pertaining thereto pending a certification by Mr. Levy that he has reviewed anew that filing and it comports with LCvR 5.4(f), and it is further

      ORDERED, that  Paul Alan Levy is sanction in the amount of $500 in attorney fees payable to Plaintiff's counsel and $10,000 in a sanction payable to the Court.


DATED:  May ___, 2008                        _____
                                                              United States District Judge