**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

Lawrence Sinclair,

                Plaintiff,

vs.

TubeSockTedD, mzmolly and OWNINGLIARS,

                Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

**SUPPLEMENT TO MOTION TO SANCTION ATTORNEY PAUL ALAN LEVY**

Plaintiff, Lawrence Sinclair, by and through his undersigned counsel and pursuant to the anomalous authority of this Court and LCvR 5.4(f)(1) and (3), supplements his motion to sanction Paul Alan Levy, counsel for mzmolly and Democraticunderground.com to ask that the amount of the sanction be One Hundred Thousand Dollars ($100,000) based upon newly discovered evidence described herein, and for grounds in support thereof states:

As evidenced by the attached Exhibit, Mr. Levy's improper filing has already been downloaded by persons unknown from PACER and posted on the Internet for any and all to see.

That exhibit, which is D.E. #12-14, page 3-3, has been posted on the internet as the Exhibit's URL indicates and discloses Plaintiff's date of birth in violation of LCvR 5.4(f)(3).

WHEREFORE, for the reasons aforesaid, Plaintiff requests that this Court significantly sanction – including attorney fees for drafting this supplement – Mr. Levy in the amount of One Hundred Thousand Dollars ($100,000) for his reckless breach of this Court's Rules on litigant's privacy.

**CERTIFICATE OF SERVICE**

      I hereby certify that: a true and accurate copy of the foregoing was served by this Court's CM/ECF system upon Paul Alan Levy, Public Citizen Litigation Group, 1600 20th Street, NW, Washington, DC 20009, Ray Beckerman, Vandenberg & Feliu LLP, 110 East 42 St., New York, NY 10017 and James R. Klimaski, Klimaski & Associates, P.C., 1625 Massachusetts Avenue NW, Suite 500, Washington, DC 20036-2245, this May 5, 2008.

                                            **MONTGOMERY BLAIR SIBLEY**
                                            Counsel for Plaintiff
                                            1629 K Street, Suite 300
                                            Washington, D.C. 20006
                                            202-508-3699
                                            202-478-0371 Fax

                                            By:  /s/ Montgomery Blair Sibley
                                                    Montgomery Blair Sibley
                                                    D.C. Bar #464488

```
AUTHORIZED USE ONLY.       ********       CONTACT CONTRIBUTING
AGENCY FOR SPECIFIC/MORE DATA ABOUT CHARGES AND/OR DISPOSITIONS.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

PAGE-01  DATE-04/25/2008  TIME-11:38:15
REQ ORI-SCLED0000   S C LAW ENF DIV
SID-SC01778504 FBI-517991W10
NAME-SINCLAIR, LAWRENCE WAYNE         SEX-M RACE-W
HEIGHT-509 WEIGHT-200 EYES-HAZ HAIR-BRO SKIN-    BORN-SC
FPC-                                  HENRY-

1-FINGERPRINT IMAGES ON THIS SUBJECT ARE STORED ON SCAFIS

DATE RECORD ENTERED--09/13/2007      DATE OF LAST UPDATE  09/13/2007
-----------------------------------------------------------------

ADDITIONAL IDENTIFIERS           BIRTH
NAME                             DATES    MARKS      SOC SEC   MISC NUM
                                 09261961 TAT L SHLD
-----------------------------------------------------------------
CONTRIBUTOR/SUBJECT              DOA/RCVD CHARGE/DISPOSITION/ETC
-----------------------------------------------------------------
SINCLAIR, LAWRENCE WAYNE         09/01/2007
SC0280000 KERSHAW CNTY SO
CASE-NA
ATN-990000333560
WARR-28261DX    @
CIT-16-17-530-MISDEMEANOR
                                      ARREST CHARGE 01-PUBLIC DISOR
                                      DERLY CONDUCT
                                      OFFENSE DATE-09/01/2007

@ - WARRANT OCCURS WITH MORE THAN ONE SID NUMBER
```