UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,               )
                                 )
            Plaintiff,           )
                                 )
      v.                         )         No. 1:08-cv-00434-HHK
                                 )
TubeSockTedD, mzmolly and OWNINGLIARS,    )
                                 )
            Defendants.          )

## MOTION TO SUBSTITUTE FILING

Democratic Underground and defendant mzmolly move the Court to substitute the attached documents for three of the attachments filed with their Opposition to Plaintiff's Motion to Compel Discovery. The documents to be replaced, Documents 12-5 (Exhibit H to L to Styles Affidavit), 12-13 (Affidavit of William Tobias Morrow), and 12-14 (Affidavit of Ronald Alexander), contain personal identifying information. The proposed replacement filings, which are filed with this motion, are identical except that the identifying information has been covered by labels stating "Redacted."

## CERTIFICATE OF CONFERENCE

On the morning of May 5, 2008, I both telephoned and emailed Sinclair's counsel, Mr. Sibley, seeking his consent to this motion, without prejudice to his right to pursue the motion previously filed early Saturday morning (DN 14) for sanctions for the filing of a document containing personal identifying information. When I finally reached him by telephone, Mr. Sibley stated that he had just responded to my email, then added that he would not consent to this motion because he wants to have all of the documents filed in support of the Opposition to the Motion to Compel Discovery sealed until I had reviewed all pages filed to ensure that they did not contain

further identifying information.  I indicated that I understood that this was raised by his previous

motion, which he has the right to pursue, but asked that for now he consent to my motion to get the

documents in question replaced.  Mr. Sibley responded that he was preparing to file a motion

containing indications that Sinclair's information was being posted all over the Internet.  When I

started to ask for details, he responded that I should wait to see what they were going to file; that I

should "grab the ankles" and do as he insisted to please his client; but that I could "do as you damn

please."  Before I could respond, he hung up. His email responding to my request is also attached

to this motion.

Respectfully submitted,

_____/s/ Paul Alan Levy_____
Paul Alan Levy

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Attorney for mzmolly and
Democratic Underground

May 5, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,                          )
                                            )
                    Plaintiff,              )
                                            )
         v.                                 )        No. 1:08-cv-00434-HHK
                                            )
TubeSockTedD, mzmolly and OWNINGLIARS,      )
                                            )
                    Defendants.             )

**ORDER**

The Clerk is directed to replace the currently filed Documents 12-5 ((Exhibit H to L to Styles Affidavit), 12-13 (Affidavit of William Tobias Morrow), and 12-14 (Affidavit of Ronald Alexander), filed on April 30, 2008, with the redacted documents filed on May 5, 2008.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being submitted to the Court's ECF system, which will serve the documents on all counsel in the case.


_____/s/ Paul Alan Levy_____
Paul Alan Levy

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Attorney for mzmolly and
Democratic Underground

May 5, 2008

**From:**       "Montgomery Sibley" <mbsibley@earthlink.net>
**To:**         "'Paul Levy'" <plevy@citizen.org>
**Date:**       5/5/2008 10:05:22 AM
**Subject:**    RE: Request for consent

Paul:

I consent only to the total sealing of the exhibits you filed until you have
vetted and then certify that there are no other breaches of my client's
privacy.

Montgomery

-----Original Message-----
From: Paul Levy [mailto:plevy@citizen.org]
Sent: Monday, May 05, 2008 9:26 AM
To: Montgomery Sibley
Subject: Request for consent

I have been trying to call you but, each time I call, after a single ring, I
get a message "all circuits are busy now."

I have contacted the ECF desk to get the pages containing personal
identifying information taken down.  In order to get the documents replaced
as soon as possible, I need to file a motion.  In order to get this done as
quickly as possible, I am asking for your consent to substitute pages that
cover the personal information with the word "Redacted."  This consent would
be without prejudice to your right to pursue the additional relief that you
seek in your own motion.

Please advise whether I may represent that you consent.  I'll continue to
try calling, or you can call me back.  I should be in the office all day,
except for an early afternoon meeting.

Paul Alan Levy
Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
http://www.citizen.org/litigation

EXHIBIT H

Pueblo County Sheriff's Office - Search

Friday, April 25, 2008





## Pueblo County Sheriff's Office
### Kirk M. Taylor, Sheriff

Home
Law Enforcement
Detention Center
Communications
Admin Services



## WANTED

| INMATE DETAILS | |
|---|---|

| | | | |
|---|---|---|---|
| **Last Name:** | SINCLAIR | **Last Known Addr:** | 2033 JERRY MURPHY RD #347 |
| **First Name:** | LAWRENCE | | PUEBLO, CO 81001 |
| **Middle Name:** | WAYNE | **Hair Color:** | BLN |
| **Height:** | 5'07" | **Eye Color:** | HAZ |
| **Weight:** | 168 | | |
| **DOB:** | Redacted | | |
| **Sex:** | M | | |

# WANTED PERSONS SEARCH RESULTS DETAILS

Help

Do you have information about a missing or wanted person or believe any of the information below to be inaccurate?

**SEND A TIP**

If you have information about a missing or wanted person, do not take action on your own! Please complete the Missing or Wanted Person Tip Form by clicking on the **Send a Tip** button or you may contact the reporting agency at **(800) 706-2488** . [*If you wish to report a tip without disclosing your name, you may do so.*]

Florida Department of Law Enforcement - Wanted Person

Name: AVILA, LA RYE V

Nicknames:

Aliases:

Offense: Fraudulent Activities

Reporting Agency: Pasco County Sheriff's Office

Agency Case #: 87258CFAES

Date of Warrant: 01/30/1987

Warrant #: 87258CFAES

Date of Birth: Redacted

Race: WHITE

Sex: MALE

Height: 5' 06"

Weight: 110

Hair Color: UNKNOWN OR COMPLETELY BALD

Eyes Color: UNKNOWN

Scars, Marks, Tattoos:

Occupation:

Last Known Address City GOLDEN CO
and State:

| | Race: W | |
| --- | --- | --- |
| Scars / Tattos: | | |

| WARRANTS | | |
| --- | --- | --- |

**Warrant 1**

| Description: | THEFT FORGERY | Degree: | F4 |
| --- | --- | --- | --- |
| Statute: | WAR | Court: | |
| Bond Type: | NO BOND | Bond Amount: | NOT AVAILABLE |
| Disposition: | ACT | Comments: | |

Copyright© 2007 Pueblo County Sheriff's Office.
All rights reserved.

Home    Law Enforcement    Detention Center    Communications    Admin Services

EXHIBIT I

Find this

# Plunderbund

## Larry Sinclair's 3.5 Minutes of Fame: Outrageous Obama Allegations (Video)

- Posted by Eric

- January 22, 2008

Interesting way to get it:

Powdered cocaine for my use, crack cocaine for his use. LOL. HILARITY! Go Larry! I said during the most recent debate that I was being reminded of Blackwellian campaigning. Now I'm being reminded of Scott Pullins!

A real quick look makes one ask:

A. What is the chance this dude has ever been in an upscale lounge?

B. What are the chances that toothless Larry is a crackhead?

C. How long before dude is served?

# Information and Links

Join the fray by commenting, tracking what others have to say, or linking to it from your blog.

### Information

January 22nd, 2008

87 Responses

### Feeds and Links

Comment Feed

From This Author

Del.icio.us

Digg

Technorati

### Categories

2008 Elections

### Other Posts

At Least Fred Still Has His Trophy Wife

New coins!

# Say Something!

Because we value your thoughtful opinions, you are encouraged to add a comment to this post. Don't be offended if

your comment is edited for clarity or to keep out questionable material. Comments may even be deleted at the discretion of the Plundercrew. You signal your agreement to this by clicking 'Submit Comment' below. Everyone who comments here is responsible for them.

Name (required)

E-mail (required)

Website

Allow comment box to float next to comments.

Notify me of followup comments via e-mail

# Plunderchat:

Comment Number:

1

Written by:

[Goldie](#)

Posted on:

January 22, 2008 at 6:26 pm

Oh my goodness. I wouldn't vote for Obama if he was the only guy (person!) running (I'm a conservative), but honestly is this what it's come to? Mr. Obama is just waaaay too far-left for me and that's saying something (to be further left

than Mrs. Clinton!), but can anyone believe this silliness? Anyway, my own polical preferences aren't the issue. Mr. Obama deserves the respect that all human beings are entitled to and this nonsense is just going too far. God bless freedom of speech, but I really hope this is a one-off situation and that the election process isn't going to be this ridiculous.

Comment Number:

2

Written by:

Eric

Posted on:

January 22, 2008 at 7:05 pm

Thanks for stopping by Goldie. I too hope the process doesn't become this ridiculous, but it probably will. Hotly contested modern-day elections seem to be…and we are certainly used to it in Ohio. (see recent Governors race)

I hope more comes out about this guy. My thinking is he is a crackhead who got paid to say this and make this video (If you look closely, he's clearly reading off of cue cards). No respected news outlet will likely touch this, but you can be sure it will get regurgitated again and again among your brethren conservatives blogospherios.

Comment Number:

3

Written by:

joe to hell

Posted on:

January 22, 2008 at 7:34 pm

so what if he is reading. he delivered it without breaks or word skips, and wanted to get it concise. anyone with any prepared statement would do the same.

i dont know why people are so against this larry guy. eveyrone is saying nasty things about him, but if he shows his face and gives his name and offers himself up to talk about it, he potentially has something to say. parts of it could be true….

like a good court case, if there is questionable doubt after hearing this, then it evoked thought. and any concern over

possibility of truth is to be looked at.

polygraph him. for real. means nothing, b ut worth a try

Comment Number:

4

Written by:

Eric

Posted on:

January 22, 2008 at 8:12 pm

#3: Joe to hell indeed. Joe. Look. If you did coke and gave head to a current political candidate back in the day, don't you think you'd remember it well enough to tell it from memory and not have to write cue cards?

He did screw the state SENATE part up, so maybe it wasn't written down after all. If you give any credence to this jerk off you're a complete fool.

Comment Number:

5

Written by:

Lamar

Posted on:

January 26, 2008 at 11:24 am

Rumor has it that Larry Sinclair actually tossed senator Larry Craig's salad back in Idaho……

Comment Number:

6

Written by:

CRC

Posted on:

January 26, 2008 at 9:35 pm

Case 1:08-cv-00434-HHK    Document 12-3    Filed 03/05/2008    Page 11 of 120

Actually, Eric, you seem to be somewhat biased on this topic and not what I'd consider an open-minded host. With that in mind, I don't see the point of stating my opinion, because it would either be pandering to your opinion or inviting argument from you.

Comment Number:

7

Written by:

Eric

Posted on:

January 26, 2008 at 10:36 pm

#6: First, I'm not a host. I'm a blogger. I have a blog. I state opinion. I'm biased. Of course. Second, why comment that you're not commenting? That makes no sense.

Comment Number:

8

Written by:

CRC

Posted on:

January 27, 2008 at 11:26 am

That was the comment. A bit off your topic, but right on mine. So, you don't host the site, you blog it? I just have to get a new dictionary, I guess. I hope that explains it for you.

Comment Number:

9

Written by:

Eric

Posted on:

January 27, 2008 at 11:01 pm

#8: Yes, I blog the site. Along with Brian and Joe. I'm under no obligation as far as I know to be an open-minded host, though if you try you'll find I'm quite open-minded. I just think this Sinclair character is full of shit. What do you think?

Comment Number:

10

Written by:

Cher

Posted on:

January 28, 2008 at 7:39 pm

I always felt like there was something about Obama that just didn't ring true. Call it your gut level instincts or the little voice in your head. I do not like the way he can't look someone in the eye and hedging on issues but I still don't know what his strength's are. Praise the Lord and pass the biscuits is his basic theme song. Let's hear what his plan for the country is. The man hasn't sold me on anything.

Comment Number:

11

Written by:

ed

Posted on:

February 4, 2008 at 3:29 pm

STOP, HILLARY. JUST STOP.

YOU AND BILL ARE TOO MUCH … TOO MUCH! THIS HAS GONE TOO FAR!

YOU WILL LOSE BIGGER THAN EVER NOW!

Comment Number:

12

Written by:

ashole

Posted on:

February 11, 2008 at 12:12 pm

Meh…

It's not a good argument to stick up for Obama, and say, that because this guy is reading, then what he's saying is fake; because if you look, every time that Obama is speaking to a crowd, he has teleprompters to his left and his right.

Comment Number:

13

Written by:

Nate

Posted on:

February 13, 2008 at 11:42 am

Right on people. Extraordinary claims require extraordinary evidence. The man in the tape is a mental patient who wasn't in Chicago in 1999 because he was in a mental institution. The media did its job and didn't follow the memo like Fox News did with the false Muslim smear. Obama was not a State Rep. - since 1996 Obama was a State Senator. Obama didn't use a limo and there isn't any record to back up even one of the dates he mentions. Also for someone making 300K/week he would know the right drug terms. The crack and powder would be ice and dust.

Comment Number:

14

Written by:

JMConrad

Posted on:

February 13, 2008 at 2:36 pm

I am shocked by the video I just saw. If I were Obama and I would take Larry's challenge. He doesn't have anything to hide does he?

Comment Number:

15

Written by:

Awaki

Posted on:

February 13, 2008 at 4:17 pm

Finally!!! I have been waitng for the "stuff" to start "oozing out" around the Obama tightly packaged WINS. This is what happens with "Front-runner " status. "Stuff" starts happening. Larry is consenting to a lie-detector test. Obama isn't even addressing this. It is not going to go away, whether he does or not. It is apparent, Larry isn't going away either. Larry, I believe you!! Follow through with your suit because that is the only protection you will have: that and having made this public. Thank you as well for exposing yourself for the good of the country whether they appreciate it or not. Slick-O needs to tell the truth about this, as you said, and stop "gaming" people as he has been doing. He's a democrat and welcome in this party regardless to his sexual appetite. Now those republicans, that he has attracted, might not be too happy with this.

Comment Number:

16

Written by:

[Eric](#)

Posted on:

February 13, 2008 at 5:03 pm

Where do you people come from? This dude has mental problems. There's stuff "oozing" alright.

Comment Number:

17

Written by:

that wasnt funny

Posted on:

February 14, 2008 at 12:25 am

Well if the racism didn't work? This Is MUD…This is why American can't be great again. "America Eat's its Young"

Comment Number:

18

Written by:

Skip Wenz

Posted on:

February 14, 2008 at 1:26 am

What's known about the source of the Sinclair's video? Who posted it on YouTube? Sinclair? He wrote his own cue cards, set up a camera, took pictures of himself and posted them? All on his own, all of the sudden, after a decade, with no reason why it would come out now? What's his motivation? Can the YouTube posting be tracked to a particular computer?

If the Clintons thought it were true, why wouldn't they give the guy a shave and have him show up and file charges of some kind? Sound's more like a Karl Rove kind of strategy. Wierd innuendo and accusations. More swift boating.

Where does Sinclair live now? Does he even have a son?
His story seems awfully fishy to me.


Skip Wenz


Comment Number:

19

Written by:

The Other Steve

Posted on:

February 14, 2008 at 9:04 am


Look. I'm sorry that McCain is a terrible candidate. But do you really think that desperately grasping at straws like this one is going to help you?

Sheesh. It's time people grew up and stop behaving like 5 year olds every time we have an election.


Comment Number:

20

Written by:

Constance Cumbey

Posted on:

February 14, 2008 at 2:37 pm


Mr. Sinclair does not look sexually attractive, let alone like a "former limousine owner." I do not know where I stand on Mr. Obama, but the integrity and truthfulness of this accuser is more than suspect. I suspect that desperation has

prompted other forces to let this ugly and defamatory innuendo out there. It is a time-honored political tactic, one rendered even more vicious by the internet age!

Comment Number:

21

Written by:

Mitch™

Posted on:

February 14, 2008 at 6:11 pm

ITS BOUND 2 BE TRUE. ITS ON YOUTUBE!!

Comment Number:

22

Written by:

Ned Bulous

Posted on:

February 15, 2008 at 8:44 am

This is utter BS!

Who is this guy? What was his occupation in 1999? What club did this allegedly happen at? Any photos of him and State Sen. Obama together? What did they talk about?

This is a blatant attempt to smear Obama's character without any merit. If you believe this, then you MUST believe that Jeff 'Bulldog' Gannon was sneaking into the White House to have gay orgies with Karl Rove, GW Bush, and Ken Mehlman!

Comment Number:

23

Written by:

Renegade

Posted on:

February 15, 2008 at 11:13 pm

A reporter in chicago did his research and found that this man was in a mental institution in the time he specified. Not only that, but the graduation he mentioned was two weeks before the date he mentions. Keep in mind that an insane man would pass a polygraph test, because he would really believe it happened.


Comment Number:

24

Written by:

Dan Tejado

Posted on:

February 16, 2008 at 4:45 am

The burden of proof is on Larry.

He is the accuser. Filing a lawsuit does not constitute proof of anything, anyone can file a lawsuit. Also, if you look at the lawsuit in detail on smokinggun.com you can see that Larry doesn't even have an attorney, he is acting as his own…..you know the old saying "A man who represents himself has a fool for an attorney". If I was a betting man I would say his case will be dismissed and Larry Sinclair's story will be relegated to the trash bin.


Comment Number:

25

Written by:

Larry Sinclair

Posted on:

February 16, 2008 at 4:51 am

hi my name is larry sinclair I am an ugly, crazy, toothless crackhead who is obsessed with Barack Obama. I am delusional and am trying to get attention. I performed oral sex on Dick Cheney and George Bush, while Ron Paul sat by watching and masturbating. Hillary Clinton videotaped the whole thing to watch by herself. This information needs to be told.

I am challenging Ron Paul to take a polygraph test which I will submit to as well. Ron Paul has done greatly to prevent this.


Thank you

Comment Number:

26

Written by:

Clint Cooper

Posted on:

February 16, 2008 at 6:29 pm

Um, give me a break. What drug-user just happens to carry around HIS drug of choice AND YOURS? Oh yes, Barack Obama just happened to have both crack cocaine AND powder cocaine with him.

And this guy said, "MY LIMO." The only way this guy would ever be in a limo is if he were hired to drive one.

Comment Number:

27

Written by:

Terry1

Posted on:

February 16, 2008 at 9:30 pm

I guess that is why when I watch him during one of his campaign speeches, he appear strained and yellowish/pale complexion. Almost like he was sick and feeling weak.

Well there is something strangely effeminate about Barack Obama. He does dress in a metrosexual fashion and that could be one step either way, so they say. Maybe that is why white woman like him so much, we see his feminine side showing, and we do so love our homosexual pals.

If that is not true they should have addressed this accusation immediately. Instead they allowed it to traverse the world.

Comment Number:

28

Written by:

Tom

Posted on:

February 17, 2008 at 5:39 pm

Wow, the only thing surprising about this is that some people actually expect Barack to respond to something like this. Any crackhead or mentally distrubed individual can make a YouTube video with outrageous allegations about a candidate for president (and this just proves that some people do.) If Barack wasted his time responding to everyone with a webcam (supposing he even knows about this), he would never have time to get his message out.

Comment Number:

   29

Written by:

   blkjazz

Posted on:

   February 17, 2008 at 7:03 pm

This is just going too far. Man, this dude couldn't convince me that the sun was shining at noon in the middle of hades.

Ii will not work y'all. Yes we can!!!

Comment Number:

   30

Written by:

   sct

Posted on:

   February 17, 2008 at 9:24 pm

Did anyone but me notice that on the third page of his request to the Honorable Judge, that Sinclair requests that the Defendant (Obama) ceases any investigation in to him or his associates? Uh…how are you going to sue some one in Civil Court and then request that they don't investigate you? Brilliant!!

