UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

               Plaintiff,

vs.

TubeSockTedD, mzmolly and OWNINGLIARS,

               Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

**PLAINTIFF'S RESPONSE TO MOTION FOR SUBSTITUTE FILING**

      Plaintiff, Lawrence Sinclair, by and through his undersigned counsel, responds to the motion to substitute filings of Defendant mzmolly and Democraticunderground.com [D.E. #19], and states:

      The motion is only a half-hearted attempt to address a significant defalcation by Mr. Levy and leaves the social security records and other confidential information of Plaintiff on this Court's PACER system for the public to view. Rather than immediately agreeing to a temporary sealing to prevent further harm, Mr. Levy simply draws attention to his error and enlarges the harm that Plaintiff suffers. As such, until Mr. Levy certifies that he has removed all the prohibited information from his filings, Plaintiff continues to demand the exhibits be sealed.

      Second, in relation to the "Certificate of Conference" filed by Mr. Levy as part of his clients' motion, Mr. Levy proves that he is as reckless with the facts as he is with his improper exhibit filings. While undersigned counsel has no recollection of the putative statements attributed to him by the public posturing Mr. Levy, his continue use of base *ad hominem* argument to advance his cause deserves recognition and sanction by this Court.

CERTIFICATE OF SERVICE

    I hereby certify that: a true and accurate copy of the foregoing was served by this Court's CM/ECF system upon Paul Alan Levy, Public Citizen Litigation Group, 1600 20th Street, NW, Washington, DC 20009, Ray Beckerman, Vandenberg & Feliu LLP, 110 East 42 St., New York, NY 10017 and James R. Klimaski, Klimaski & Associates, P.C., 1625 Massachusetts Avenue NW, Suite 500, Washington, DC 20036-2245, this May 6, 2008.

                                        **MONTGOMERY BLAIR SIBLEY**
                                        Counsel for Plaintiff
                                        1629 K Street, Suite 300
                                        Washington, D.C. 20006
                                        202-508-3699
                                        202-478-0371 Fax

                                        By:   /s/ Montgomery Blair Sibley
                                                  Montgomery Blair Sibley
                                                  D.C. Bar #464488