UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

            Plaintiff,

vs.

TubeSockTedD, mzmolly and
OWNINGLIARS,

           Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

SECOND SUPPLEMENT TO MOTION TO SANCTION ATTORNEY PAUL ALAN LEVY

      Plaintiff, Lawrence Sinclair, by and through his undersigned counsel and pursuant to the anomalous authority of this Court and LCvR 5.4(f)(1) and (3), supplements for a second time his motion to sanction Paul Alan Levy, counsel for mzmolly and Democraticunderground.com to ask that the amount of the sanction be One Hundred Thousand Dollars ($100,000) based upon newly discovered evidence described herein, and for grounds in support thereof states:

      Mr. Levy's improper exhibit filing which contained Plaintiff's social security number and date of birth information was posted on the YouTube.com website at the following address:

      http://www.youtube.com/watch?v=NBoTHUkNf5A

and has already been downloaded by an unknown number of persons.

      Hence, th harm to Plaintiff is not incalculable and he must now expect his identify to be stolen and used.

      WHEREFORE, for the reasons aforesaid, Plaintiff requests that this Court significantly sanction – including attorney fees for drafting this supplement – Mr. Levy in the amount of One Hundred Thousand Dollars ($100,000) for his reckless breach of this Court's Rules on litigant's

privacy.

## CERTIFICATE OF SERVICE

I hereby certify that: a true and accurate copy of the foregoing was served by this Court's CM/ECF system upon Paul Alan Levy, Public Citizen Litigation Group, 1600 20th Street, NW, Washington, DC 20009, Ray Beckerman, Vandenberg & Feliu LLP, 110 East 42 St., New York, NY 10017 and James R. Klimaski, Klimaski & Associates, P.C., 1625 Massachusetts Avenue NW, Suite 500, Washington, DC 20036-2245, this May 8, 2008.

**MONTGOMERY BLAIR SIBLEY**
Counsel for Plaintiff
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By:   /s/ Montgomery Blair Sibley
         Montgomery Blair Sibley
         D.C. Bar #464488