UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

----------------------------------------------------x
LAWRENCE SINCLAIR,                )       1:08-cv-00434-HHK
                                  )
            Plaintiff,            )
                                  )
     -against-                    )
                                  )
TubeSockTedD, et al.,             )
                                  )
            Defendants.           )
                                  )
----------------------------------------------------x    **MOTION**

**PLEASE TAKE NOTICE** that the defendant "TubeSockTedD", upon the annexed declaration of Ray Beckerman, hereby moves for an order quashing the April 7, 2008, subpoena served by plaintiff upon "Records Custodian David Allen, Digg.com", the April 7, 2008, subpoena served by plaintiff upon "John Moffett, C.F.O., Digg.com", and any other subpoenas served by plaintiff upon Digg.com or any persons at Digg.com to the extent said subpoenas seek information of and concerning defendant TubeSockTedD, and for such other and further relief as to the Court seems proper.

Dated: District of Columbia
       May 9, 2008

                                          **VANDENBERG & FELIU, LLP**

                                          By:____/s/Ray Beckerman_____
                                          Attorneys for Defendant "TubeSockTedD"
                                          (Admitted pro hac vice)
                                          110 East 42 Street
                                          New York, NY 10017
                                          (212) 763-6800
                                          Email: rbeckerman@vanfeliu.com

**KLIMASKI & ASSOCIATES, P.C.**

By:_____/s/James R. Klimaski_____
James R. Klimaski (DC Bar #243543)
Attorneys for defendant "TubeSockTedD"
1625 Massachusetts Avenue, N.W. Suite 500
Washington, District of Columbia 20036
Telephone: 202-296-5600
Email: klimaski@klimaskilaw.com

To: Montgomery Blair Sibley, Esq.
     Attorney for plaintiff
     1629 K Street, Suite 300
     Washington, DC 20006
     (205) 508-3699
     Email: mbsibley@civilforfeiture.com

   Paul Alan Levy, Esq.
   Public Citizen Litigation Group
   1600 - 20th Street, N.W.
   Washington, DC 20009
    (202) 588-1000
    Email: plevy@citizen.org

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------x
                                                     )
LAWRENCE SINCLAIR,                                   )     1:08-cv-00434-HHK
                                                     )
       Plaintiff,                                    )
                                                     )
  -against-                                         )
                                                     )
TubeSockTedD, et al.,                                )
                                                     )
       Defendants.                                   )
                                                     )
-----------------------------------------------------x     **DECLARATION**

    **RAY BECKERMAN** declares under penalty of perjury:

    1. I am a member of Vandenberg & Feliu, LLP, attorneys for defendant "TubeSockTedD".

    2. We learned today that two or more subpoenas have also been served upon Digg.com, calling for information that would disclose the identity of our client. (Exhibit A). (the "subpoenas").

    3. For the reason set forth in our motion papers directed to the Google subpoena, which we incorporate by reference herein, we respectfully request that the subpoenas be quashed.

    WHEREFORE, it is respectfully requested that the within motion to quash the Digg.com subpoenas as to "TubeSockTedD" be in all respects granted.

Dated: New York, New York
      May 9, 2008

                                         /s/
                                  _____
                                  **RAY BECKERMAN**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lawrence Sinclair,

                Plaintiff,

vs.

TubeSockTedD, mzmolly and OWNINGLIARS,

                Defendants.
_____/

Case No.: 1:08-cv-00434-HHK

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

To:    John Moffett, C.F.O
        Digg.com
        1158 26th Street
        Santa Monica, CA 90403
        (484) 727-2591

**YOU ARE COMMANDED** to appear at Law Offices of Montgomery Blair Sibley, 1629 K Street, N.W., Suite 300, Washington, D.C. 20006 on **Friday, May 2, 2008 at 10:00 a.m.**, before a person authorized by law to take depositions, for the taking of your deposition in this action pending in the United States District Court for the District of Columbia.

