**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

--------------------------------------------------x

LAWRENCE SINCLAIR,                                      )                    1:08-cv-00434-HHK
                                                       )
                    Plaintiff,                          )
                                                       )
          -against-                                     )
                                                       )
TubeSockTedD, et al.,                                   )
                                                       )
                    Defendants.                         )
                                                       )
-------------------------------------------------x

**MEMORANDUM OF POINTS AND AUTHORITIES**
**OF DEFENDANT "TubeSockTedD" IN OPPOSITION**
**TO PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL**

Rule 1.7 and the cases cited by plaintiff are obviously inapposite.

The instant case is more analogous to a case like Bennett Silvershein Associates v. Furman, 776 F. Supp. 800 (SDNY 1991), where the party actually had had a consultation with the attorney now sought to be disqualified. In denying the disqualification motion, the Court noted that such motions are viewed with disfavor because "often interposed for tactical reasons", which certainly appears to be the case here.

As the affidavit of Ms. Kelly demonstrates, no attorney client relationship was ever formed. Mr. Sinclair had no contact with any attorney at the Klimaski firm. And the contact he did have, with the Office Administrator, related to a different matter.

Plaintiff's claim of having entrusted Mr. Klimaski with 'confidences' is obviously fabricated, since the present case is about highly public statements by plaintiff and rebuttal by defendant, all spread across the internet and available to the world.

-1-

If plaintiff had had any argument for 'preserving client confidences', he has waived it by publishing on the internet the substance of his contact with the Klimaski firm.

In any event, (a) the Klimaski firm's involvement has been, and is expected to be minimal, (b) the Klimaski firm hasn't "disclosed" anything to anybody, and (c) the motion may be mooted by the motion to quash.

**Conclusion**

Plaintiff's motion to disqualify, having failed to set forth any sufficient basis for disqualification, should be denied.

Respectfully submitted,

**VANDENBERG & FELIU, LLP**
By:_____/s/Ray Beckerman_____
Attorneys for Defendant "TubeSockTedD"
(Admitted pro hac vice)
110 East 42 Street
New York, NY 10017
(212) 763-6800
Email: rbeckerman@vanfeliu.com

**KLIMASKI & ASSOCIATES, P.C.**
James R. Klimaski (DC Bar#
Attorneys for defendant "TubeSockTedD"
1625 Massachusetts Avenue, N.W. Suite 500
Washington, District of Columbia 20036
Telephone: 202-296-5600
Email: klimaski@klimaskilaw.com

Ray Beckerman,
    Of counsel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

-----------------------------------------------x
| | |
|---|---|
| LAWRENCE SINCLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| TubeSockTedD, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

1:08-cv-00434-HHK

-----------------------------------------------x    <u>**DECLARATION**</u>

**RAY BECKERMAN** declares under penalty of perjury:

1. I am a member of Vandenberg & Feliu, LLP, attorneys for defendant "TubeSockTedD", and respectfully submit this declaration in opposition to plaintiff's motion to disqualify attorneys for defendant TubeSockTedD.

<u>**Lead counsel.**</u>

2. Although plaintiff seeks disqualification of the undersigned, he makes no averments regarding me or my firm whatsoever, other than that "presumably" plaintiff's "confidential information" was disclosed to us. Suffice it to say that nothing whatsoever has been "disclosed" to us about the plaintiff, nor will be.

<u>**Local counsel.**</u>

3. Because I am not admitted to practice in the District of Columbia, and needed to be admitted *pro hac vice*, we retained local counsel, Klimaski & Associates, PC (the "Klimaski firm"), to assist us.

4. Annexed hereto as exhibit A is the affidavit of Ms. Donna Kelly, the Office

Administrator of the Klimaski firm.

5.   The declaration sets forth, in sum, that Ms. Kelly is not an attorney and has never held herself out to be one, that she did receive an inquiry from Mr. Sinclair in early February, that the inquiry did not relate to any lawsuit or possible lawsuit against "TubeSockTedD" or "mzmolly" or "Owningliars", and that her response to plaintiff was that Mr. Klimaski declined to represent him, and suggested he seek out an attorney in Minnesota.

6.   Annexed hereto as exhibit B is an April 28, 2008, internet blog post by plaintiff, in which he discusses his claim to having consulted with the Klimaski firm.

7.   On page 2, he confirms Ms. Kelly's statement that the inquiry related to possible claims against David Axelrod and the Democratic National Committee.

8.   Based upon the foregoing, and the reasons expressed in our accompanying memorandum, plaintiff's motion to disqualify counsel should be denied.

WHEREFORE, it is respectfully requested that the plaintiff's disqualification motion be in all respects denied.

Dated: New York, New York
        May 11, 2008

/s/
_____
**RAY BECKERMAN**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**LAWRENCE SINCLAIR,**

    **Plaintiff,**

       v.

