UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00434-HHK |
| ) | |
| TubeSockTedD, mzmolly and OWNINGLIARS, ) | |
| ) | |
| Defendants. ) | |

**REPLY MEMORANDUM IN SUPPORT OF
MOTION TO SUBSTITUTE FILING**

Plaintiff Sinclair objects to having redacted documents substituted for documents that include identifying information to which he objects, even though he does not claim that any of the remaining documents contain his birthdate or social security number. He argues that no substitution of redacted documents should be effected until counsel certify, based on a review of the submitted documents, that such information does not appear in any of the remaining documents submitted in support of the opposition to plaintiff's motion to compel (DN 12).

On Monday morning, May 5, 2008, the Clerk's Office, at the request of undersigned counsel, disabled the links to the unredacted documents on the Court's PACER website. It is, therefore, simply not true that "The motion [to Substitute Documents] leaves the social security records and other confidential information of Plaintiff on this Court's PACER system for the public to view." In any event, having now further reviewed both the redacted documents and the remaining documents in DN 12, counsel does certify that Sinclair's birthdate and social security number do not appear in those documents. Sinclair's objection having been met, the Motion to Substitute

Documents should now be granted.[1]

                                              Respectfully submitted,

                                                  /s/ Paul Alan Levy
                                            Paul Alan Levy

                                            Public Citizen Litigation Group
                                            1600 - 20th Street, N.W.
                                            Washington, D.C. 20009
                                            (202) 588-1000

                                            Attorney for mzmolly and
                                            Democratic Underground

May 13, 2008

---

[1] Sinclair makes various statements in his opposition that relate primarily to his several requests for sanctions for the original inclusion of such information in exhibits to DN 12.  Those statements, which need not be addressed to rule on the motion to substitute, will be addressed separately in an opposition to the motions for sanctions.

## CERTIFICATE OF SERVICE

    I hereby certify that this document is being submitted to the Court's ECF system, which will serve the documents on all counsel in the case.

                    /s/ Paul Alan Levy
              Paul Alan Levy

              Public Citizen Litigation Group
              1600 - 20th Street, N.W.
              Washington, D.C. 20009
              (202) 588-1000

              Attorney for mzmolly and
              Democratic Underground

May 13, 2008