UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
LAWRENCE SINCLAIR,    )    1:08-cv-00434-HHK
                     )
    Plaintiff,        )
                     )
    -against-         )
                     )
TubeSockTedD, et al., )
                     )
    Defendants.       )
                     )    **SUPPLEMENTAL**
---------------------------------------------------x    **DECLARATION**

**RAY BECKERMAN** declares under penalty of perjury:

1. I am a member of Vandenberg & Feliu, LLP, attorneys for defendant "TubeSockTedD".

2. We learned today that Digg.com has served objections to the subpoenas.

3. A copy of the objections is annexed hereto as exhibit A.

Dated: New York, New York
       May 16, 2008

/s/
_____
**RAY BECKERMAN**

-1-

GREGORY S. LEMMER (SBN 143039)
CHRISTINE DE BRETTEVILLE (SNB 198167)
GUNDERSON DETTMER STOUGH VILLENEUVE
FRANKLIN & HACHIGIAN, LLP
155 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 321-2400
Facsimile: (650) 321-2800

Attorneys for Third Party
DIGG, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence Sinclair,<br><br>    Plaintiff,<br><br>vs.<br><br>TubeSockTedD, mzmolly and OWNINGLIARS, et al.,<br><br>    Defendants. | CASE NO. 1:08-cv-00434 HHK<br><br>DIGG, INC.'S OBJECTIONS TO SUBPOENA DUCES TECUM WITHOUT DEPOSITION |

PROPOUNDING PARTY:     Plaintiff, Lawrence Sinclair

RESPONDING PARTY:       Third-party, DIGG, INC.

Third-party Digg, Inc. ("Digg") objects and responds to plaintiff's Subpoena Duces Tecum, dated April 7, 2008, and served on April 24, 2008, as follows:

**REQUEST NO. 1:**

Copies of all documents related to the identity of account holders: (i) TubeSockTedD, (ii) mzmolly and (iii) OWNINGLIARS

**RESPONSE TO REQUEST NO. 1:**

Digg objects to this request on the following grounds: (1) it is invalid as it was not issued in accordance with Federal Rule of Civil Procedure 45(a)(2)(C); (2) it is overly broad, ambiguous and unduly burdensome in that it potentially calls for documents that are beyond the scope of permissible discovery; (3) to the extent that it calls for documents or information that are

1  not within the possession, custody or control of Digg; (4) to the extent that it seeks documents that
2  are protected by the attorney client privilege or the attorney work product doctrine; (5) to the extent
3  that it seeks documents containing Digg's trade secrets or other confidential or proprietary
4  information, (5) to the extent that it seeks information pertaining to individuals, the disclosure of
5  which would constitute an unwarranted invasion of the affected individuals' constitutional,
6  statutory and/or common law rights to personal privacy and confidentiality; and (6) to the extent
7  that it seeks information pertaining to individuals, the disclosure of which would constitute a
8  violation of the affected individuals' constitutional rights to free speech under the First
9  Amendment of the United States Constitution and applicable state law.

10       The service of these objections shall in no way be construed as submission by Digg
11  to the jurisdiction of the United States District Court for the District of Columbia.
12  Dated: May 15, 2008

GUNDERSON DETTMER STOUGH VILLENEUVE
FRANKLIN & HACHIGIAN, LLP

By _____
Christine de Bretteville
Attorneys for DIGG, Inc.

PROOF OF SERVICE

I declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Mateo, California. I am over the age of 18 years and not a party to this cause. My business address is 155 Constitution Drive, Menlo Park, California 94025.

On May 15, 2008, I served a copy of the following document(s):

DIGG, INC.'S OBJECTIONS TO SUBPOENA DUCES TECUM WITHOUT DEPOSITION

on the parties and counsel of record by placing it in a sealed envelope addressed as follows:

| Attorney | Party Served |
|---|---|
| Montgomery Blair Sibley, Esq.<br>1629 K Street, Suite 300<br>Washington, D.C. 20006<br>202.508.3699 (t)<br>202.478.0371 (f) | Plaintiff |

☒ (By Mail/Deposit at Business) I placed the sealed envelope(s) for collecting and mailing following the ordinary business practices of Gunderson Dettmer Stough Villeneuve Franklin & Hachigian LLP. I am readily familiar with Gunderson Dettmer's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence (with postage fully prepaid) is deposited with the United States Postal Service the same day it is placed for collection.

☐ (By Overnight Delivery) I placed the sealed envelope(s) in a box or other facility regularly maintained by FedEx, with delivery fees fully paid.

☐ (By Facsimile) I caused to be transmitted at the time shown on the attached transmission report a copy thereof via facsimile number (650) 321-2800. The facsimile machine used complied with Rule 2003(3) and no error was reported by the machine. A transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ (By Hand Delivery) I caused to be delivered by hand each such envelope to the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 15, 2008, at Menlo Park, California.

*Evann Aronoff*
Evann Aronoff