UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:08-cv-00434-HHK |
| TubeSockTedD, mzmolly and OWNINGLIARS, | ) ) ) |
| Defendants. | ) |

**CONSENT MOTION TO FILE UNREDACTED DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5.4(f), and with the consent of counsel for plaintiff Larry Sinclair, Democratic Underground and defendant mzmolly move the Court to accept the two affidavits that were delivered to the Court yesterday, submitted in support of DN 30, their Opposition to Sinclair's motion for temporary sealing and for sanctions (DN 15), for filing under seal. The affidavits contained references to locations where the birth date and Social Security Number of Larry Sinclair can be found online. Versions of the two affidavits, from which paragraphs 13, 14 and 15 of the Levy Affidavit and paragraphs 6, 7 and 8 of the Derke Affidavit were partially or largely redacted, were e-filed with the Opposition.

Respectfully submitted,

　　/s/ Paul Alan Levy
Paul Alan Levy

　Public Citizen Litigation Group
　1600 - 20th Street, N.W.
　Washington, D.C. 20009
　(202) 588-1000

　Attorney for mzmolly and
　Democratic Underground

May 20, 2008

**CERTIFICATE OF CONFERENCE**

     I left a telephone message asking of Montgomery Blair Sibley**,** counsel for plaintiff Sinclair, to consent to this motion, and he left me a message granting consent.

                                                        /s/ Paul Alan Levy
                                                        Paul Alan Levy

May 20, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:08-cv-00434-HHK |
| | ) |
| TubeSockTedD, mzmolly and OWNINGLIARS, | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER**

The motion for leave to file unredacted affidavits of Paul Alan Levy and Joshua Ray Derke under seal is granted.

_____
United States District Judge

Dated: May    , 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR,              ) | |
|                                 ) | |
|     Plaintiff,     ) | |
|                                 ) | |
|   v.                         ) | No. 1:08-cv-00434-HHK |
|                                 ) | |
| TubeSockTedD, mzmolly and OWLINGLIARS, ) | |
|                                 ) | |
|     Defendants.    ) | |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that a Sealed Attachment was filed in paper format with the Court. This document is not available for public viewing.

                                        Respectfully submitted,

                                          /s/ Paul Alan Levy
                                        Paul Alan Levy
                                        Greg Beck

                                          Public Citizen Litigation Group
                                          1600 - 20th Street, N.W.
                                          Washington, D.C. 20009
                                          (202) 588-1000

                                          Attorney for mzmolly and
                                          DemocraticUnderground.com

May 20, 2008