UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LAWRENCE SINCLAIR,          )
                            )
         Plaintiff,         )
                            )
         v.                 )   No. 1:08-cv-00434-HHK
                            )
TubeSockTedD, mzmolly and OWNINGLIARS,  )
                            )
         Defendants.        )

## ORDER

The motion for leave to file unredacted affidavits of Paul Alan Levy and Joshua Ray Derke (#31) under seal is granted.

/s/ Henry Kennedy
United States District Judge

Dated: May 27, 2008