UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR,<br><br>          Plaintiff,<br><br>          v.<br><br>TUBESOCKTEDD, et al.,<br><br>          Defendants. | Civil Action 08-00434  (HHK) |

### ORDER

Before the court is plaintiff's motion to compel defendant mzmolly to confer for the purpose of preparing a joint scheduling report [#6], docketed April 24, 2008. It is this 16th day of June 2008, hereby

**ORDERED** that plaintiff's motion to compel is **DENIED.** The court observes that plaintiff's counsel did not comply with LCvR 7(m) which imposes a duty on counsel to confer with opposing counsel before filing any nondispositive motion and to "include [in the motion] a statement that the required discussion occurred. and a statement as to whether the motion is opposed."

                                                                            Henry H. Kennedy, Jr.
                                                                            United States District Judge