UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR,<br><br>                    Plaintiff,<br><br>          v.<br><br>TUBESOCKTEDD, et al.,<br><br>                    Defendants. | Civil Action 08-00434  (HHK) |

# ORDER

Before the court is plaintiff's motion to disqualify counsel for TubeSockTedD [#11].

Upon consideration of the motion, the opposition thereto, and the record of the case, it is this 16th day of June 2008, hereby

**ORDERED** that plaintiff's motion to disqualify [#11] is **DENIED**.

                                                                    Henry H. Kennedy, Jr.
                                                                    United States District Judge