UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE SINCLAIR,<br><br>               Plaintiff,<br><br>               v.<br><br>TUBESOCKTEDD, et al.,<br><br>               Defendants. | Civil Action 08-00434  (HHK) |

### ORDER

Before the court are several motions for sanctions filed by plaintiffs [## 15, 18, 21]. It is this 16th day of June 2008, hereby

**ORDERED** that these motions are **DENIED**. The court observes that plaintiff's counsel did not comply with LCvR 7(m) which imposes a duty on counsel to confer with opposing counsel before filing any nondispositive motion and to "include [in the motion] a statement that the required discussion occurred, and a statement as to whether the motion is opposed."

                                                                       Henry H. Kennedy, Jr.
                                                                       United States District Judge