# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LAWRENCE SINCLAIR,**

        **Plaintiff,**

        **v.**                                                    **Civil Action 08-00434  (HHK)**

**TUBESOCKTEDD, et al.,**

        **Defendants.**

## ORDER

Before the court is defendants' Motion to Substitute Filing [#19].  Upon consideration of

the motion, the opposition thereto, and the record of this case, it is this 16th day of June 2008

hereby

**ORDERED** that defendants' Motion to Substitute Filing [#19] is **GRANTED.**


                                        Henry H. Kennedy, Jr.
                                        United States District Judge