UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
)
LAWRENCE SINCLAIR,           )        1:08-cv-00434-HHK
)
Plaintiff,   )
)
-against-                    )
)
TubeSockTedD, et al.,        )        **NOTICE OF CHANGE OF ADDRESS**
)        **OF ATTORNEY FOR DEFENDANT**
)        **TUBESOCKTEDD**
Defendants.  )
)
---------------------------------------------------x

**TO THE CLERK OF THE COURT AND TO ALL COUNSEL:**

**PLEASE TAKE NOTICE** that the address of Ray Beckerman, one of the

attorneys for defendant TubeSockTedD, has changed to the following:

> Ray Beckerman
> Ray Beckerman, P.C.
> 108-18 Queens Boulevard (4th Floor)
> Forest Hills, NY 11375
> Email: ray@beckermanlegal.com
> Phone (718) 544-3434 Fax (718) 559-6584

Dated: District of Columbia
       June 18, 2008

By:____/s/Ray Beckerman_____
Attorney for Defendant "TubeSockTedD"
(Admitted pro hac vice)
110 East 42 Street
New York, NY 10017
(212) 763-6800
Email: rbeckerman@vanfeliu.com

**KLIMASKI & ASSOCIATES, P.C.**

By:_____/s/James R. Klimaski_____
James R. Klimaski (DC Bar #243543)
Attorneys for defendant "TubeSockTedD"
1625 Massachusetts Avenue, N.W. Suite 500
Washington, District of Columbia 20036
Telephone: 202-296-5600
Email: klimaski@klimaskilaw.com

To: Montgomery Blair Sibley, Esq.
     Attorney for plaintiff
     1629 K Street, Suite 300
     Washington, DC 20006
     (205) 508-3699
     Email: mbsibley@civilforfeiture.com

   Paul Alan Levy, Esq.
   Public Citizen Litigation Group
   1600 - 20th Street, N.W.
   Washington, DC 20009
    (202) 588-1000
    Email: plevy@citizen.org