CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAWRENCE SINCLAIR   )
                    )
                    )
        Plaintiff   )
                    )
        v.          )   Civil Case Number 08-434(JDB)
                    )
                    )
                    )
TUBBSOCKTEDD        )   Category   B
                    )
                    )
        Defendants  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 11, 2008 from Judge Emmet G. Sullivan to Judge John D. Bates by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
      Judge Bates & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk