UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAWRENCE SINCLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00434-JDB |
| | ) | |
| TubeSockTedD, mzmolly and OWNINGLIARS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF MZMOLLY IN RESPONSE TO
PLAINTIFF'S MOTION PURSUANT TO 18 U.S.C. § 3771(d)(3)**

Plaintiff Larry Sinclair, a habitual criminal represented by a lawyer who has been suspended from practice by this Court, has filed a motion that purports to enforce Sinclair's "rights" as a victim of a crime committed through the placement of a threatening message in Sinclair's YouTube inbox, and seeking a variety of orders against the United States Department of Justice. The motion should be denied for several reasons.

1. The motion asserts that a June 10, 2008 message signed by a YouTube user whose pseudonym is "Oswlado123432" threatened violence against Sinclair, his lawyer and his mother. That such a message was placed in Sinclair's YouTube inbox is supported by a copy of the message, attached to the motion as Exhibit A. The motion further asserts, without any evidentiary support, that a series of conversations ensued involving Sinclair's "counsel," Montgomery Blair Sibley; an FBI agent whose name variously appears as "Born," "Borne," and "Bourne"; and people with whom Born purportedly spoke. There is no evidence that these conversations actually occurred – the "facts" are supported only by the unsworn motion itself and the unsworn contents of a second message, purportedly sent through YouTube under another pseudonym, "Oswaldo5555555," and attached to the motion as Exhibit B. According to the hearsay set forth in these documents, Ms.

Born was able to identify and meet with the owner of the oswaldo123432 pseudonym, but the Government declined to prosecute the sender for the alleged federal crime of placing a threat in a web site inbox. Ms. Born also, reportedly, refused either to identify the Assistant United States Attorney who decided not to prosecute or to provide information identifying "oswaldo123432." Sinclair asserts that, by these acts, the Government has violated his rights as a victim of a federal crime under 18 U.S.C. § 3771, and asks the Court to issue an order compelling the Government to identify "oswaldo123432" and to conduct a meeting with "plaintiff and his counsel." Although the brief is not entirely clear (and no proposed order has been submitted with the motion, in violation of the Local Rules), it appears (Motion at 3) that Sinclair is also trying to force the Government to use the sentencing process to obtain an award of attorney fees against "the accused" on a restitution theory. There is no indication of any attempted service on either the Government or the accused.

2. Although the motion is wholly frivolous and should be denied on the merits, it should also be denied for purely procedural reasons. First, there is no indication that plaintiff or his counsel made any attempt to confer with either the parties to the case or the persons against whom plaintiff seeks relief, as required by Local Rule 7(m); nor is there any certificate of conference included with the motion, as required by the same rule. Because previous motions by Sinclair have been denied for failure to confer before filing the motion, Docket Entry Nos. 35, 37, Sinclair is certainly on notice of the requirement.

Second, Montgomery Blair Sibley, the attorney who filed the motion, has been suspended from practice by this Court, by reciprocity with the District of Columbia and the State of Florida, in

part because of his penchant for filing frivolous lawsuits. DN 34.[1] Although Sibley has moved the Court for a hearing on that suspension, *id.*, because he is no longer a member of the Court's Bar, Mr. Sibley is not entitled to file papers with the Court, Rule 83.2, and his electronic signature was placed on the motion in violation of Rule 5(e)(2).

Third, Sinclair has not issued process to make the Government a party to this action, or served the Government which is the only party against which he seeks an order. (We understand that, for this reason, the Government does not intend to respond to the motion unless invited by the Court to do so).

3.  Even if not subject to dismissal, the motion should be severed from this case for misjoinder. "Courts consider parties to be misjoined when the permissive joinder requirements of Rule 20(a) are not met." *Montgomery v. STG Int'l,* 532 F. Supp.2d 29, 35 (D.D.C. 2008). Rule 20(a)(2) of the Federal Rules of Civil Procedure permits joinder of multiple defendants either if the right to relief relates to "the same transaction, occurrence or series of transactions," Rule 20(a)(2)(A), or there is a "question of law or fact common to all defendants." Rule 20(a)(2)(B). The three original Doe defendants have been sued for making allegedly defamatory comments over a period of a few days in February 2008. Setting aside the question of whether these three Does may be joined in one action, their alleged torts have nothing at all to do with the alleged federal crime of threatening violence against Sinclair in June 2008, or with a motion to compel the Government to undertake certain actions in fulfillment of its duties to the victims of a crime that is (or allegedly

---

[1]The Florida Orders are attached to DN 34. Orders of the D.C. Court of Appeals, and a temporary order of suspension by this Court, are attached as Exhibit A. Undersigned counsel has been advised by the Clerk's Office that Mr. Sibley remains suspended by this Court, but does not have a copy of any order making the suspension permanent.

should be) subject of a criminal proceeding. The mere fact that, like the Doe defendants' alleged torts, which were committed by posting comments on Internet message boards, the alleged crime against Sinclair was committed over the Internet (by placing a message in Sinclair's private YouTube inbox) does not make the claims sufficiently related to warrant processing. *See Fonovisa, Inc. v. Does 1-9*, 2008 WL 919701 (W.D. Pa. 2008) (similar acts of copyright infringement by multiple defendants cannot be joined in a single action simply because all defendants used the same file-sharing service and the same Internet Service Provider). If any motion is appropriate here, it should be filed in a separate proceeding initiated by Sinclair against the Government. Sinclair should not be allowed to save the cost of a filing fee, and to impose the cost of responding further to his filings with respect to the alleged federal crime, by joining this claim with his claims against the three Doe defendants.

4. Sinclair's motion does not seek any relief against mzmolly or Democratic Underground, and the proper party to respond on the merits of this motion is the Government, which has not been served. However, the motion should also be denied on the merits. First, there is little proof submitted in support of the motion; Exhibit A certainly contains a threat, but nothing establishes that making a threat on the Internet, without more, is a federal crime.[2] Instead of showing the basis for the alleged crime, Sinclair attaches a news article reporting that ten years ago, an individual was convicted under the federal civil rights laws for sending threatening emails to a group of Asian

---

[2]Such threats abound in this case. For example, on Thursday, at roughly 8 AM on May 29, 2008, while Sinclair was visiting Washington, DC in an effort to obtain media coverage, the following statements were posted under the name "Larry Sinclair" on a blog, threatening violence against undersigned counsel — "even Levy will be shutting the fuck up after I am done with him and PCLG by Friday"; "Call Paul Levy in the morning and warn him I will be at PCLG;" and "Paul Allen Levy will DIE before SUNDAY." *See* Exhibit B, page 64, attached.

students.  The rest of the motion is based on unsworn hearsay – what Sinclair's suspended lawyer

says he said to an FBI agent; what the suspended lawyer claims the agent said to him (in part about

conversations between that agent and an Assistant United States Attorney or between the agent and

the person who allegedly sent Exhibit A); and what an unsworn email from an additional

pseudonymous source claims transpired between that person and the FBI agent.   Moreover, even

if the unsworn assertions about these conversations were all true, the motion reveals on its face that

Sinclair's real beef is with the Government's decision not to prosecute or take any other action

against the sender of Exhibit A.   The statute under which Sinclair seeks to proceed expressly

provides, "Nothing in this chapter shall be construed to impair the prosecutorial discretion of the

Attorney General or any officer under his direction."  18 U.S.C. § 3771(c).  Beyond that, Sinclair's

motion rests on the assumption that the persons who allegedly threatened him online are "the

accused," but to date the only accusations have been advanced by Sinclair himself.  The motion

assumes that there is an "attorney for the Government in the case," but in fact there is no "case."

Nothing in section 3771 entitles a private citizen to initiate a proceeding in federal court to compel

the United States to impose remedies, monetary or otherwise, against anybody whom that citizen

chooses to accuse of a crime.

5.  In sum, there is no basis for proceeding under section 3771, and no other basis for federal

jurisdiction over the subject matter of this motion.  In our Opposition to Sinclair's motion to compel,

DN 12, at 25-26, we demonstrated that there is no federal jurisdiction over this proceeding itself.

Assuming that there really is an "oswaldo123432,"[3] Sinclair can perhaps file a civil complaint in an

---

[3] Anybody, even Sinclair himself, could create a YouTube pseudonym using the name "oswaldo" and issue threats for the purpose of fomenting a motion in this Court.

appropriate state court against that Doe defendant, alleging a tort, and seek discovery from YouTube

to identify that person.  (Despite the repugnant nature of the message, Sinclair should be required

to ensure notice to that defendant so that he or she has an opportunity to oppose discovery.)  But he

has no basis for the motion that he has filed in this Court, and that motion should be denied. In

addition, the action should be dismissed for lack of subject matter jurisdiction.

## CONCLUSION

The motion for an order under 18 U.S.C. § 3771 should be denied.

Respectfully submitted,

  /s/ Paul Alan Levy                          
Paul Alan Levy (DC Bar No. 946400)
Greg Beck (DC Bar No. 494479)

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

August 11, 2008                                    Attorneys for mzmolly

-6-

## CERTIFICATE OF SERVICE

On this date, I have filed the foregoing Opposition through the Court's ECF system, which will effect service on Montgomery Blair Sibley, Ray Beckerman, and James Klimaski, Esquires. In addition, because the suspension of Mr. Sibley prevents him from acting as representative of plaintiff Sinclair, I have caused a copy of the document to be served by first-class mail, postage prepaid, on plaintiff at 600 West Superior Street, Apartment 604, Duluth Minnesota 55802, and on the Government by first-class mail to Daniel Van Horn, Civil Division, United States Attorney's Office, Room E-4816, 555 Fourth Street, NW, Washington, DC 20530, and by email at daniel.vanhorn@usdoj.gov.

                                                    /s/    Paul Alan Levy
                                              Paul Alan Levy

                                                 Public Citizen Litigation Group
                                                 1600 - 20th Street, N.W.
                                                 Washington, D.C. 20009
                                                 (202) 588-1000

August 11, 2008                               Attorney for mzmolly

Exhibit A

FILED

MAY 2 2 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Montgomery Blair Sibley          )
Member of the Bar of the         )
United States District Court     )
for the District of Columbia     )

)
)
)          Attorney Grievance
)          Docket No. 08-04
)
)

## TEMPORARY SUSPENSION AND SHOW CAUSE ORDER

This matter having come before the Court upon the presentation of a certified copy of a judgment in the Supreme Court of Florida, decided March 7, 2008, in Case No.: SC06-1387, captioned, *The Florida Bar vs. Montgomery Blair Sibley*, wherein Montgomery Blair Sibley was ordered suspended for three (3) years from the practice of law in the State of Florida; and it appearing that Montgomery Blair Sibley is a member of the Bar of the United States District Court for the District of Columbia; now, therefore, it is this _____ day of May, 2008,

ORDERED, that pursuant to Rule 83.16(c)) of this Court, the Respondent is hereby temporarily suspended from the practice of law before the United States District Court for the District of Columbia pending a final disposition under the Rules of this Court; and it is

08G-5

FURTHER ORDERED, that said Respondent may answer and show cause within thirty (30) days after service of a certified copy of this Order upon him why the imposition of the identical discipline by this Court would be unwarranted and the reasons therefor.