Comment Number:

   31

Written by:

   spongeworthy

Posted on:

Case 1:08-cv-00434-HBK    Document 19-3    Filed 09/35/2008    Page 20 of 120

February 17, 2008 at 10:46 pm

And the swiftboating begins… Can't you idiot conservatives wait until the general election campaign. Sheesh.

Comment Number:

32

Written by:

kab

Posted on:

February 18, 2008 at 12:03 am

God- this is pathetic
I had sex with Hillary …should I make a movie on it today..will that make me popular???

Comment Number:

33

Written by:

Lynn

Posted on:

February 18, 2008 at 12:15 am

Anybody ever hear of "down low"? Wouldn't this just be great (not)? I don't like Obama, but I don't think his sex life is any more our business than I thought Bill Clinton's was.

But let's get right and let all the sex talk alone unless it is something that directly affects the campaign, that includes Obama, Clinton and Edwards.

Comment Number:

34

Written by:

jdogg333

Posted on:

February 18, 2008 at 1:28 am

To anyone who gives any credibility to this story I question your sanity. The hyperbole from some of these comments is simply astounding.

Do you have any critical thinking skills? Would you be just as likely to believe a YouTube video about alien abduction? I suppose you also believe it if someone said that the sun revolves around the earth and that the earth is flat. Think people. WAKE UP.

"If that is not true they should have addressed this accusation immediately. Instead they allowed it to traverse the world."

Think for a minute Terry1. I know I'm asking a lot but for crying out loud. Do you really think that any candidate is going to waste their time tracking down every baseless assertion made by some YouTube hack? Take your head out of your a$$ and think about this.

Comment Number:

35

Written by:

LOL

Posted on:

February 18, 2008 at 2:02 am

LOI, Hillary Clinton's camp should have done a better job planning this.

You should have first infiltrated his campaign and get his 1999 schedule, and then collaborate the story. I could have done a better job.

Foxnews Brit Hume game me a blow job between 01/01/69 and 12/31/96 while dildoing himself.

I will post youtube video soon.

Comment Number:

36

Written by:

Peter

Case 1:08-cv-00434-HBK    Document 19-3    Filed 09/35/2008    Page 22 of 120

Posted on:

February 18, 2008 at 7:55 am

I believe this story!Obama is scum!

Comment Number:

37

Written by:

PrinceKool

Posted on:

February 18, 2008 at 6:10 pm

Only an Insane person would beleive something like this. Why didn't sinclair tell this story while obama was a senator. Why now he wants to be a president. i smell the clintons on the Air. This is just crazy. A man who threatens to quit his Job just to date michelle obama. Obama had been married and had his first issue b4 1999. On top of that, he was a senator in 1999. Whoever beleives this story just do not like Obama. Word.

Comment Number:

38

Written by:

Jennifer

Posted on:

February 18, 2008 at 7:20 pm

Wait a minute, I thought Barack Obama was a closet Muslim! Don't Muslims believe homosexuals should be killed? For gosh sakes, get your smears straight!

Comment Number:

39

Written by:

MFDoom

Posted on:

February 18, 2008 at 7:30 pm

–Cher–

That "gut level instinct" is just your inherent racism.


Comment Number:

    40

Written by:

    Beth

Posted on:

    February 18, 2008 at 9:20 pm


Just because he filed a lawsuit doesn't mean squat!

If this acusation was on me I wouldn't dignify it with an answer.

Beth


Comment Number:

    41

Written by:

    Richard

Posted on:

    February 18, 2008 at 9:23 pm


I read this guy is on welfare and lives in a home for the eldarly and disabled, he is now getting paid 10 Grand because of this. He is just trying to get some money, and get attention.

This guy is NUTS!!!

LOOK AT HIM!!!

He has no teeth and he is DEFINITELY missing a few screws, LOL!!

Case 1:08-cv-00434-HBK    Document 19-3    Filed 08/05/2008    Page 24 of 120

Comment Number:

42

Written by:

Donna

Posted on:

February 18, 2008 at 10:56 pm

I think Obama should deal with this because you can be sure the Republicans will drag it out as soon as he gets the nomination and Swift Boat the hell out of him. I don't know if I believe this guy, and could care less about Obama's sexual proclivities, but the drug aspect is worrisome. To clarify some things said on this blog that this guy does not say or do: 1. He says Obama left for a while and then returned with the drugs, not that Obama was carrying them with him. 2. He also has 3 other videos online, one where he very clearly shows his teeth, so toothless he is not. 3. The person on this blog who asserts Larry was in an institution should show what proof he has of that allegation. (Just because he doesn't look like a rich, upscale person, doesn' t mean people on this blog should make things up. That solves nothing. Dismissing this won't make it go away, so it needs to be dealt with before the nomination. The biggest thing that bothers me is why the media isn't picking this up? Faux News in particular always jumps on anything to nail the Dems… unless the Repub henchmen are waiting to slay the giant with this after he's nominated. That is a scary thought to me… more scary than finding out the truth of this allegation. I care less about either Obama or Hillary than I care about the future of this country. Either one works for me, but what doesn't work is another Republican in office and John McCain scares the bejeesus out of me.

Comment Number:

43

Written by:

jeff

Posted on:

February 19, 2008 at 1:40 pm

To all the posters who claim Obama should take a lie detector test, my response is that all presidential candidates should do the same to clear the table of rumors that hound all the candidates. We could, for example demand that McCain be wired up and asked if he in fact gave away information to the enemy when he was tortured. This claim has been "out there".

In other words, lets give all the candidates the "anal probe". As an apolitical observer, I will just sit back and enjoy.

Comment Number:

44

Written by:

nagob

Posted on:

February 19, 2008 at 4:18 pm

NOT TRUE! First of all if this was true there is no way Obama would be running for President knowing that such allegations could destroy his life and embarrass his wife & kids. There is no way he would put his wife and kids through this. OBAMA LOVES HIS WIFE & KIDS DEARLY - HE WOULD NOT EMBARRASS THEM IN THIS WAY. WHY WOULD HE RUN FOR PRESIDENT KNOWING THAT EVERYTHING YOU'VE EVER DONE IN YOUR LIFE WILL SURFACE TO THE PUBLIC DISPLAY OF THE WHOLE WORLD. I am from Chicago and the Chicago media & politics are tough and unforgiving. When he ran for the US Senate his opponents and the media turned every stone looking for the dirt on Obama to no avail.

Think about this before you judge.

Comment Number:

45

Written by:

Larry

Posted on:

February 20, 2008 at 12:16 am

I knew this campaign would get dirty, but didn't think this dirty.

Larry Seems like a needy person seeking attention. He's acting as his own attorney, (because no self-respecting attorney would file such garbage) And he doesn't want to be investigated. Hum. His only ace is the "lie detector" test. All garbage.
Someone get him some help and off the internet.

Lie detectors generally have a very positive image among people - there's a common perception that they are accurate and reliable. Actually, it would be better to describe it as a misperception because lie detectors are neither accurate nor reliable

An expose on private polygraph firms aired by 60 Minutes in 1986 underscores the subjectivity of the process and its susceptibility to confirmation bias due to the contamination of an examiner's diagnosis with information obtained outside of the formal polygraph test. As summarized by Ben-Shakhar (1991, 236):

Three different polygraph firms were independently called to test an alleged theft of a camera and lens from a photography magazine office employing four employees. In fact, nothing was stolen from the office, but the polygraph examiners were told that it could only have been done by one of the four employees. Each polygraph examiner was told that "it might have been—," with a different employee being fingered in each case (a decidedly weak fingering). In each case, the polygraph examiner identified the "fingered" employee as deceptive, and cleared the other "suspects." Moreover, all polygraph examiners expressed complete confidence in their decisions. This demonstrates not only that polygraph examiners can go wrong, but that their judgment and decision-making processes are infected by a systematic and powerful source of bias, a bias caused by contamination.
(source: Skeptical Inquirer Magazine)

It's really sad so many people believe that a polygraph would be definitive. This is scary.

Nuf said.

Comment Number:

46

Written by:

alma

Posted on:

February 20, 2008 at 2:24 am

What about trying to figure the truth ourselves rather than speculating if Larry Sinclair's assertions are true or false? I do not know how to do it myself, but maybe some of you do know how to start researching on this issue, and truly talking about it will not help.

Comment Number:

47

Written by:

John Bryans Fontaine

Posted on:

February 20, 2008 at 12:09 pm

PROOF THAT SINCLAIR IS A LIAR:

http://digg.com/people/PROOF_that_Larry_Sinclair_is_a_LIAR_Game_Over_Larry

Comment Number:

48

Written by:

Jen

Posted on:

February 20, 2008 at 1:18 pm

Who cares if it is true? I don't. This guy reminds me of a high school girl trying to get the quarter back to admit that they slept together.

Comment Number:

49

Written by:

Jen

Posted on:

February 20, 2008 at 1:22 pm

How could this looser afford a limo? This guy looks poor.

Comment Number:

50

Written by:

Bobby Brown

Posted on:

February 20, 2008 at 9:45 pm

This guys should be ****** for his insane ploy of trying to disgrace someone who in these troubled times, is trying to help the people of America. No way this scum should get away with this scam. Mentally ill or not, his slander should earn him a thorough but-kicking that just leaves him within a inch of losing his life.

Comment Number:

51

Written by:

James

Posted on:

February 21, 2008 at 12:42 am

The thing with a polygraph is that if this guy believes he is telling the truth, then it won't register as a lie. He could have met someone he *believes* to be Senator Obama, and it will come out clean on the poly. The poly doesn't proove truth, but detects deception. Also, if this guys is a pathological liar and truly believes his story then the machine will not detect any deception.

Comment Number:

52

Written by:

BJ and The Bear

Posted on:

February 21, 2008 at 4:23 am

Sounds credible to me. There is also lots of homophobia in the Obama campaign because this guy is being called all sorts of names along those lines.

Why should we elect a guy who has used crack online several years ago?

Comment Number:

53

Written by:

Dustin Hamilton

Posted on:

February 21, 2008 at 5:06 am

What if he submits to a polygraph and it comes back true?

- Dustin Hamilton

Comment Number:

54

Written by:

victor mannion

Posted on:

February 21, 2008 at 8:48 am

Those who are trying to discredit Larry Sinclair on the grounds that he is mentally sick, not sexually attractive, low-life etc should watch out. If and when his allegations are proven it will be all the worse for the Senator that he took advantage of someone like that. I find Larry Sinclair credible both in his videos and his live radio interview and I am glad to see he is taking a lie-detector test.

detector test.
Having

Havign watched hsi videsaz and who

Comment Number:

55

Written by:

chica

Posted on:

February 21, 2008 at 3:06 pm

Ok, first off, let me apologize in advance to those that I'm sure I will offend. The truth has a way of doing that 100% of the time. Now that I cleared that up, this is classic reflection of what happens when someone or group of persons fear someone that they cannot beat. They have to set up lies, cheat, or down-right injure their opponent, because they know they cannot beat them fairly.

The Obama's demolish the ignorant and absurd stereotypes about Black Americans. Not only to America, but to the world. Their image forces some people to actually do something they may have never done before, think.

Think about how stupid your midset has been about an entire group of people. Think about how ridiculous your grandfathers and fathers and uncles sounded when they cracked those racist jokes. Think about petty and meaningless the media is when they project one-sided stories, always making the non-white person seem like the 'bad-guy.' Think about all the excuses you yourself may have used to justify why 'those people' make you life harder, when in realtiy, you life is hard because you, yourself mad it that way. And you're upset because you thought your skin color would get you further, but it didnt.

This 'Larry Sinclair' guy is irrelavant. If he had any type of importance, we would be watching him on TV instead of hearing about Britney Spears every damn day.

He is a Black man, with his intelligent, flawless black wife and their beautiful family. Is this the best they can do in their futile attempts to smear him? Give me a break.

Comment Number:

    56

Written by:

    Shawn

Posted on:

    February 22, 2008 at 1:16 am

Right on chica

Comment Number:

    57

Written by:

    Brian

Posted on:

    February 22, 2008 at 7:51 am

    What if he submits to a polygraph and it comes back true?

It means that Sinclair believes his story, not that it's actually true.

Comment Number:

58

Written by:

[Matte](Matte)

Posted on:

February 22, 2008 at 8:36 am

There's a new debunking site that just showed up at http://larrysinclair.com. It really needs some links.. fast. This idiocy can and will get more and more traction as the campaign wears on. There is no overestimating the gullibility and overarching stupidity of the American electorate.

Comment Number:

59

Written by:

Eric Akton

Posted on:

February 22, 2008 at 11:41 am

Larry Sinclair was in a mental hospital during the time he says he was in Illinois. He was suffering from sever psychosis due to schizophrenia. He currently resides in a government subsidized home for the mentally ill and disabled.

LARRY SINCLAIR IS A VERY SICK MAN, HE NEEDS HELP!!!

People, we can't just believe any crazy claim from a youtube video!

Also, anyone can file a lawsuit. There are thousands of frivolous lawsuits dismissed every year, this will no doubt be one of them.

Larry is a sick man who is after a quick buck and his 15 minutes of fame, nothing else….nothing more.

By the way, I am not even an Obama supporter. I support Clinton, I just do not like to see someone's record smeared like this.

Sincerely,

Eric Akton

Bexley, Ohio

Comment Number:

60

Written by:

Kaye Mcpherson

Posted on:

February 22, 2008 at 11:47 am

Smokinggun.com says Sinclair lives at 600 W Superior St. #604 Duluth MN 55802. That is what Larry filed in Court which is public record for anyone to see. According to H.U.D. records which are also public, that address is a building with 154 units called Gateway Tower and is a complex for the elderly and disabled. Perhaps Sinclair's disability is that he is mentally ill? He claims that he was a drug dealer himself but he needed Obama to get him some cocaine? And then a public official is going to go run and get a stranger some drugs like a street runner? If Sinclair was making the kind of money he claims he was making according to his interviews–$250,000 a month(?), why is he broke now and living in H.U.D. housing?

Comment Number:

61

Written by:

Matte

Posted on:

February 22, 2008 at 2:14 pm

ERIC

You claim that "Larry Sinclair was in a mental hospital during the time he says he was in Illinois. He was suffering from sever psychosis due to schizophrenia." Where does that information come from. It's important for the Wikipedia article we've started on this madness:

http://en.wikipedia.org/wiki/Larry_Sinclair

Please make credible contributions to the page. Someone will do cleanup.

Comment Number:

62

Written by:

Christina Cross

Posted on:

February 22, 2008 at 3:08 pm

WHITEHOUSE.COM

Things start changing next Tuesday!

Comment Number:

63

Written by:

John Bryans Fontaine

Posted on:

February 22, 2008 at 3:18 pm

In answer to all the whining that the NY Times, as well as the MSM aren't carrying the Sinclair story, neither are Limbaugh, FOX, nor the NY Post, all of which hate Obama. The story isn't being carried because, as a blogger named Mau put it: All this guy ( Sinclair ) proves is that he's a drug addicted cock sucker in search of an easy buck'

Add to this that Sinclair is a Ron Paul operative:

http://dearmurray.com/why-are-ron-paul-supporters-working-so-hard-to-defame-obama/

Comment Number:

64

Written by:

matteblack

Posted on:

February 22, 2008 at 6:15 pm

Yea, sure Christina,
Here's what I bet happens on Tuesday. Whitehouse,com says "larry telling the truth…but we need a second opinion." We will wait a long time for that, because the DNC is already preparing to serve Whitehouse.com. You people should be ashamed.

Comment Number:

65

Written by:

sam

Posted on:

February 22, 2008 at 7:43 pm

If it's not true, senator obama can simply tell the country that it's not true. I would believe his words, even without any polygraph. There's no need to attack this guy's creditability or even blaming on Hillary.

Comment Number:

66

Written by:

[TST](#)

Posted on:

February 23, 2008 at 1:43 am

FYI#1: CNN, MSNBC & FOX all know about this, and others. They have researched this story and will not air it because it is libelous, inaccurate, and fraud based on the ranting of a very sick man with a self-admitted mental disorder and self-admitted criminal history where he says, "…I actually revealed some things about myself that could put me away for quite a bit of time…"

FYI#2: We are finding hints that Larry Sinclair was in a mental hospital during the time he says he was in Illinois. He was suffering from sever psychosis due to schizophrenia.(Maybe drug induced? He's a self admitted heavy user or was)

Case 1:08-cv-00434-HBK    Document 19-3    Filed 09/35/2008    Page 35 of 120

FYI#3: We have found some discrepancies about graduation dates and that there are multiple graduation dates, but none seem to coordinate with Mr. Sinclair's libelous statements.

FYI#4: In Larry's radio Interview he revealed that he has a past that could have him put behind bars. It's about 2/5 near 1/2 way into the interview, JUST before a break.

"…I actually revealed some things about myself that could put me away for quite a bit of time…"

FYI#5: Though RON PAUL did not do this, some of his supporters are really pushing this video in their blogs, chats and postings. Another even attachs posters of this rebuttal…The Ron Paul Fringe is pushing this more than Clinton. A Google search finds more Ron Paul supporters doing this than Clinton. RON PAUL is a Fine man with great intension for this nation, it is misguided followers as well as Clinton's.

Here are some posts for others that may sway your opinion. PLEASE RESEARCH for yourself. DON'T Blindly believe ANYTHING you read.

kujayhawklaw says, "I got really worked up about this. I insulted his methods to the point I got him to call me personally at home. He was friendly, but requested that I start sites against him because controversy helps him sell his message. Nice guy, but a fraud."

asdffd says, "I just asked this guy on his video if he had ever been convicted of fraud. Soon after he made a post saying he would be busy for a few days and not be able to post for awhile. When I tried to make a follow up comment my comment wasn't posted- I think he blocked me from posting. I think the truth is going to come out about Larry Sinclair and it ain't gonna be pretty. The first video he made- it looks like it was made in a hotel room. I wonder if someone put him up to it."

PoliticalJunk says, "LARRY SINCLAIRE BLOCKED MY SCREEN NAME TO COMMENT ON HIS VIDEO: YOU can check out this website to know the Federal LAWSUIT: It shows his Address with is a HUD FACILITY for ELDERLY and DISABLE PEOPLE (Mentally disable people too!) In a radio interview he even said he had mental problems as a child."

Larry has accepted $10,000 to take a lie detector test via a tabloid website. He claims his intentions are selfless to expose Obama… They have promised another $90,000 if he passes for it for the exclusive. The price of ruining a man's life and robbing a nation of a great man, $100,000 and the loss of Larry's soul and hurting millions.

NEW:Larry Sinclair lives at 600 W Superior St. #604 Duluth MN 55802. That is what Larry filed in Court which is public

record for anyone to see. This is available via a google search, we are not revealing anything not publically available. According to H.U.D. records which are also public, that address is a building with 154 units called Gateway Tower and is a complex for the elderly and disabled; a government subsidized home for the mentally ill and disabled.

2/23/08 Absinthelover reports the above and this: In the Globe Magazine that just came out. It has an article and an interview with Sinclair. It says he has had multiple convictions for fraud in the past. He also has a brain tumor supposedly. (Gee, can that plus drugs affect one's sanity??)

Comment Number:

67

Written by:

Rainblow on Halsted

Posted on:

February 23, 2008 at 10:39 am

This story is totally believable. Larry, although not attractive to straights, is very attractive. He is obviously a very submissive bottom, limousine driver (that is a turn-on right there, I mean talk about power/stardom, etc), and drug supplier. That is a hot night out.