**YOU ARE ALSO COMMANDED** to produce and permit inspection and copying of the following documents:

    1.    Copies of all documents related to the identity of account holders: (i) TubeSockTedD, (ii) mzmolly and (iii) OWNINGLIARS

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. **You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production.** You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

        THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

**PURSUANT TO RULE 45(C), FEDERAL RULES OF CIVIL PROCEDURE:**

(1) A party or any attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial. (B)  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A)  On timely motion the court by which a subpoena was issued shall quash or modify the subpoena if it (I) fails to allow reasonable time for compliance, (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or (iv) subjects a person to undue burden.  (B) If a subpoena (I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or (iii) requires a person who is not a party or an officer of an party to incur substantial expense to travel more than 100 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**PURSUANT TO RULE 45(D), FEDERAL RULES OF CIVIL PROCEDURE**:

(1) a person responding to a subpoena to produce documents shall produce them as they are kept in

the usual course of business or shall organize and label them to correspond with the categories in the demand.  (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communication, or things not produced that is sufficient to enable the demanding party to contest the claim.

| | |
|---|---|
| Dated: April 7, 2008 | **MONTGOMERY BLAIR SIBLEY**<br>Counsel for Plaintiff<br>1629 K Street, Suite 300<br>Washington, D.C. 20006<br>202-508-3699<br>202-478-0371 Fax |
| | By:_____<br>Montgomery Blair Sibley as an Officer of the United States District Court for the District of Columbia<br>D.C. Bar #464488 |

**PROOF OF SERVICE**

Served

　　　　Date　　　　　　　　　　　　Place

Served on (Print Name)　　　　　　Manner of Service

Served by (Print Name)　　　　　　Title

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　Address of Server

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

Lawrence Sinclair,

                      Case No.: 1:08-cv-00434-HHK

        Plaintiff,

vs.

                      **SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

TubeSockTedD, mzmolly and
OWNINGLIARS,

        Defendants.
_____/

To:    Records Custodian David Allen
        Digg.com
        1158 26th Street
        Santa Monica, CA 90403
        (484) 727-2591

**YOU ARE COMMANDED** to appear at Law Offices of Montgomery Blair Sibley, 1629 K Street, N.W., Suite 300, Washington, D.C. 20006 on **Friday, April 18, 2008 at 10:00 a.m.**, before a person authorized by law to take depositions, for the taking of your deposition in this action pending in the United States District Court for the District of Columbia.

**YOU ARE ALSO COMMANDED** to produce and permit inspection and copying of the following documents:

    1.    Copies of all documents related to account holders: (i) TubeSockTedD, (ii) mzmolly and (iii) OWNINGLIARS

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. **You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production.** You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.**

        THIS WILL NOT BE A DEPOSITION.  NO TESTIMONY WILL BE TAKEN.

**PURSUANT TO RULE 45(C), FEDERAL RULES OF CIVIL PROCEDURE:**

1

(1) A party or any attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial. (B)  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A)  On timely motion the court by which a subpoena was issued shall quash or modify the subpoena if it (I) fails to allow reasonable time for compliance, (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or (iv) subjects a person to undue burden.  (B) If a subpoena (I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or (iii) requires a person who is not a party or an officer of an party to incur substantial expense to travel more than 100 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**PURSUANT TO RULE 45(D), FEDERAL RULES OF CIVIL PROCEDURE**:

(1) a person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the

demand.  (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communication, or things not produced that is sufficient to enable the demanding party to contest the claim.

Dated: April 7, 2008

**MONTGOMERY BLAIR SIBLEY**
Counsel for Plaintiff
1629 K Street, Suite 300
Washington, D.C. 20006
202-508-3699
202-478-0371 Fax

By:_____
Montgomery Blair Sibley as an Officer of the United States District Court for the District of Columbia
D.C. Bar #464488

## PROOF OF SERVICE

Served

   Date        Place

Served on (Print Name)    Manner of Service

Served by (Print Name)    Title

## DECLARATION OF SERVER

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

               Signature of Server

               Address of Server

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
-----------------------------------------------------x
                                                    )
LAWRENCE SINCLAIR,                                  )    1:08-cv-00434-HHK
                                                    )
            Plaintiff,                              )
                                                    )
     -against-                                      )
                                                    )
TubeSockTedD, et al.,                               )
                                                    )
            Defendants.                             )
                                                    )
-----------------------------------------------------x

## PROPOSED ORDER

The April 7, 2008, subpoena served by plaintiff upon "Records Custodian David Allen, Digg.com", the April 7, 2008, subpoena served by plaintiff upon "John Moffett, C.F.O., Digg.com", and any other subpoenas served by plaintiff upon Digg.com or any persons at Digg.com, are hereby quashed, and of no further force and effect, to the extent said subpoenas seeks information of and concerning defendant "TubeSockTedD".

_____
United States District Judge