**TubeSockTedD,**
**mzmolly,**
**OWNINGLIARS,** *et al.,*

    **Defendants.**

**Case No. 1:08–cv-0434-HHK**

**Judge Henry H. Kennedy**

## AFFIDAVIT OF DONNA M. KELLY

    I, Donna M. Kelly, under penalty of perjury, state the following as true and correct to the best of my knowledge, recollection, and belief:

    1. I am the Office Administrator for the firm of Klimaski & Associates, P.C. I am not an attorney, nor have I ever said to anyone that I am an attorney.

    2. As part of my duties, I screen intake inquiries to the firm.

    3. On February 7, 2008, Mr. Larry Sinclair sent an email inquiry to us requesting representation (see attached).

    4. As usual, I followed up the inquiry with a telephone call to Mr. Sinclair. I do not recall if I reached him or he called back. However, he provided some information about his claimed association with Barack Obama and reiterated he was being threatened by the Democratic National Committee (DNC) and Mr. David Axelrod.

5.  I brought the matter to Mr. Klimaski, when then looked at the email from Mr. Sinclair. Mr. Klimaski wanted to know where Mr. Sinclair resided and how Mr. Sinclair believes he was slandered or libeled.

6.  I called Mr. Sinclair again, and he told me he lived in Minnesota.  He stated again that he was being threatened by the DNC and Mr. Axelrod, but did not explain how this was occurring.

7.  Mr. Klimaski told me to convey to Mr. Sinclair that we decline to represent him, and that he would be better served to find an attorney in Minnesota.

8.  I called back to Mr. Sinclair.  He answered by singing "Oh, what a beautiful morning." I told Mr. Sinclair that Mr. Klimaski declines to represent him and that he should look for an attorney in Minnesota.  He responded by saying, "I expected that."

9.  At no time in our conversations did Mr. Sinclair mention the names "TubestockTedD" or "mzmolly" or "Owningliars."  He only talked about suing the DNC and Mr. Axelrod.

Respectfully,

April 29, 2008

Donna M. Kelly
Office Administrator
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC 20036-2245
202-296-5600

**Subject:** Message received by your FirmSite - http://klimaskilaw.lawoffice.com/StaticForm.shtml
**From:** "larysinclair0926@hotmail.com" <larysinclair0926@hotmail.com>
**Date:** Thu, 7 Feb 2008 00:23:26 -0600 (CST)
**To:** "klimaski@klimaskilaw.com" <klimaski@klimaskilaw.com>

Name:
Larry Sinclair

Email Address:
larysinclair0926@hotmail.com

Company:
did not respond

Street Address:
did not respond

City, State, Zip:
did not respond

Phone Number:
2184641113

Fax:
did not respond

Type your message:
I am seeking representation against threats and slander by the DNC, David Axelrod of AKP Message & Media, and the Barack Obama camp.  Mr. Axelrod confirmed to a reporter the Obama camp was conducting investigation into me in attempt to tie my coming out on youtube about Obama's sexual conduct and drug use with me in Chicago in 1999.

I am seeking representation in the DC area to file against the DNC because they have slandered me on their offical web site and ignored my complaints against Obama camp.

If your firm cannot handle this case can you refer me to someone who can.

This email was initiated at the Web site http://klimaskilaw.lawoffice.com/StaticForm.shtml.
The content of this email is provided by and is the responsibility of
the person posting the email communication.  You acknowledge that any
reliance on material in email communications is at your own risk.

Chicago PD Meeting and "Ethical" High Priced Lawyer's, Add Another...    http://larrysinclair0926.wordpress.com/2008/04/28/chicago-pd-meeting-...

# Chicago PD Meeting And "Ethical" High Priced Lawyer's, Add Another One To The List

Posted on *Monday, April 28, 2008.*

I have agreed to meet in person with **Chicago Police Detective McVickers** on a date convenient to him next week. I am sure the CPD has received a number of emails, calls and complaints from the very people who have continued to attack, smear and misrepresent me. So people, please, give the Police a little bit of credit for knowing what there is to know about me.

Maybe those who have and continue to obstruct the investigation into Mr. Young's murder should submit their personal information to the Chicago Police department for background checks and possible obstruction charges?

  

 

The following comment was emailed to me this afternoon, so I thought maybe we should expose the details that Mr. Jack Black fails to disclose about the "Ethical" high-priced Lawyer at Klimaski & Associates. If this "ethical" Lawyer wishes to dispute this information, I submit they produce the firms phone records which I am sure will confirm my statements as to my being contacted by Donna. I further submit that it is interesting how Law Students looking at this in a non-biased manner are being attacked but Female Law Student from the U of MI is praised for her biased attacks on me.