_____
Judge Richard W. Roberts

_____
Judge Ellen S. Huvelle

_____
Judge Reggie B. Walton

# District of Columbia
# Court of Appeals

No. 08-BG-372

In the Matter of
MONTGOMERY BLAIR SIBLEY
A Member of the Bar of the
District of Columbia
Court of Appeals
Bar Registration No. 464488                    BDN: 408-06

F I L E D

MAY - 8 2008

DISTRICT OF COLUMBIA
COURT OF APPEALS

BEFORE: Farrell and Reid, Associate Judges; and Nebeker, Senior Judge

## O R D E R

On consideration of Bar Counsel's petition for an order suspending respondent from the practice of law in the District of Columbia pursuant to D.C. Bar Rule XI, § 11 (d), based on respondent's suspension by the Supreme Court of Florida; respondent's motion for stay of automatic suspension, Bar Counsel's response, and respondent's reply thereto, it is, accordingly, pursuant to D.C. Bar Rule XI, § 11 (d),

ORDERED that respondent is suspended from the practice of law in the District of Columbia, pending final disposition of this proceeding, effective May 12, 2008, and it is

FURTHER ORDERED that Bar Counsel inform the Board on Professional Responsibility of its position regarding reciprocal discipline within 30 days of the date of this order. Thereafter, respondent shall show cause before the Board on Professional Responsibility, if cause there be, within 10 days why identical, greater or lesser discipline should not be imposed in the District of Columbia. It is

FURTHER ORDERED that the Board on Professional Responsibility is directed to recommend promptly thereafter to this Court whether identical, greater or lesser discipline should be imposed as reciprocal discipline or whether the Board, instead, elects to proceed *de novo* pursuant to D.C. Bar Rule XI, § 11. It is

FURTHER ORDERED that respondent's attention is drawn to the requirement of Rule XI, § 14 relating to suspended attorneys and to the provisions of Rule XI, § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit. It is

*A true Copy*

*Test:*

*Garland Pinkston, Jr.*
*Clerk of the District of Columbia Court*
*of Appeals*

BY

No. 08-BG-372

FURTHER ORDERED that the Clerk shall cause a copy of this order to be directed to the Chair of the Board on Professional Responsibility and transmitted to the respondent.  It is

FURTHER ORDERED that Bar Counsel advise the Court if the matter is concluded without the necessity of further court action.

PER CURIAM.

Copies to:

Montgomery Blair Sibley
50 West Montgomery Avenue, Suite B-4
Rockville, MD 20850-4216

Charles J. Willoughby, Esquire
Chair, Board on Professional Responsibility
409 E Street, N.W., Suite 208
Washington, D.C.  20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, N.W., Suite 117
Washington, D.C.  20001

emb

Exhibit B

# THE MITCH AND NAN SHOW!!!

LARRY SINCLAIR WHETHER YOU BELIEVE THIS CHUB OR NOT...YOU GOTTA ADMIT...IT'S PRETTY ENTERTAINING!

## Larry's Big Announce
May 29, 2008
### LETS MAKE SOME NOISE: Live from DC (pt. 1)

Posted by Larry Sinclair on Wednesday, May 28, 2008



## Live from DC

Allow me to make known that I have arrived in DC and over the next three to five days will be making one hell of a lot of noise. I will try to have the video I was going to post with this picture done and up in the next couple of hours. I have been instructed (asked) by the reporter to only post a portion of it til airing.

Also, please find that I will be personally demanding the DNC explain why the complaint filed by me against Barack Obama last fall has been ignored. I will also be filing formal complaints with the FBI here in DC over the threats made against my life and against my family.

I have more to fill you in on and will shortly, I have to go to a meeting now but I will be back later.

Also, Jeff Rense tomorrow night Live from DC and much more, as I MAKE SOME NOISE.

**THAT'S IT?  WHAT THE FUCK?  NUT BREAD SALES WENT GOOD ENOUGH FOR LARRY TO GO SITE SEEING?**

**WHAT A FUCKING DOUCHE BAG!**



**TERROR ALERT RAISED TO RED AS HUNGRY BOTTOM DESCENDS ON CAPITOL SCREAMING....ANYONE WANT TO BUY SOME NUT BREAD?!?!?!?!?**

*LET'S IMMEDIATELY BEGIN FALLING ALL OVER OURSELVES IN OUR ILLEGAL EFFORTS TO KEEP HIM FROM BEING HEARD!*

**AND PANIC OF PANICS......ANOTHER RENSE INTERVIEW!!!!**

**READ THE REACTIONS OF SOME OF THE BRANCH LARIDIANS!!!  PRICELESS!!!!**

Duck starts it off with such glee:

*Duck* Says:
Wednesday, May 28, 2008 at 6:22 pm

And here is our little Patty.....

*Patty,NJ* Says:

Wednesday, May 28, 2008 at 6:22 pm OMG!!!! I cant take it!! LOL!!!

Hope.....confident Larry can "get this handled"

*Hope's Audacity* Says:
Wednesday, May 28, 2008 at 6:23 pm Welcome to the Nation's Capitol, Larry!! We are glad you are finally here to get this handled!!!

Now Hope realizes just how lame the "announcement" is.....

*Hope's Audacity* Says:
Wednesday, May 28, 2008 at 6:24 pm Larry's title says "PT 1″, so there must be more coming!!

Finally.....Duck knows we are going to be making fun of his STUPID ASS!!!!!

*Duck* Says:
Wednesday, May 28, 2008 at 6:28 pm

Hey Mitch...
BITE US !!!!

OMG !!!

YES...YES..YES... !!!

JESUS TAP-DANCING CHRIST.....I COULD NOT HAVE WRITTEN SUCH STUPID SHIT IF I HAD WISHED FOR IT!

## NAN'S FAVORITE QUOTE!

Also, please find that I will be personally demanding the DNC explain why the complaint filed by me against Barack Obama last fall has been ignored.

DEMAND AWAY YOU STUPID PIECE OF SHIT!

## UPDATE….UPDATE….UPDATE

Larry has checked in with his minions again and writes this (including a warning to me and the Apostle Paul):

> *Larry Sinclair* Says:
> Wednesday, May 28, 2008 at 7:57 pm Sorry I have not yet gotten all that I wanted to get up, but I am working on it. The cesspool has already started, as usual running off at the mouth, but the Wall Street Journal, and others will be very much involved here shortly. Do not ever "Mitch" or "Paul Day" speak for me again in your life times. I will be back as soon as I can, but it will not disappoint you and OBAMA SUPPORTERS, look out because I am going to be right in your face. UP CLOSE AND PERSONAL.
>
> LETS MAKE SOME NOISE

PHUC YOU LARRY…..I WILL SPEAK WHEN I WANT AND WHEN I PLEASE!

Posted by themitchandnanshow Filed in Uncategorized

## 264 Responses to "Larry's Big Announce"

1. *sandnsea* Says:
   May 28, 2008 at 11:24 pm

   THAT'S THE BIG ANNOUNCEMENT???
   i just fell on the floor seriously

   

2. *sandnsea* Says:
   May 28, 2008 at 11:25 pm

   this two bit hood is gonna be DEMANDING SOMETHING FROM THE DNC????
   what in the world???
   does he know anything about power and who has it????

   

3.  *John Freeman* Says:
    May 28, 2008 at 11:28 pm

    

    What sort of backwards-fuck asinine, retarded scumbaggery is this?

    Really?

    WTF?

    Do you know how much noise there already is in DC?

    Do you think Larry's cries are going to make any difference?

    He'd be overpowered by Mike Moore, who is probably still driving around in his ice cream truck, switching between scarfing down ice cream and re-reading the Patriot Act.

4.  *nomo* Says:
    May 28, 2008 at 11:28 pm

    

    I just posted this elsewhere...but wasn't his complaint to the DNC part of the lawsuit that got thrown out of court?

    This is just stupid. Stupid.

5.  *sandnsea* Says:
    May 28, 2008 at 11:29 pm

    

    bwahahahahahahahahaha

6.  *just me aka democratista* Says:
    May 28, 2008 at 11:30 pm

    

    LOL....they're probably all happy...and you know the big meeting is probably with Montgooobery....

    I can't wait to see the video. I hope he takes his meds before it puts it up.

    (Meesh...at least he's not wearing shorts)..

7.  *John Freeman* Says:
    May 28, 2008 at 11:31 pm



My initial response was shock because, well, I didn't expect him to travel to DC. I wonder how he did it. I wonder how he paid for it.

C'mon, I mean, really, DC?

Really?

I mean, I want to laugh but my brain just can't process this...latest...this latest bit of "WHHHHAAAAAA?" inspiring insipidity.

8.  *Lord of Rings* Says:
    May 28, 2008 at 11:32 pm



LOOOOOOL ! Ahhhhhh Ha ha ha ah ha ah ha ha ha !!! I can't take it ! Oh my god, this is just too freakin funny ! They're gonna cart his ass off to jail after they hit him in the head with a billy club !

9.  *sisterrosetta* Says:
    May 28, 2008 at 11:33 pm



my guess is Larry's not really in DC. it's a diversion.

10.  *Fritz the Plumber* Says:
     May 28, 2008 at 11:33 pm



(Larry looking around):

"Who MADE that noise?"

11.  *Fritz the Plumber* Says:
     May 28, 2008 at 11:35 pm



*I'm actually laughing so hard, I'm...I'm crying hahahahahahahaha*

12.  *Marie* Says:
     May 28, 2008 at 11:35 pm



hmmm....this is very interesting...don't panic guys at least if this gets out in the public you won't have to obsess about him anymore...you guys

are really worried about this event. so even ours as the media count on it when you hear about it they will love it the truth here is it is much more than I expected...looks like he will be on TV and in DC for the meeting....how fun!

13.  *just me aka democratista* Says:
     May 28, 2008 at 11:35 pm

     sisterrosetta...LOL...that's all we need. DC/NY..whatever. As long as it's not Paris..

14.  *Lord of Rings* Says:
     May 28, 2008 at 11:36 pm

     Fritz, you got that right ! This is better than MTV, well not really....

15.  *Fritz the Plumber* Says:
     May 28, 2008 at 11:36 pm

     John, let me help you to laugh...two words: ZOOM IN

16.  *John Freeman* Says:
     May 28, 2008 at 11:36 pm

     QUICK!

     I'm calling Papa Axelrod and Jim Morrison's ghost!

     Oh man, oh man, oh man...

     Blitzer is going to FLIP HIS TOUPEE when he hears about this.

     Um...nobody panic. The situation is well under control...

     ...

     ...

     Shit.

17. *just me aka democratistas* Says:
    May 28, 2008 at 11:37 pm

    Fritz...

    I did that by accident. I was really scared there for a minute...



18. *sandnsea* Says:
    May 28, 2008 at 11:37 pm

    panic??? Marie I had to use my asthma inhaler I was laughing so hard!!! Do you realize how stupid he looks, this convict with NO evidence going to DC to try to take down somebody??? and who is this reporter???



19. *Fritz the Plumber* Says:
    May 28, 2008 at 11:38 pm

    L of R: YES! It's just like MTV when he fronts "Moroon 5"...



20. *Lord of Rings* Says:
    May 28, 2008 at 11:39 pm

    Marie are you serious ???? Worried ?? LOOOOOOOOL ! He just used his babana nut bread money to buy a ticket to go to DC ! Trying to look official and serious. Gimme a break ! A far off distant picture in front of the capitol building ?? LOOOOOOL ! What a stunt !



21. *Fritz the Plumber* Says:
    May 28, 2008 at 11:39 pm

    Hey, Demo-man...I have no such excuse. I did it ON PURPOSE (NURSE! NUUUURRRRRSSSEEE!!!!!!)



22. *John Freeman* Says:
    May 28, 2008 at 11:40 pm

    ...BWAHAHAHAHAHA!!!

    WHEW!

    Now that my brain has finally coped the the shock of that latest bout of stupidity from our good fiend Larry, I can finally laugh my ass off.



Oh man.

"Call Papa Axelrod and Jim Morrison's ghost"

Let's place a call to Ms. Cleo as well, and why not the following number:

1-800-244-26627

BWAHAHAHAHAHA!!!

We have to let them all know Larry means "business" (nutbread)!

23. *themitchandnanshow* Says:
May 28, 2008 at 11:42 pm

Refresh and re-read. We've updated.

24. *Lord of Rings* Says:
May 28, 2008 at 11:42 pm

Fritz, I'll send Nurse Ratchett over to your assistance ok honey ? loooool !

25. *themitchandnanshow* Says:
May 28, 2008 at 11:42 pm

I bet Citizen Wells wants to crawl into a deep hole and then shoot himself.