Let's look at Obama's home life. Michelle obviously wears the pants. Barak is looking to ease the tension, like many men, and simply wants to get away from the nags. Larry is a nice diversion without attachments. Wasn't the Gurnee Mall open during this time period. Shopping gives Barak the perfect cover. Look Honey, I got this for you. (of course he's not thinking STD). Of course, whenever these stories come out, the person is always a bimbo and is branded crazy, drugged up, vengeful, or a political tool of the right/left.

What is the big deal if Barak and Michelle have an open-marriage? What if Obama is GAY??? Or Bi? Who cares! Live and let live as long as you are not hurting anyone. If this is a political trick by Hilary, Barak should embrace it and point out the hypocrisy of being pro-Gay, while Gay-bashing.

Barak will win in Nov. I believe it.

Comment Number:

68

Written by:

John Bryans Fontaine

Posted on:

    February 23, 2008 at 10:48 am

The Neo and Theo-Fascist Right are so desperate to stop Obama, having to rely, so totally, on a individual who is a drug taking and ( likely ) dealing cock-sucker who has a long history of fraud and of mental illness. It's even more hilarious when these reactionaries claim that Larry Sinclair's integrity is greater than that of the New York Times and the MSM. This is the equivalent of stating that Hitler had far greater morality than Roosevelt.

Comment Number:

    69

Written by:

    Barry

Posted on:

    February 23, 2008 at 12:24 pm

Mr. Sinclair may just be simply telling the truth here.

Comment Number:

    70

Written by:

    tst

Posted on:

    February 23, 2008 at 1:08 pm

Larry Sinclair may have been in a mental hospital during the time he says he was in Illinois. He was suffering from sever psychosis due to schizophrenia.(Maybe drug induced? He's a self admitted heavy user or was) This is being confirmed by reporters of the Globe Magazine and others. (It may already be confirmed and why the lies have not made it to mainstream media. He has addmitted a mental illness history going back to age 7.

YouTuber Absinthelover reports the above and this: In the Globe Magazine that just came out. It has an article and an interview with Sinclair. It says he has had multiple convictions for fraud in the past. He also has a brain tumor.

From YouTuber MasterJoberry "On Delusional Misidentification From the link in the youtube video: Focusing on the neurological bases, these delusions can result from…brain tumor. Delusional misidentification syndrome…used to

describe certain delusions of times, places, objects, persons, including the 'self', and even body parts."

Larry claims he was off his meds for a week so as to take the polygraph but if they have not accounted for the role that Larry's brain tumor might have on his beliefs (and also his clearly demonstrated erratic behavior) then they may be measuring nothing more than delusions caused by the brain tumor. We have reason to believe that his condition is fairly advanced given he said he had little more than a year to live (Globe Magazine).

Comment Number:

71

Written by:

[TST](#)

Posted on:

February 23, 2008 at 4:49 pm

Comment Number:

72

Written by:

[Plunderbund - » Larry Sinclair Fails Polygraph Test](#)

Posted on:

February 24, 2008 at 4:23 pm

[…] is reporting that Larry Sinclair - the nutjob who claims to have performed oral sex on Barack Obama in the back of a limo after the […]

Comment Number:

73

Written by:

TST

Posted on:

February 24, 2008 at 6:39 pm

Whitehouse Dot Com reposts LARRY SINCLAIR FAILED his polygraph Test.

Look it up, it's all falling apart for Larry who has tried to blackmail other black politicians according to the Washington Post.

Comment Number:

74

Written by:

Dennis D

Posted on:

February 25, 2008 at 2:17 pm

This story is sooo ridiculous that it MUST be true

Comment Number:

75

Written by:

Larry Sinclair

Posted on:

February 25, 2008 at 2:59 pm

Hi,

This is Larry Sinclair. First. I am posting this message in venues where I know my situation is discussed.First off, let me apologize for the roller coaster ride I have put some of you through(myself included). I have been going through various issues as of late, and have been having quite a tough time. I sincerely appreciate all the support I have received from ALL OF YOU(you know who you are). However, I think it's time this all was finished. I was not being honest. I did not give oral sex to Barak Obama, nor have I ever met him. I have just been extremely lonely lately, and I guess I needed attention. I want to assure you all the money I recieved from this(both from whitehouse.com and The Globe Magazine) will ALL go to charity. When all is said and done, I will NOT HAVE PROFITED from this. Now that I have disclosed this, I hope you all will respect my right to privacy, and let it rest. I have made some good friends during this, and will always cherish and respect the ones who have helped me.

Thank you,
Larry Sinclair

Comment Number:

76

Written by:

[Nolawi](#)

Posted on:

February 25, 2008 at 5:44 pm

you are not helping obama by spreading it even more…

Comment Number:

77

Written by:

John Bryans Fontaine

Posted on:

February 25, 2008 at 8:46 pm

Posted by John Bryans Fontaine on 2/25/2008 8:39:42 PM

POLYGRAPH PROVES IT: LARRY SINCLAIR IS A LAIR

Looks like the Cult of Larry Sinclair, a.k.a. Joseph Farah and all the other (far) right-wing nut-job believers, is going to have less
cred than Scientology. Larry Sinclair, the worst Liar in recent history and his Lie have been smashed!

Obama and the Liberals win !!

Comment Number:

78

Written by:

John Bryans Fontaine

Posted on:

February 25, 2008 at 8:58 pm

"I did not give oral sex to Barak Obama, nor have I ever met him…"


- Larry Sinclair


About the only truth he's stated.


Hey, (far) right-wing, nut-job (Sin)clair believers, (Sin)clair fooled you so utterly and easily, maybe he's really…..


the anti - Christ


Comment Number:

79

Written by:

TST

Posted on:

February 26, 2008 at 1:08 am


Add you You Tube Dat Com in front of these 3 for a great BIG larry sinclair LAUGH!!!


watch?v=mitykYCafwM watch?v=dbf-bfywA00 watch?v=FnEWT8jk7tU


Comment Number:

80

Written by:

TST

Posted on:

February 26, 2008 at 10:55 pm


http://youtube.com/watch?v=wZD1QxuM8Wo


Nice revealing video about Larry Sinclair


Comment Number:

81

Case 1:08-cv-00434-HBK    Document 19-3    Filed 09/35/2008    Page 42 of 120

Written by:

Peter

Posted on:

February 27, 2008 at 12:05 am

See something more

Larrysinclairsuck.com

and does he ever!

Comment Number:

82

Written by:

Cheston

Posted on:

March 2, 2008 at 1:35 pm

Some of you people are obviously cracked out yourselves. This guy has made unbelievable claims, and he went to reputable news sources who quickly researched and threw it away. there are some inclined to believe that the press loves Obama and for that reason will not address Sinclair's claims, but when has the press EVER been able to pass up a halfway apparent political sex scandal. For the press to report on a sex scandal, they need official proof of sexual misconduct (court docs), hard evidence (photos, tapes, letters, etc), or the account of a participant. if someone is saying they had sex, that's 90% of the story right there, all other evidence is used to corroborate, but nothing of what this guy said panned out, NOTHING.

Comment Number:

83

Written by:

TST

Posted on:

March 3, 2008 at 4:20 pm

Check Out the New Myspace


Comment Number:

84

Written by:

TST

Posted on:

March 3, 2008 at 4:20 pm


http://www.myspace.com/larry_sinclair


Comment Number:

85

Written by:

Sue Zaborsky

Posted on:

March 8, 2008 at 2:06 pm


I wonder why this gyes story is so hard for people to believe. The media has done such an awesome job at protecting Obama and slamming the Clinton's any chanmce they get. For once be open minded and try to be non bias. He admitted to doing drugs so why is it such a stretch that he had oral sex with a man. Hello, stop the damn free pubvlicity for him and do your job which is cover both sides of the story.
I'm so sick of the media protecting this guy. He's not even qualified to be running in my opinion.


Comment Number:

86

Written by:

concerned

Posted on:

March 13, 2008 at 5:46 am


I think this was said best, so I quot another person…

"Larry Sinclair, I'm afraid, led us ALL down the garden path to Hell.

It's not JUST the Globe article that trashed his credibility, (Not the Boston Globe…The Globe Magazine…no, not the Boston Globe Magazine - THE GLOBE MAGAZINE…the one at the checkout counter…yes, that one), but that goes a long, long way. I mean, think about it. If a tabloid that believes Bigfoot exists won't believe Larry Sinclair then you're talking a fairly insurmountable image problem. I can't accurately categorize the socio-economic bracket to which most of Sinclair's followers belong but I can't help but posit that many of them buy the The Globe and, perhaps, even have subscriptions.+ Source -Hybee Inc"

Comment Number:

   87

Written by:

   omar

Posted on:

   April 8, 2008 at 4:49 pm

its a shame when nowadays everyone is trying to make a buck out of defamating someone in the public eye, this guy larry whether his story is true or not is only looking for his 15 minutes of fame and some cash with it. after all these years he wants to share this story, why not when he(Obama)was a senator. i think that this guys is just bitter cause he's not part of the team on the way to the white house with Mr. Obama.

Plunderbund

  

Unless otherwise specified, all content is made available under the Creative Commons License.

EXHIBIT J

- **Home**
- **Archives**
- **Hot!**
- **About**
- **RSS**

« Media Driving a Stake Through Clinton | Main | War Advocate John McCain Fails To Attract Defense Contractor Donations »

# Larry Sinclair Sues Obama and is Offered $100K to Take Polygraph

Posted by Lee Ward
Published: Feb 17, 08 07:04 PM



**Larry Sinclair answers critics' claims that he's a toothless idiot
in a recently released follow-up video.**

The most bizarre sideshow of the campaign so far is back in business again -- Larry Sinclair, the whacko who made [farsical claims](#) in a YouTube video that he'd engaged in oral sex and cocaine use with Barack Obama, is

First, he's filed a lawsuit in Federal Court against Obama, a well as Obama campaign head David Axelrod and the Democratic National Committee:

> Sinclair filed suit against Obama and his campaign guru David Axelrod in Minnesota district court for allegedly attempting to abridge Sinclair's right to free speech, and for waging an intimidation campaign against him.

Sinclair points to these remarks, made in a community blog on the official Democratic National Committee website, as evidence supporting his lawsuit.

And apparently Obama's camp is trying to use Sinclair's attack to smear Hillary Clinton.

> The whole thing is completely crazy, but that alone isn't enough to make it problematic for the Senator. According to several political blogs, the Obama team is looking into any connections Sinclair might have with the Clinton campaign.

In an attempt to prove or disprove Sinclair's wild accusations, whitehouse.com, a satirical website not connected to any governmental agency or the White House (which uses web address whitehouse.gov), has offered Sinclair an opportunity to prove his claim in a polygraph test, taking him up on his offer made in his original YouTube video. Sinclair would receive $10,000 just for taking the test, pass or fail, and would receive $100,000 if the polygraph results support his claim about Obama.

> Alright, Larry Sinclair. We've seen your video saying you had a couple of hot nights with Barack Obama. You "performed oral sex" on him while he smoked crack a few years back in Illinois.

It's a pretty good story but we have to admit that it sounds a bit far-fetched. Please pardon us for being skeptical though Larry, it's just these crazy times we live in.

But the laughs just keep on coming. In the federal lawsuit filed by Sinclair (page 1, page 2, page 3) he listed his home address in Duluth, Minnesota, and bloggers have looked into that address seeking to learn more about Sinclair.

From the dearmurray.com website:

As it turns out, the address listed [for Sinclair] on the court filings is for an "elderly assisted care" facility in Duluth, MN.

A section 236 HUD housing complex for the elderly and handicapped.

See p. 12 of the HUD report for Minnesota housing:

http://www.hud.gov/offices/hsg/mfh/hto/state/mn.pdf

Gateway Tower
Units: 154
Occupancy Eligibility: Elderly and Handicapped

Living in an assisted-care housing facility would be quite a step down from the big-spending big shot image Sinclair tried to project in his original video.

And recently the same folks at dearmurray.com researched the original release of the Sinclair video, and came to the conclusion that Ron Paul supporters were behind Sinclair.

"Mr. Sinclair" has given zero proof and absolutely few details about his life to support any sort of credibility.

There appears to be substantial proof, however, that this is originating and/or being perpetuated from the Ron Paul support base.

More to come. I'm sure there will be lots more finger-pointing, denials, and theatrics ahead.

**Update**:

I just came across a radio interview conducted by a conservative internet radio talk show ([caosblog.com](caosblog.com)) where Sinclair addresses the issues, and states he's negotiating with whitehouse.com over the details for taking the polygraph test. Sinclair makes it sound as if the deal is moving forward and will happen.

Sinclair mentions in the hour-long interview that he's talked extensively with a Chicago Tribune newspaper reporter who is investigating and fact-checking Sinclair's claims, and goes into more details about his lawsuit in a radio show linked [here](here).

Sinclair also says he's now being accused of working for Obama, and that he's doing this so that Obama can lay claim that he's being attacked and smeared by Clinton.

He goes on the say he's not working for any campaign, and that reporters are telling him that the media won't touch this story unless they can speak directly to the limo driver Sinclair claims introduced him to Obama. Sinclair says the limo driver has requested that his name not be released at this time but is willing to 'go public' once the story is picked up by the mainstream media.

Apparently the MSM is starting to make inquiries, and Sinclair mentions that he's talked to the Minneapolis Star-Tribune, Chicago Sun-tmes, and the New York Times.

With respect to the building in which he lives, Sinclair confirms he's now physically disabled (but wasn't when he met Obama in 1999) and further states that he is not living with assisted care, and that he pays market-rate rent for his apartment as per HUD regulations.



1 Currently
3.5/5

- 3
- 4
- 5

Rating: **3.5**/5 (14 votes cast)

---

**Permalink** | **Linking Blogs** | **Digg this!**

**Filed under:** **WB-Blue: News**

**Tags:** **address**, **Barack Obama**, **caos**, **caosblog.com**, **cocaine**, **David Axelrod**, **dearmurray.com**, **Democratic National Committee**, **gay sex**, **housing**, **Larry Sinclair**, **lawsuit**, **oral sex**, **polygraph**, **radio**, **Ron Paul**, **video**, **whitehouse.com**

*Add to:* **del.icio.us** | **reddit** | **Newsvine** | **FURL** | **Google** | **Spurl** | **BlogMarks** | **Stumble Upon**

---

## Comments (30)

Thanks for the backlink, folks! He's threatening to sue me now, too, for slander. My lawyer has offered to represent me for free, so here's hoping he does!

1. Posted by Murray | February 17, 2008 10:01 PM

Isn't this the sort of story that Larry Flynt, publisher of Hustler if confirmed, pays a million dollars for? And what would end this story or keep it alive is for someone to talk to some of Larry Sinclair's friends, neighbours and relatives and find out what type of person this guy is. As I suspect it will be the description of someone who likes to invent stories or is very vulnerable to being persuaded that something did happen like those people who give first person accounts of being involved in alien abductions.

2. Posted by Steve Crickmore | February 18, 2008 10:20 AM

The above reporting is outrageous, slanderous and something to promote false gossip and speculation about Senator Obama. If that is the only way they can win, it is pretty telling what kind of people would be in the Whitehouse who could stoop to spreading lies for their own personal gain. There are plenty of stories about Pres. Clinton and his sex escapades and some of Sen Clinton which I will not stoop to go into because unsubstantiated and I will not try to slander someone's good name for political gain for someone else. I hope Sen. Obama finds out who paid this man to slander him in this way. And if it is the Clintons, I don't think they want to Go There!

3. Posted by bacaangel  | February 18, 2008 10:44 AM

If this person reside in a skill nursing facility due to his disability then it appeared that this individual could have another condition why he is in the SNF. He appeared he can able to do his ADLs and capacity to create such things and because of that more likely he has other physical and mental conditions that qualified him to be in that environment. Government subsidized care required substantiated medical conditions in order to qualify. The question is, if he is disable, then how long he has been that way? Is it congenital or due to other reasons such as car accident? There are thousands of questions why he is in this facility and that alone raises the validity of his case.

4. Posted by stclaire, San Diego | February 18, 2008 11:46 AM

Sinclair answered that question in one of the interviews, stating that he has a non-congenital, physical disability only.

Perhaps questions about his disability will be included in the poiygraph test.

5. Posted by Lee Ward  | February 18, 2008 11:49 AM

I am hoping also that the test will include her past mental condition. People should also take in consideration that this type of test is not exactly 100%. People with extreme neurophysical superiority can possibly beat this mode of testing. Whoeve is paying for this test, they should also consider asking Sinclair permission (in writing) to research his past medical records. Mind you, even childhood past medical conditions will indicate something. They should not rely on this test. They have to dig deeper. If

they don't, the other party will. The irony of this, the family and relatives of this individual will be exposed to scrutiny in order to excavate the "other" possibilities.

6. Posted by stclaire, San Diego | February 18, 2008 12:16 PM

How do you know Sinclair's not telling the truth? He's got specific dates and places -- should be easy for a few MSM journalists to take a few days and ask the right questions.

If Obama used crack in 1999, then that's it for him. Do you even want to know? Most Obama fans probably don't.

7. Posted by Zevon | February 18, 2008 12:29 PM

Specific dates and places could be all connected into a possible story. In order to sensetionalized a "Me" story, I myself sometimes could do that specially if you are going back to an almost ten years old scenario. The most odd of this story, this individual came up with this recent allegation and elected not to expose this story when the senator became famous right after the 2004 democratic convention or even right after the release of his famous books. This individual could not have the ability to predict that he is running for president unless he is a gifted fortune teller. The disparity of sequence of events will even induce question in the minds and intelligence of common people and that including me.
Alright, enough with this. I have laundry and cooking to do.

8. Posted by stclaire, San Diego | February 18, 2008 1:06 PM

Look He may have smoked the crack and thats bad enough. But getting his pole smoked by a dude when he got a hottie like Michele at home. Sorry I highly doubt it and I don't really like him.

9. Posted by achtung | February 18, 2008 2:11 PM

I smoked crack and engaged in a three-way just last week with Obama and Clinton. Will someone pay me $20K to take a polygraph?

And relax, bacaangel, the reason this is Obama is because no one would pay anything for Clinton, they would all just assume it was true. This guy is as much an agent of the Clinton campaign as that nut heckler in Ohio the other day...

10. Posted by George | February 18, 2008 2:11 PM

was an agent of the Obama campaign!

11. Posted by George | February 18, 2008 2:13 PM

I listened to the Larry Sinclair interview from yesterday at blogtalkradio. The strangest thing he said was; he's not going to release any physical or factual evidence (like receipts, etc) because of how the story is being twisted by the blogosphere.

This is the first indication to me that he is crazy and might be lying. His not releasing anything factual is WHY there is speculation. He could stop all the chaotic speculation, and probably the threats, by revealing the very information he doesn't want to.

That's crazy.
He could've said it is being litigated or something else that would've made sense. Now it just smacks of being made up with no physical proof.

12. Posted by Laurie Loo | February 18, 2008 6:42 PM

*Now it just smacks of being made up with no physical proof.*

It always did. The guy's looking for attention, and he'll string people along as long as they give it to him.

Suckers.

13. Posted by mantis | February 18, 2008 8:29 PM

*"he's not going to release any physical or factual evidence (like receipts, etc) because of how the story is*

Larry Sinclair Sues Obama and is Offered $100K to Take Polygraph (Wizbang Blue)

*being twisted by the blogosphere.*

Sinclair has stated that he lots of physical proof (credit card receipts, and I'm not sure what else) that he is willing to turn over to reporters. In the interview he said he's not willing to turn it over to bloggers because of how the story is being twisted by bloggers, etc.

14. Posted by Lee Ward  | February 18, 2008 10:22 PM

Physical proofs after almost 10 years and pursue this issue now that he is running for president, that is very incovenient. There's also that possibility that in some degree, a pocket of white people will never accept a black person to be their leader. I came acrossed few insulting and degrading blogs referenced to what I just mentioned.