Jack Black **said, on April 28th, 2008 at 2:57 pm**

It seems Larry has pulled in "Dan the law student" with one of his false assertions? Let's see we have a man who claims Barack Obama had a choir director murdered among other things. Who has been convicted of FRAUD and other various crimes yet a "law student" is going to take his word on this matter?

http://danisoutthere.wordpress.com/2008/04/27/tubesocktedd-attorney-skirting-ethical-rules/#com

**Yes, it's always good to take the word of a lying felon over a reputable "high priced" attorney Dan. /sarcasm I am beginning to wonder if Dan is known as Montgomery in other circles?**

The following comes as a claim of responsibility for shutting down a blogger and for giving Klimaski & Associates a "heads up". What this individual did not know was that Klimaski & Associates were put on notice before their offices even opened and they have been given the opportunity to withdraw or be forced to. All these Obama bloggers are only making people ask more questions, not less.

1. just me aka democratista said, on April 28th, 2008 at 5:44 pm

   Jack Black....

   I checked in to Mr. Klimaski's website and informed him about "Dan the Law Student" and Larry's charge that he had contacted him via a "contact us" form on their website. Hey…I try. It's the best I could do. If he really did have dealings with Larry, I'm sure Sibley will send off something about the conflict. I hadn't seen that being done yet so I gave the guy a heads up.

Below is the contents of my email to Mr. Sibley concerning the Klimaski & Associates conflict of interest here. Also, Mr. Black(?), the person at Danisoutthere is not Montgomery, and I am beginning to wonder if you are not known as "Tubesocktedd" or James in other circles?

**MY EMAIL TO SIBLEY CONCERNING KLIMASKI & ASSOCIATES:**

*As I informed you via telephone on Friday, I have a problem with James Klimaski appearing on behalf of Tubesocktedd. This same Attorney did obtain extensive information from me in January and February 2008 by and through an individual by the name of Donna, who stated to me on the phone that she was an Attorney and was asked by Mr. Klimaski to get details from me as to what I was looking for in Legal representation in my case against Barack Obama, David Axelrod, the DNC and the false statements being made about me.* 

*I originally contacted this firm via their online request for representation/contact form. Donna called me and because the number on the caller ID showed a firm name that contained "Axelrod" in the name I did not answer. Donna left me a voice message and the following number to return her call 202-296-5600.*

*I return the call to that number and explained to Donna why I did not answer. I even went as far as to ask if the firm had any connection with David Axelrod and she explained that the office shared phone lines and office with someone.*

*I had explained to Donna that I was looking for representation because I had posted Youtube video exposing Barack Obama's drug and gay sex encounters with me in Nov 1999. I had advised her that I was being harassed by phone, email, and on the internet and I wanted to file suit. I gave her details of the November 1999 encounters, and explained the types of phone calls and false statements being made about me and that I was sure they were coming at the request of Axelrod and Obama. After about an hour if not longer of giving Donna details of the case, she advised me she would meet with Mr. Klimaski and would get back with me in a few days. I asked her to not say she would get back with me if*

*she had no intention of doing so, I had explained I heard that line before. Donna then called me back about 2 days later with more questions and said the firm would get back with me the next morning.*

*The next day after not hearing from Donna in the AM I called the firm that Afternoon. She stated she was discussing my situation with Mr. Klimaski at that time and would call me back in a few minutes. About 30 minutes later Donna called and informed me Mr. Klimaski felt I would need to find an attorney closer to where I lived.*

*How can a firm that had detailed discussions with me on these issues, two months later appear as counsel for one of the defendants?*

Now you can decide if Klimaski & Associates and Ray Beckerman are "Ethical" high-priced Lawyers as defined by Jack Black(?)! I have been notified yet another Attorney has filed formal appearance today. I am looking for my PACER password so I can access that filing and post who the attorney is.

**Possibly related posts: (automatically generated)**

- Chicago PD Meet to be Scheduled; More High Price Lawyers ; Digg.com Served

Make a Comment

---

171 Responses to "Chicago PD Meeting and "Ethical" High Priced Lawyer's, Add Another One To The List"

Comments RSS Feed

If this was a poll:

Yes - ethical
NO- unethical

NO, NO, NO

**Bon**
Monday, April 28, 2008

---

The plot thickens.

**citizenwells**
Monday, April 28, 2008

---

Yes, my site is down and it will be staying down! I need to focus on other things in my life at this moment... such as moving... but it was a fun ride! Also, to dispel any rumors which might be floating around, I did not remove my site because of threats or anything like that. I'll drop a line next week, if they have wireless on the beach 😊

**danisoutthere** 
Monday, April 28, 2008

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
-------------------------------------------------x
                                    )
LAWRENCE SINCLAIR,                  )          1:08-cv-00434-HHK
                                    )
                Plaintiff,          )
                                    )
        -against-                   )
                                    )
TubeSockTedD, et al.,               )
                                    )
                Defendants.         )
                                    )
-------------------------------------------------x

## <u>PROPOSED ORDER</u>

Plaintiff's motion to disqualify counsel for "TubeSockTedD" is denied.


_____
United States District Judge