26. *kstreet67* Says:
May 28, 2008 at 11:43 pm



nomo Says:
May 28, 2008 at 11:28 pm e

*I just posted this elsewhere…but wasn't his complaint to the DNC part of the lawsuit that got thrown out of court?*

*This is just stupid. Stupid.*

Nomo I swear when I read that I thought the same thing!!!! LARRY SINCLAIR IS A PUBLICITY HOUND. SINCE THE PRESS IGNORED HIM HE'S "making noise". "The mousey Queen that squeaked"!

27. *themitchandnanshow* Says:
May 28, 2008 at 11:43 pm

(My dumb ass husband woke me and half of Paris laughing like a damn lunatic.....but I must admit, this is one of the funniest things I have ever seen.....Nan)



28. *themitchandnanshow* Says:
May 28, 2008 at 11:44 pm

What's the noise Larry.....Nut Bread Farts?



29. *John Freeman* Says:
May 28, 2008 at 11:44 pm

OK. That was great.

Now, bring on the Pistons and the Celtics.



30. *Fritz the Plumber* Says:
May 28, 2008 at 11:44 pm

Is he like standing in a hole or IS he 'ahole'...?



31. *just me aka democratista* Says:
May 28, 2008 at 11:45 pm

The most interesting thing is..."the reporter". I'm dying to know....are any of those Enquirer type news shows based in DC?



32. *Bomas* Says:
May 28, 2008 at 11:47 pm

Pooh-pooh to the Tards, he was Mitchishly humming

They're finding out now no announcement is coming

They're just waking up, I know just what they'll do



Their mouths will hang open a minute or two

Then the Tards down in Tardville will all cry "boo-hoo"

"That's a sound," grinned the Mitch, "that I simply must hear"

Then he paused, and Mitch put a hand to his ear

And he did hear a sound rising over the 'Net

They started to fret, then they started to wet

("Yahoo Larry, dahoo Larry"
"Welcome Sibley, come this way"
"Yahoo Larry, dahoo Larry"
"It's the big Announcement Day!"

"Welcome Larry, yahoo rahoo"
"Welcome Moma, dahoo rahoo"
"Sinclair's bombshell we will see"
"Just like Larry's law degree"


"Yahoo Larry, dahoo Larry…" 

But this sound wasn't sad

Why, this sound sounded glad

He hadn't stopped Announcement Day from coming, it came

Somehow or other, it came just the same

And Mitch stood with his Mitch feet ice cold in the snow,

And puzzled and puzzed, "How could it be so?"

"It came without the driver"

"It came without Lar"

"It came without evidence, it came without proof

Then Mitch thought of something he hadn't before

Maybe Announcement Day, he thought, doesn't come from Lar-whore

Maybe Announcement Day, he thought, is so Tards will give more

So what happened next? Well in Tardville they say,

That Larry's small shorts grew three sizes that day

And as soon as his pack didn't feel quite so tight

He whizzed with his load through the bright morning light

Gave them no driver, no press conference, no nut bread

Brought them no evidence, not a promise that he'd said

He brought nothing more forth, not one scrap of proof

And he, he himself, Mitch, said Lar's still a douche

Welcome Announcement Day, bring your cheer

Cheer to all Tards far and near

On Announcement Day they'll be agog

As long as Larry has a blog

Announcement Day will always be

Just like Larry's lwa degree

33. *kstreet67* Says:
[May 28, 2008 at 11:47 pm](#)



Frank Capra must be rolling over in his grave knowing that Lawrence Sinclair imagines himself as "Mr. Smith Goes To Washington".

Hmmmm...I feel a post coming on...gotta go and run my campaign!

34.  *John Freeman* Says:
     [May 28, 2008 at 11:48 pm](#)



You know, I had this whole theory worked out about the Nut-bread raffle, the giving away of his old shit to the Laridians, his presence in New York, Sibley's suspension in D.C. (and the subsequent appearance of Sinclair in New York), and his failure to update the balance in his legal fund...

It was a nice theory. A theory you could take home and introduce to your parents (with bounteous gifts of banana-nut bread).

Larry has just completely destroyed my theory.

Though it saddens me my neat theory was destroyed, I can't help but laugh so hard my dog is barking out of concern.

JESUS CHRIST THIS IS HILARIOUS!

SHIT! I couldn't have come up with this stuff, even on PCP (Ashy Larry).

35.  *Fritz the Plumber* Says:
     [May 28, 2008 at 11:48 pm](#)



This whole thing can be summed up in 20 words:

Ha ha ha ha ha ha ha ha ha ha ha ha ha ha ha ha ha ha!!!

36.  *zombiejew* Says:
     [May 28, 2008 at 11:48 pm](#)



LMFAO Listen to this:

# SHARY Says:
Wednesday, May 28, 2008 at 6:21 pm

"CLINTON HAS 60% OF THE PUERTO RICAN VOTE ACCORDING TO LATEST POLL. HOPE IT'S MORE. ANYWAY, HERE WAITING. I'VE PUT ON A DEPEND DIAPER SO I WON'T HAVE TO GO TO THE BATHROOM!"

She really is freaking serious!! A f&cking depend diaper??? DAMN, I didn't know they were that far gone!!
oy vey iz mir!!

Jeff

37.  *zombiejew* Says:
May 28, 2008 at 11:49 pm



lmao, that is it!!! HAHAHAHAHA

I KNEW IT WOULD BE NOTHING!1! HAHAHAAAAAAAAAAAA

Jeff(by the way, I made this wordpress acct because I thought it would get my comments posted quicker, but I guess not)

38.  *zombiejew* Says:
May 28, 2008 at 11:50 pm



(just to introduce myself again with the new screenane)

Sup peeps?

I've been battling ole' one tooth kook for awhile now under various pseudonyms(as well as following this story). I have lurked on this blog a lot, but have only posted a few times. I just wanted to saw what's up/

Also, it is hilarious watching lartard's followers getting all worked up over this "announcement", it's as if they are in the midst of some religious fervor.

Additionally, that lady Vicky C thinking her phone is tapped....what a nut, LMAO!

It'll be great to see how disappointed they are when this "big announcement" amounts to nothing.

Jeff

39.  *Fritz the Plumber* Says:
May 28, 2008 at 11:50 pm



Brilliant, Bomas...I'll buy a copy!

40.  *sandnsea* Says:
May 28, 2008 at 11:51 pm



great poem bomas

41. *Tim* Says:
    May 28, 2008 at 11:51 pm

    YOu know who i feel bad for i dont feel bad for obama since hes a political figure he will be harrased by all nut jobs, its in the job credentials, i dont feel bad for michelle. I feel bad for obamas children. A lunatic thinks his 15 mins of fame and money is more important then damaging obamas life and his childrens life. Plus if obama was gay im sure he could do much much better.



42. *Fritz the Plumber* Says:
    May 28, 2008 at 11:53 pm

    I think even Moma vote fo' Bama now....

43. *just me aka democratista* Says:
    May 28, 2008 at 11:53 pm

    Anybody know what's going on in Larryville? Are they all hooting and hollering and cheering for him in DC? Well, I suppose we have to wait until later for the reporter and the video, but I've got this feeling it's just going be "I blew Barack Obama while he smoked crack again" with no driver, no other blowers, no other crack smokers, just Larry...and his blovation (is that a word...it just sounds like something description of the Lardass talking).

44. *John Freeman* Says:
    May 28, 2008 at 11:53 pm

    Tim, don't forget about the innocent people Larry has harassed, and the 3 bloggers he is suing for $3,000,000 total.

    They are victims of this maniacal grifter as well.



45. *just me aka democratista* Says:
    May 28, 2008 at 11:54 pm

    Shalom, Jeff....

    Wow...we're now rolling in Jews....



46. *zombiejew* Says:
    May 28, 2008 at 11:55 pm

    Ole One Tooth Kook says:

    "Allow me to make known that I have arrived in DC and over the next three to five days will be making one hell of a lot of noise. "



"allow me to make known" LMFAO

Yeah LarTard, I'm sure your "hungry bottom" will be making a lot of noise in DC...hehehe

Did you guys see that picture of him???? What a tool!

Jeff

47.  *themitchandnanshow* Says:
     May 28, 2008 at 11:55 pm

     

     BOMAS.....

     ABSOLUTELY BRILLIANT! BRILLIANT!

     Merci Beaucoup!

     M&N

48.  *zombiejew* Says:
     May 28, 2008 at 11:56 pm

     

     Shalom democratista!

     Shalom to everyone else as well!

     Jeff

49.  *just me aka democratista* Says:
     May 28, 2008 at 11:56 pm

     

     Mitch...we got another Jew...Jeff, zombiejew...
     Say Shalom..

50. *Sweet Sarah* Says:
May 28, 2008 at 11:57 pm



I'm just glad the fat bastard wore pants!

51. *zombiejew* Says:
May 28, 2008 at 11:58 pm



LarTard says:
"Also, Jeff Rense tomorrow night Live from DC and much more, as I MAKE SOME NOISE."

Damn, Larry's really hit big time!! Did he say the Jeff Rense SHow?? Sheesh, he's really proved us wrong!

LOL

Jeff

52. *Tim* Says:
May 28, 2008 at 11:58 pm



Another thing is if obama had homosexual feelings, why would he wait till 40 years of his life, go to a bar and autmatically go over to sinclair then hop in his limo? Im sure if obama was gay he would have had more gay partners in his life. Yet isnt it odd right after obama starts to beat clinton in the nomination in january and starts to look good, all of a sudden pops up sinclair?

53. *just me aka democratista* Says:
May 28, 2008 at 11:58 pm



I can't believe this is toooooo funny.

Hey JF...this big train crash we were talking about earlier that's still streaming on CNN...goes to the Boston Garden. I don't know if it was heading in that direction though...they never did say..

54. *Fritz the Plumber* Says:
May 28, 2008 at 11:59 pm



...looks like Larry "blew it" again...

55. *themitchandnanshow* Says:



May 28, 2008 at 11:59 pm

SHALOM JEFF!

Sorry but I have not laughed this hard in my life. I was forced to piss twice.

Of all the crazy things I presumed, something this stupid never entered my demented mind!

M

56. *Fritz the Plumber* Says:



May 29, 2008 at 12:00 am

The only noise Larry's gonna make tonight is with a can of beans and a bathtub

57. *John Freeman* Says:

May 29, 2008 at 12:00 am

I'm not jewish, but I'll give you the equivalent in my people's native tongue:

cualli tonalli

This is Nahuatl for "good day."

This was the language spoken by the Aztecs, as well as several other Northern Indian tribes (it is believed that the Aztecs migrated from modern-day Utah into Mexico).

58. *kstreet67* Says:



May 29, 2008 at 12:01 am

Mitch? I need you to edit/add/delete the post I have waiting in the queue.

59. *meesheemey* Says:



May 29, 2008 at 12:01 am

democratista says: "Meesh...at least he's not wearing shorts).."

Yes democratista those look like new pants, but is that the tag on his butt hanging out from the left rear pocket, poking from behind?

uhh call me the fashion police - Larry needs new shoes, more banana bread orders

60. *zombiejew* Says:

[May 29, 2008 at 12:01 am](#)

Tim, yes the timing of the whole Sinclair story is very odd. However, I personally don't think he is connected to Clinton. I feel he is just some pathetic, crazy, conartist out to make a buck(and grab some attention).

just my .02

Jeff

61. *themitchandnanshow* Says:

[May 29, 2008 at 12:03 am](#)

JeannieJoe the Cunting Ho....just wrote this:

Jeanniejo Says:
Wednesday, May 28, 2008 at 6:43 pm
I just love that phrase:

(LS as copied from above) "I have to go to a meeting now but I will be back later."

The bitch is about to Orgasm because Larry said he was "going to a meeting". Little did she know his appointment is with a bucket of hot dogs and an extra large malted!

WHAT FUCKING IDIOTS!

62. *Bomas* Says:

[May 29, 2008 at 12:04 am](#)

Why does Larry always seem to think that being in a particular city is proof of something?

63. *Fritz the Plumber* Says:

[May 29, 2008 at 12:04 am](#)

Love that shirt...brings back fond memories of when he refereed the Super Bowl last year...