15. Posted by stclaire, San Diego | February 19, 2008 7:03 AM

A polygraph test is highly reliable but not admissible as evidence in court. If they were unreliable cops wouldn't ask spouses of homicide victims to take them to rule them out as suspects. If the guy takes the test and passes next Tuesday I will believe him especially if Obama refuses to take one to prove his innocence. If he proves to be a liar he should be taken out and shot after we waterboard him to find out who really put him up to it.

16. Posted by Dave | February 19, 2008 11:06 PM

*,,,after we waterboard him to find out who really put him up to it.*

I like the way you think, Dave. I don't believe that anyone put him up to it, however. The downside is too great if it was traced back to them.

17. Posted by Lee Ward  | February 19, 2008 11:13 PM

It is mighty funny how all this came to light now! But if it is true I wud have to think long and hard about

Case 1:08-cv-00434-HHK Document 34-15 Filed 04/30/2008 Filed 05/05/2008 Page 56 of 120

voting for Hillary with all the Clintons shady past and and failures and disappoining behavior during B. Clintons days as our supposed leader! I certainly would not vote for this Mcain character. I think all this reafirms alot of peoples beliefs you can't trust politicians! I vote 4 no one!

18. Posted by mama bear | February 19, 2008 11:58 PM

---

I am not saying whether I believe these allegations or true or not. I did want to point out that while Gateway Towers does include a senior center (154 rooms)the towers also have apartments for rent.

http://www.mzr.com/edu/comm/rentals.htm

http://duluth.minnesotawebpage.com/communityinfo/view/Apartments/

19. Posted by bob | February 20, 2008 5:20 AM

---

Well wat ya kno doesn't matter what scandal is out there,the American people still want obama over Hilarious or the control freak Mcain.

20. Posted by Mama Bear | February 20, 2008 6:53 PM

---

Gee, let's ask Tucker Carlson and John Fund - hardly standard-bearers for the liberal media - since they were both falsely acccused of sexual improriety by two DIFFERENT crazy people. Look it up.

Type in either one of their names and the word "rape" into Google and you'll see it for yourself.

Any loon can make a charge against someone.

As Carlson said, it used to be that when a sex scandal broke, if the actual charge wasn't true, at least something was - the candidate or person accused did something sexual.

Then he was accused of rape in Louisville by some woman. He spent thousands of dollars not only proving he wasn't there at the time of the alleged rape - but also that he had never been to Louisville in

this entire life!!!

Perhaps the standard of accuracy in a major media-story should be a little higher than a self-recorded You Tube video, a self-respresented case filed in Federal Court (which would accept my lawsuit against the moon for shining too bright - if I had the filing fee) and interviews by people who's blogs make Oliver Stone movies look like recorded bits of actual history.

Come on!

21. Posted by Russell Tupper | February 21, 2008 11:29 AM

So what now Larry Sinclair? Results are in...see whitehouse.com.

Pathetic liar!

22. Posted by stclaire, San Diego | February 24, 2008 8:33 PM

I believe Sinclair. The more I see Obama the more I see how he is somewhat effeminate. Makes sense, his wife strikes me as a ball buster. There are a lot more black men invloved in the "down low" than most people would think. These guys don't see themselves as gay, they just think they're cool. Like these black guys you see with ear rings on both ears.

23. Posted by teresa | February 28, 2008 1:13 PM

I HAVE ALWAYS HEARD "WHERE THERE IS SMOKE THERE
IS FIRE". IF THERE IS NO TRUTH TO THIS STORY,
WHY DO WE NOT HEAR FROM THE MEDIA? THE ANSWER-
REPUBLICANS WANT HIM FOR THE DEMOCRAT NOMINEE
BECAUSE THEY DON'T WANT TO GO UP AGAINST HILLARY BECAUSE SHE WOULD BEAT MCCAIN, OBAMA
WON'T.YES!!! I BELEIVE THE STORY. ARE ANY OF THE NEWS MEDIA MAN (WOMAN) ENOUGH TO REPORT ON
THIS---- I THINK NOT,BUT THE AMERICAN PEOPLE

Larry Sinclair Sues Obama and is Offered $100K to Take Polygraph (Wizbang Blue)

DESERVE TO KNOW-- TRUE OR FALSE, SOMEONE IS
KEEPING IT HUSH-HUSH. ARE THEY AFRID?

24. Posted by FAYE | February 28, 2008 5:29 PM

The media has a pretty crumby record these days of reporting fully on the issues and matters that ARE real.

and now that Sinclair's polygraph shows that he wasn't truthful, you expect them to report that?

Why?

25. Posted by Lee Ward | February 28, 2008 6:17 PM

teresa--
...and YOU know these things are factual about "black men" HOW?...

26. Posted by Sfish | February 29, 2008 9:06 AM

Hillary Clinton is behind all of this. It's been nothing but dirt and lies since the day she realized America is not interested in being led by a spineless witch.

27. Posted by Hickwoman | February 29, 2008 5:04 PM

How is this different from the bogus letter that Dan Rather reported on about President Bush? The answer - The liberal media is not jumping all over this even though there is no evidance.

I also like the bit about Obama's camp blaming Clinton. He probably thinks that the Hillary is in charge of everything evil. Next the Obamanation will say that Hillary is charge of the VRWC.

28. Posted by Dacques | March 5, 2008 5:01 PM

Did he ever take the test? What happened?

He failed two lie detector tests but made lots of money! This clearly a put up job, he's rehearsed and not even remotely believable. Someone is hoping to put doubts about Obamas drug use at a crucial time in the primaries. I have my own suspicions but it's interesting the BJ was included in the story

## Contact

Send e-mail tips to us:

bluetips@wizbangblog.com

## Search

Search this blog:

## Recent Posts

- Clinton Did It!
- Pennsylvania Primary Results - Updated
- Early, Early Pennsylvania Exit Polling Data
- Jimmy Carter's Endorsement of Barack Obama

- Tony Snow on Pennsylvania, and Beyond

- Millions Go Without Heating Oil Because Of Failed Bush War For Oil

- Obama and Ayers, and Karl Rove: Swiftboat in Waiting?

- David Brooks: How Obama Fell to Earth

- Press Bias Against Clinton Intensifies

- Obama Dropping in Gallup Tracking Poll

## Recently Commented On

- kevino on Clinton Did It!

- Lee Ward on Clinton Did It!

- Michael on Clinton Did It!

- Matt on Clinton Did It!

- JLawson on Jimmy Carter's Endorsement of Barack Obama

- Lee Ward on Press Bias Against Clinton Intensifies

- P. Bunyan on Press Bias Against Clinton Intensifies

- Lee Ward on Jimmy Carter's Endorsement of Barack Obama

- I can think can you? on Millions Go Without Heating Oil Because Of Failed Bush War For Oil

- Tell the Clintons to go back to AK on Jimmy Carter's Endorsement of Barack Obama

## Advertisements

## Wizbang Blue Blogroll

- AmericaBlog

- [Andrew Sullivan](#)

- [Bartcop](#)

- [Brad DeLong](#)

- [BuzzFlash](#)

- [Consortium News](#)

- [Cursor](#)

- [Daily Kos](#)

- [Dennis the Peasant](#)

- [Dispatches from the Culture Wars](#)

- [Eschaton](#)

- [Firedoglake](#)

- [Glenn Greenwald](#)

- [God's Politics](#)

- [IraqSlogger](#)

- [Jesus' General](#)

- [Media Matters](#)

- [Pharyngula](#)

- [Progressive Values](#)

- [Sadly, No!](#)

- [TPMmuckraker](#)

- [The Memeorandum](#)

- [Volokh Conspiracy](#)

* denotes a recently updated blog

---

## Categories

---

## Archives

---

**The Wizbang® Network**

## Wizbang Pop!: **Dun Dun dun....**

"Real Housewives of New York City" star Alex McCord said she was proud of those nude modeling shots that popped up recently. But the saucy mom turned prudish during...

5:36 AM | 💬 0 comments

## Wizbang Blue: **Clinton Did It!**

Hillary Clinton won Pennsylvania, a must-win state for Democrats in the November general election, and she can do the same in Pennsylvania this November against McCain.

11:44 PM | 💬 4 comments

## Wizbang Blue: **Pennsylvania Primary Results - Updated**

Pennsylvania Democratic Primary results, updated throughout the night.

11:26 PM | 💬 0 comments

## Wizbang Blue: Early, Early Pennsylvania Exit Polling Data

AP isn't reporting any vote totals since the polls are still open. Late deciders in other primaries have largely broken for Clinton, and the final polls shows as high as 10-11% percent undecided in Pennsylvania.

5:42 PM | 💬 0 comments

## Wizbang Pop!: 'Buddy' crowned most beautiful bulldog

Buddy the bulldog is a sleeping beauty. The reddish brown male can usually be found sleeping on his back, his large tongue lolling out as he snores loudly. But...

3:22 PM | 💬 1 comments

## Wizbang Pop!: Richie Sambora Formally Charged with DUI

Richie Sambora was formally charged with DUI on Tuesday, the Orange County, Calif., District Attorney's office announced Tuesday - but he avoided a misdemeanor child endangerment count. If convicted,...

3:19 PM | 💬 0 comments

## Wizbang Blue: Jimmy Carter's Endorsement of Barack Obama

It's become quite predictable, the way in which the Obama campaign has managed and released the endorsements during the campaign. Every time Barack's ass ends up in hot water the campaign rolls out another high-profile endorsement. When Obama flubbed, flailed and failed miserably in last Wednesday Philadelphia debate... *Shazam!*, former Clinton White House notable Robert Reich's endorsement of Barack Obama is announced. The fact is that Reich has been excoriating Clinton for months now, and the endorsement was kept in the campaign's pocket and deployed when it could do them the most good. So when an endorsement is

Case 1:08-cv-00434-JDB Document 3-5 Filed 04/30/2008 Page 64 of 120

hidden and not announced... that's noteworthy too, and that's what we're seeing now with Jimmy Carter's endorsement of Barack Obama.

1:30 PM | 💬 3 comments

## Wizbang Blue: **Tony Snow on Pennsylvania, and Beyond**

Former White House Press Spinmeister Tony Snow is now working for CNN, and in an appearance last night on Larry King Live Snow offered this analysis of the Pennsylvania race, the Democratic campaign in general, and the race for the White House.

12:14 PM | 💬 0 comments

## Wizbang Pop!: **Kanye Breaks off Engagement**

It's been an emotional couple of months for him, with his mother passing away late last year. And now Kanye West has broken off his engagement to Alexis Phifer...

8:16 AM | 💬 0 comments

## Wizbang Pop!: **Get ready, Hollywood: Ali Lohan is making a movie**

Ali Lohan, Lindsay's 14-year-old sister, has begun filming her first film project, Mostly Ghostly, in Los Angeles, PEOPLE has learned exclusively. Ali told Teen Vogue in the April issue,...

7:57 AM | 💬 0 comments

## **Technorati**

**» Blogs that link here**

Larry Sinclair Sues Obama and is Offered $100K to Take Polygraph (Wizbang Blue)



## Credits

Publisher: Kevin Aylward

Editors: Lee Ward, Larkin, Paul S Hooson, and Steve Crickmore

All original content copyright © 2007 by Wizbang®, LLC. All rights reserved. Wizbang® is a registered service mark. Wizbang Blue™ is a trademark of Wizbang®, LLC.

Powered by Movable Type 3.35

Hosting by ServInt

Ratings on this site are powered by the Ajax Ratings Pro plugin for Movable Type.

Search on this site is powered by the FastSearch plugin for Movable Type.

Blogrolls on this site are powered by the MT-Blogroll.

Temporary site design is based on Cutline and Cutline for MT. Graphics by Apothegm Designs.

Wizbang Blue Widget

EXHIBIT K



ADVERTISEMENT

Join the **Topix** community today. **Sign Up** | **Sign In** | Washington, DC    **Change City**

Anti-US cleric threatens new uprising in Iraq

Democrats prepare for Pennsylvania primary

Prince sets copter down in girlfriend's yard

**Home**

**Forums & Polls**

**Video**

**Popular**

**Top Stories**

**Local**

**US**

**World**

**2008 Election**

**Sci-Tech**

**Sports**

**Entertainment**

**Offbeat**

**Site Map**

**Advertise**

| **Forum & Polls** |
|:---:|
| **News** |
| **NewsWire** |

## 2008 Presidential Election

# LARRY SINCLAIR vs OBAMA, going to court?



- Posted in the 2008 Presidential Election Forum

---

Comments

Showing posts 21 - 40 of 111

« prev | next »

Go to last post | Jump to page:

Reply »
|
Report Abuse
|
Jeff

Columbus, OH

Judge it!
|
#33

Feb 12, 2008

GO OBAMA!!!
OBAMA WINS VIRGINIA, D.C, AND MARYLAND!!!

Reply »

|

Report Abuse

|

👨‍⚖️Judge it!

|

#34

Feb 12, 2008

Obama was a sitting state senator for the 14 District (Hype Park) who was running for US Congress for the 1st Congressional District (which is the South Side of Chicago) in late 1999. This is public record - look it up. He announced in late September 1999. He was the underdog w/ name recognition around 11%

His opponent's, sitting Congressman Bobby Rush, son was shot in October 1999 - causing a huge outpouring of support for gun control. Look it up. Obama suspended his campaign in deference to this for a few weeks.

Russell Tupper

Kirkland, WA

Around the same time then Illinois Gov. Ryan joined forces w/Chicago Mayor Daley tried to get some gun control legislation through a special session of the state legislator. Obama missed the vote, because he was in Hawaii for most of December. Look it up.

So - if Sinclair is to believed, about a month after Obama, sitting state senator from Hyde Park, announces as a candidate in, what was to that point, the biggest political race of his life and where he is a big underdog and desperately trying to get his name recognition up in the south side of Chicago and right before he flies out to Hawaii - where it's documented makes a huge mistake in not being there in Springfield a for the gun control vote in December, Obama take the time to have *** sex and cocaine with Sinclair - not ONCE, but TWICE?

Since Obama was on the routinely on the FRONT PAGE of Chicago Papers in NOVEMBER OF 1999 as he was RUNNING FOR CONGRESS does it seem REMOTELY plausible that he would risk the biggest race of his career to have ANONYMOUS *** SEX and DO DRUGS in or near the VERY SAME CONGRESSIONAL district he was running for office in?

Reply »

|

Report Abuse

|

👏 **Judge it!**

|

#37

Feb 13, 2008

> 💬 *Chuck Feney wrote:*
> *Obama's statement will read something like this:*
> *"They tried to make me go to rehab*
> *I said no, no, no.*
> *Yes I been black, but when I come back*
> *You wont know, know, know...."*

Chuck I think you need help help help are you Larry friend.

Reply »

|

Report Abuse

|

👏 **Judge it!**

|

#38

Feb 14, 2008

OBAMA IS MABUS, THE ANTI-CHRIST, THE BEAST 666!!!

1.- He will come as a man of Peace (Obama promises peace in Iraq, defeat for the United States,a country he claims to serve.)

2.- He will come mounted on a white Female horse(Obama mother is white who had 12 African husbands and lovers)

3.- He will come to deceive( Obama says he's a Christian but in fact he was born a Muslim, practices the Islamic religion, prays Friday's facing Mecca)

4.- He will make himself the most powerful man on earth, if elected, Mabus will be his name.

5.- He will try to destroy the Jewish People and Israel( Obama has said he loves Arabs specially Palestinians, hates Israel and Jews. Admires Hitler, Osama etc)

6.- He will present himself as good and righteous but in fact he's Satan himself. Violence and Murder is in his heart

7.- Obama will help Iran and Al Qaida in their evil projects.

8.- Barack Hussein Obama is the "King of the South" predicted in the Bible.(Daniel .11, Kenya is south of Jerusalem)

9.- Obama comes to implant muslim Sharia Law upon America.

**Sick**
New Baltimore, MI

**John Cox**
Miami Beach, FL

10.- Obama will enslave American women forever with Sharia Law.
11.-Mabus will finish his term on 2012,predicted to be the end of the world.
11.- Mabus will use Mind Control to obtain control of the ignorant masses, only those who read this note will be free from his mental hold.
12.-Mabus has come to destroy the finest country in the world, America. Mabus has come to steal your soul and your children's souls.
13.- It's written and will come to pass, Mabus will try to destroy the world with nuclear weapons but his first attack will be against Israel and the Jewish people. The beast 666 hates G-d's chosen people.

Obama is the Anti-Christ, beware of him and don't let you be deceived by Him.

Supporters of Obama: 1.5 billion Muslims, Oprah, Louis Farrakanh, Jesse Jackson, Al Sharpton and all American Muslims.

This time is your turn to suffer America, the next 4 years will be pure hell if Mabus becomes your King.
Reply »
|
Report Abuse
|
🔨Judge it!
|
#39

joe
Syracuse, NY

Feb 14, 2008
Lots of str8 guys get oral sex from gays; its very common. If women knew what their husbands really are up to, the divorce rate would skyrocket.
But lots of people don't do cocaine. On the other hand, respectable people don't do cocaine - whatever made you think ANY member of the senate was respectable. lol. u've gotta be joking.

Reply »

|

Report Abuse

|

👤**Judge it!**

|

Horatio

Ormond Beach, FL

#41

Feb 14, 2008

I tend to believe it. There is a long interview with Sinclair at this page (scroll down). This thing ain't going away

http://therightperspectivepodcastblog.blogspo...

Reply »

|

Report Abuse

|

👤**Judge it!**

|

#42

Feb 14, 2008

If voters thought experience is more important than ideas then Grey Davis would still be goveror of California. Anyway, McCain's retort about earmarks will likely be a significant theme of his. What else can he talk about? Will we talk about providing Social Security to Mexican citizens in Mexico? No. Will we talk about federal funds provided to sactuary cities? No. Will we talk about the changing demographics of the country, where the population aged 20 and under in 2050 will be 70% Mexican? No. Will we talk about Social Security investment accounts? No. Will we talk about providing water to Mexico? No. Will we talk about Mexican debt - and how that is related to providing water to Mexico. No. Will we talk about the impact of the mortgage crisis on student loans? No. Will we talk about the nation's parks? No. Will we talk about gays in the military? Yes. Will we talk about abortion? Yes. Will there be more Swift Boat Veterans? No because the bomb that started the Forestal fires came from McCain's aircraft. There is a reason conservatives don't like McCain - and it's because McCain doesn't talk about issues that matter. He'll pander to any Mexican - any retiree - any one with money - any military contractor. The *only* man who wanted to focus on issues was Tancredo and the media didn't give him a chance.

Mike

Minneapolis, MN

Reply »

|

Report Abuse

|

Richard Ratkins
Columbus, OH

🐎**Judge it!**

|

#45

Feb 15, 2008

THIS GUY IS A CRAZY KOOK1!!!!
HOW CAN PEOPLE BELIEVE THIS IDIOT!!!
HE'S TRYING TO GET ATTENTION!!!
HEY LARRY GO EAT A TWINKIE AND SOME THORAZINE!!1

Reply »

|

Report Abuse

|

🐎**Judge it!**

|

#46

Larry Sinclair6753
Columbus, OH

Feb 15, 2008

hi my name is larry sinclair I am an ugly, crazy, toothless crackhead who is obsessed with Barack Obama. I am delusional and am trying to get attention. I performed oral sex on Dick Cheney and George W Bush, while Ron Paul sat by watching and masturbating. Hillary Clinton also tossed Dick Cheneys salad. I really want to get attention because I have no life.