64. *Tim* Says:
May 29, 2008 at 12:04 am



I dont think clinton has anything to do with it, i just think some one found a great oppritunity in obamas great oppritunity.

65. *zombiejew* Says:
May 29, 2008 at 12:04 am



Wouldn't it be hilarious if LarTard gets arrested at the capitol for harassing congressman!??

Headline:

Lartard led off the capitol building in handcuffs.

Jeff

66. *themitchandnanshow* Says:
May 29, 2008 at 12:04 am



MOMA HAS CHECKED IN WITH THIS ONE:

Moma Says:
Wednesday, May 28, 2008 at 6:47 pm
I am just fine! Everyone did very well with the patience!
You are all the greatest!
Yep, more to come. Hang 'tuff' & 'tight!'

Next week she will be sporting a new tee which reads:

I SPENT THE NIGHT WITH A DEAD GUY IN SOUTH CAROLINA AND ALL I GOT WAS THIS FUCKING RETARD!

67. *just me aka democratista* Says:
May 29, 2008 at 12:05 am



Ok..my loves...

My dinner is ready so I'm signing off for a bit.

JF...I'll be back to banter with you while the Celtics are pounding the Pistons tonight...wink, wink...

68. *zombiejew* Says:
May 29, 2008 at 12:05 am



Boma, I know he somehow thinks being in DC will lend credence to his outlandish story.

Jeff

69. *Murray* Says:
May 29, 2008 at 12:07 am



Lar-tard must be jonesing for some crack. Someone give him Marion Barry's number.

70. *meesheemey* Says:
May 29, 2008 at 12:08 am



I hope Larry has a few drinks when he's at his "ahum" meeting, I love the way he comments and posts after a few…

71. *zombiejew* Says:
May 29, 2008 at 12:09 am



later democratista, nice meeting you Haya Naim Me'od

72. *themitchandnanshow* Says:
May 29, 2008 at 12:10 am



Nurse and her pals are posting on "GreatWire" so we went on to PHUC with them.

Check it out:

http://gretawire.foxnews.com/2008/05/28/sneak-peak-2/#comment-1066403

73. *zombiejew* Says:
May 29, 2008 at 12:11 am



meesheme, yuo meen wehb he satrts to tipe lke thesee?

lol

Jeff

74. *Fritz the Plumber* Says:
May 29, 2008 at 12:11 am



Is it just me, or does it look like Jeff Rense just slaps on a British Parliament wig before he walks out the door...?

75. *themitchandnanshow* Says:
May 29, 2008 at 12:12 am



The BRANCH LARIDIAN SUE WRITES THE FOLLOWING:

Sue In Texas Says:
Wednesday, May 28, 2008 at 6:50 pm
My son is coming in tonite from Florida. He is an Army Ranger, coming through on his way to Washington State. He will be based there for 6 weeks then ships out to Iraq. He just called & said he was a couple of hours away. Larry just said it would be a couple of hours until we hear back from him. I DON'T THINK MY HEART CAN TAKE THIS!!!!

I am honestly in tears thinking about my son in Iraq and hoping someone can keep this lunatic out of office. That someone being Larry, of course. It is just so bitter sweet.

THIS IS ALL JUST TOO PATHETIC AND SAD! THESE PEOPLE ARE JUST FUCKING IDIOTS!

76. *Sweet Sarah* Says:
May 29, 2008 at 12:12 am



That sucks now there will be more bed bugs in D.C. oh well I didn't plan on visiting anytime soon. Larry check your room for Listening devices. testing, testing 123... CSOP is operating normally. LOL

Depend Diapers? what freaks. Just go to the bathroom lady it's not like your driving to Florida...

So is he crashing the DNC party? Keep an eye on the jail custody logs...

77. *meesheemey* Says:
May 29, 2008 at 12:13 am



here goes Vickie C again...

*vickie c* Says:
Wednesday, May 28, 2008 at 7:07 pm

Larry

I hope you dont forget me. I seriously think my phone is tapped. I wont call with the kids here cause they will worry too much

PS very nice picture

78. *Tim* Says:
May 29, 2008 at 12:13 am



wonder if he rolled up there in his "Limo"?

79. *Fritz the Plumber* Says:
May 29, 2008 at 12:14 am



Moma should have said, "Everyone did very well with the PATIENT"

80. *zombiejew* Says:
May 29, 2008 at 12:14 am



themitchandnanshow Says:
May 29, 2008 at 12:04 am

MOMA HAS CHECKED IN WITH THIS ONE:

Moma Says:
Wednesday, May 28, 2008 at 6:47 pm
I am just fine! Everyone did very well with the patience!
You are all the greatest!
Yep, more to come. Hang 'tuff' & 'tight!'

Next week she will be sporting a new tee which reads:

I SPENT THE NIGHT WITH A DEAD GUY IN SOUTH CAROLINA AND ALL I GOT WAS THIS FUCKING RETARD!

Mitch, it's funny, larry(or momma, who's probably also LarTard) keeps on stringing his followers on, telling them "more to come" or "hang tight it's about to break!"

I wonder when they will finally realize he is full of shit?

pardon my language

Jeff

81. *just me aka democratista* Says:
May 29, 2008 at 12:16 am



I was eating and then it came to me...the reporter in DC...the ONE who might listen to him..Cliff Kincaid.

You think?

82. *zombiejew* Says:
May 29, 2008 at 12:18 am



# Hey Jude Says:
Wednesday, May 28, 2008 at 6:31 pm

When you click on the picture and enlarge it...it almost feels like you are right there with him doesn't it..

THESE GUYS ARE UNBELIEVABLE...HAHA

83. *John Freeman* Says:
May 29, 2008 at 12:19 am



Doesn't matter who it is, really.

Ah well.

THE GAME IS ALMOST ON!

EXCITEMENT!

84. *zombiejew* Says:
May 29, 2008 at 12:20 am



lmao FRITZ, that was hilarious!

he definitely should be a part of a show or two

somewhere where they give you thorazine and put you in restraints that is!

domocratista, who is cliff kincaid?

85.  *Fritz the Plumber* Says:
     May 29, 2008 at 12:21 am

     Stripes seem to suit him somehow...old habits die hard



86.  *Sweet Sarah* Says:
     May 29, 2008 at 12:22 am

     Should we now start the email campaign to the folks in D.C. so they know to be on the look out for Mr. Sinclair?

     The NUT bread is loose in D.C.

     I wonder if he photo shopped that picture?



87.  *Mitch v.7331* Says:
     May 29, 2008 at 12:24 am

     wow.

     what else is there to say?

     we're fucked.

     larry has signage.

     and a video tape.

     and another interview with jeff rense.

     and a meeting to go to.

     shit.



i'm pretty sure he's going to rouse justice roberts to demand that he convene the supreme court to make a ruling on....stuff.

Here's a little glimpse of part II

> I'm sorry to do this, folks, but I'm going to need to start baking some more "nut bread". I was using the facilities in Union Station (WHICH IS IN WASHINGTON DC, WHERE I AM NOW, ALL YOU PEOPLE IN THE CESSPOOL) when who should follow me into the stall but Mr. Obama himself! He said he forgave me for outing him and asked for another blow job and I said sure but only if he promised to tell the whole world that he was a drug using, muslim, crackhead bi-sexual and would drop out of the race. He promised he would so I gave him the blow job of his life. I have to admit one thing, though - he really has a massive cock. I was just trying to bait him. He left right after I spit and I felt really happy that I, personally, had saved the United States of America. But then, as was I doing the business I went in there to do, the police barged in and arrested me for sexual indecency in a public restroom! That fucking bastard! I need to make bail so I'm going to bake some Ikea End Table Nut bread for $500 a "loaf"...."

88. **themitchandnanshow** Says:


[May 29, 2008 at 12:26 am](#)

WHO IS SCREWING WITH MY SITE?

89. *Jack Black* Says:


[May 29, 2008 at 12:27 am](#)

Ah shit, I bought a bottle of wine for the occasion. The Laridians sure excite easy don't they?

I am dying to know who snapped the photo? Was it a passer by? Victor? Greta?

90. *zombiejew* Says:


[May 29, 2008 at 12:28 am](#)

it's back.

I just looked up Cliff Kincaid...an extreme right wing reporter..

has LarTard mentioned him before?

I am sure that if any reporter met with Lartard it would have to be some extreme right wing conspiracy nut(and it looks like this Kincaid character fits the bill)

Jeff

Case 1:08-cv-00434-JDB    Document 44    Filed 08/11/2008    Page 41 of 82

91.  *Fritz the Plumber* Says:
May 29, 2008 at 12:29 am



Sarah, if it were photoshopped, he'd have given himself a little something extra...like legs

92.  *zombiejew* Says:
May 29, 2008 at 12:29 am



lmao fritz

93.  *Fritz the Plumber* Says:
May 29, 2008 at 12:31 am



Thanks, zombiejew...I get lucky sometimes...)))

94.  *zombiejew* Says:
May 29, 2008 at 12:31 am



sarah, it might not be a bad idea, but then we don't want to give him any more attention then he has.

As it stands, they will probably write him off as some nut....which would be right, lol

Jeff

95.  *Fritz the Plumber* Says:
May 29, 2008 at 12:33 am



Jack, I think the police prolly snapped it...you know, like they always do

96.  *zombiejew* Says:
May 29, 2008 at 12:33 am



I have to say this whole LarTard debacle is better than any sitcom on tv.

I just love watching LarTard and the Laridians get humiliated! lol

97.   *Fritz the Plumber* Says:
      May 29, 2008 at 12:36 am



This IS reality TV!

98.   *zombiejew* Says:
      May 29, 2008 at 12:38 am



# Duck Says:
Wednesday, May 28, 2008 at 6:41 pm

jeanniejo Says:
Wednesday, May 28, 2008 at 6:32 pm
Bon, enlarge makes full page, awesome—

_____

Makes an excellent screensaver as well...

Larry goes to DC !!!

A larTard screensaver!! HAAAAAA

99.   *Evie* Says:
      May 29, 2008 at 12:39 am



Why would Sinclair say he was going to the FBI over the bloggers threatening him when he has a three million dollar lawsuit against them? The FBI will tell him let the judge handle it. Unless...the Judge has thrown in out. Sinclair said something the other day about the Judge saying they had to file in California..anyone find out more about that? I wonder if Sinclair realizes he is likely high on the list of crazies for Obama's security to watch out for in crowds.

100.  *zombiejew* Says:
      May 29, 2008 at 12:42 am

Evie,

that's interesting, I too would like to find out if anyone has any new info on LarTard's frivolous lawsuit.

Also, you're probably right. I would not doubt that the secret service have Larry Sinclair on a security watch list for potential threats.

Jeff

101. *themitchandnanshow* Says:
May 29, 2008 at 12:43 am



A DOUCHE WROTE THIS......

Max Says:
Wednesday, May 28, 2008 at 7:39 pm
Boy Greta,
Looks like someone else is going to get all the fame for breaking the sinclair story. I sure was hoping it would be you first. But like the rest you are afraid and I don't blame you. but I sure am glad that Mr. Sinclair has a reporter that is not.

Max Says:
Wednesday, May 28, 2008 at 7:39 pm
Boy Greta,
Looks like someone else is going to get all the fame for breaking the sinclair story. I sure was hoping it would be you first. But like the rest you are afraid and I don't blame you. but I sure am glad that Mr. Sinclair has a reporter that is not.

GRETA RESPONDS WITH THIS....

Comment by Greta Van Susteren
May 28th, 2008 at 8:28 pm
who is breaking it?

IT'S THE PUERTO RICAN PUPPET GRETA!!!!! HE'S GOING TO SCOOP YOU!!!!

102. *Mitch v.7332* Says:
May 29, 2008 at 12:44 am



Repost from my friend Mitch v.7331

Mitch v.7331 Says: Your comment is awaiting moderation.
May 29, 2008 at 12:25 am

wow.

what else is there to say?

we're fucked.

larry has signage.

and a video tape.