Thank you

Reply »

|

Report Abuse

|

🐎**Judge it!**

|

#48

Larry Sinclair
Columbus, OH

Feb 16, 2008

hi my name is larry sinclair I am an ugly, crazy, toothless crackhead who is obsessed with Barack Obama. I am delusional and am trying to get attention. I performed oral sex on Dick Cheney and George Bush, while Ron Paul sat by watching and masturbating. Hillary Clinton videotaped the whole thing to watch by herself. This information needs to be told.

I am challenging Ron Paul to take a polygraph test which I will submit

to as well. Ron Paul has done greatly to prevent this.

Thank you
Reply »

|

Report Abuse

|

🙋 Judge it!

|

#49

Feb 16, 2008

The burden of proof is on Larry.
He is the accuser. Filing a lawsuit does not constitute proof of anything, anyone can file a lawsuit. Also, if you look at the lawsuit in detail on smokingun.com you can see that Larry doesn't even have an attorney, he is acting as his own.....you know the old saying "A man who represents himself has a fool for an attorney". If I was a betting man I would say his case will be dismissed and Larry Sinclair's story will be relegated to the trash bin.
Reply »

|

Report Abuse

|

🙋 Judge it!

|

#50

Feb 16, 2008

"If Obama were a Muslim, there is no law preventing Muslims for running for president.

America is not at war with Muslims."

Your right...... they are at war with us until all infidels are killed or converted!
nuff said
fools!

Joe Gurwain
Columbus, OH

Porkchop
London, OH

Reply »

|

Report Abuse

|

Judge it!

|

#52

Feb 16, 2008

> Porkchop wrote:
> "If Obama were a Muslim, there is no law preventing
> Muslims for running for president.
> America is not at war with Muslims."
> Your right...... they are at war with us until all infidels
> are killed or converted!
> nuff said
> fools!

zzazzeefrazzee
Silver Spring, MD

Oh, do you mean Muslim Americans who wear a soldier's uniform, and who have died for their country?

http://www.nbc4.com/news/3405344/detail.html
http://apaam.org/INMemory_Sameer_Rateb.htm

What about the Muslims who serve our nation who have been honored at the Pentagon and by our CURRENT president for their brave efforts?

http://washingtontimes.com/article/20071003/N...

Did you know that Muslims also died on Sept 11th, and no, I'm not referring to the 19 hijackers, but your FELLOW AMERICANS???:

http://www.cnn.com/2001/US/09/18/vic.muslims....

http://islam.about.com/blvictims.htm

Reply »

|

Report Abuse

|

Judge it!

|

#53

Feb 16, 2008

Look - if this was true, Larry had plenty of chance to come out with this before now. Instead he comes out when Obama starts winning. Now he's getting frantic with his activities and filing this lawsuit when at a time when Obama has big momentum. And Larry says that he doesn't care who people vote for? This suit will be thrown out of court, mark my words, but I believe the aim of it is simply to stop enough people from voting for Obama for him to continue this momentum. This is in the midst of many other - non Larry related - false attacks that are aimed at derailing the momentum.

I know that Larry had passed on information to a Chicago Tribune reporter because he said so himself on additional videos he posted. I am now seeing posts saying that a Chicago Tribune reporter looked into it and found that Larry was actually in a mental institution at the time of the alleged incident.

No one should base their vote on allegations that cannot be substantiated.

Jay

Wellington, New Zealand

Reply »

|

Report Abuse

|

Judge it!

|

#54

Feb 17, 2008

If this is true im proud somebody is trying to
bring it to light man we dont need no crack smokin president.

Denver Morgan

Skien, Norway

Reply »

|

Report Abuse

|

Mary
Oakland, CA

🔨 **Judge it!**

|

#55

Feb 17, 2008

I think Larry Is telling the truth & the polygraph with WhiteHouse.com will prove it.

Reply »

|

Report Abuse

|

🔨 **Judge it!**

|

#57

Feb 18, 2008

LCB
California City, CA

Joe , I don't know if your the sucker or the suckee, but staight guys don't get gay knobjobs. Sorry but that is gay sex.

> 🙿 *joe wrote:*
> *Lots of str8 guys get oral sex from gays; its very common. If women knew what their husbands really are up to, the divorce rate would skyrocket.*
> *But lots of people don't do cocaine. On the other hand, respectable people don't do cocaine - whatever made you think ANY member of the senate was respectable. lol.*
> *u've gotta be joking.*

Reply »

|

Report Abuse

|

🔨 **Judge it!**

|

#59

Feb 18, 2008

dems08
Columbia, MO

Nor would it matter if he were gay, nor would it matter if he used Marijuana or something in earlier years.

Yes you are absolutely right, it shouldn't matter about about a persons private sexual activity, but try telling that to Bill Clinton, after what the republicans did to him in the 90's. We live in the real world of politics,

and in the real world of politics this could be potentially damning if not completely sink all hopes of the dems taking back the white house in 08.

We need to find out about this and get it myth busted or have the story break now rather than have this story break in August.

Reply »

|

Report Abuse

|

🐾**Judge it!**

Just the truth please

Erlanger, KY

|

#60

Feb 18, 2008

Well, is this the truth or not, or just another hack job by someone or some people representing the Clintons? I viewed all four videos (basically the same) and all the guy is asking for is Obama to get honest. Why didn't he bring this up in 2004?

Reply »

|

Report Abuse

|

🐾**Judge it!**

|

#61

Just the truth please

Erlanger, KY

Feb 18, 2008

> 💬 *TELL THE TRUTH OBAMA wrote:*
> *Looks like Obama has some explaining to do! Oh yeah, I forgot...he never has to explain anything!*

Well, I think we need to know if this is the truth or not. If so, then Obama definitely has some explaining to do. I viewed all four videos (basically the same) and all the creep is asking for is Obama to get honest,

Showing posts 21 - 40 of 111

« prev | next »

Go to last post | Jump to page:

**Type in your comments to post to the forum**

Name

(appears on your post)    You are currently logged in as . Not ?

Name
(appears on your
post)

Welcome to Topix Forums! Please fill out the form below to set up an account and post your comment. If you are a returning user, **click here to log in**.

- Topix Username
  Will display with your forum posts

- Email Address
  Will never be shown to other users

Registration

- Password
  At least five characters (letters and numbers)

- 
  Confirm Password

- Birthdate
  Required by COPPA

- 

Sign in with your existing Topix account and write your comments below. **Don't have an account?**
Email Address

Login

Password

Forgot your password?

Comments

Type the numbers you see in the image on the right:

Please note by clicking on "Post Comment" you acknowledge that you have read the Terms of Service and the comment you are posting is in compliance with such terms. **Be polite.** Inappropriate posts may be removed by the moderator. Send us your feedback.

## Other Recent 2008 Presidential Election Discussions

| Topic | Updated | Last By | Comments |
|---|---|---|---|
| Exclusive Poll: Clinton, Obama Gap Shrinks | 13 min | Freefall | 46 |
| Coulter skewers liberals at Stony Brook -- Newsday | 13 min | Noticer | 2062 |
| Our view: Bitterness stems from more than the e... | 13 min | Harrison | 321 |
| Obama offers hope for us, not mud or gall -- El... | 13 min | I will NOT b... | 637 |
| Obama, Clinton debate in Pennsylvania | 13 min | Knoxxie | 60 |
| Obama: Constitution stained by 'sin of slavery' | 13 min | Minuteman | 12323 |
| Immigrants need to get some respect | 14 min | Fed Up | 1529 |

## 2008 Presidential Election News

- Obama Flush, Clinton In Debt
- Party Chiefs Plan Push
- Democrats prepare for Pennsylvania primary
- Bill Maher on "Bittergate": "You know who is bitter in Americ...
- Obama building war machine to respond to 'Swift Boat' attacks
- Schumer Predicts Clinton Will Win Pennsylvania by a `Signific...
- Rasmussen: Pennsylvania Poll: Clinton 47% Obama 44%
- Celeste Fremon: Clinton Slams Democratic Activists At Private...
- Newsweek poll: Obama takes big national lead over Clinton

Visit the 2008 Presidential Election page

## Most Popular

1. Brigitte Bardot On Trial For Muslim Slur - 1,989 comments
2. Al Qaeda declares 'failure and defeat' for U.S. troops in... - 1,929 comments
3. China Demands CNN Apologize for Commentary - 386 comments
4. ABC Blasted for 'Gotcha' debate: Moderators critized for ... - 213 comments
5. Prince Sets Copter Down In Girlfriend's Yard - 130 comments
6. Newsweek poll: Obama takes big national lead over Clinton - 154 comments
7. Think homosexuality is "wrong"? - 3,916 comments
8. Evolution: 24 myths and misconceptions - 210 comments
9. Bed Found In Polygamist Ranch Temple - 117 comments
10. Another Copycat Video Beating as the Trend Continues - 75 comments

Comments made yesterday: **86,053** | Total comments across all topics: **28,661,844**

Home Forums & Polls Video Most Popular Top Stories Local US World 2008 Election Sci-Tech Sports Entertainment Offbeat Family Album Site Map

About Us Advertise Contact Us FAQ Feedback Jobs Newsfeeds Press Room Privacy Terms of Service Weblog Copyright ©2008 Topix LLC



Join the **Topix** community today. **Sign Up** | **Sign In** | Washington, DC    **Change City**

Anti-US cleric threatens new uprising in Iraq

Democrats prepare for Pennsylvania primary

Prince sets copter down in girlfriend's yard

**Home**

**Forums & Polls**

**Video**

**Popular**

**Top Stories**

**Local**

**US**

**World**

**2008 Election**

**Sci-Tech**

**Sports**

**Entertainment**

**Offbeat**

**Site Map**

**Advertise**

| **Forum & Polls** |
| :---: |
| **News** |
| **NewsWire** |

**2008 Presidential Election**

# LARRY SINCLAIR vs OBAMA, going to court?



- Posted in the 2008 Presidential Election Forum

Comments

Showing posts 41 - 60 of 111

« prev | next »

Go to last post | Jump to page:

Reply »

|

Report Abuse

|

Judge it!

|

#62

Feb 18, 2008

Judged:

1

1

1



> John Cox wrote:
> *OBAMA IS MABUS, THE ANTI-CHRIST, THE BEAST 666!!!*
> *1.- He will come as a man of Peace (Obama promises peace in Iraq, defeat for the United States,a country he claims to serve.)*
> *2.- He will come mounted on a white Female horse*

*(Obama mother is white who had 12 African husbands and lovers)*

*3.- He will come to deceive( Obama says he's a Christian but in fact he was born a Muslim, practices the Islamic religion, prays Friday's facing Mecca)*

*4.- He will make himself the most powerful man on earth, if elected, Mabus will be his name.*

*5.- He will try to destroy the Jewish People and Israel ( Obama has said he loves Arabs specially Palestinians, hates Israel and Jews. Admires Hitler, Osama etc)*

*6.- He will present himself as good and righteous but in fact he's Satan himself. Violence and Murder is in his heart*

*7.- Obama will help Iran and Al Qaida in their evil projects.*

*8.- Barack Hussein Obama is the "King of the South" predicted in the Bible.(Daniel .11, Kenya is south of Jerusalem)*

*9.- Obama comes to implant muslim Sharia Law upon America.*

*10.- Obama will enslave American women forever with Sharia Law.*

*11.-Mabus will finish his term on 2012,predicted to be the end of the world.*

*11.- Mabus will use Mind Control to obtain control of the ignorant masses, only those who read this note will be free from his mental hold.*

*12.-Mabus has come to destroy the finest country in the world, America. Mabus has come to steal your soul and your children's souls.*

*13.- It's written and will come to pass, Mabus will try to destroy the world with nuclear weapons but his first attack will be against Israel and the Jewish people. The beast 666 hates G-d's chosen people.*

*Obama is the Anti-Christ, beware of him and don't let you be deceived by Him.*

*Supporters of Obama: 1.5 billion Muslims, Oprah, Louis Farrakanh, Jesse Jackson, Al Sharpton and all American Muslims.*

*This time is your turn to suffer America, the next 4 years will be pure hell if Mabus becomes your King.*

**pamiety**



**Joined:** Sep 8, 2007
**Comments:** 715

Toledo, OH

Getting desperate are we not?

Reply »

|

Report Abuse

|

**Judge it!!**

|

#63

Feb 18, 2008

Judged:

1

1

1

Larry Sinclair what a patheic creep you are. I am not even an Obama supporter. What some length some creeps will go to to get their 15 seconds of fame. Larry get a life.

Reply »

|

Report Abuse

|

**Judge it!**

|

#64

Feb 18, 2008

Judged:

1

1

1

> *John Cox wrote:*
> *OBAMA IS MABUS, THE ANTI-CHRIST, THE BEAST 666!!!*
> *1.- He will come as a man of Peace (Obama promises peace in Iraq, defeat for the United States,a country he claims to serve.)*
> *2.- He will come mounted on a white Female horse (Obama mother is white who had 12 African husbands and lovers)*
> *3.- He will come to deceive( Obama says he's a Christian but in fact he was born a Muslim, practices the Islamic religion, prays Friday's facing Mecca)*
> *4.- He will make himself the most powerful man on earth, if elected, Mabus will be his name.*

RealWoman

Tempe, AZ

RealWoman

Tempe, AZ

*5.- He will try to destroy the Jewish People and Israel ( Obama has said he loves Arabs specially Palestinians, hates Israel and Jews. Admires Hitler, Osama etc)*

*6.- He will present himself as good and righteous but in fact he's Satan himself. Violence and Murder is in his heart*

*7.- Obama will help Iran and Al Qaida in their evil projects.*

*8.- Barack Hussein Obama is the "King of the South" predicted in the Bible.(Daniel .11, Kenya is south of Jerusalem)*

*9.- Obama comes to implant muslim Sharia Law upon America.*

*10.- Obama will enslave American women forever with Sharia Law.*

*11.-Mabus will finish his term on 2012,predicted to be the end of the world.*

*11.- Mabus will use Mind Control to obtain control of the ignorant masses, only those who read this note will be free from his mental hold.*

*12.-Mabus has come to destroy the finest country in the world, America. Mabus has come to steal your soul and your children's souls.*

*13.- It's written and will come to pass, Mabus will try to destroy the world with nuclear weapons but his first attack will be against Israel and the Jewish people. The beast 666 hates G-d's chosen people.*

*Obama is the Anti-Christ, beware of him and don't let you be deceived by Him.*

*Supporters of Obama: 1.5 billion Muslims, Oprah, Louis Farrakanh, Jesse Jackson, Al Sharpton and all American Muslims.*

*This time is your turn to suffer America, the next 4 years will be pure hell if Mabus becomes your King.*

John you are a sick person. I am not even an Obama supporter and I could not come up with such garbage. Be kind and gently to yourself. Go get a real life.

Reply »

|

Report Abuse

|

**Judge it!**

|

#65

Feb 18, 2008

Judged:

1

**PresidentialHoya y**
Reno, NV

> Come Clean Obama wrote:
> *If Obama has nothing to hide, why is his camp ignoring Larry's challenge? The "gay" issue isn't the issue, it's more the issue of whether or not Obama smoked crack as recently as 1999.*

Well I happen to think manlove is hot. I think Larry's story might have more traction if he weren't a skank as in UGLY. First rule of scandal - always bring the pretty. I love the idea of a Jimbo eruption. But I want hot, sexy and pretty for my trouble. So Larry my advice to you lose the trailer park hat, shave, get a some hair color and a trim and lose the gut. If that doesn't help find a hot surrogate and you just might get my full attention. Otherwise go find Bill and give him a blow job. I'll sure he'll splurge on some coke too.

Reply »

|

Report Abuse

|

**Judge it!**

|

#66

Feb 18, 2008

**Just the truth please**
AOL

> PresidentialHoyay wrote:
> *<quoted text>*
> *Well I happen to think manlove is hot. I think Larry's story might have more traction if he weren't a skank as in UGLY. First rule of scandal - always bring the pretty. I love the idea of a Jimbo eruption. But I want hot, sexy and pretty for my trouble. So Larry my advice to you lose the trailer park hat, shave, get a some hair color and a trim and lose the gut. If that doesn't help find a hot surrogate and you just might get my full attention. Otherwise go find Bill and give him a blow*

*job. I'll sure he'll splurge on some coke too.*

Did you happen to see all four videos....the ones without the hat?

Reply »

|

Report Abuse

|

 **Judge it!**

|

#67

Feb 18, 2008

Neileo

Virden, IL

Judged:

1

For those of you who may have fallen for Mr. Sinclair's little "practical joke" about Senator Obama, you are forgiven. It's unfortunate that lonely people feel they have to lie to make friends, but there it is. It turns out that Larry was in a mental hospital at the time he says he met Barack Obama. Sorry, Larry. Game over.

Reply »

|

Report Abuse

|

 **Judge it!**

|

#68

Feb 18, 2008

Judged:

1

1

1

Eddy

Portland, OR

 *John Frost wrote:*
*Larry congratulations!! You are a great American!! All your detractors are muslim students or muslim professors. So rock on!!*
*This is a must see video, weather ou love or hate Obama.*

*So far Obama is silent and scared of Larry's accusations. Obama must come out of the closet and save his life with 3 months of rehab.*

Such jack-ass-itude is staggering to me. Hypocrite, bigot, Clinton supporters make me want to puke. You are not America. You are

second rate Karl Rove wanna-bes.

Reply »

|

Report Abuse

|

Judge it!

|

#70

foghorn leghorn
Birmingham, AL

Feb 19, 2008

Well now...I say, I tell ya somebody had to bend forward and grab them ankles and spread them cheeks mighty wide to give birth to this "big smelly thing".

or

Maybe, someone went "ice fishing" while inside the "out-house" and bagged themselves a BIG STINKY ONE...What ever you do, I say, I say "DO NOT EAT" this one...Trust me.

Reply »

|

Report Abuse

|

Judge it!

|

#71

foghorn leghorn
Birmingham, AL

Feb 19, 2008

A mazzzzing, I say, amazing what a man can achieve with a little help from some classy friends, some rocky crack and a cigar shaped crack pipe with the word "obama" graffitied onto the side of it.

Larry, boy, I say, Larry, somewhere there is a "very appropriate" job for your kind in the current administration.

Your ability to "suck-up" will be highly valued and make you highly favored..."Your-a-great-a merikan!"

Reply »

|

Report Abuse

|

🏆**Judge it!**

|

**#73**

Feb 19, 2008

> 💤 *pamiety wrote:*
> *<quoted text>*
> *Getting desperate are we not?*

If you were any more desperate, you'd be claiming Mr. Obama was directly responsible for "935 L I E S" of which would lead to the Iraqi death-march/WAR Inc./LLC.

"you're-a-great-amerikan "

Reply »

|

Report Abuse

|

🏆**Judge it!**

|

**#74**

Feb 19, 2008

> 👥 *foghorn leghorn wrote:*
> *<quoted text>*
> *If you were any more desperate, you'd be claiming Mr.*
> *Obama was directly responsible for "935 L I E S" of*
> *which would lead to the Iraqi death-march/WAR Inc./*
> *LLC.*
> *"you're-a-great-amerikan "*

????

**foghorn leghorn**

Birmingham, AL

**pamiety**

☑ I VOTED!

**Joined:** Sep 8, 2007
**Comments:** 715

Toledo, OH

Reply »

|

Report Abuse

|

🐕 **Judge it!**

|

**foghorn leghorn**
Birmingham, AL

#75
Feb 19, 2008

> *pamiety wrote:*
> *<quoted text>*
> *Getting desperate are we not?*

My bad, I say, my bad.

My previous message was meant for "john cox"...Please forgive badness.

Reply »

|

Report Abuse

|

**Rebel to the Last**
Columbia, SC

🐕 **Judge it!**

|

#76
Feb 19, 2008

Larry Sinclair you got to move to Asheville, No Na Gay and t he rest of the happy people want to meet you. you might even get elected to town council with their name r ecognition.