Case 1:08-cv-00434-JDB     Document 44     Filed 08/11/2008     Page 44 of 82

and another interview with a reporter

and a meeting to go to.

shit.

i'm pretty sure he's going to rouse justice roberts to demand that he convene the supreme court to make a ruling on…stuff.

Here's a little glimpse of part II

I'm sorry to do this, folks, but I'm going to need to start baking some more "nut bread". I was using the facilities in Union Station (WHICH IN WASHINGTON DC, WHERE I AM NOW, ALL YOU PEOPLE IN THE CESSPOOL) when who should follow me into the stall but Mr. Obama himself! He said he forgave me for outing him and asked for another blow job and I said sure but only if he promised to tell the whole world that he was a drug using, muslim, crackhead bi-sexual and would drop out of the race. He promised he would so I gave him the blow job of his life. I have to admit one thing, though - he really has a massive cock. I was just trying to bait him. He left right after I spit and I felt really happy that I, personally, had saved the United States of America. But then, as was I doing the business I went in there to do, the police barged in and arrested me for sexual indecency in a public restroom! That fucking bastard! I need to make bail so I'm going to bake some Ikea End Table Nut bread for $500 a "loaf"…."

103.  *Fritz the Plumber* Says:
       May 29, 2008 at 12:44 am

       The only FBI he's going to is "Fat,Blind, and Ignorant"



104.  *zombiejew* Says:
       May 29, 2008 at 12:44 am

       # Tina Says:
       Wednesday, May 28, 2008 at 6:49 pm

       I'm hyperventalating! My neighbor just came to find out what all the yelling was about. LOL. NOW, she's yelling too. I swear, We are sane. Just very excited. Thank you Larry for not giving up. Thank you all of you that have supported Larry through this whole process. You are all amazing.

       _____

       Shessh, these people are insane! They really think this is a big deal. Damn, Larry went to Washington! Great Larry is going to be on the famed Jeff Rense show!! LMAO



105.  *Fritz the Plumber* Says:
       May 29, 2008 at 12:45 am

       It'll be the same old BS: wash, RENSE, and repeat…



106. *info only* Says:
May 29, 2008 at 12:47 am



damn, this ruins everything. I'm going to be in DC saturday until next tuesday and now I have to be in the same city as that douche, this is just great. I will have to keep my eyes open every minute so I don't accidentaly run into that jerk. maybe he will be over at the Supreme Court building and we can actually meet, heaven forbide. But you never know when he has that Sibley character. So I wonder if Sibley will be there representing him. I think his DC license is suspended, even through he can still represent Larry in the federal court because his NY license is good, but it does make a strange circumstance. If Sibley is not discussing only the federal case, can he even be there. who knows. Too bad NY hasn't done there work yet. Well, all I can say is that he sure ruined my trip there.

107. *themitchandnanshow* Says:
May 29, 2008 at 12:49 am



Larry Sinclair gets a VACATION paid for by donations from idiots and the sales of poisonous nut bread.

Why are these people going so insane? They are all stuck at home!

What fucking idiots!

My side hurt from laughing so much.

108. *just me aka democratista* Says:
May 29, 2008 at 12:53 am

OFF TOPIC…

Michel…I just checked. Roger is the third match on center court (Philippe Chartrier). I don't believe he will begin until 2 p.m. at the earliest. Two women's matches before his match…hope for clear skies…

109. *Evie* Says:
May 29, 2008 at 12:54 am



And..don't forget Sinclair is in D.C. on his cultees money. While they are sitting at home orgasmic over the fact they are looking at a pic of him. A pic I might add that shows he forgot his teeth and his shoes need shinning. God, you'd think he'd think of those little things going to meet the FBI and all.

110. *Evie* Says:
May 29, 2008 at 1:00 am



Now "Mitch" and "Paul Day" y'all listen up..you've got your orders. Hits the floor laughing.

Larry Sinclair Says:
Wednesday, May 28, 2008 at 7:57 pm

Sorry I have not yet gotten all that I wanted to get up, but I am working on it. The cesspool has already started, as usual running off at the mouth, but the Wall Street Journal, and others will be very much involved here shortly. Do not ever "Mitch" or "Paul Day" speak for me again in your life times. I will be back as soon as I can, but it will not disappoint you and OBAMA SUPPORTERS, look out because I am going to be right in your face. UP CLOSE AND PERSONAL.

LETS MAKE SOME NOISE

111.  *just me aka democratista* Says:
       May 29, 2008 at 1:03 am

       I'm be awaiting the BREAKING NEWS announcement.



112.  *Bomas* Says:
       May 29, 2008 at 1:03 am

       Can anyone get press credentials for Larry's soirree? I'd love to see a cellphone video of it.



113.  *Sweet Sarah* Says:
       May 29, 2008 at 1:05 am

       Anyone else notice his extremely wide stance? Sure hope he stays away from bathroom stalls.



114.  *just me aka democratista* Says:
       May 29, 2008 at 1:06 am

       Oh…I so hope he does have a press conference and someone shows up. I'm waiting for that rock solid (get it, rock solid..) evidence with baited breath. I wonder if Sibley arranged it and I wonder what he told them.



115.  *themitchandnanshow* Says:
       May 29, 2008 at 1:07 am

       LARD-ASS SPEAKS AGAIN.

       CHECK UPDATED POST BY REFRESHING THIS ONE!



116. *Americans for voting* Says: 
May 29, 2008 at 1:11 am

nomo Says:
May 28, 2008 at 11:28 pm
I just posted this elsewhere...but wasn't his complaint to the DNC part of the lawsuit that got thrown out of court? This is just stupid. Stupid.

Okay did they dismiss BOTH? I knew they dismissed the lawsuit naming the DNC as well as others. But have they dismissed the complaint filed WITH the actual DNC? There were two. Did both get dismissed????????

117. *nomo* Says: 
May 29, 2008 at 1:11 am

Oh my God–you guys are hysterical.

Did you see his update? He's talking WALL STREET JOURNAL!

Too, too much.

118. *Fritz the Plumber* Says: 
May 29, 2008 at 1:11 am

Hey, YOU'D have a wide stance too, if every other pic you took in your whole life was by someone telling you to "spread 'em"

119. *John Freeman* Says: 
May 29, 2008 at 1:14 am

Wait a minute, wait a minute...

Why would the Wall Street Journal get involved?

This isn't their type of news, is it?

I mean, last time I checked...

I think he meant The New Yorker or something.

120. *Fritz the Plumber* Says:
     May 29, 2008 at 1:16 am



Wow...The Wall Street Journal???

...Oh, now I get it! He's in the Hall of Fame there because his signature is on so many bail "bonds"...

121. *kstreet67* Says:
     May 29, 2008 at 1:17 am



I think he meant "el diablo".

122. *Fritz the Plumber* Says:
     May 29, 2008 at 1:18 am



PLUS being put in "stocks" by the cops...

123. *Mitch v.7333* Says:
     May 29, 2008 at 1:18 am



Is anyone paying attention to time stamps? That was a pretty goddamn quick "meeting", wasn't it?

124. *Fritz the Plumber* Says:
     May 29, 2008 at 1:19 am



...not to mention the "bull" market

125. *Mitch v.7333* Says:
     May 29, 2008 at 1:22 am



And I liked

> # BGS Says:
> Wednesday, May 28, 2008 at 8:13 pm
>
> What about National Press Club!!!! Why not??? Fox will have to air.
> GIVE 'EM HELL LARRY!!!!!!!!!!!!! Expose the sorry MF'ers!!!!!!!!!!!!!!

Oh. That's right. You need a serious journalist to provide you a good scandal.

Check my logic, if you would -
IF - You need a serious journalist to get into the Press Club
AND IF - No serious journalist would get Larry into the Press Club
THEN - why would he assume he'd get any serious journalists at his press conference?

---

126. *sandnsea* Says:
May 29, 2008 at 1:22 am



he said the Wall Street Journal is getting involved??? this is bizarro world on this net it is. the Lardville crew really thinks Greta is about to show a tape of a Larry interview. With no input from the Obama campaign to deny or confirm???
Greta Van Susteran???

---

127. *just me aka democratista* Says:
May 29, 2008 at 1:23 am



The WSJ does do political news reporting, but this is not usually their type of reporting.

---

128. *themitchandnanshow* Says:
May 29, 2008 at 1:23 am



One of the douchettes wrote:

Tillthen Says:
Wednesday, May 28, 2008 at 8:17 pm
Its 45 minutes to Greta. Could it be?

WHAT A FUCKING IDIOT! THEY BOUGHT IT!

---

129. *sandnsea* Says:
May 29, 2008 at 1:24 am



JF-the Wall Street Journal deals in finance-stock markets, bonds, you know stuff like that. I dont get this.

---

130. *themitchandnanshow* Says:
May 29, 2008 at 1:25 am



So "LARRY" says the Wall Street Journal. BFD!

HE HAS SAID MANY THINGS IN THE SHORT TIME I'VE FOLLOWED HIM AND NONE I AN OUT.

WHO GIVES A RAT'S ASS?

131. *nomo* Says:



May 29, 2008 at 1:25 am

That's it–I'm going to need a Depends in a minute.You all are just cracking me up.

here's his newest comment:
# Larry Sinclair Says:
Wednesday, May 28, 2008 at 7:57 pm

Sorry I have not yet gotten all that I wanted to get up, but I am working on it. The cesspool has already started, as usual running off at the mouth, but the Wall Street Journal, and others will be very much involved here shortly. Do not ever "Mitch" or "Paul Day" speak for me again in your life times. I will be back as soon as I can, but it will not disappoint you and OBAMA SUPPORTERS, look out because I am going to be right in your face. UP CLOSE AND PERSONAL.

LETS MAKE SOME NOISE

132. *themitchandnanshow* Says:



May 29, 2008 at 1:26 am

Mitch V....I told you the appointment was with a BUCKET OF HOT DOGS! Larry can go through a dozen hot dogs pretty quickly!

M

133. *nomo* Says:



May 29, 2008 at 1:29 am

I wish to G*d that he WOULD go on Greta (or something) and just put it to rest already. Following this sordid soaper is taking up too much of my time.

134. *Mitch v.7333* Says:



May 29, 2008 at 1:30 am

Which Mitch are you talking to, Mitch? There are many of us. We are legion.

135. *just me aka democratista* Says:
May 29, 2008 at 1:30 am

Maybe he meant the Washington Post?



136. *nomo* Says:
May 29, 2008 at 1:34 am

I think he'd love to attract the Post's attention (dreams of Woodward and Bernstein dance through his head), but I doubt that he WP would go for this. The Washington Times, on the other hand. . . that is, if it's a reporter with a reputable reputation he's allegedly speaking with.



137. *Mitch v.7334* Says:
May 29, 2008 at 1:36 am

Maybe he meant , DC's first homeless newspaper

...oh, please GOD, let me be right!

**BITCH YOU ARE DRIVING ME NUTS CHANGING THOSE NUMBERS....I HAVE TO GET YOU OUT OF SPAM EVERY TIME YOU CHANGE......STOP IT!** 🙂

138. *Fritz the Plumber* Says:
May 29, 2008 at 1:40 am

Wow...!

Woodward, Bernstein, and "Deep Bottom"...



139. *just me aka democratista* Says:
May 29, 2008 at 1:46 am

I just went over to gretawire...the Larrytards are over there...Here are my two favorite comments...the first is for Mitch and Nan:

Comment by themitchandnanshow
May 28th, 2008 at 8:18 pm
By the way Greta....love your show. Wish we could catch you in Paris.

Comment by Greta Van Susteren
May 28th, 2008 at 8:27 pm



i wish i could live in paris

LOL..Greta responds

and the second (sounds like a nice Jewish man...I don't know why I'm so obsessed with this Jewish thing today..is some holiday coming up?)

Comment by Al Greenspan
May 28th, 2008 at 8:20 pm
Larry Sinclair is so radioactive, even a Kool-Aid drinker like Hannity won't touch it. It's a hoax. Some moron looking for his 15 minutes of fame. Anyone who reports on it will follow Dan Rather into journalistic oblivion

OH WAIT...Al Greenspan...like Alan Greenspan..LOL..I get it now.