Reply »

|

Report Abuse

|

**pamiety**
[✓ I VOTED!]
**Joined:** Sep 8, 2007
**Comments:** 715

Toledo, OH

🐕 **Judge it!**

|

#77
Feb 19, 2008

> *foghorn leghorn wrote:*
> *<quoted text>*
> *My bad, I say, my bad.*
> *My previous message was meant for "john cox"...*
> *Please forgive badness.*

;-)

Reply »

|

Report Abuse

|

**Phil MacCrevice**

Sacramento, CA

 **Judge it!**

|

#79

Feb 19, 2008

After thinking about this, I'm thinking that it is a case of mistaken identity and that Larry really believes this happened but just not with who he thinks it did.

Reply »

|

Report Abuse

|

**Judge it!**

|

#81

Feb 20, 2008

Judged:

1

1

Sgt John Cleary US ARMY

Karlsruhe, Germany

Hey, I'm serving in the US ARMY overseas, I just wanted to say this: Everyone Larry has been proven a LIAR!
It has been proven by the media that he was in Walter Reed Mental Hospital at the time he said he was in Illinois.
Also, Larry Sinclair now lives in a home for the mentally ill and disabled.
HE WAS NOT IN ILLINOIS AT THAT TIME!!
Larry Sinclair is a seriously mentally ill individual, he is suffering from SEVER psychosis, due to schizophrenia.

Reply »

|

Report Abuse

|

Judge it!

|

**Sgt John Cleary US ARMY** #82

Karlsruhe, Germany    Feb 20, 2008

> *Phil MacCrevice wrote:*
> *After thinking about this, I'm thinking that it is a case*
> *of mistaken identity and that Larry really believes this*
> *happened but just not with who he thinks it did.*

I think that could be true too, probably due to Larry Sinclair's severe psychosis.

Reply »

|

Report Abuse

|

Judge it!

|

John Bryans Fontaine    #83

Middletown, CT    Feb 20, 2008

Judged:

1

1

1

PROOF THAT LARRY SINCLAIR IS A LIAR

http://digg.com/people/PROOF_that_Larry_Sincl...

Reply »

|

Report Abuse

John Bryans Fontaine    |

Middletown, CT    Judge it!

|

#84

Feb 20, 2008

Actually, I live in Westport, CT. No big deal.

Reply »

|

Report Abuse

|

Judge it!

|

#85

Feb 20, 2008

Nick

A Coruña, Spain

In the interview in the Remse show Larry Sinclair gives many details about the story which don't seem improvised. But he gives no evidence whatsoever that the other guy involved WAS indeed Obama. He could have been any other (perhaps African-American) man, even one with power (a politician, a businessman...). There are indications about this, not based on what Sinclair said, but based on certain things he did NOT say about "Obama". Remse never asked him: "HOW ARE YOU SURE THE GUY WAS OBAMA?".

So, for Sinclair it would be quite easy to semi-lie: All he had to do is call this guy "Obama", and keep the rest of the story (more or less) intact. Once Sinclair got to convince himself (for whatever reasons) that the unknown man he did drugs with nine years ago was "Senator Obama", the rest of the story will unfold coherently in his mind.

Showing posts 41 - 60 of 111

« prev | next »

Go to last post | Jump to page:

**Type in your comments to post to the forum**

Name
(appears on your post)

You are currently logged in as . Not ?

Name
(appears on your post)

Welcome to Topix Forums! Please fill out the form below to set up an account and post your comment. If you are a returning user, **click here to log in**.

Registration

- Topix Username
  Will display with your forum posts

- Email Address
  Will never be shown to other users

- Password
  At least five characters (letters and numbers)

- 
  Confirm Password

- Birthdate
  Required by COPPA

- 

Login

Sign in with your existing Topix account and write your comments below. **Don't have an account?**
Email Address

Password

Forgot your password?

Comments

Type the numbers you see in the image on the right:

Please note by clicking on "Post Comment" you acknowledge that you have read the Terms of Service and the comment you are posting is in compliance with such terms. **Be polite.** Inappropriate posts may be removed by the moderator. Send us your feedback.

## Other Recent 2008 Presidential Election Discussions

| Topic | Updated | Last By | Comments |
|---|---|---|---|
| Exclusive Poll: Clinton, Obama Gap Shrinks | 14 min | Freefall | 46 |
| Coulter skewers liberals at Stony Brook -- Newsday | 14 min | Noticer | 2062 |
| Our view: Bitterness stems from more than the e... | 14 min | Harrison | 321 |
| Obama offers hope for us, not mud or gall -- El... | 14 min | I will NOT b... | 637 |
| Obama, Clinton debate in Pennsylvania | 14 min | Knoxxie | 60 |
| Obama: Constitution stained by 'sin of slavery' | 14 min | Minuteman | 12323 |
| Immigrants need to get some respect | 15 min | Fed Up | 1529 |

## 2008 Presidential Election News

- Obama Flush, Clinton In Debt
- Party Chiefs Plan Push
- Democrats prepare for Pennsylvania primary
- Bill Maher on "Bittergate": "You know who is bitter in Americ...
- Obama building war machine to respond to 'Swift Boat' attacks
- Schumer Predicts Clinton Will Win Pennsylvania by a `Signific...
- Rasmussen: Pennsylvania Poll: Clinton 47% Obama 44%
- Celeste Fremon: Clinton Slams Democratic Activists At Private...
- Newsweek poll: Obama takes big national lead over Clinton

Visit the 2008 Presidential Election page

## Most Popular

1. Brigitte Bardot On Trial For Muslim Slur - 1,989 comments
2. Al Qaeda declares 'failure and defeat' for U.S. troops in... - 1,929 comments
3. Prince Sets Copter Down In Girlfriend's Yard - 130 comments
4. ABC Blasted for 'Gotcha' debate: Moderators critized for ... - 213 comments
5. Think homosexuality is "wrong"? - 3,916 comments
6. Newsweek poll: Obama takes big national lead over Clinton - 154 comments
7. Evolution: 24 myths and misconceptions - 210 comments
8. Bed Found In Polygamist Ranch Temple - 117 comments
9. Another Copycat Video Beating as the Trend Continues - 75 comments
10. Rasmussen: Pennsylvania Poll: Clinton 47% Obama 44% - 72 comments

Comments made yesterday: **85,984** | Total comments across all topics: **28,661,844**

Home Forums & Polls Video Most Popular Top Stories Local US World 2008 Election Sci-Tech Sports Entertainment Offbeat Family Album Site Map

About Us Advertise Contact Us FAQ Feedback Jobs Newsfeeds Press Room Privacy Terms of Service Weblog Copyright ©2008 Topix LLC

EXHIBIT L



**BIG HEAD DC**

**BIG HEADLINE NEWS, featuring AP reports**
- Wright says criticism is attack on black church
- Clinton: Afghanistan needs more US attention
- Supreme Court upholds photo ID law for voters in Indiana
- McCain calls Obama insensitive to poor people

**HOT HEADLINERS**
Barack Obama    Elections    Hillary Clinton    John McCain    Sports    Law    CNN    Internet    Journalism    FOX News

Daily Kos Censors Mention of Larry Sinclair
Thursday April 10th, 2008 1:00 AM by BHDC Staff
Filed under: Sex, Scandals, Gay, Barack Obama, Drugs, Kos, Larry Sinclair

On Wednesday the following post appeared on the popular liberal Daily Kos blog, and it received several comments — but it has since been removed:

Oh dear. Some of you may have seen that crazy guy who popped up on Youtube making ridiculous allegations about limo sex against **Barack Obama**. Since he first appeared, he has been doing everything possible to get noticed by the media and to my complete shock, he has actually succeeded. A TV Show in Puerto Rico called SuperXclusivo (apparently a very popular show) had a phone interview with him earlier today. I didn't watch the whole thing but they didn't even ask him for any evidence whatsoever for his claims. Obviously, there is a PRIMARY in Puerto Rico in a few months, so this is pretty troubling. I saw the clip on Youtube and I believe it aired later today. This is a very popular show. I am somewhat freaking out. What do you guys think? Link below the fold.

**Larry Sinclair**, the man who claims to have used drugs and had sex with Obama in 1999, believes the site took the post down once it was clear that it was becoming popular.

In recent days, the gay press has expressed concerns that Obama has chosen not to do interviews with members from its community.

The Puerto Rican news interview with Sinclair has yet to appear online.



Digg    ?    FARK it!
☐ e-mail this
facebook
submit    reddit    ● del.icio.us
stumble

1.    **1391 Comments to 'Daily Kos Censors Mention of Larry Sinclair'**

You should feel ashamed.

You call that civilized and responsible?

And, really, who says confusion wasn't the goal?

posted April 16th, 2008 at 7:54 pm | Quote


1. 847. **Jay** said:

Paul - I don't converse with hysterics

Concerned Citizen - You're a pompous fool.

Mitch,P,E & F: - Your being dumb is no excuse for your ignorance.

Larry x 3: - I'm interested in the events of 6&7th Nov 1999 not your LS witch-hunt.

Jay - You should get that nose fixed.

I refer all other posters who asked me questions to the answers I gave previously.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

What do ya mean? My nose is the most perfect thing on my body - oft admired you know ☺

posted April 16th, 2008 at 8:53 pm | Quote


1. 848. **Jay** said:

In fact, someone once opined that I had her nose:

http://img2.timeinc.net/people/i/2006/celebdatabase/nicolekidman/nicole_kidman1_300_400.jpg

posted April 16th, 2008 at 9:01 pm | Quote


1. 849. **Concerned Citizen** said:

Jay:

that's a pretty nice nose. Someone once opined I had this kind of nose:

http://www.tanmonkey.com/images/monkey/proboscis-monkey-big-nose.gif

HA HA! Just kiddin'. Couldn't pass on a joke, ya know.

I have a lot of respect for you, Jay, my friend.

posted April 16th, 2008 at 9:16 pm | Quote

1. 850. **Lest We Forget** said:

In case any of you forget, we are not dealing with a sane individual here. I would be careful if I were you guys. Don't forget his famous diatribe on You Tube before he erased it! Here's a taste.

LarrySinclair 0926 (3 days ago)
I will not post anything concerning my health here or anywhere else. I will not because it is not the issue and I assure you that the Globe has been given an ear full for even eluding to my personal medical information. This story is to be on the merits and the facts about Obama's past. Not my health.

LarrySinclair 0926 (3 days ago)
Polygraph was in fact done today out of security concerns. See whitehouse dot com

LarrySinclair 0926 (3 days ago)
No, a second indepndent expert is doing what was explained to me as a blind analysis of the charts. The results will not even be provided to us until Monday at the earliest.

BoomBoom298
-WRONG!1 is an interview for informational& posting purposes,1 is this video & the third makes fun of media& B.O.Nice try,but you'll have to do WAY better.And at the time of your last post,I had more than 5 favorites.Again, TRY TO KEEP UP!
-I shouldn't take a Pres candidate's potential lying and drug using seriuosly?
And you have more ill will toward me than I do toward Obama.Or do you not remember your numerous namecalling and other remarks?

-Are you or my father running for Pres?

LarrySinclair0926
FUCK YOU PUK, you want part of me I am at the HILTON Checkers Hotel. Bring your bad ass on over and get carried away in a fucking body bag bitch.

Larry Sinclair0926
I am so sick of every boy trying to use me to further their cause. This is and always has been about nothing more than Obama lying about the extent of his use of cocane and more specifically CRACK cocaine, the use and the sale there of. PERIOD

LarrySinclair0926
I did take the polygarpg, it was the most uncofrotable 4≈ hours I have ever spent in my life. I stopped taking my medication for a week so no one could say I was under the influence of medication to beat it. I am trying to stay herr for three or four day more to get this out in the MSM here but it will depend on whether I can cash the whitehouse dot com check here to pay for my extended stay. I am telling anyone who believes in me, you help me stay here until monday to get continued......

LarrySinclair0926
this story out on the MSM i will return to you any assistance you provide two fold. I do not care about the money, I care about getting this story in the MSM media before it is to late. So i tell all my supporters I have $15000 to repay ytou for helping me stay here where I have a better chane to get this out in the MSM media. Anyone willing to help email me to youtube email box now. I signed my first autograph tonight.

LarrySinclair0926
If I do not receive solid committments tonight I will be on my way back to Duluth tomorrow at 9:30 PST.

MysticNinjaJay

Are you actually asking Youtube posters for money?! That's messed up man.

LarrySinclair0926

Hey youngster, I am putting up double out of $20,000.00 to any supporter that wants this in the MSM now. Nothing personal, but you have a problem with that let me know and I will meet you tonight anywhere in california you ant nme to. I am fucking sick of of the shit you and others have sent my way and I am ready to fight you face to fucking face. If you do not have the balls, then be the bitch you are and get the fuck off my youtube page.

homerdoh9

People may be more willing to help if we knew the results of the lie detector test.

MysticNinjaJay

LMFAO! Larry, just get some sleep dude. If you want to ask people for money or to help finance your quest to get your story in the MSM, that's your business. I don't have a problem with it. It just sounded strange. You're a big fella but a bit too old and I'd wager unskilled to fight me.

MysticNinjaJay

Larry calm down man. You're not making a good case for your sanity. If what he says is not true that's wrong of him but challenging people to fights on the internet makes you look like a lunatic.

Don't get out of control. Just sleep it off.

hndrxuntilidie

What?? i'm giving up!!! you're a certified mad man, for real. You're asking strangers on youtube for" money"? Larry, please go see a phsyciatrist--you need some help.

LarrySinclair0926

No I am asking my supporters to elp me stay here and get this in the MSM and I am willing to double their investment into this story up to $20,000.00. I am mad as hell, I am sick of you little fucking internet warriors that talk shit and I am telling each and everyone of you warriors stand up to me face to face toe to toe and get beat down like the little gutless bitches you are. You have a problem with that the FUCK YOU PUNKS.

hndrxuntilidie

Larry!!..it sounds like your becoming real angry and agitated!! please go to the hospital and get the help that you desperately need. Only a mad man get angry over other peoples hard earned cash.

LarrySinclair0926

You go to the fucking hospital you fucking gutless bitch. I am angry because you gutlutless punks talk all this shit and don't have the balls to say who you are or where you are. Fuck you, you have a problem with me I am at XXX Wilshire Blvd Rm XXX, Los Angels, CA. 213-XXX-0000 Until you have the balls and guts to say this shit to my face go fuck your mama punk ass bitch.

MysticNinjaJay

Don....I told he guys he was a fucking Schizo!!! I'm sorry I know Larry has been through a stressful time but this is funny as hell! I'm cracking up as I type!

LarrySinclair0926

Fuck yo youngster, I am as sane as you. I am just calling out all you fucking internet warriors. Put up or shut up you little bitch. And I am not a schizo, and I have a world reknown psych to back me on this.

LarrySinclair0926

writerjoe you talk like you have balls, tell me where you are I will come to you, or are u the bitch I think you are? Yes I told you where I am at and the fucking phone number. Punk ass bitches will call in your threats, motherfuckers with balls will meet me face to face. And I bet not one will.

LarrySinclair0926
Don't talk shit bitches, put or shut up. I am sick of all you fuckingpunks talking shit behind screen names.
Get some fucking balls or get the fuck off my youtube page.

TheDon6565
Larry, if it is really you don't answer them; they are baiting you. These people who are allegedly liberals,
allegedly Democrats and Obama supporters, who are SUPPOSED to be caring, compassionate people, have
shown that they are little more than rats who would cannibalize their own kind at the first show of
weakness. All you are doing, Larry, is trying to help the American people. These gay-bashers and
hypocrites are detestable human beings. As Democrats they ought to APPRECIATE you!

LarrySinclair0926
At least you know it is me. Call me at XXX-624-0000 x207 please

ChemicalInjury
I am so dazed and confused now. Felt like I am going to throw up. Is this a bad joke?

degadamian
This cover up is huge………

AGAIN……What mental institution was Larry at in 1999?? Nobody has given an answer.

Why hasn't OBAMA filed a slander suit yet???

Larry would never disclose info. about the case he is putting together, for all you know……..the limo driver
could be with Larry as we speak………

LarrySinclair0926
Nobody has given an answer because they are a bunch of lying sacks of shit.

writerjoe
Degad, Obama is ignoring it. As he should. If the limo driver comes forward, Obama would step down.
Until then, he'll paint Larry as delusional. It's just they way it works.

LarrySinclair0926
I have given up the driver. You gutless punk bitch motheerfucker.

degadamian
By the way…….Larry's youtube account has been hacked……he's NEVER used such profanity online, and
he would never challenge someone to E-Fight…….I mean the guy alledges the secret service made DEATH
THREATS towards him, and then he's gonna post his # and his addy…..they'd get him right now.

C'mon……….Obama is nervous……

LarrySinclair0926
I have never claimed the secret service has made death threats against me.

bradleywadeallen
Larry, what did you mean you gave the limo driver? You gave the media his name? Or you gave up on him?

TheDon6565
Amen to what Angel says. These Obama kids mean nothing. Larry, take care of yourself right now. The
idiots on here playing armchair psychologist need to get over themselves and try to think about what the
party of compassion stands for.
Your story will break the MSM next week.

LarrySinclair0926
Please call me so

Larry Sinclair0926
Please call me so I can go to sleep

bradleywadeallen
Larry what happened tonight? Are you getting the impression the main stream media won't run with the story even though you passed the test?

The Don6565
Goodnight, Larry.

LarrySinclair0926
I am not going to sleep until you answr the message I sent you.

BruceLeeeroy
Larry,
Did he give you his actual name when you met him back in 1999?

LarrySinclair0926
The following is a gift to all in a "pay it forward" dedicated to thedon, the name of the driver for 5 star limo service is P. Multani.

MysticNinjaJay
I'm going back to bed. I must say this story has been interesting. I'm sure that the fun has just begun.

LarrySinclair0926
I think the world of you, I defend your right to comment and I tell people to back off from attacks against you. I do not wish you any ill but you really do need to cosider the words of Lincoln, "think before you speak".

Bruceleeroy
Did he say "call me Barry," or did he give you a completely different name back in 1999?

LarrySinclair0926
fuck it, I am staying here in la today even if I go to jail for not having the cash to cover the room or whatever.

Antipolygraph
Unfortunately, polygraph results can neither confirm or disconfirm Larry Sinclair's allegations against Barack Obama, as explained in our (AntiPolygraph's) latest video posting.

LarrySinclair0926
fuck you too!!!!!

MysticNinjaJay
THE VIDEO AND INFO EXPOSE H. FEARS AND CANNOT REFUTE….
For the Truth about Polygraphs search Youtube for the vid: "Michael Shermer Tests the Polygraph"

Also go to the Wikipedia article on Polygraph and read the segment titled "Reliability".

LarrySinclair0926
Youngster, do not make me take you down over this BS. Wait til you see my polygraph video and try to refute it. You will be embarrassed to silence

ExposeHypocrites
## MYSTIC JUMPS SHIP ON POLYGRAPH…

He throws one anti-polygraph "expert" out there, and then when I show a video of that "expert" getting slammed by Bruce Burgess, now he throws up some other ham & egger. It's over Mystic. It's time to find a new hero.

## THE SUNSHINE CLUB (EST. 2/200

LarrySinclair0926
EH the second expert reviewing mine is Gordon (something) in Salt Lake City that is the foremost expert on the attempted use of counter measures. My examiner stated to me yesterday I would be happy to know there are not signs of attempts to use counter measures in my polygraph.

Antipolygraph
Would that be Gordon H. Barland, perchance?
FlashGordon
These dopes are claiming that with the proper EXPERT training you can beat a POLYGRAPH.
Do you think Larry would even know how to train to beat a POLYGRAPH.