140. *John Freeman* Says:
May 29, 2008 at 1:50 am



Ah.

That was some first half, wasn't it, democratista?

NOW THIS IS BASKETBALL.

Emotions are flying in my house. I was yelling at the TV, cursing the day the Pistons were born because of how they fell apart at the end of the second.

But, all in all, EXCELLENT game.

141. *just me aka democratista* Says:
May 29, 2008 at 1:52 am



Yeah...I was a little nervous there, JF. But KG gets them revved up. Should be a good 2nd half...

142. *John Freeman* Says:
May 29, 2008 at 1:55 am



I've got my fingers crossed.

I'd really like to see the Pistons win the finals, but the Celtics would be an excellent match up against the Lakers. Either way it turns out (and it will be one heck of a show along the way), these two teams will excellently represent the Eastern Conference against the juggernaut of the Western Conference (I'm assuming the Lakers will be putting the Spurs out of their misery soon).

I'm excited for this series. I can't wait to find out what this is about. I enjoy it.

But, I do go on about basketball.

143.  *nomo* Says:
[May 29, 2008 at 1:58 am](#)



Democratista,
I've never been over to Greta before but used M's link–those people crack me up.

I've said it before, but Mitch and Nan–I f'in love you.

("i wish i could live in paris" 

144.  *just me aka democratista* Says:
[May 29, 2008 at 1:59 am](#)



One of the Larrytard's, Patty, said her 15 year old son was on here and we were mean to him. I wonder who he was..Matt? I bet you that was him.

145.  *Jack Black* Says:
[May 29, 2008 at 2:01 am](#)



I think out of respect for Ms. Van Sustren we should perhaps edit harsh post about her? I think she's been great in her responses to the idiot fringe?

*"Comment by Terry*

*May 28th, 2008 at 8:20 pm*

*Boy Greta,*
*Looks like someone else is going to get all the fame for breaking the sinclair story. I sure was hoping it would be you first. But like the rest you are afraid and I don't blame you. but I sure am glad that Mr. Sinclair has a reporter that is not.*

*Comment by Greta Van Susteren*
*May 28th, 2008 at 8:28 pm*
*who is breaking it?"*

She's handling these freaks well in my opinion. I do like Greta V, call me crazy.

146. *just me aka democratistan* Says:
May 29, 2008 at 2:02 am



No..she's okay...but I guess she sold out to Fox for the money. Why would anyone go to Fox? She was a journalist on CNN. Now she's part of a faux network.

147. *Jack Black* Says:
May 29, 2008 at 2:02 am



I slaughtered Greta's last name, but you get the point. 

148. *nomo* Says:
May 29, 2008 at 2:03 am



Wasn't Matt the one with the rude little mouth?
(btw: two more SDs for BO today, and the VI's Rogriquez is under fire by everybody over his flip-flopping. Poor sod)

149. *Kip the Dip* Says:
May 29, 2008 at 2:03 am



I wonder if Hillary knows about Sinclair? I bet she'd pee her pantsuit with joy.

150. *Jack Black* Says:
May 29, 2008 at 2:04 am



I haven't a clue other than she got an offer she could not refuse and perhaps she wanted to insert a bit of balance. Though she has a legal program, not a political talk show so there isn't much opportunity for balance.

151. *John Freeman* Says:
May 29, 2008 at 2:06 am



Generally, I don't watch Fox for a plethora of reasons. Generally, I don't watch the news for a plethora of reasons.

I read the news.

Try democracynow or the BBC. Those are good sites.

Larry's Big Announce « THE MITCH AND NAN SHOW!!!

My favorites are Newsweek and the NYTimes, as well as cnn.com.

Case 1:08-cv-00434-JDB    Document 44    Filed 08/11/2008    Page 55 of 82

152. *nomo* Says:

[May 29, 2008 at 2:08 am](#)



Were there any cruel comments about Greta? I remember Democratista asking about face work, and I posted that she'd some work done during the shift form CNN to Fox, but I don't recall anything meanspirited. Then again, comments about appearances aren't particularly relevant to this discussion.

I think there were reasons for her move to Fox. I seem to recall she wasn't too happy at CNN, and there was a lot of shakeup at CNN at the time.

153. *Jack Black* Says:

[May 29, 2008 at 2:09 am](#)



John, I am a huge MSNBC fan, especially Keith Olbermann. I also read Huffpo, Democratic Underground (which consolidates many sources) and other news. I do enjoy the BBC, but I no longer have access. I try to keep an eye on Fox to see what the other side is lying about, though I can't stomach it for long.

154. *just me aka democratista* Says:

[May 29, 2008 at 2:11 am](#)



Well..the actual post of her picture mentioned her plastic surgery and said she was still dikey looking. That was the mean stuff...

155. *Jack Black* Says:

[May 29, 2008 at 2:12 am](#)



"Were there any cruel comments about Greta? I remember Democratista asking about face work, and I posted that she'd some work done during the shift form CNN to Fox, but I don't recall anything meanspirited. Then again, comments about appearances aren't particularly relevant to this discussion."

In the original post there were some comments that might be offensive were she to visit?

However if she had given La Rye air time I'd not have an issue with them.

The commentary was humorous, but perhaps undeserved considering?

156. *undisclosed blogger* Says:

[May 29, 2008 at 2:13 am](#)



Um, every now and again I gotta remind myself that I know better than to think things about God and faith and all that stuff.

Putting aside their editorial mission and that of owner, Dow Jones, and how they don't really cover does Lar know the WSJ is in New York City, you know like where Wall Street is? In another place that is many hundred miles away from our nation's capitol?

Granted they have a DC office, but I think that's because of, I dunno just brainstorming, the government or something.

If I were to suspend disbelief and imagine Larry had something, I might think he was being savvy. The WSJ had a role in the Lewinsky stuff. BUT, and it's a big but (yes, Mitch, I should insert the obvious joke there), the Ken Starr inquiry always had a business angle. WSJ covered White Water and segued into Monica.

Maybe Rezko videotaped the douche-on-guy action in the back of the limo, and that's the business angle? Or maybe this is Murdoch's big move to tabloid-ize the WSJ as everyone fears since he took over the Dow?

Personally, I like to believe it's a WSJ prank — This week is their big "All Things D" shindig in California. Maybe Larry will get to the door and no one will be home.

---

157.   *John Freeman* Says:
       May 29, 2008 at 2:15 am



       …

       Damn Pistons.

---

158.   *Jack Black* Says:
       May 29, 2008 at 2:19 am



       Welcome undisclosed.

---

159.   *John Freeman* Says:
       May 29, 2008 at 2:20 am



       …

       Pistons deserve what they have right now, actually.

       Celtics are playing amazingly.

       Still, I'm not counting my team out.

---

160. *themitchandnanshow* Says:
May 29, 2008 at 2:23 am

Can someone please enlighten me....

What is a piston?

M

161. *themitchandnanshow* Says:
May 29, 2008 at 2:23 am

I google it and it is a car part?

162. *themitchandnanshow* Says:
May 29, 2008 at 2:26 am

The cow writes this:

Cao Says:
Wednesday, May 28, 2008 at 8:37 pm
Make some noise for me, Larry, LOL!!!!

Noise for Cao = MOOOOOOOO!

LOL at myself.

Michel

163. *meesheemey* Says:
May 29, 2008 at 2:26 am

DETROIT PISTONS BASKETBALL TEAM

164. *John Freeman* Says:
May 29, 2008 at 2:27 am

Mitch:

pistons.com

Detroit Pistons is a professional basketball team in the Eastern Conference.

It's a little rivalry between democratista and I.

The team they are playing against are the Boston Celtics.

165. *themitchandnanshow* Says:
May 29, 2008 at 2:28 am

Meesh I understand this, but why name it after a car part? Why not the "Automatic Door Lock"? I don't understand though it is quite fun!



166. *meesheemey* Says:
May 29, 2008 at 2:29 am

Because it's in Detroit the Motor City maybe?



167. *meesheemey* Says:
May 29, 2008 at 2:29 am

pistons rev-up motors?



168. *meesheemey* Says:
May 29, 2008 at 2:30 am

I don't know I'm French too "je ne comprends pas"



169. *Scott* Says:
May 29, 2008 at 2:31 am

Im not too sure i believe in larry either, he said the wall street journal will be covering his story, you do know what the wall street journal covers right? stocks and money why would they cover larrys story. Somethings not right here and i get a funny feeling about larry and all this, also he said it took place in 1999. Where was larry when obama first mentioned his run for presidency? Where was Larry in 2007? Why did we only see larry in january right after obama was gaining popularity and started to defeat clinton?

Just something doesnt add up correctly. Also if obama was in this certain night club or bar where he met larry dont you think some one or any one working there or something would of remembered seeing obama? Obama is pretty well known in illinose at that time so im sure there would of been atleast one witness.



If this all is a sham i dont feel bad for obama i feel bad for obamas kids and what some one would do for 15 mins of fame to hurt some ones family and children.

posted May 28th

170. *NoBama5261* Says:

[May 29, 2008 at 2:31 am](#)

Now, Obama should go to Iraq where it is safe! He's better off.



171. *John Freeman* Says:

[May 29, 2008 at 2:33 am](#)

meesheemey is correct:

Detroit was famous for its steel and automotive industries in the days of old.

It's what made Michigan the car capital of the world. The Pistons are named to honor the history and unique story of Michigan, specifically Detroit's old automotive industry.



172. *meesheemey* Says:

[May 29, 2008 at 2:40 am](#)

Very good JF now democratista is on deck to tell us the history of the Celtics…



173. *just me aka democratista* Says:

[May 29, 2008 at 2:45 am](#)

Oh..sorry…Celtics…lot of Irish in Boston…like the Kennedys..thus Celtics..



174. *kstreet67* Says:

[May 29, 2008 at 2:46 am](#)

Those poor little minions, all waiting so patiently for Sinclair's next "drama queen" moment. Some are checking their watches, but NO voices of dissent or impatience. Amazing…those people are like robots.



175. *just me aka democratista* Says:
May 29, 2008 at 2:47 am

It's a good thing this basketball game is on or I would be sleeping.



176. *John Freeman* Says:
May 29, 2008 at 2:51 am

"It's a good thing this basketball game is on or I would be sleeping."

I second that, democratista.



177. *just me aka democratista* Says:
May 29, 2008 at 2:56 am

The Pistons are still coming on strong, JF.



178. *sandnsea* Says:
May 29, 2008 at 2:58 am

i third that but my Pistons need to win!
;(



179. *Mitch v.7335* Says:
May 29, 2008 at 3:07 am

Larry's tetherball team would be called the "Pissed Ons"! BOOM!

I'm the funny Mitch, btw.

(and the sterile Mitch, too, I might add...nan2382)




180. *A guy* Says:
May 29, 2008 at 3:07 am

Who would want to buy 'Nut' bread from a person who alleges to have gay oral sex in the back of a limo? The last thing I would want to buy from such a person, other than gay oral sex in the back of a limo, is a food item with the word nut in it.



181. *just me aka democratista* Says:

May 29, 2008 at 3:11 am



Hey a guy...

Good point...I found the whole nut bread selling a little disconcerting...

182. *themitchandnanshow* Says:

May 29, 2008 at 3:11 am



HEY FUNNY MITCH.....YOU ARE DRIVING ME NUTS CHANGING THOSE NUMBERS!

DO YOU KNOW WHAT IT IS LIKE TO GET AN EMAIL EVERY 10 MINUTES AS A NEW POSTER NEEDS APPROVAL!

STOP IT HO OR I WILL POST YOUR IP!!!! 

183. *meesheemey* Says:

May 29, 2008 at 3:13 am



Funny Mitch is doing a countdown in honor of Larry's part 2, Mitch from Paris

184. *themitchandnanshow* Says:

May 29, 2008 at 3:14 am



A guy!!