LarrySinclair0926
Let me tell you something, I have never stated this, but you idiots refer to me as some moroon, I have a aster and a lwa degree. I simply cannot take the bar because of my stupid past in my 20's. You people do not want to go up against m on education because most of you will lose badly.

MysticNinjaJay
No Gordon, if you payed any attention to the antipolygraph videos you would know that the counter measures are rather elementary. You do not need expert training only basic understanding to tell lies undetected. Worse yet innocent people can FAIL the polygraph as many things can trigger the devices such as nervousness, anger or excitement. And compulsive liars who believe their lies can lie undetected as well. Polygraphs are a pseudoscience.

LarrySinclair0926
No Gordon, if you payed any attention to the antipolygraph videos you would know that the counter measures are rather elementary. You do not need expert training only basic understanding to tell lies undetected. Worse yet innocent people can FAIL the polygraph as many things can trigger the devices such as nervousness, anger or excitement. And compulsive liars who believe their lies can lie undetected as well. Polygraphs are a pseudoscience.

MysticNinjaJay
There is no way to scientifically analyze the mental processes controlling decisions to lie. Maybe one day they will invent a machine that reads minds and acts as a REAL lie detector but science isn't there yet. If you watch the video I linked to a body language expert had more luck detecting lies than the polygraph with all its fancy equipment. Magicians train to read body language. I saw Criss Angel read Oprah to guess a number between 1 and 100. It's not magic it's psychology.

LarrySinclair0962
again I tell you to wait til you see the video from my polygraph. What makes you an expert? You cannot even do so calledpsych evaluations correctly. Trust me, I have beat down experts with far more education and training than you.

MysticNinjaJay
There was another hint in the MSM about Sinclair's story. On Larry King Live they were discussing the NY times story on McCain. Larry King asked the guest if he thought that the critics would be just as hard on a claim made against Barack Obama. The guest replied that there HAVE been claims made against Obama

and were met with equal scorn by the MSM. If Larry passes I think the story will break ASAP. If he fails he's done. Should he pass there will be a media circus over polygraph reliability.

LarrySinclair0926
I have given yo nothing but respect. I have told people to do the same and I have even told my own mother to back off of you. If you insist and continuing with your crap, I cannot and will not defend you. I am not telling you you have to believe me, but your BS can and has been refuted by professionals for years now but you fail to include that in your posts.

ExposeHypocrites
ANTIPOLYGRAPH...
You got owned by Bruce Burgess. You lost all credibility in that video in my view.

LarrySinclair0962
Oh Contrair. While they may not be admissable in criminal court procedings, they are in civil litgation and they are widely used and respected in the elimination of suspects. Get your facts correct before you attempt to take a position with me.

LarrySinclair0926
fuck you, I am not going to continue to let you bitches tear me down without a fight. you have a problem with that get the fuck off my youtube page

nashmj
My problem with Larry is that he's already been exposed as a fraud. The Repubs don't care, as long as they can get the meme circulating and associate Obama with gay sex & cocaine. It's just like the BS about him supposedly being a Muslim - as long as the lie is circulating there will be people who buy it because they won't do the footwork to find out if it's true. That's what the Repubs are counting on - they can't beat Obama on the issues, so they resort to rumor-mongering. Pathetic.

LarrySinclair0926
You name one single example where I have been exposed as a fraud. You can't, so shut the fuck up until you can.

posted April 16th, 2008 at 9:18 pm | Quote

1. 851. **Lest We Forget** said:

In the one post above, Larry claims to have a law degree, a master's degree and to identify the limo driver. I believe now he denies saying those things.

I think this man is most unstable and is a threat to those who dare stand up to him. He's a bully.

posted April 16th, 2008 at 9:26 pm | Quote

1. 852. **Concerned Citizen** said:

Lest We Forget:

Don't worry about us. Sinclair is sure he has us pinned down for who we are.

The problem is, he doesn't.

He's an idiot. He really, really has been gasping at straws, attacking innocent people. Let me assure you:

Sinclair has no Earthly idea what he is talking about.

posted April 16th, 2008 at 10:10 pm | Quote

1. 853. **Renegade/Mulva** said:

Aaaaawwww, Lest We Forget's post made me nostalgic for writerjoe and MysticNinjaJay. Oh how I loathed ExposeHypocrites (Founder and President of The Sunshine Club) and TheDon. Who could forget FlashGordan's racist rants? I know Duck, outlawales and Dega are still around and still idiots, but somehow it's just not the same. Those were the days. I wonder whatever happened to the Sunshine Club and Okieyokie? Anyone?

"This story is gonna break into the MSM next week!" -ExposeHypocrites February 11, 2008

posted April 16th, 2008 at 10:10 pm | Quote

1. 854. **In Memorium** said:

A moment of silence for all those YouTube accounts that have been abandoned due to Larry Sinclair silencing them…. 😵

posted April 16th, 2008 at 10:39 pm | Quote

1. 855. **Lest We Forget** said:

Mental illness runs in this family! I'm not joking! I'm worried about you guys! This was written by Larry Sinclair's mom!

GRIGGS/WOOTEN - PLEASE help me any way that you can. Land deeds, business taxes, sales taxes???? Any direction you can send me. I was six when my father, Sam Griggs shot my mother, Eva Wooten Griggs. They owned a store next door to Major Brown and across the street from Doc Ackerman. The shooting was Nov. 16 or 17, 1947. He had just sold a Shell station on the opposite end of Bishopville. ANYthing with his name I would appreciate. No Birth or Death Cert. exist. A coroners jury was impaneled but no records. Carl Thomas was sheriff. The other man involved and shot was Melvin Marshall. Thank you for ANY info.January 20, 2002

posted April 16th, 2008 at 10:52 pm | Quote

1. 856. **Concerned Citizen** said:

Hey, guess what?

Democratic Underground refuses to comply with the subpoena.

Big surprise.

Larry just lost that one.

posted April 16th, 2008 at <u>10:53 pm</u> | Quote

1. 857. **Lest We Forget** said:

Looks to me like Larry's grandmother was maybe running around with the third guy maybe?

These people have different morals as well.

posted April 16th, 2008 at <u>11:00 pm</u> | Quote

1. 858. **Lest We Forget** said:

You know, I'm no lawyer, but it seems to me that if any of those companies released the identity of the people who posted them, those people's lives would immediately be put at risk.

I mean, just read the threats listed up there!

Also, this is a self-professed drug dealer and a guy who was probably was involved with the Mexican Mafia while he was involved in human trafficking. I'm serious people. You guys keep laughing, but I'm scared for ya'll. This guy does not seem stable.

Please be careful.

posted April 16th, 2008 at <u>11:03 pm</u> | Quote

1. 859. **Concerned Citizen** said:

Thanks for the concern, Lest We Forget.

However, are we to be intimidated by this man and his possible connections when he runs around destroying democracy and making the Statue of Liberty cry?

posted April 16th, 2008 at <u>11:06 pm</u> | Quote

1. 860. **Lest We Forget** said:

Well I know what you mean, but he seems to print the names of anyone he can find even if he is just going on a hunch and I think that's just dangerous too. I mean if you look, you can find all kinds of information about his birth dad and how he died and they you can find the stuff about his grandfather killing his grandmother and then killing himself and it just looks horrible.

I agree that his lies and things need to come out, I just worry about people who he comes in contact with. I mean did you read those threats? He is clearly unstable whether his story is true or not and I worry about violence.

And all this talk about murdering choir people and all that stuff just bothers me. I think this Larry man has probably been involved in lots of bad things and I just worry about him being like that Virginia college shooter or something.

I'm not saying to back down, because that's like giving in to terrorism; but I just warn you guys to be careful.

Did you read what he said on that post? " Bring your bad ass on over and get carried away in a fucking body bag bitch." I can't believe youtube or google are going to give this man anyone's names! That is so dangerous.

And last week he was blaming that poor old Mormon man then a firefighter and now that poor old piano man? It seems to me like he would at least need some proof before he makes that kind of a leap to judgement and threatening to send someone home in a body bag.

He is scary. I don't care what you say.

posted April 16th, 2008 at 11:15 pm | Quote

1. 861. **Larry Sinclair** said:

Larry has not lost anything Concerned. They have to tell the Judge why they should not have to comply. Further more the following should at least show that you and Paul and Denise and Mitch claiming I am wanted for a check in Laredo to be yet again another one of your fabricated stories.

THIS WAS SENT TO MY MOTHER ON 4-7-08 ALONG WITH ONE DATED 4-1-08 STATING THEY SHOWED NO WARRANTS OTHER THAN THE COLORADO ONE WHICH THEY WERE ALREADY ADIVED BY COLORADO WAS VALID IN COLORADO ONLY.

I have checked with Inv G Cantu, regarding your inquiry and have he has no knowledge of your son's ID or information. Furthermore, our records show 7 entries or reports with your son's name on it, most of them as complainant.

You might request a copy form our records department by calling 956-795-2822 and making arrangements.

Let me know if I can be of further assistance.

JRTorres

Captain / CID

956-795-3144

*ALSO, YOUR CLAIMS OF NEW MEXICO CHARGES AGAIN SHOW YOU TO BE POSTING FALSE INFORMATION ABOUT ME, BUT YOU UNLIKE I, DO NOT CARE ABOUT TELLING LIES AS LONG IT MAKES ME LOOK THE WAY YOU WANT IT TO. COVINGTON IS A FRAUD FROM A WEALTHY TEXAS FAMILY, DENISE PAULS PATHTIC FAILURE AS A STAND UP COMIC WITH DICK BREAT WITH SOY SAUCE, JUST MAKES YOU PEOPLE LOOKS REAL UPSTANDING. ☺ ☺*

posted April 16th, 2008 at 11:16 pm | Quote

1. 862. **Jay** said:

Jay:

that's a pretty nice nose. Someone once opined I had this kind of nose:

http://www.tanmonkey.com/images/monkey/proboscis-monkey-big-nose.gif

HA HA! Just kiddin'. Couldn't pass on a joke, ya know.

I have a lot of respect for you, Jay, my friend.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Why thank you kindly ☺

May I suggest for the nose problem that you immediately desist from placing it in a vice overnight ☺

Hey, have you guys been watching supernews? Those guys crack me up:

http://current.com/items/88854218_the_democratic_messiah
http://current.com/items/88905076_blue_collar_hillary

posted April 16th, 2008 at 11:20 pm | Quote

1. 863. **Concerned Citizen** said:

Lest We Forget:

No, he is scary, you are right.

In fact, you are really right about everything.

Larry is blaming innocent people and subjecting them to threats and whatnot based on what we are doing. I can see where that would lead to some more turpitude.

I do feel bad for those people, but it is ultimately Larry's responsibility for putting them out there. Hopefully they'll take legal action against him.

posted April 16th, 2008 at 11:20 pm | Quote

1. 864. **Concerned Citizen** said:

Referring to yourself in the first person, Larry?

No, sir, you have lost.

I'm not stupid enough to take anything you say with any value.

posted April 16th, 2008 at 11:23 pm | Quote

1. 865. **Concerned Citizen** said:

But, Jay, my nose vice keeps me from snoring overnight.

you know, I live with other people, so I have to try to be polite when I sleep.

I need the nose vice.

posted April 16th, 2008 at 11:34 pm | Quote

1. 866. **Lest We Forget** said:

In fact, if I was one of those people who he was going after in a subpoena, I would gather a collection of all of the things he has written and emailed them and send them to the legal departments of all of those companies as soon as possible.

For instance, for YouTube or Google, I would contact their Legal Department in Mountain View, California as soon as possible to provide them with threatening information and let them know that the protection and security of their clients supersedes most unwarranted subpoenas.

And if I was one of the Democratic Underground people, I would probably like contact their legal department or David Skinner or David Allsopp via email at skinner@democraticunderground.com or earlg@democraticunderground.com and share the same information with them. If I couldn't email them, I would sure contact them at P. O. Box53350 Washington, DC 20009 and tell them the same thing about how their poor clients are worried for their safety because this man has a history of criminal, fraudulent and violent behavior as well as easily identifiable bouts of verbal abuse and threats which are germane to the issue at hand. I don't know, but I sure would. You know, I don't know much "legal" stuff, but I sure would do that.

I'm not certain how I would really feel, but I would be tempted to copy the apposite information including a summary of Larry's claims about Senator Obama including the many references to the Senator or Mrs. Obama (veiled or otherwise) being involved in the murder of Donald Young. I guess all you might have to do would be to print the pages of his blog to a PDF file along with, I don't know, maybe a copy of those threats he made in that earlier post and send them via fax to, I don't know, maybe his Courtroom Deputy Tanya Johnson at 202-354-3141 and tell them you have every reason to fear for your safety.

I don't know though. I'm just worried about you guys and though I really don't know how to handle many things, I would think that the fear for your safety would, I don't know, maybe result in at least a temporary interference with the service of subpoena.

But again, I don't know. I'm just scare for all of you.

posted April 16th, 2008 at 11:36 pm | Quote

1. 867. **Jay** said:

But, Jay, my nose vice keeps me from snoring overnight.

you know, I live with other people, so I have to try to be polite when I sleep.

I need the nose vice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Well fantastic - there is your Xmas shopping sorted - earplugs for all! ☺

posted April 16th, 2008 at 11:41 pm | Quote

1. 868. **Lest We Forget** said:

I really am worried. I just hope that nice judge, The Honorable Judge Henry Kennedy, Jr. of the U.S. District Court probably doesn't know this.

And you know what, if I was that firefighter man who is an artist, I would point out to people how very easy it is for someone to play on your internet address. For instance, one person might have the address: hatesart@aol.com and then someone else, who is probably very sorry for causing you the problem and didn't intend it that way, would come along and send a mass email under an email address that looks like yours…called "hatesart2@aol.com" and sent it not thinking it would hurt anyone but then that man I'm so scared of did not notice the "2″ and immediately assumed it was you, I would just tell the judge how easy it was for that to be done and for you to take the heat for it.

And if I was that piano guy, I might tell him that it would be so easy for someone…maybe a guy who owns a piano moving company or something to use your phone and make it look like it was you when there is really no proof that it is.

And then, if he started like calling your parents or something I would contact the police and tell them you have all the reason in the world to fear for your and your family's safety and I would tell them his mom's address is in Cotopaxi, Colorado and that perhaps the police there should be notified.

I don't know, I'm just scared for you guys.

posted April 16th, 2008 at 11:46 pm | Quote

1. 869. **Paul** said:

Wow, papa tard. Ouch. That…um…hurt.

As to "upstanding"-ness, you make us look like Jesus himself.

Did you really expect DU to roll over because you subpoenaed. They responded exactly the way we said they would. To paraphrase

Larry Sinclair is a scumbag and has no reputation to defame

And I liked the bit where Sibley filed suit in DC simply because he lives there. A legal type I talked to said that would probably fuck your case, Laaaaaaaaaaaaaaaaaaaaaary. Did I forget to tell you that? Oh, darn. If I understand it correctly, you might have to start from scratch. Maybe Palfrey's new attorney is free.

posted April 16th, 2008 at <u>11:48 pm</u> | <u>Quote</u>

1. 870. **Lest We Forget** said:

And I guess if I was just one of you guys reading this and knew any of those people involved, I would tell them to log on here and read this to see if any of this information was helpful to them.

I don't know.

I'm just afraid.

posted April 16th, 2008 at <u>11:48 pm</u> | <u>Quote</u>

1. 871. **Concerned Citizen** said:

And I guess if I was just one of you guys reading this and knew any of those people involved, I would tell them to log on here and read this to see if any of this information was helpful to them.

I don't know.

I'm just afraid.

Don't know 'em, so I can't help them. But I'm sure they are well aware of the situation.

posted April 16th, 2008 at <u>11:57 pm</u> | <u>Quote</u>

1. 872. **Lest We Forget** said:

Oh man….I just thought of something after I read that nice man Paul's comment 868. I'm no legal eagle by any means, but I think that if maybe I was one of those people, I might take a look at where these subpoenas are being served.

I am no legal brain, but I seriously think that if any of them are outside of a state where the other lawyer is licensed to practice, gosh…if they can get the main companies to "refuse response", man I don't think he can do anything because he can't practice there.

That a real problem when you have a litigious lawyer who has been denied the ability to practice in some states.

Man, I hate that.

But maybe I'm wrong.

But I'm still scared. This man scares me and I'm afraid for your lives.

posted April 17th, 2008 at <u>12:03 am</u> | <u>Quote</u>

1. 873. **mike** said:

> I would gladly take the rap for any of them…
>
> posted April 17th, 2008 at 12:04 am | Quote

1. 874. **Keyser Soze** said:

> Those who need to know will know.
>
> Those who need not know, I pity.
>
> …and *poof* I was gone!
>
> posted April 17th, 2008 at 12:12 am | Quote

1. 875. **Lest We Forget** said:

> Remember, I don't know a lot of legal stuff and I'm horribly scared of this guy, but I think if I was one of those guys who was going to write youtube or the judge, I would include this part about Larry's behavior in jail because it shows a history of violence I think.
>
> Violation Date
> Aug 15 1983
> Infraction
> THREATEN STAFF
> Verdict
> GUILTY-MAJ.VIOL
>
> Violation Date
> Jul 31 1983
> Infraction
> STRIKING W/HARM
> Verdict
> GUILTY-MAJ.VIOL
>
> Violation Date
> Jul 19 1983
> Infraction
> THROWING OBJECTS
> Verdict
> GUILTY-MIN.VIOL
>
> Violation Date
> Jul 8 1983
> Infraction
> THROWING OBJECTS

Verdict
GUILTY-MIN.VIOL

Violation Date
Jul 8 1983
Infraction
THROWING OBJECTS
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jul 7 1983
Infraction
CAUSE/SET A FIRE
Verdict
GUILTY-MIN.VIOL

Violation Date
May 5 1983
Infraction
THROWING OBJECTS
Verdict
GUILTY-MIN.VIOL

Violation Date
May 4 1983
Infraction
STRIKING PERSON
Verdict
GUILTY-MAJ.VIOL

Violation Date
Apr 5 1983
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Apr 4 1983
Infraction
THROWING OBJECTS
Verdict
GUILTY-MAJ.VIOL

Violation Date
Apr 4 1983
Infraction
THREATEN STAFF
Verdict
GUILTY-MAJ.VIOL

Violation Date
Mar 23 1983
Infraction

VERBALLY THREATN
Verdict
GUILTY-MAJ.VIOL

Violation Date
Feb 22 1983
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Feb 17 1983
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Feb 14 1983
Infraction
CARELESS BEHAVR.
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 29 1983
Infraction
FAIL. OBEY RULES
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 29 1983
Infraction
VERBALLY THREATN
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 28 1983
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 28 1983
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 24 1983

Infraction
DISOBEYING ORDER
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 24 1983
Infraction
THREATEN PERSON
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 24 1983
Infraction
THREATEN STAFF
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 24 1983
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 24 1983
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 22 1983
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 22 1983
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 21 1983
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date

Jan 21 1983
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 20 1983
Infraction
POSS. CONTRABAND
Verdict
GUILTY-MIN.VIOL

Violation Date
Jul 28 1982
Infraction
EXCH. MONEY/PROP
Verdict
GUILTY-MIN.VIOL

Violation Date
Jul 27 1982
Infraction
POSS. CONTRABAND
Verdict
GUILTY-MIN.VIOL

Violation Date
Jul 26 1982
Infraction
FAIL TO OBEY ORD
Verdict
GUILTY-MIN.VIOL

Violation Date
Feb 25 1982
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Feb 22 1982
Infraction
GIVING FALSE DAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Feb 9 1982
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MAJ.VIOL

Violation Date
Feb 8 1982
Infraction
POSS. CONTRABAND
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 7 1982
Infraction
3 OR MORE VIO/90
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 7 1982
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 7 1982
Infraction
VIOLATE RULES
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 6 1982
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 5 1982
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 5 1982
Infraction
DISOBEYING ORDER

See ya'll. I'm afraid!!!

posted April 17th, 2008 at 12:16 am | Quote

1. 876. **Lest We Forget** said:

Violation Date
Feb 8 1982
Infraction
POSS. CONTRABAND
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 7 1982
Infraction
3 OR MORE VIO/90
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 7 1982
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 7 1982
Infraction
VIOLATE RULES
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 6 1982
Infraction
OBSCENE LANG/MAT
Verdict
GUILTY-MIN.VIOL

Violation Date
Jan 5 1982
Infraction
DISOBEYING ORDER
Verdict
GUILTY-MAJ.VIOL

Violation Date
Jan 5 1982
Infraction
DISOBEYING ORDER

See ya'll. I'm afraid!!!

posted April 17th, 2008 at 12:16 am | Quote

1. 876. **Lest We Forget** said:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE SINCLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00434-HHK |
| | ) | |
| TubeSockTedD, mzmolly and OWLINGLIARS, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF RONALD E. ALEXANDER**

1.    I, Ronald E. Alexander, am an attorney and a member of the South Carolina Bar. I am also licensed to practice in the District Court of South Carolina. I am a partner in the law firm of McDonald, McKenzie, Rubin, Miller and Lybrand, L.L.P. The purpose of this affidavit is for the information to be used in connection with motions in the above-referenced case.