Welcome and VERY FUNNY post. I had not thought about that angle, but I knew there was something very disconcerting about the words "NUT... LARRY....SINCLAIR".

Yikes says the Kike!

M

185. *zombiejew* Says:

May 29, 2008 at 3:15 am



fritz,

If only it was FBIT.....for Sinclair that would be Fat Blind Ignorant and TOOTHLESS!

186. *A guy* Says:
May 29, 2008 at 3:16 am



Mitch,

Just sue the bastard. For violating the internets.

187. *themitchandnanshow* Says:
May 29, 2008 at 3:16 am



ZombieJew...

Welcome to our blog. We always love having another HEEB join us.

M

188. *zombiejew* Says:
May 29, 2008 at 3:16 am



whoops, my last comment was a little old. Had to step out for a bit.

What is going on with ole' one tooth kook now?

Jeff

189. *just me aka democratista* Says:
May 29, 2008 at 3:17 am



I think funny Mitch is just trying to drive French Jew Mitch insane...

190. *themitchandnanshow* Says:
May 29, 2008 at 3:17 am



I would sue him, but as we are the same person, it would likely be too costly.

I will just tell him to PHUC OFF!

191. *zombiejew* Says:
May 29, 2008 at 3:19 am

I wonder if LarTard and the and his idiot flock read this blog?

Jeff

oh, by the way Larry sue me, I dare you!!

Jeff Pierce



192. *meesheemey* Says:
May 29, 2008 at 3:19 am

I must quote Larry's comment back on April 16th,2008 again:
"...My star is almost ready to shine bright. Hope you get what I am saying. Just a little longer. itsy bitsy longer"



193. *Mitch v.7336* Says:
May 29, 2008 at 3:21 am

I'm the reverse-psychology Mitch...or am I?



194. *zombiejew* Says:
May 29, 2008 at 3:22 am

itsy bitsy longer .....lmao, what a tool!!

You'd almost have to feel sorry for retarded Larry if he wasn't such a criminal...



195. *just me aka democratista* Says:
May 29, 2008 at 3:22 am

Am I the only person who doesn't want to get sued?



Case 1:08-cv-00434-JDB     Document 44     Filed 08/11/2008     Page 64 of 82

196. *John Freeman* Says:
May 29, 2008 at 3:23 am



Larry's star went supernova a long time ago, wiping out the Alpha Centauri system.

197. *just me aka democratista* Says:
May 29, 2008 at 3:24 am



JF...this game is truly spectacular...

198. *John Freeman* Says:
May 29, 2008 at 3:24 am



Truly, democratista.

Man, my nerves are shot.

199. *John Freeman* Says:
May 29, 2008 at 3:25 am



Like any true sports fan, I'm having issues with the officiating team.

200. *A guy* Says:
May 29, 2008 at 3:25 am



Awwww....Larry's fans are concerned...

"264. T Condon Says:
Wednesday, May 28, 2008 at 10:20 pm

We're not going to bed til we know Larry's O.K. Hope we hear from him soon...Getting a little concerned...
T&D"

He probably just got held up at the all-you-can-eat buffet.

201. *zombiejew* Says:
May 29, 2008 at 3:25 am



hemitchandnanshow Says:
May 29, 2008 at 3:16 am

ZombieJew...

Welcome to our blog. We always love having another HEEB join us.

Thank you Mitch, I'm glad to be here! It is nice to have a place to discuss the hilarious sage of LarTard and his mentally challenged minions. Also, Hello to my other fellow yuds and to everyone else as well!
Jeff

202.   *themitchandnanshow* Says:
       May 29, 2008 at 3:26 am



Who the PHOC says "itsy bitsy" except little girls?

Larry is such a Mary.

I'm exhausted my friends. It is almost 5;30 and I do not care if Larry announce he is bumping peters with Bill Clinton....I'm in need of sleep.

If anything earth-shattering happens, Meesh you know what to do.

(There really isn't anything to do but it make us appear 1st Class if we appear to have a plan.....Michel)

CIAO!

203.   *themitchandnanshow* Says:
       May 29, 2008 at 3:27 am



Yes "a guy" you are probably correct.

Rather than a hotel, Larry sleep at the House of Pies and Cakes.

Bonne nuit!

204.   *zombiejew* Says:
       May 29, 2008 at 3:27 am



just me aka democratista Says:
May 29, 2008 at 3:22 am

Am I the only person who doesn't want to get sued?

I guess so, the way I look at it, since all of LarTard's lawsuits end up getting dismissed, the publicity couldn't hurt! lol, jk

205. *zombiejew* Says:
May 29, 2008 at 3:29 am

later Mitch!

lailah tov



206. *meesheemey* Says:
May 29, 2008 at 3:29 am

democratista says:"Am I the only person who doesn't want to get sued?"

For me it's that "UP CLOSE AND PERSONAL" that scares the living daylights out of me!!!!



207. *Americans for voting* Says:
May 29, 2008 at 3:29 am

Im wondering about something............ideas anyone? Could the tape Larry says he has be a security tape from said...hotel, restaurant,bar,club, etc???? Hmmmmmmm got me wondering.....thats all. Opinions anyone?

208. *just me aka democratista* Says:
May 29, 2008 at 3:29 am

Jeff....

Where do you reside? You don't have to be too exact, but we're international here. Figure your a US person..east/west/north/south?



209. *Mitch v.7329* Says:
May 29, 2008 at 3:29 am

Please forgive all of the other Mitchs

(we have a tough time keeping them under control sometimes...nans)



210.  *John Freeman* Says:
May 29, 2008 at 3:30 am



He couldn't have such a security tape in his possession. More than that, though, is the following question:

Who would keep a security tape that long?

211.  *zombiejew* Says:
May 29, 2008 at 3:31 am



A guy Says:
May 29, 2008 at 3:25 am

Awwww….Larry's fans are concerned…

"264. T Condon Says:
Wednesday, May 28, 2008 at 10:20 pm

We're not going to bed til we know Larry's O.K. Hope we hear from him soon…Getting a little concerned…
T&D"

He probably just got held up at the all-you-can-eat buffet.

_____

I know, like anyone would actually take the time to whack old one tooth! It would be a waste of energy, and it's too much fun to watch him humiliate himself!!

212.  *zombiejew* Says:
May 29, 2008 at 3:32 am



North east

213.  *zombiejew* Says:
May 29, 2008 at 3:32 am



Democratista, I am North East

214. *Americans for voting* Says:
May 29, 2008 at 3:33 am



"Who would keep a security tape that long?"

Hmmmmmmm that is true. I gues some companies do. I dont know. I was just curious.

215. *just me aka democratista* Says:
May 29, 2008 at 3:33 am



Not surprising...you've gathered I'm in Boston I suppose with my interest in the Celtics game...

216. *mt* Says:
May 29, 2008 at 3:34 am



You people with basketball teams still in it. My glorious Mavericks left in the first round again.

As long as the Spurs don't make it to the finals, all will be good.

To make this sort of on topic:

I bet if Larry watched basketball, he'd be a Spurs fan.

217. *zombiejew* Says:
May 29, 2008 at 3:35 am



yes, I did catch that. Boston's a nice city. I am actually in Columbus, Ohio.

218. *Mitch v.7329* Says:
May 29, 2008 at 3:36 am



Americans for voting - um...no. If he can't get credit card receipts from 1999 how's he supposed to get security tapes?

I'm going with whoever said it was his nephew's graduation. "See?? SEE? I TOLD you I was in Chicago! SUCK ON IT, LOSERS!" And all the little larrytards shout "huzzah", claim victory and go back to hating gay people like they did before.

219. *meesheemey* Says:
May 29, 2008 at 3:36 am



democratista says: "Not surprising...you've gathered I'm in Boston "

No kidding, dem Larry posted it so everybody could see it - nice guy that he is.

220. *zombiejew* Says:
May 29, 2008 at 3:36 am



alas we do not have a professional basketball team, only an NHL team.

and of course the OSU BUCKEYES!! lol

221. *John Freeman* Says:
May 29, 2008 at 3:37 am



It was a good question, but let's think about this:

1) Hotel: This would be a matter of privacy and security concerns for all of the guests. Larry could not have that tape because the hotel would never give it to him.

2) Bar: How many bars have you been to that have security cameras? More than that, it doesn't seem likely that the bar would just hand over a security tape.

It's more than likely a tapped interview from some third-tier hack reporter that Larry wants us to believe is some ground-breaking MSM coverage.

No, it's more than likely another Jeff Rense or CAO type thing.

222. *themitchandnanshow* Says:
May 29, 2008 at 3:38 am



Zombie....

I knew you were not from Texas. I met THE jew who lives there.

M

223. *zombiejew* Says:
May 29, 2008 at 3:38 am



Mitch v.7329 Says:
May 29, 2008 at 3:36 am

Americans for voting - um...no. If he can't get credit card receipts from 1999 how's he supposed to get security tapes?

I'm going with whoever said it was his nephew's graduation. "See?? SEE? I TOLD you I was in Chicago! SUCK ON IT, LOSERS!" And all the little larrytards shout "huzzah", claim victory and go back to hating gay people like they did before.

-_____

I know, it's funny that most of his supporters think gays should burn in hell..

224. *A guy* Says:
May 29, 2008 at 3:39 am

Well, his youtube account says that he's not logged on in 1 week. So, he's not in the process of uploading any videos or else he'd be online right now or would have logged in sometime today. Plus, chubs is incompetent. He probably just inserted an itsy bitsy slice of nut bread into the DVD drive and f-ed up his whole computer.

Thanks for the kind welcome, Mitch. Check you guys out tomorrow.

225. *Mitch v.7329* Says:
May 29, 2008 at 3:39 am

We're not going to bed til we know Larry's O.K. Hope we hear from him soon...Getting a little concerned...

HAHAHAA!

Ohhhh...I just got a new theory about what the video tape is...it's too dark, though...it could be true, but it's too dark.

226. *zombiejew* Says:
May 29, 2008 at 3:39 am



But, then again, the evangelical Christians are one of Israels biggest supporters and they think the Jews will either burn in hell or convert(after the rapture), lol

227. *zombiejew* Says:
May 29, 2008 at 3:41 am



Guy,

Good observation regarding LarTard's youtube acct.

goodnight man! See you tommorow!

228. *themitchandnanshow* Says:
May 29, 2008 at 3:41 am



I would bet a life time of Larry's DOUGHNUTS that Larry will not post until Thursday, US.

He will have a very "exciting" reason though. Perhaps he runs into Tom Day and blows him the back of a pick-up truck!

GOD DAMMIT I'M TIRED YOU ASSHOLES. I'M GOING TO BED!

229. *Mitch v.7329* Says:
May 29, 2008 at 3:41 am



Zombie - yeah...but *that's TRUE*!

230. *themitchandnanshow* Says:
May 29, 2008 at 3:42 am



RAPTURE MY ASS!

Oh shit...that sound like an invitation for Lard-Phuoc. Take it back.

231. *zombiejew* Says:
May 29, 2008 at 3:42 am



Mitch,
I didn't even know there were any Jews in texas, lol!

232. *zombiejew* Says:
May 29, 2008 at 3:43 am



Also, whatever happened to P Multani??

233. *John Freeman* Says:
May 29, 2008 at 3:43 am



Congrats, Boston.

Well-played game.

234. *Mitch v.7335* Says:
May 29, 2008 at 3:43 am



THAT'S WHAT **LARRY** SAID! BOOOM!!

Toldja I was the funny Mitch!

(very good, dear, now STFU...nan)

235. *zombiejew* Says:
May 29, 2008 at 3:44 am



themitchandnanshow Says:
May 29, 2008 at 3:42 am

RAPTURE MY ASS!

Oh shit...that sound like an invitation for Lard-Phuoc. Take it back.

_____

LMAO...yeah, you don't want to give ole' "hungry bottom" any ideas! HAHA

236. *Americans for voting* Says:
May 29, 2008 at 3:46 am



John thank you for your very polite respectful reply. Gave me food for thought. LOL

As for.................