2.    Pursuant to directions of Paul Alan Levy, Esquire, I sent a courier to South Carolina Law Enforcement Division (hereinafter "SLED") and requested a certified copy of the arrest record pertaining to Larry Sinclair, date of birth *Redacted* . SLED provided me with a certified copy of same which is attached hereto.

3.    Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2008.

_____
Ronald E. Alexander

Sworn to before me

this 29th day of April, 2008.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires: 12-10-17

# SOUTH CAROLINA LAW ENFORCEMENT DIVISION



**MARK SANFORD**
*Governor*

**REGINALD I. LLOYD**
*Director*

Since neither fingerprints nor any identifying number which is indexed in our files accompanied your request, SLED cannot guarantee in any manner that this material concerns the individual in whom you are interested.

## RECORD CHECK
### (Type or Print Clearly in Ink)

NAME: _Larry Sinclair_ _1778504_

AKA AND/OR MAIDEN NAMES: _____

DOB: _Redacted_

SSN: _N/A_
(Federal law permits governmental agencies to require a social security number in order to conduct official business; however, private entities may only obtain social security numbers if given voluntarily.)

A FEE OF TWENTY-FIVE DOLLARS ($25.00) FOR EACH CRIMINAL HISTORY RECORD REQUEST IS REQUIRED BY STATE LAW. PAYMENT MUST BE MADE TO SLED BY MONEY ORDER, COMPANY CHECK OR *PERSONAL CHECK, FOR THE CORRECT AMOUNT ONLY. *<u>NO CASH OR OUT OF STATE PERSONAL CHECKS WILL BE ACCEPTED</u>.

*"This criminal history report contains records of arrests and convictions made by state and local agencies in South Carolina only."*

*WARNING! ALTERATION OF THIS DOCUMENT MAY BE SUBJECT TO CRIMINAL PROSECUTION.
    DO NOT ACCEPT THIS FORM UNLESS IT BEARS AN ORIGINAL PROCESSING STAMP
    BY SLED.

(CJ-022) 9/7/07

  

**An Accredited Law Enforcement Agency**
P.O. Box 21398 / Columbia, South Carolina 29221-1398 / (803) 737-9000 / Fax (803) 896-7041

I certify that this is a true
copy of criminal arrest and
judicial information as reflected
from the South Carolina Law
Enforcement Division Crime
Information Center

*Joseph E Meandt*

Director, Crime Information Center

**ARREST RECORD**
**S.C. LAW ENFORCEMENT DIVISION**

Since neither fingerprints nor an
identifying number which is indexed
in our files accompanied your re-
quest, SLED cannot guarantee in any
manner that this material concerns
the individual in whom you are
interested.

```
      TO:   REC03A-07999  Fri Apr 25, 2008 11:38:15   0PML6RGCLZ8R
      FROM:  SCCH-00257   Fri Apr 25, 2008 11:38:15

ICHR REQUEST FOR RAP SHEET
ORI-SCLED0000  SID-1778504  PUR-E
ATN-SELF, LRE

AUTHORIZED USE ONLY.     ********        CONTACT CONTRIBUTING
AGENCY FOR SPECIFIC/MORE DATA ABOUT CHARGES AND/OR DISPOSITIONS.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

PAGE-01  DATE-04/25/2008  TIME-11:38:15
REQ ORI-SCLED0000  S C LAW ENF DIV
SID-SC01778504  FBI-517991W10
NAME-SINCLAIR, LAWRENCE WAYNE      SEX-M RACE-W
HEIGHT-509 WEIGHT-200 EYES-HAZ HAIR-BRO SKIN-      BORN-SC
FPC-                              HENRY-

1-FINGERPRINT IMAGES ON THIS SUBJECT ARE STORED ON SCAFIS

DATE RECORD ENTERED--09/13/2007   DATE OF LAST UPDATE--09/13/2007
-------------------------------------------------------------------



ADDITIONAL IDENTIFIERS        BIRTH
NAME                          DATES   MARKS      SOC SEC   MISC NUM
                           Redacted  TAT L SHLD
-------------------------------------------------------------------
CONTRIBUTOR/SUBJECT              DOA/RCVD CHARGE/DISPOSITION/ETC
-------------------------------------------------------------------
SINCLAIR, LAWRENCE WAYNE         09/01/2007
SC0280000 KERSHAW CNTY SO
CASE-NA
ATN-990000333560
WARR-28261DX    @
CIT-16-17-530-MISDEMEANOR

                                 ARREST CHARGE 01-PUBLIC DISOR
                                 DERLY CONDUCT
                                 OFFENSE DATE-09/01/2007

@ - WARRANT OCCURS WITH MORE THAN ONE SID NUMBER


BASED ON SEARCH OF SCLED CJIS CCH FILE USING SID/SC01778504
THIS CRIMINAL HISTORY RECORD IS FOR SOUTH CAROLINA ARRESTS AND
CONVICTIONS ONLY AND IS BASED ON THE INFORMATION PROVIDED. SINCE
CHANGES MAY OCCUR DAILY A NEW INQUIRY SHOULD BE MADE AND NO SUBSEQUENT



USE OF THIS RECORD IS ALLOWED.


INQUIRY WILL BE FORWARDED TO:  N C I C  W A N T E D  P E R S O N S

** S C CJIS END OF RECORD **

IN  Fri Apr 25, 2008 11:38:15                      000237643552/2355
OUT Fri Apr 25, 2008 11:38:15    REC03A MSG# 07999  SAN: 0PML6RGCLZ8R
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        No. 1:08-cv-00434-HHK
                                      )
TubeSockTedD, mzmolly and OWLINGLIARS, )
                                      )
            Defendants.               )

**DECLARATION OF WM. TOBIAS MORROW, ESQ.**

1.  My name is Wm. Tobias Morrow.  I am a licensed attorney employed by Markusson Green & Jarvis, P.C. in Denver, Colorado.  I make this affidavit with the understanding that it will be used in connection with motions in this case.

2.  Pursuant to a request by Paul Alan Levy, Esq., I went to the Offices of the Colorado Bureau of Investigation (CBI), and requested a certified copy of the Colorado arrest record pertaining to Larry Wayne Sinclair.  A copy of the written request which I submitted to the CBI is attached as Exhibit 1.  On April 23, 2008, the Colorado Bureau of Investigation Identification Unit provided me with the certified copy I requested, which is attached as Exhibit 2.

3.  On April 28, 2008, I also telephoned the Combined Court Clerk's Office for Pueblo County, Colorado to inquire about the current status of criminal case 01 CR 727 which was apparently filed against Mr. Sinclair in 2001.  I spoke with Lynn Holle, Court Judicial Assistant for the Pueblo Combined Court Clerk's Office.  After reviewing the electronic record for the case, Ms. Holle reported to me that the last action on the file was from August 3, 2004. According to her records, Mr. Sinclair filed a Motion to Dismiss Warrant for Arrest on that date. The last entry in the case file was a note from Judge Scott Epstein also dated August 3, 2004

stating: "Reviewed Motion and Affidavit – Warrant Remains Outstanding." Ms. Holle also told

me that the electronic file for Case Number 01 CR 727 is still currently flagged with the

defendant's name in red indicating that Mr. Sinclair has an outstanding warrant for his arrest.


Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2008.

Wm. Tobias Morrow

CITY AND
COUNTY OF _____Denver_____ )
                                                        ) ss.
STATE OF _____Colorado_____ )

Subscribed and sworn to before me this _28th_ day of April, 2008 by Wm. Tobias Morrow, Esq.

[SEAL]

Notary Public

My Commission expires: _5-14-2011_

*Please Notarize*



# IDENTIFICATION UNIT

COLORADO BUREAU OF INVESTIGATION
690 Kipling Street Suite #3000
Denver, CO 80215                                    www.colorado.gov

## PUBLIC REQUEST FOR ARREST INFORMATION

PLEASE TYPE OR PRINT CLEARLY        $13.00 Per Name        Window Service
Reply will be mailed in 3-5 working days    No Personal Checks    MON-FRI 8AM - 4:30 PM
        IF NOT RECEIVED WITHIN 14 DAYS CALL 303/239-4208

NAME TO BE CHECKED: TYPE OR PRINT LEGIBLY
S/ / N/C/L/A/ / R/ / / / / / / / / / / / / / / /
LAST NAME

L/A/R/R/Y/ / / / / / / /        W/A/Y/N/E/ / / /
FIRST NAME                      MIDDLE NAME

Redacted                (M) F        Redacted
MONTH DAY YEAR          MALE FEMALE    SOCIAL SECURITY NUMBER
DATE OF BIRTH           (CIRCLE ONE)   (OPTIONAL)
(REQUIRED)

SEND REPLY TO: (COMPLETE MAILING ADDRESS)
Markusson Green & Jarvis, P.C. — Attn. Wm. Tobias Morrow
NAME OF BUSINESS AND/OR PERSON

999 18th St. Suite 3300
STREET ADDRESS OR P.O. BOX            APT NUMBER

Denver            CO      80202 - ____        303 - 572 - 4200
CITY              STATE    ZIP-CODE            PHONE NUMBER

## PURPOSE FOR REQUEST: (CHECK ONE)

BAIL BONDING____    BAIL BOND LIC#_____ (MANDATORY FOR BAIL BONDING)

EMT ____    NURSING ____    PUBLIC [X]    SECURITY GUARD ____

HOUSING ____    POST BOARD ____    ADOPTION ____    VISA ____

            ACCOUNT# CONCJ_____ (IF KNOWN)

THE RECORDS REQUESTED SHALL NOT BE USED FOR THE DIRECT SOLICITATION OF
BUSINESS FOR PECUNIARY GAIN (MONETARY GAIN): (REQUESTOR SIGN BY THE X PER
STATE LAW)

x _William J. Morrow_

CBI ARREST FILE COMPLETENESS: Not all Colorado arrests are documented in CBI files. Colorado Criminal Justice Agencies may not have provided all arrests, charges
or dispositions to the CBI. Manual Reporting (non-electronic) Colorado Criminal Justice Agencies has a delay of approximately one to two weeks between the time of arrest
and the time CBI receives the arrest card. Sealing is permitted only when the arrestee has petitioned the court for sealing, and has either been acquitted of all charges relating
to an arrest, or no charges were filed after the arrest, or all charges were dismissed. The following juvenile records (18 and under) are releasable under the "Open Records Act":
misdemeanor traffic, adjudicated as an adult and registered sex offenders.

| EXHIBIT |
| --- |
| 1 |

# cdps

**COLORADO
DEPARTMENT
OF PUBLIC SAFETY**

**Colorado Bureau of Investigation**
Robert C. Cantwell, Director

http://cbi.state.co.us/



EXHIBIT

2

April 23, 2008

TOBIAS MORROW
MARKUSSON GREEN & JARVIS, P.C.
999 18TH ST. SUITE 3300
DENVER, CO 80202

RE: SINCLAIR , LARRY WAYNE          DATE OF BIRTH: Redacted

The Colorado arrest record for the person noted is attached.

The Colorado Bureau of Investigation's database contains detailed information of arrest records based upon fingerprints provided by Colorado law enforcement agencies. Arrests, which are not supported by fingerprints, will not be included in this database. Additionally, warrant information, sealed records, and juvenile records are not available to the public.

The criminal history search was based upon the criteria (name, date of birth, etc) furnished. **This search does not include a fingerprint comparison, which is the only means of positive identification.** Since a record may be established after the time the report was requested, the data is only valid as of the date and time issued. Therefore, if there is a subsequent need for the record, it is recommended that another check be made.

**Falsifying or altering this document with the intent to misrepresent the contents of the record is prohibited by law, and may be punishable as a felony when done with the intent to injure or defraud any person.**

Sincerely,
Robert C. Cantwell, Director
Colorado Bureau of Investigation

*Don L Stamey*

By: Don L. Stamey
Supervisor
CBI Identification Unit

NOTARY PUBLIC
JADWIGA T. MUCHA
STATE OF COLORADO

MY COMMISSION EXPIRES:
JANUARY 19, 2012

Subscribed to and sworn before me the 23rd day of April 2008, County of Jefferson, State of Colorado.

*Jadwiga T. Mucha*

Notary Public
/sb

**Bill Ritter, Jr.**
GOVERNOR

**Peter A. Weir**
EXECUTIVE DIRECTOR

Colorado State
Patrol

Colorado Bureau
of Investigation

Division of
Criminal Justice

Office of Preparedness,
Security, and Fire Safety

COLORADO BUREAU OF INVESTIGATION
CBI
1967

Denver Office
690 Kipling Street, Suite 3000
Denver, Colorado 80215-5825
(303) 239-4300
Admin. FAX (303) 235-0568
Invest. FAX (303) 239-5788
cbi.denver@cdps.state.co.us

Pueblo Office
3416 North Elizabeth Street
Pueblo, Colorado 81008
(719) 542-1133
FAX (719) 542-6411
cbi.pueblo@cdps.state.co.us

Montrose Office
301 South Nevada Avenue
Montrose, Colorado 81401
(970) 249-8621
FAX (970) 249-6308
cbi.montrose@cdps.state.co.us

Durango Office
160 Rock Point Drive, Unit B
Durango, Colorado 81301
(970) 375-1646
FAX (970) 375-1619
cbi.durango@cdps.state.co.us

ATTENTION: TOBIAS MORROW
          COLORADO BUREAU OF INVESTIGATION    -    CRIME INFORMATION  CENTER
          690 KIPLING STREET, #3000, DENVER, COLORADO  80215   303/239-4208

THIS IDENTIFICATION RECORD, FOR LAWFUL USE ONLY, SUMMARIZES INFORMATION SENT TO
THE CBI BY FINGERPRINT CONTRIBUTORS IN COLORADO.  WHERE THE DISPOSITION IS NOT
SHOWN OR FURTHER EXPLANATION OF A CHARGE OR DISPOSITION IS DESIRED, CONTACT THE
AGENCY THAT FURNISHED THE FINGERPRINTS.  ONLY THE COURT OR DISTRICT ATTORNEY IN
WHOSE OFFICE A FINAL DISPOSITION OCCURRED CAN PROVIDE A CERTIFIED COPY OF THAT
DISPOSITION.  STATE LAW GOVERNS ACCESS TO SEALED RECORDS.  UNLESS FINGERPRINTS
ACCOMPANIED YOUR INQUIRY, WE CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON
IN WHOM YOU HAVE AN INTEREST.  BECAUSE ADDITIONS AND DELETIONS MAY BE MADE AT
ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

NAME(S) USED:            SINCLAIR, LARRY WAYNE
                         SINCLAIR, LARRI ASHAITI
                         AVILA, LARYE VIZCUA
                         ADAMS, LARYE VIZCARRA AVAILA
                         SILVAS, LARYE ASHAILI
                         SINCLAIR, LARRY WAYNE
                         SILVIS, LARYE ASHAITI
                         GAHANAN, MOHAMMED
                         GAHANAN, MOHAMMED FATHA
                         AVILAADAMS, LARYE VIZCAUA
                         AVILA, LARYE VIZCUA
                         SINCLAIR, LARI ASHAITI
                         AVILA, LARYE VIZCARRA
                         SINCLAIR, LAWRENCE WAYNE

PHYSICAL:            W  M  507  118  BRO/HAZ   SKIN:

DATE(S) OF BIRTH:         Redacted

PLACE(S) OF BIRTH:  IR  SC

SCARS/MARKS:
                    SC ABDOM  /TAT ABDOM /TAT L ARM
                    TAT L SHLD/              /

--------------------------------------------------------------------
CONTRIBUTOR /       NAME /              CHARGE /
ARREST#             DATE                DISPOSITION
--------------------------------------------------------------------

PD DENVER           SINCLAIR,           LARCENY
ARREST # 306276     LARRY WAYNE         OVER $200
                    DATE - 01/27/81     ITEM #001/006

PD LAKEWOOD         SINCLAIR,           FRAUD - ILLEG USE CREDIT CARDS
ARREST # 863673     LARRY WAYNE         OFFENSE DATE: 11/17/86
                    DATE - 11/17/86     ITEM #002/006

PD LAKEWOOD         SINCLAIR,           FUGITIVE OTHER JURISDICTION
ARREST # 863673     LARRY WAYNE         FOJ - SO PUEBLO - FRAUD BY CHECK
                    DATE - 11/17/86     OFFENSE DATE: 11/17/86
                                        ITEM #003/006

PD LAKEWOOD         SINCLAIR,           FUGITIVE OTHER JURISDICTION
ARREST # 863673     LARRY WAYNE         FOJ-STATE PATROL-COLO SPRNGS-TRAF
                    DATE - 11/17/86     OFFENSE DATE: 11/17/86
                                        ITEM #004/006

TERRITORIAL CORRECT SINCLAIR,           FORGERY
TONAL FACILITY - CA LARRY WAYNE         2ND DEG
ARREST # 103056336  DATE - 04/22/87     DISPO: GUILTY AT TRIAL
                                        16 YRS
                                        ITEM #005/006

TERRITORIAL CORRECT SINCLAIR,           FRAUD - ILLEG USE CREDIT CARDS

TONAL FACILITY - CA   LARRY WAYNE          DISPO: GUILTY AT TRIAL
ARREST # 193056336   DATE - 04/22/87       16 YRS
                                           .TEM #064/006


        ---- END OF RECORD MEETING DISSEMINATION CRITERIA ----
        -------- 04/23/08 ------1706MT -----
     *** CRIMINAL JUSTICE AGENCIES MAY NOT HAVE PROVIDED ALL ARRESTS,  ***
     *** CHARGES OR DISPOSITIONS TO THE CBI.  THIS RECORD SHOWS ALL     ***
     *** ARRESTS, CHARGES & DISPOSITIONS THAT WERE PROVIDED, UNLESS     ***
     *** ACCESS TO THEM HAS BEEN LIMITED BY COURT ORDER.                ***
   * FALSIFYING OR ALTERING THIS RECORD WITH THE INTENT TO MISREPRESENT THE *
   * CONTENTS OF THE RECORD IS PROHIBITED BY LAW, AND MAY BE PUNISHABLE AS  *
   *** A FELONY WHEN DONE WITH THE INTENT TO INJURE OR DEFRAUD ANY PERSON.***