Americans for voting - um...no. If he can't get credit card receipts from 1999 how's he supposed to get security tapes? THAT MAY BE VERY TRUE.

I'm going with whoever said it was his nephew's graduation. MAYBE SO DONT KNOW. ITS VERY WELL POSSIBLE.

"See?? SEE? I TOLD you I was in Chicago! SUCK ON IT, LOSERS!" I WOULD NEVER SAY SOMETHING THAT! SOME MAY I GUESS.

And all the little larrytards shout "huzzah", claim victory and go back to hating gay people like they did before.

WHY CLASIFY "ALL" AS GAY HATERS?

237.  *zombiejew* Says:
      May 29, 2008 at 3:47 am



# Patty,NJ Says:
Wednesday, May 28, 2008 at 10:40 pm

My 15 year old found out about Larry months ago and showed it to me!! Atleast I have my kid who believes it as much as me. My kid has a few black friends....best friends and is hiding the fact that he oes not like Obama. Its kind of a shame!!

_____

ashame that he has black friends or ashame he's hiding the fact that he hates Obama?

238.  *zombiejew* Says:
      May 29, 2008 at 3:49 am



LarTard's flock are talking about getting on the front page of RCP...what is RCP??

239.  *just me aka democratista* Says:
      May 29, 2008 at 3:49 am



Good night, Jeff.

Well....JF and sandnsea...sorry for your Pistons, but HURRAY Celtics...

I'm done for the night. Larry is not exciting enough to keep me awake. He's probably out mixing his medication with alcohol.

240. *zombiejew* Says:
May 29, 2008 at 3:50 am

real clear polotics??



241. *zombiejew* Says:
May 29, 2008 at 3:50 am

*politics



242. *zombiejew* Says:
May 29, 2008 at 3:52 am

yeah, they have multiple lartard blogs on the front page of real clear politics….



243. *zombiejew* Says:
May 29, 2008 at 3:52 am

we need to combat this!



244. *just me aka democratista* Says:
May 29, 2008 at 3:53 am

RCP is Real Clear Politics. I had to search for the page with articles and I knew where it was. I use it to check the poll numbers. That's how I found it.

NOW…I am going to sleep.

I'll check back early tomorrow a.m. to see if Larry ever made it home and announced his big breakthrough.



245. *zombiejew* Says:
May 29, 2008 at 4:00 am

Larry probably ended up choking on a sandwhich!

it was nice meeting you
lailah tov, cholomot tovim



246. *themitchandnanshow* Says:
May 29, 2008 at 4:02 am



(Thanks to you GOYS for keeping my husband up until sunrise again.....he will sleep until 13;00 or so.....Nan)

(lailah tov....oh look.....another little Hebrew boy!.....Nan)

247. *themitchandnanshow* Says:
May 29, 2008 at 4:04 am



(By the way....before he fell asleep in a naked heep trying to "wake me".....he made his last new post of the evening.....ciao all.....Nan)

248. *zombiejew* Says:
May 29, 2008 at 4:12 am



Hello Nan, nice to meet you.

Now I will probably crash out for the night as well.

Jeff(zombiejew)

249. *Jeff* Says:
May 29, 2008 at 4:13 am



Hello Nan, nice to meet you.

Now I will probably crash out for the night as well.

Jeff(zombiejew) .

250. *themitchandnanshow* Says:
May 29, 2008 at 4:19 am



From the nurse....

NURSERATCHET Says:
Wednesday, May 28, 2008 at 11:11 pm
KNOWING D.C., NOT TO WORRY! THE CITY PLAYS LATE INTO THE NIGHT AND FOLLOWING MORNING. GOOD CHANCE LARRY IS INVOLVED



IN SEVERAL MEETINGS, COULD NOT AFFORD TO TELL SOMEONE OF A PLAN THAT HE'S SUPPOSE TO WAIT.

(What the hell is stradegy you stupid bitch?......Nan)

---

251. *zombiejew* Says:
    May 29, 2008 at 4:31 am

    nan, you are definitely right. Nurseratchet is one of the worst of the LarTard flock! She most definitely is a stupid bitch!

    Actually make that stupid, ugly, racist, bitch...yeah, I think that just about covers it!
    lol

    Jeff



---

252. *zombiejew* Says:
    May 29, 2008 at 4:32 am

    Also, I just sent larry a friend request on myspace.....I wonder if he will accept?

    lol



---

253. *zombiejew* Says:
    May 29, 2008 at 4:34 am

    Does anyone know whatever happened to craigshospot or whoever that was from youtube? They were pretty cool.



---

254. *Larry Sinclair* Says:
    May 29, 2008 at 7:59 am

    Hey Sheila Bryant, Paul Day, Scott Covington and the little bitch mitch. Wait til you see what comes back on all you little fucking sorry punk ass bitches. Keep posting punks, my next stop, the Boston area, then Georgetown GA. Wanna play bitch, you got it. Lets see what the FBI thinks of your post and comments, and lets see what the DNC says as well on video. Guess what punks, even Levy will be shutting the fuck up after I am done with him and PCLG by Friday.

    You have fucked with the wrong person and Ms Bryant, you bitch will pay dearly when we are finished with you and your family. Now threaten me with your fucking sons again. You do not know me, but you and your family will be digging a fucking hole to crawl into when I am done with you. Now talk shit Kstreet aka Sheila Bryant. Oh John Freeman, aka Joshua Ray Derke, Tell your mom and dad what you are involved in because they will be lucky if they can walk out of their house when I am finished with them.

    You want to play bitches, lest play, come out of your fucking closets. Also, Denise Lee in St. Paul MN. Watch how easy it is going to be to nail you and your husband and family to fucking cross bitch.



That's right motherfuckers, you crossed the line, and if your asses and your families asses end up fucked up you have only yourself to blame.

Scott, is daddy going to pay to dig your ass out of this one your fucking punk?

Come on, all of you said you would face me, then get your fucking nuts out of your throat and meet me at the FBI offices in DC. I don't think any of you have the fucking balls.

Sheila, Paul, Ruthie, Joshua, John come out and play you fucking gutless cowards. This faggot has the balls to make your whole lives change in a day motherfuckers!!!!!

255. *Larry Sinclair* Says:
May 29, 2008 at 8:02 am



yea you stupid motherfucker, Craig is Robert Hayes, and also Mitch. But he as the rest of you are a bunch of lying gutless punks. Come out and play hardball pussies. Oh I forgot, you only get balls when you can hide on the internet.

I'll bring you out or shut you the fuck up. Call Paul Levy in the morning and warn him I will be at PCLG. I dare that son of a bitch to say shit to me.

256. *Larry Sinclair* Says:
May 29, 2008 at 8:05 am



any thing else any of you gutless pieces of shit want to say? Come on, you said you would be here for me PC, where are you? Boston area, Georgetown, Ga area, Dewitt, MI area all on my schedule. Not to mention the twin cities and bordentown, NJ. Lets play punks.

257. *Larry Sinclair* Says:
May 29, 2008 at 8:06 am



Paul Allen Levy will DIE before SUNDAY

258. *zombiejew* Says:
May 29, 2008 at 11:48 am



Hey Larry, you say I'm hiding behind the internet.

Well, how about this: My name is Jeffrey Pierce from Columbus, Ohio.

Here's my myspace http://www.myspace.com/j_zionist

Larry your story is complicated and convoluted. I would have discussed all evidence that I have up to this point in your support to the final history I feel that you are nothing but a con artist out to make a buck. As time goes on your story becomes more and more outrageous. It's funny, you think because people disagree with you(and call you out on your bullshit) that they are paid Obama supporters, that is just ridiculous. I'm sure Obama has much better things to do than worry about you. Even some of your supporters are doubting you now(like Victor).

What makes it worse, is that you try and intimidate people that don't agree with you by posting their personal info as well as making legal threats against them.

Like I have allays said, nothing whatsoever will come of this story.

Well Larry, Here I am. I am not hiding behind anything.

Why don't you scam your supporters out of more of their hard earned money with another bake sale.

You are a pathetic man Larry.

Additionally, what ever happened to P Multani?? Did you change that part of your story now.

259.  *zombiejew* Says:
    May 29, 2008 at 11:49 am

    

    you want to play Larry, then why don't you try another frivolous lawsuit against me. You have my real name there so go for it. Try and sue someone else for calling out out on your lies!

    Jeffrey Pierce

260.  *zombiejew* Says:
    May 29, 2008 at 11:53 am

    

    to top it off, now you make death threats against Paul Allen Leavy....realy classy Larry, you're a real mench!

    ps: in case you were wondering, mench is yiddish for a gentleman or upstanding person, and as I'm sure you noticed, I was being sarcastic!

    Jeffrey Pierce(not afraid to call Larry Sinclair out on his bullshit story, as well as his intimidation of others)

261.  *zombiejew* Says:
    May 29, 2008 at 11:56 am

    

    I have taken a screenshot, we have you on record making a death threat against the opposing counsel in your frivolous lawsuit. Mr. Leavy should be aware of this threat on his life.

262.  *meesheemey* Says:
June May 29, 2008 at 11:57 am



Gee Larry I hope you have one hell of a hangover today,Thursday!

263.  *zombiejew* Says:
May 29, 2008 at 12:04 pm



lmao meesheemey!
I Have called Larry's bluff and given him my name, the city I live in, as well as my Myspace profile. Let's see what he does now, I am sure he will post it on his website in an effort to try and intimidate me.

In honor of Larry's "big announcement" or should I say, "big disappointment", I am lighting up a nice Cuban cigar(a Romeo y Julieta Short Churchill)

264.  *zombiejew* Says:
May 29, 2008 at 12:13 pm



mitch, where are you? I'd like you to weigh in on this conversation.

John Freeman?
Democratista?
Guy?
Nan?

anyone else care to weight in?

Jeff

# Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

## • REALLY FUN STUFF

○ AN IMPORTANT DISCLAIMER

○ ANOTHER FLORIDA PROBLEM?

○ BARACK OBAMA VS. JEREMIAH WRIGHT

○ BUM'S LUCK?

○ COLORADO WARRANT LINK

○ FAVOURITE QUOTES DEDICATED TO CURLY, MON AMI

○ HOW YOU CAN HELP!

○ LA-RYE ALIASES?

○ LAREDO CHECK

○ LIVE OR DIE AS LAR-TARD

○ OBSTRUCTION AND/OR AIDING AND ABETTING?

○ SUBMISSIVE HUNGRY BOTTOM

○ WHO ARE MITCH AND NAN?

# RECENT POSTS

- HOLD EVERYTHING PEOPLE!
  - Larry issues more INSANE threats...
  - So What Do We Know at the End Of Announcement Day?
  - Larry's Big Announce
  - Super Zero Goes To Washington!
  - It's Coming Larry....Written by Jay
  - HaPpY lAr-TaRd'S pHuOcEd AnNoUnCeMeNt DaY
  - Final Analysis of the Day
  - Our History With Larry Sinclair
  - BREAKING....BREAKING......BREAKING
  - If you haven't been there lately, you're damned fools.
  - Step Back and Look at This From Fresh Perspective
  - le' Cow Updates Her Blog
  - PAUL DAY THWARTS LARRY'S BIG ANNOUNCEMENT!
  - Cao the Cow....A Study In Self-Loathing?

# OLD CRAP

- May 2008
  - April 2008
  -

# SORT OUT THIS MESS

# Blogroll

- ANTI DEFAMATION LEAGUE

- ○ COLORADO WARRANT SEARCH

- ○ E PLURIBUS UNUM

- ○ FREE LARRY SINCLAIR

- ○ GREAT POLITICAL BLOG

- ○ IN WHICH OUR FRIEND PAUL WRITES

- ○ LA RYE AVILA FLORIDA WARRANT

- ○ THE COLORFUL ATTORNEY

- ○ WHITE HOUSE DOT COM

. MITCH OR NAN

- ○ Log in

- ○ Entries RSS

- ○ Comments RSS

- ○ WordPress.org

Theme: Simpla by **Phu**. Blog at **WordPress.com**.